1  HOGAN LOVELLS US LLP
   Krista S. Schwartz (Bar No. 303604)
2  Patrick T. Michael (Bar No. 169745)
   Helen Y. Trac (Bar No. 285824)
3  3 Embarcadero Center, Suite 1500
   San Francisco, California  94111
4  Telephone:   (415) 374-2300
   Facsimile:    (415) 374-2499
5  krista.schwartz@hoganlovells.com
   patrick.michael@hoganlovells.com
6  helen.trac@hoganlovells.com

7  Aaron S. Oakley (*pro hac vice* forthcoming)
   1601 Wewatta Street, Suite 900
8  Denver, Colorado  80202
   Telephone:   (303) 899-7300
9  Facsimile:    (303) 899-7333
   aaron.oakley@hoganlovells.com

10
   Attorneys for Plaintiff
11 SYNOPSYS, INC.

12

13              **UNITED STATES DISTRICT COURT**

14             **NORTHERN DISTRICT OF CALIFORNIA**

15

16 SYNOPSYS, INC.,                    Case No. _____

17              Plaintiff,           **COMPLAINT FOR COPYRIGHT
                                     INFRINGEMENT, BREACH OF
18      v.                           CONTRACT, BREACH OF IMPLIED
                                     COVENANT OF GOOD FAITH AND FAIR
19 REAL INTENT, INC.,                DEALING, AND PATENT
                                     INFRINGEMENT**
20              Defendant.
                                     **DEMAND FOR JURY TRIAL**
21

22

23

24

25

26

27

28

Plaintiff Synopsys, Inc. ("Synopsys") submits the following Complaint against Defendant Real Intent, Inc. ("Real Intent") for infringement of Synopsys' copyrights in its Design Compiler, PrimeTime, IC Compiler, and IC Compiler II software products and associated documentation, for breach of the parties' Software License Agreement ("SLA"), for breach of the implied covenant of good faith and fair dealing, and for infringement of U.S. Patent No. 9,721,057 ("the '057 Patent"):

## NATURE OF THE ACTION

1.     Synopsys is a leader in the electronic design automation ("EDA") and semiconductor intellectual property industry.  It develops, manufactures, sells and licenses products and services that enable designers to create, model and verify complex integrated circuit ("IC") designs from concept to silicon.  Since 1986, engineers around the world have used Synopsys technology to design and create billions of integrated circuits and systems.

2.     Synopsys' Design Compiler product provides customers with a comprehensive solution for register transfer level ("RTL") synthesis and test.  Design Compiler synthesizes hardware description language ("HDL") descriptions of IC designs into optimized, technology-dependent, gate-level designs.  Design Compiler uses heuristics to implement a combination of library cells that meets the functional, speed, and area requirements of the IC design according to the attributes and constraints placed on it.  Design Compiler's optimization technology maps the IC design to an optimal combination of specific target logic library cells, based on the design's functional, speed, and area requirements.

3.     Synopsys' SpyGlass platform provides designers with insight about their design, functioning like an interactive guidance system for design engineers and managers to find the fastest and least expensive path to implementation for complex System on Chip ("SoC") designs. The SpyGlass product family is the industry standard for early design analysis, providing netlist accuracy checking, as well as in-depth analysis at the RTL phase of IC design.  SpyGlass includes a comprehensive set of electrical rules for ensuring design integrity, and provides an integrated solution for analysis, debug, and fixing through a complete set of capabilities for structural and electrical issues all tied to the RTL description of an IC design.  Among other things, the

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

COMPLAINT

\\NORTHCA - 069343/000083 - 2763799 v1

SpyGlass platform includes power optimization technology to assess and improve the power efficiency of IC designs, clock domain crossing ("CDC") verification technology, and reset domain crossing ("RDC") verification technology.  SpyGlass performs comprehensive structural and functional analysis using formal based and simulation based solutions to deliver signoff quality verification of IC designs.

4.      Synopsys' IC Compiler and IC Compiler II products (collectively, "IC Compiler") provide customers with a comprehensive place-and-route system that, among other things, determines where each gate should be located on the physical chip (the placement portion of place-and-route), and routes wires between different elements on the chip while minimizing wire delay (the route portion of place-and-route).  Along with placement and routing, IC Compiler also handles clock tree synthesis, power routing, and block level floorplanning.  IC Compiler also contains static timing technology which computes the expected timing of a digital circuit without requiring simulation.

5.      Synopsys has a separate, timing sign-off tool, PrimeTime, that also computes the expected timing of a digital circuit without requiring simulation.  Among other things, PrimeTime provides customers with a trusted solution for timing sign-off, a required verification step before manufacturing of an integrated circuit chip.  Synopsys' IC Compiler and PrimeTime products are tightly correlated (*i.e.* the timing engines of these two products are correlated to produce closely matched timing results) because Synopsys uses some of the same proprietary static timing technology in both products.

6.      Real Intent describes itself as a leading provider of EDA software that provides tools for clock and reset domain crossing verification, advanced RTL analysis and sign-off.  Real Intent's Ascent, Meridian, and Verix products compete with certain Synopsys products, including SpyGlass and PrimeTime.

7.      Real Intent licensed certain products and design techniques from Synopsys for the sole purposes of developing, testing, supporting, and maintaining an interface between certain Synopsys products and certain Real Intent products.  Through its contracts with Synopsys, Real Intent agreed to maintain the confidentiality of Synopsys' confidential and proprietary

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SAN FRANCISCO
- 3 -
COMPLAINT
\\NORTHCA - 069343/000083 - 2763799 v1

1   information and also agreed, among other things, not to reverse engineer or copy Synopsys'

2   proprietary materials, including software or other proprietary materials provided under the license

3   agreements.  Real Intent further agreed to submit to audits by Synopsys or an independent

4   auditing firm, in order to verify Real Intent's compliance with its contractual obligations.

5          8.      In May of 2019, concerned that Real Intent had improperly copied Synopsys'

6   proprietary information and intellectual property and was not in compliance with its contractual

7   obligations, Synopsys attempted to exercise its right to audit Real Intent.

8          9.      From the outset, Real Intent delayed, frustrated, and obstructed Synopsys' attempt

9   to verify Real Intent's contractual compliance.  It was not until October 8, 2019, after months of

10  delay and resistance, that Real Intent finally provided a limited set of user documentation for a

11  subset of Real Intent's products to Synopsys' auditor, Deloitte.  Real Intent did not provide any

12  documentation for several of its products, including Verix PhyCDC (also known as Verix PCDC).

13  In addition to providing documentation for only a self-selected subset of its products, Real Intent

14  also provided documentation for only a single version of those products, as opposed to

15  documentation for the previous two years' worth of releases as Synopsys and its auditor had

16  requested.

17         10.     Deloitte was forced to prepare a draft audit report based on limited documentation

18  and shared the draft with Real Intent so that it could provide any comments.  On information and

19  belief, Real Intent demanded that Deloitte redact multiple excerpts evidencing copying of

20  Synopsys' PrimeTime, IC Compiler, and Design Compiler command sets before sharing the

21  report with Synopsys.  As a result, Synopsys was not provided with a full copy of Deloitte's

22  report.

23         11.     Even the partial draft audit report that was provided to Synopsys, however,

24  evidences Real Intent's breach of its contractual obligations and improper use of Synopsys'

25  intellectual property.  As a result, Synopsys has no choice but to seek judicial relief.  Real Intent's

26  Ascent, Meridian, and Verix software tools infringe Synopsys' copyrights and/or patents, and

27  unfairly compete with and trade on Synopsys' industry leading EDA tools.  Accordingly and as

28  more specifically alleged herein, Synopsys brings this suit for federal copyright infringement,

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 4 -

COMPLAINT

\\NORTHCA - 069343/000083 - 2763799 v1

1  federal patent infringement, breach of contract, and breach of the implied covenant of good faith

2  and fair dealing.

3  **THE PARTIES**

4       12.     Synopsys is a corporation organized under Delaware law with its principal place of

5  business in Santa Clara County at 690 East Middlefield Road, Mountain View, California 94043.

6       13.     On information and belief, Real Intent is a corporation organized under California

7  law with its principal place of business in Santa Clara County at 932 Hamlin Court, Sunnyvale,

8  California 94089.  Real Intent also claims to have offices in Japan, Europe, China, Korea, India,

9  Israel, and Taiwan.

10  **JURISDICTION AND VENUE**

11       14.     This action arises in part under the United States Copyright Act, 17 U.S.C. § 101,

12  *et seq.*, and the patent laws of the United States, 35 U.S.C. § 100, *et seq.*  This Court has subject

13  matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338.

14       15.     This Court has supplemental subject matter jurisdiction over the pendent common

15  law claims under 28 U.S.C. § 1367 because these claims are so related to Synopsys' claims

16  under federal law that they form part of the same case or controversy and derive from a common

17  nucleus of operative fact.

18       16.     Real Intent is subject to this Court's specific and general personal jurisdiction

19  pursuant to due process and/or the California Long Arm Statute because (1) it is incorporated in

20  the State of California and has its principal place of business within this judicial district, and (2)

21  has substantial business within this State and judicial district, including at least part of its

22  infringing activities alleged herein and regularly doing or soliciting business, engaging in other

23  persistent conduct, and/or deriving substantial revenue from infringing goods offered for sale

24  and sold, as well as services provided to California residents.

25       17.     Venue in this judicial district is appropriate under 28 U.S.C. §§ 1391 and 1400.

26  Venue is proper in this judicial district because, among other things, (1) Real Intent has a regular

27  and established place of business in this judicial district, (2) a substantial part of the events or

28  omissions which give rise to the claims herein occurred in Santa Clara County, California, and

(3) agreements between the parties provide federal and state courts within Santa Clara County, California with exclusive jurisdiction over disputes arising from or relating to the agreements.

## FACTUAL BACKGROUND

**Synopsys' Intellectual Property**

18.     As a world leader in EDA, Synopsys is helping the electronics market innovate smarter, connected and more secure technology in all aspects of semiconductor design, verification, IP integration, and application security testing.  Synopsys provides a complete front-to-back design and test environment, software-level to silicon-level verification, design reuse technology, field-programmable gate array solutions, and professional services to help its customers get their silicon working quickly and accurately.  These technology-leading solutions help give Synopsys customers a competitive edge in quickly bringing the best products to market while reducing costs and schedule risk.  Since 1986, engineers around the world have used Synopsys technology to design and create billions of integrated circuits and systems.

19.     Design Complier is a proprietary suite of tools that enables integrated circuit designers to maximize productivity with concurrent optimization of timing, area, power, and test prior to physical implementation.  For over three decades, Synopsys' Design Compiler product has been an industry leading tool for RTL synthesis and test.  Design Compiler is used by integrated circuit designers in the U.S. and worldwide and provides customers a rapid, cost-effective path to high-quality tests and working silicon.  Synopsys has continuously developed new and innovative features for its Design Compiler product which deliver superior quality of results and streamline the flow for a faster and more predictable design implementation.

20.     To address the important issue of timing in integrated circuit designs, Synopsys spent years investing in and developing PrimeTime – its proprietary static timing analysis ("STA") tool that computes the expected timing of a digital circuit without requiring simulation – and provides customers with a trusted solution for timing sign-off, a required verification step before manufacturing.  PrimeTime is a successful product and is widely used for gate-level static timing analysis.

21.     To address the need for static and formal verification of integrated circuit designs,

Hogan Lovells US
LLP
Attorneys At Law
San Francisco

- 6 -                                                                        COMPLAINT

\\NORTHCA - 069343/000083 - 2763799 v1

Synopsys spent years investing in and developing SpyGlass.  SpyGlass is a set of design analysis tools that help integrated circuit designers identify design bugs early in the product development phase.  Synopsys has invested many years and significant money in the development of SpyGlass, a trusted solution for lint checking, CDC verification, PrimeTime compatibility and early power exploration that speeds the development of complex SoC designs before handoff to back-end physical implementation tools.

22.     To address the need for a place-and-route solution that delivers quality of results for next generation integrated circuit designs, Synopsys spent years investing in and developing the IC Compiler products.

23.     Design Compiler includes hundreds of Synopsys proprietary commands, options, variables, objects, and attributes (the compilation of which is sometimes referred to as a "command set").  PrimeTime also has a command set, which includes a portion of the Design Compiler command set, as well as additional Synopsys proprietary commands, options, variables, objects and attributes.  Other Synopsys products—including SpyGlass, Design Vision, HDL Compiler, and the IC Compiler products—include some or all of the Design Compiler command set, as well as additional Synopsys proprietary commands, options, variables, objects, and/or attributes, in their own command sets.

24.     These proprietary Synopsys command sets are used within customer "scripts" that are input into and executed by Synopsys products.  The commands, options, variables, objects, and attributes, and the command set compilations of those items, are proprietary to Synopsys and are not part of any open format or standard.

25.     Design Compiler, PrimeTime, IC Compiler and SpyGlass also support a set of open source commands referred to as Synopsys Design Constraints ("SDC") that are distinct from the Synopsys proprietary commands, options, variables, objects, and attributes and are not the subject of this lawsuit.  However, Synopsys includes additional, proprietary options for certain of the SDC commands in the command sets for its tools.  These proprietary options are not open source and are not part of SDC.

26.     Synopsys' engineers and software developers expended significant creativity, time

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT

\\NORTHCA - 069343/000083 - 2763799 v1

and effort in developing the individual input commands, options, variables, objects and attributes, as well as the larger command set compilation of those items.  In addition to developing Design Compiler, PrimeTime, IC Compiler and SpyGlass, Synopsys also invests substantial time, effort, and money to protect its intellectual property, and add technology and engineering talent to advance Synopsys' synthesis, place-and-route, verification, and timing analysis solutions.

27.     The Design Compiler, IC Compiler, PrimeTime and SpyGlass software and associated user documentation are original works of authorship and are subject to copyright protection.

28.     Synopsys owns all rights to the Design Compiler software and user documentation, which have been registered with the United States Copyright Office: U.S. Registration Nos. TX 2-616-958, TX 8-861-313, TX 8-863-011, TX 8-863-045, TX 8-863-868, and TX 8-863-872.  True and correct copies of these registrations are attached as Exhibits 1–6.

29.     Synopsys owns all rights to the IC Compiler software and user documentation, which have been registered with the United States Copyright Office, including: U.S. Registration Nos. TX 8-426-385, TX 8-426-420, TX 8-426-612, TX 8-426-814, TX 8-426-822, and TX 8-862-510.  True and correct copies of these registrations are attached as Exhibits 7–12.

30.     Synopsys owns all rights to the PrimeTime software and user documentation, which have been registered with the United States Copyright Office: U.S. Registration Nos. TX 6-539-658, TX 6-539-659, TX 6-539-660, TX 6-539-661, TX 6-539-662, and TX 8-861-114. True and correct copies of these registrations are attached as Exhibits 13–18.

31.     Synopsys has also developed novel techniques and technologies related to integrated circuit design, testing, and verification, which are protected by numerous U.S. Patents.

32.     U.S. Patent No. 9,721,057 ("the '057 Patent"), entitled "System and Method for Netlist Clock Domain Crossing Verification," was duly and legally issued by the U.S. Patent and Trademark Office ("USPTO") on August 1, 2017.  Synopsys is the assignee and holder of all rights, title, and interests in the '057 Patent, including without limitation all rights to sue for damages for infringement thereof.  A true and correct copy of the '057 Patent is attached hereto as Exhibit 19.

Hogan Lovells US
LLP
Attorneys At Law
San Francisco

- 8 -

COMPLAINT

\\NORTHCA - 069343/000083 - 2763799 v1

**Real Intent's Access to Synopsys' Software and Other Proprietary Information**

33.     Synopsys and Real Intent first entered into a contractual relationship on March 26, 2015.  On that date, Synopsys and Real Intent entered into the in-Sync License and Cooperative Agreement No. ILC-70010729-002 ("2015 in-Sync Agreement").  Under the 2015 in-Sync Agreement, Synopsys granted a limited license to Real Intent to use Synopsys' HDL Compiler, VHDL Compiler, Design Vision, and VCSMXi products ("the Synopsys Licensed Products") solely for the purpose of developing, testing, supporting, and maintaining an interface between certain Real Intent products and the Synopsys Licensed Products.  Real Intent had access to the Design Compiler command set at least through its limited license to Design Vision.

34.     The 2015 in-Sync Agreement did not grant any license rights to Design Compiler, PrimeTime, IC Compiler, or SpyGlass software or documentation.  The 2015 in-Sync Agreement did not permit Real Intent to copy, or create derivative works of, any part of the Design Compiler, PrimeTime, IC Compiler, or SpyGlass software or documentation, including the proprietary command sets and/or man pages.

35.     The 2015 in-Sync Agreement explicitly prohibited Real Intent from, among other things, (1) decompiling, disassembling, reverse engineering, or attempting to reconstruct, identify, or discover any source code, underlying ideas, underlying user interface techniques, or algorithms of the Synopsys Licensed Products; (2) incorporating into or with other software, or creating a derivative work of, any part of the Synopsys Licensed Products; or (3) using the Synopsys Licensed Products to develop or enhance any product that competes with a Synopsys Licensed Product.

36.     The 2015 in-Sync Agreement also restricted Real Intent from disclosing Synopsys' confidential information and prohibited Real Intent from using Synopsys confidential information for purposes other than those necessary to directly further the purposes of the 2015 in-Sync Agreement.  Real Intent agreed to take reasonable steps to protect the confidentiality of and avoid unauthorized use of Synopsys confidential information.

37.     On July 15, 2015, Synopsys and Real Intent entered into Amendment #1 to ILC-70010729-002, which amended the 2015 in-Sync Agreement.  The amendment added an

Hogan Lovells US
LLP
Attorneys At Law
San Francisco

- 9 -                                                                                    COMPLAINT

\\NORTHCA - 069343/000083 - 2763799 v1

additional Synopsys Licensed Product, Library Compiler, but did not otherwise amend the parties' 2015 in-Sync License Agreement.

38.     On March 10, 2016, Synopsys and Real Intent entered into an in-Sync License and Cooperative Agreement, No. ILC-70010729-003 ("2016 in-Sync Agreement"), which renewed the 2015 in-Sync Agreement.  The 2016 in-Sync Agreement did not alter the Synopsys Licensed Products, the scope of Real Intent's limited license to the Synopsys Licensed Products, Real Intent's confidentiality obligations, or the explicit prohibitions barring Real Intent from, among other things, (1) decompiling, disassembling, reverse engineering, or attempting to reconstruct, identify, or discover any source code, underlying ideas, underlying user interface techniques, or algorithms of the Synopsys Licensed Products; (2) incorporating into or with other software, or creating a derivative work of, any part of the Synopsys Licensed Products; or (3) using the Synopsys Licensed Products to develop or enhance any product that competes with a Synopsys Licensed Product.

39.     On April 5, 2017, Synopsys and Real Intent entered into the Synopsys Loan Agreement, No. SLNA-70010729 ("SLA").  Under the SLA, Synopsys granted a limited license to Real Intent to use Synopsys' HDL Compiler, VHDL Compiler, Design Vision, and Library Compiler products (the "Licensed Products") solely for the purpose of developing, testing, supporting, and maintaining an interface between the Licensed Products and certain Real Intent products.  Real Intent had access to the Design Compiler command set at least through its limited license to Design Vision.

40.     The SLA did not grant any license rights to Design Compiler, PrimeTime, IC Compiler, or SpyGlass software or documentation.  The SLA did not permit Real Intent to copy, or create derivative works of, any part of the Design Compiler, PrimeTime, IC Compiler, or SpyGlass software or documentation, including the proprietary command sets and/or man pages.

41.     The SLA explicitly prohibited Real Intent from, among other things, (1) decompiling, disassembling, reverse engineering, or attempting to reconstruct, identify, or discover any source code, underlying ideas, underlying user interface techniques or algorithms of the Licensed Products; (2) incorporating into or with other software, or creating a derivative work

of any part of the Licensed Products; or (3) using the Licensed Products to develop or enhance any product that competes with a Licensed Product.

42.    The SLA also restricted Real Intent from disclosing Synopsys' confidential information and prohibited Real Intent from using Synopsys confidential information for purposes other than those necessary to directly further the purposes of the SLA.  Real Intent agreed to take reasonable steps to protect the confidentiality of and avoid unauthorized use of Synopsys confidential information.

43.    The SLA also includes an audit provision.  The audit provision allows Synopsys to audit Real Intent, using either Synopsys' own employees or an independent auditing firm, to verify Real Intent's compliance with the SLA.  Real Intent is obligated to provide Synopsys or the auditing firm reasonable access to Real Intent's facilities and records in order to conduct an audit. Synopsys is only required to provide at least five days advance notice before conducting an audit.

44.    In 2019, Real Intent solicited several Synopsys employees knowledgeable about Synopsys' SpyGlass product and its command set, including its inclusion of certain portions of the Design Compiler and PrimeTime command sets.  At least one Synopsys employee left Synopsys to join Real Intent.  Upon information and belief, before departing Synopsys, he attempted to copy numerous confidential and proprietary Synopsys documents related to SpyGlass onto a portable storage device to take to his new job at Real Intent.  Upon information and belief, confidential and proprietary Synopsys information on the portable storage device included portions of the Design Compiler, IC Compiler, and/or PrimeTime command sets.

**Real Intent's Refusal to Demonstrate Compliance with the License Agreements**

45.    On May 10, 2019, Synopsys invoked its rights to audit Real Intent pursuant to the SLA, and thereafter diligently worked to commence and complete the audit.

46.    Synopsys hired independent third-party Deloitte to perform an audit of Real Intent's compliance with the SLA.  Deloitte attempted to work with Real Intent to obtain information necessary to determine whether Real Intent was in compliance with the SLA or whether Real Intent had improperly copied Synopsys' proprietary information and command sets. To facilitate the flow of information between Real Intent and Deloitte, Deloitte proposed that the

parties enter into a non-disclosure agreement ("NDA").  Real Intent and Deloitte then negotiated and entered into an NDA.

47.     Rather than cooperate fully with Deloitte, Real Intent refused to provide all requested user documentation and engaged in a months-long effort to frustrate and delay Synopsys' right to conduct an audit under the SLA.

48.     Finally, in October 2019, Real Intent provided copies of some, but not all, of the necessary documentation to Deloitte.  Real Intent has yet to provide copies of any documentation for certain of its products, including Verix PhyCDC (also known as Verix PCDC), and it has yet to provide copies of documentation for any historical versions for any of its products.

49.     On January 14, 2020, Deloitte provided Real Intent with a draft of its audit report for review.  On January 28, 2020, Real Intent sent a letter to Deloitte demanding that Deloitte remove material from the draft audit report before providing a copy of the draft audit report to Synopsys.  On information and belief, Deloitte removed the material that Real Intent refused to allow Synopsys to review prior to providing Synopsys with a copy of the draft audit report. Despite being denied the opportunity to review the entirety of Deloitte's draft audit report, the redacted version of the report evidences infringement of Synopsys' intellectual property.

**Real Intent Copied From The Design Compiler And PrimeTime Command Sets**

50.     On information and belief, Real Intent gained access to the Synopsys proprietary command sets for Design Compiler, IC Compiler and/or PrimeTime through unlicensed and unauthorized access of Synopsys information directly or indirectly through a third-party intermediary, and/or through the Synopsys software and documentation Real Intent received pursuant to the parties' in-Sync Agreements and subsequent SLA.

51.     On information and belief, upon gaining such access, Real Intent copied a quantitatively substantial portion and/or a qualitatively substantial portion of the Synopsys proprietary commands, options, variables, objects, and attributes in the Design Compiler, IC Compiler, and/or PrimeTime command sets.

52.     On information and belief, Real Intent incorporated a quantitatively substantial portion and/or a qualitatively substantial portion of the Synopsys proprietary command sets for

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT

\\NORTHCA - 069343/000083 - 2763799 v1

Design Compiler, IC Compiler, and/or PrimeTime into Real Intent's own software products and documentation, including its Ascent, Meridian, and Verix suites of tools.  Real Intent copied a quantitatively substantial portion and/or a qualitatively substantial portion of Synopsys' documentation for its Design Compiler, IC Compiler, and/or PrimeTime products into Real Intent's product documentation, including documentation for the Ascent, Meridian, and Verix suites of tools.

53.    Real Intent's software products, including its Ascent, Meridian, and Verix suites of tools, compete with certain Synopsys products, including Synopsys' SpyGlass products.  Real Intent advertises on its website that Verix's "capability of reading/using multi-mode SDC (design constraints) of STA for running CDC in multi-mode elevates Verix CDC to a sign-off tool."  As a result, Real Intent's Verix suite of tools also competes with Synopsys' STA sign-off tool, PrimeTime.

54.     On information and belief, Real Intent's use and copying of Synopsys' proprietary and copyrighted command sets enables Real Intent to improperly compete for Synopsys' customers and revenue.  Similarly, Real Intent's use and copying of Synopsys' proprietary and copyrighted documentation enabled Real Intent to improperly compete for Synopsys' customers and revenue.

55.    On information and belief, Real Intent increased its market share and improperly took customers and revenue from the Synopsys' SpyGlass and PrimeTime products because it copied Synopsys' intellectual property.

## COUNT I: COPYRIGHT INFRINGEMENT

56.    Synopsys incorporates paragraphs 1–55 as if fully set forth herein.

57.    The Design Compiler software and user documentation, IC Compiler software and user documentation, and PrimeTime software and user documentation (collectively, "Copyrighted Software") are original works of authorship and constitute copyrightable subject matter under the copyright laws of the United States, 17 U.S.C. § 101 *et seq.*  The Copyrighted Software has been registered with the Copyright Office.  Relevant U.S. Registration Numbers include: TX 2-616-958, TX 6-539-658, TX 6-539-659, TX 6-539-660, TX 6-539-661, TX 6-539-662, TX 8-426-385,

1  TX 8-426-420, TX 8-426-612, TX 8-426-814, TX 8-426-822, TX 8-861-114, TX 8-861-313, TX

2  8-862-510, TX 8-863-011, X 8-863-045, TX 8-863-868, and TX 8-863-872.

3        58.    Synopsys is the owner of all right, title, and interest to the copyright registrations

4  for the Copyrighted Software and has complied in all respects with the laws governing copyright.

5  The Copyrighted Software includes the proprietary Design Compiler command set, the

6  proprietary IC Compiler command sets, and the proprietary PrimeTime command set.

7        59.    In compliance with copyright regulations, Synopsys filed with the Copyright

8  Office a copyright application, the registration fee and a deposit of the works being registered.

9  The effective date of the copyright registration is the day on which an application, deposit, and

10  fee have all been received in the Copyright Office.  17 U.S.C. § 410(d).

11        60.    As owner of the Copyrighted Software, Synopsys enjoys the exclusive right to,

12  among other things, reproduce the Copyrighted Software, prepare derivative works, and distribute

13  copies of the Copyrighted Software.  17 U.S.C. §§ 101, 106.

14        61.    On information and belief, Real Intent had access to the Copyrighted Software and

15  copied portions of the Copyrighted Software in the form of the proprietary Design Compiler

16  command set, the proprietary IC Compiler command sets, the proprietary PrimeTime command

17  set, Design Compiler user documentation, IC Compiler user documentation and/or PrimeTime

18  user documentation.

19        62.    On information and belief, Real Intent copied portions of the Copyrighted

20  Software in the form of the proprietary Design Compiler, PrimeTime, and/or IC Compiler

21  command sets.

22        63.    On information and belief, Real Intent copied portions of the user documentation

23  for the Copyrighted Software in the form of the proprietary Design Compiler, PrimeTime, and/or

24  IC Compiler user documentation, including man pages.

25        64.    On information and belief, Real Intent without authorization created, reproduced,

26  and distributed derivative works, including the Ascent, Meridian, and Verix products and

27  associated documentation, based upon the Copyrighted Software, by copying the proprietary

28  Design Compiler command set, the IC Compiler proprietary command sets, the PrimeTime

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 14 -

COMPLAINT

\\NORTHCA - 069343/000083 - 2763799 v1

proprietary command set, the Design Compiler user documentation, the IC Compiler user documentation, and/or the PrimeTime user documentation.

65.    On information and belief, because Real Intent controls the licensing and terms of use for the Ascent, Meridian, and Verix software products, as well as the source code and documentation for those products, Real Intent has the right and ability to supervise its customers' installation and use of the Ascent, Meridian, and Verix software.

66.    Real Intent instructs and trains its customers on how to install and use the Ascent, Meridian, and Verix software products.  Real Intent's actions induce, cause and materially contribute to infringement by its customers.

67.    Real Intent has a financial interest in the Ascent, Meridian, and Verix software products and installation and use of those products by customers.

68.    Real Intent's customers' installation and use of the Ascent, Meridian, and Verix software products directly infringes Synopsys' copyrights in the Copyrighted Software.

69.    Upon information and belief, Real Intent is aware that its customers are using the Ascent, Meridian, and Verix software in the manner in which Real Intent instructs those items to be used.

70.    By its actions alleged above, Real Intent directly infringed and will continue to infringe, Synopsys' copyrights in the Copyrighted Software by creating, reproducing, and distributing the Ascent, Meridian, and Verix software products and associated documentation.

71.    Because Real Intent has both the right and ability to supervise the infringing activity of its customers and a direct financial interest in the activity, Real Intent's provision of the Ascent, Meridian, and Verix software products to its customers vicariously infringes Synopsys' copyrights in the Copyrighted Software.

72.    Because Real Intent knows of and induced, caused and/or materially contributed to the infringing activity of its customers, Real Intent contributorily infringes Synopsys' copyrights in the Copyrighted Software.

73.    On information and belief, Real Intent's infringement was deliberate, willful, and in disregard of Synopsys' rights, and it was committed for the purpose of commercial gain.

74.      The direct and/or indirect infringement of Synopsys' copyrights by Real Intent harmed and will continue to irreparably harm Synopsys unless restrained by this Court. Synopsys' remedy at law is not adequate, by itself, to compensate for the harm inflicted and threatened by Real Intent.  Thus, in addition to all other remedies to which it is entitled, Synopsys is entitled to injunctive relief restraining Real Intent, its officers, agents, employees, and all persons acting in concert with it from engaging in further acts of copyright infringement as described herein.

75.      As a direct and proximate result of Real Intent's copyright infringement, Synopsys has suffered and will continue to suffer monetary loss to its business reputation and goodwill. Synopsys is also entitled to recover from Real Intent the damages it has suffered and will continue to suffer as a result of Real Intent's infringement, in actual amounts to be proven at trial and including, but not limited to, any and all gains, profits, and advantages Real Intent has obtained as a result of its infringement.  In the alternative, Synopsys is entitled to statutory damages pursuant to 17 U.S.C. § 504(c).

76.      Synopsys is also entitled to recover its attorneys' fees and costs of suit pursuant to 17 U.S.C. § 505, Section 16.6 of the 2015 in-Sync Agreement, Section 16.6 of the 2016 in-Sync Agreement, and Section 9.9 of the SLA.

77.      Synopsys is also entitled to recover the costs incurred in conducting the audit pursuant to Section 9.5 of the SLA.

## COUNT II: BREACH OF CONTRACT – BREACH OF CONTRACT

78.      Synopsys incorporates paragraphs 1–77 as if fully set forth herein.

79.      Synopsys and Real Intent were parties to the 2015 in-Sync Agreement, a valid contract.

80.      Synopsys and Real Intent were parties to the 2016 in-Sync Agreement, a valid contract.

81.      Synopsys and Real Intent were parties to the SLA, a valid contract.

82.      Synopsys performed all conditions, covenants, and promises required on its part to be performed in accordance with the 2015 in-Sync Agreement's terms and conditions, and any

1    and all other conditions required by the 2015 in-Sync Agreement for Real Intent's performance

2    occurred.

3          83.    Synopsys performed all conditions, covenants, and promises required on its part to

4    be performed in accordance with the 2016 in-Sync Agreement's terms and conditions, and any

5    and all other conditions required by the 2016 in-Sync Agreement for Real Intent's performance

6    occurred.

7          84.    Synopsys performed all conditions, covenants, and promises required on its part to

8    be performed in accordance with the SLA's terms and conditions, and any and all other

9    conditions required by the SLA for Real Intent's performance occurred.

10         85.    Real Intent breached its obligations under the SLA by refusing to give reasonable

11   access to Real Intent's facilities and records for purposes of conducting the audit, as required in

12   Section 9.5 of the SLA.  Real Intent failed to provide copies of all requested documentation,

13   including any documentation for the Verix PhyCDC product.  Real Intent also prohibited

14   Synopsys' auditor, Deloitte, from providing a full copy of the audit report to Synopsys.  In doing

15   so, Real Intent obstructed Synopsys' right to have reasonable access to Real Intent's

16   documentation and to verify Real Intent's compliance—or the full extent of its non-compliance—

17   with the SLA, including the license restrictions in the SLA.

18         86.    Upon information and belief, Real Intent breached its obligations under the 2015

19   in-Sync Agreement, the 2016 in-Sync Agreement, and/or the SLA by at least: (i) reverse

20   engineering and/or attempting to reconstruct, identify, or discover underlying user interface

21   techniques of the Licensed Products, including Synopsys' Design Vision product that permits

22   access to Design Compiler commands on the command line in the GUI or the shell; (ii)

23   modifying, incorporating into or with other software, and/or creating a derivative work of the

24   Licensed Products, including Synopsys' Design Vision product and its support for the Design

25   Compiler command set; and, (iii) using the Licensed Products, including Synopsys' Design

26   Vision product and its support for the Design Compiler command set, in a manner other than for

27   developing, testing, supporting, and maintaining an interface between the Licensed Products and

28   Real Intent's products specified in the design flow attached to the SLA.

Hogan Lovells US
LLP
Attorneys At Law
San Francisco

- 17 -                                                          COMPLAINT

\\NORTHCA - 069343/000083 - 2763799 v1

87.     As a direct and proximate result of Real Intent's breaches, Synopsys has been damaged in an amount to be proven at trial.  Synopsys was forced to expend resources to attempt to get Real Intent to comply with the audit provisions of the SLA.  Real Intent misused Synopsys' confidential and proprietary information against Synopsys—for the benefit of Real Intent—to compete unfairly in the marketplace.  Through its breaches, Real Intent was able to unfairly compete with Synopsys, including Synopsys' SpyGlass product suite, even though Real Intent did not invest the time, money, and/or other resources that Synopsys did to develop such products, services and technology.  As a result, Synopsys has suffered and will continue to suffer economic injury and monetary loss to its business, including, for example, lost sales and price erosion of Synopsys' products.

88.     Synopsys is also entitled to recover its attorneys' fees and costs of suit pursuant to Section 16.6 of the 2015 in-Sync Agreement, Section 16.6 of the 2016 in-Sync Agreement, and Section 9.9 of the SLA.

89.     Synopsys is also entitled to recover its costs incurred in conducting the audit, including but not limited to the fees and expenses of Deloitte, pursuant to Section 9.5 of the SLA.

## COUNT III: BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

90.     Synopsys incorporates paragraphs 1–89 as if fully set forth herein.

91.     Real Intent entered into contracts with Synopsys under which Real Intent was provided access to certain Synopsys confidential information, and agreed to terms of confidentiality and use with respect to Synopsys confidential information.

92.     Synopsys performed all duties under the 2015 in-Sync Agreement, 2016 in-Sync Agreement, and SLA, and all conditions for performance by Real Intent had occurred.

93.     Nothing in the SLA authorizes Real Intent to copy any portion of Synopsys documentation or any portion of Synopsys Products, including their proprietary command sets, into Real Intent's products.  Real Intent agreed under the SLA to take reasonable steps to protect the confidentiality of and avoid unauthorized use of Synopsys' confidential information.

94.     Nothing in the 2015 in-Sync Agreement or the 2016 in-Sync Agreement authorizes

Real Intent to copy any portion of Synopsys Products, including their proprietary command sets, or Synopsys documentation into Real Intent's products.  Real Intent agreed under the SLA to take reasonable steps to protect the confidentiality of and avoid unauthorized use of Synopsys' confidential information.

95.     The SLA, the 2016 in-Sync Agreement, and the 2015 in-Sync Agreement each contained and imposed an implied covenant of good faith and fair dealing that Real Intent would not improperly reverse engineer, access, use, disclose, and/or copy from Synopsys products that were not among the Licensed Products and/or the Synopsys Licensed Products.

96.     The SLA, the 2016 in-Sync Agreement, and the 2015 in-Sync Agreement each contained and imposed an implied covenant of good faith and fair dealing that Real Intent would not improperly reverse engineer, access, use, disclose, and/or copy Synopsys Confidential Information that it gained access to, directly or indirectly, through an unauthorized third party intermediary.

97.     Despite this covenant, on information and belief, Real Intent's Ascent, Meridian, and Verix software products and user documentation contain excerpts from the confidential Design Compiler, IC Compiler, and/or PrimeTime command sets and user documentation.

98.     Real Intent's acts of improperly incorporating portions of the Design Compiler, IC Compiler and/or PrimeTime user documentation and commands sets into Real Intent products and documentation were wrongful, independent of any breach of contract itself.  Real Intent wrongfully maintained an ongoing contractual relationship with Synopsys and took advantage of that contractual relationship to use and benefit from Synopsys' confidential and proprietary materials.  Real Intent's bad faith conduct denied and was calculated to deny Synopsys the benefit of those contracts, including its bargained-for expectation that Real Intent would respect and protect Synopsys' proprietary and confidential information.

99.     Section 9.5 of the SLA also provides Synopsys with the right to verify Real Intent's compliance under the SLA.  Consequently, the SLA contained and imposed an implied covenant of good faith and fair dealing that when Synopsys requested an audit to verify Real Intent's compliance with the SLA, Real Intent would not deprive Synopsys of its benefits under

\\NORTHCA - 069343/000083 - 2763799 v1

the SLA by intentionally frustrating Synopsys' ability to verify Real Intent's compliance under the SLA.

100.   Despite this covenant, Real Intent frustrated Synopsys' ability to verify Real Intent's compliance.  Real Intent was at all times aware of its obligations under the SLA, and chose to frustrate Synopsys' ability to verify the extent and nature of Real Intent's non-compliance with the SLA, in order to continue Real Intent's improper use of and access to Synopsys' confidential and proprietary information.

101.   Real Intent's acts surrounding Synopsys' audit requests, including its stalling and delay, failing to provide all requested information, and refusing to allow Synopsys access to the entirety of the audit report, were wrongful independent of any breach of contract itself.  Real Intent intentionally and wrongfully delayed and denied Synopsys' reasonable requests for documents to frustrate Synopsys' ability to protect its intellectual property and increase Synopsys' costs in doing so, so that Real Intent could continue to improperly use Synopsys' confidential information and deprive Synopsys of its benefits under the SLA.

102.   The wrongful acts of Real Intent described herein, including its breaches of the implied covenants contained in and imposed by the SLA, were at all relevant times undertaken in bad faith.

103.   Through its breaches of the covenant of good faith and fair dealing, Real Intent misused Synopsys' confidential and proprietary information against Synopsys—and for the benefit of Real Intent—to compete unfairly in the marketplace.  As a direct and proximate result of Real Intent's breaches, Synopsys has suffered and will continue to suffer economic injury and monetary loss to its business, including, for example, lost sales and price erosion of Synopsys' products, as well as monetary costs relating to Synopsys' attempts to verify Real Intent's compliance with the SLA.

104.   Real Intent's breaches of the covenant of good faith and fair dealing have caused damage to Synopsys in an amount to be proven at trial.

105.   As a direct and proximate result of the actions of Real Intent alleged herein, Synopsys has been irreparably harmed, and that harm will continue absent an injunction

1   restraining Real Intent from improperly using, copying, publishing, disclosing, or transferring

2   materials gained through the improper copying of Synopsys' user documentation and its Design

3   Compiler and PrimeTime command sets.

4   **COUNT IV: INFRINGEMENT OF THE '057 PATENT**

5       106.   Synopsys incorporates paragraphs 1–105 as if fully set forth herein.

6       107.   On information and belief, Real Intent and/or users of the Real Intent Verix PCDC

7   software product, also known as Verix PhyCDC (Verix PCDC and Verix PhyCDC are

8   collectively and disjointedly referred to herein as "PCDC") have directly infringed (either literally

9   or under the doctrine of equivalents) and continue to directly infringe one or more claims of the

10  '057 Patent by making, using, offering to sell, and/or selling PCDC within the United States

11  without authority or license, in violation of 35 U.S.C. § 271(a).

12      108.   As just one non-limiting example, set forth below is an exemplary infringement

13  claim chart for claim 1 of the '057 Patent against PCDC.  Synopsys reserves the right to modify

14  this chart, including on the basis of information it learns through discovery.

| '057 Patent Claim 1 | Real Intent PCDC |
|---|---|
| An automated method, implemented as design verification software running on a computer system having a data storage and a processor, for netlist clock domain crossing (CDC) verification, the method comprising: | PCDC is a design verification software product that runs on a conventional computer system that includes, among other things, a central processing unit ("CPU"), random access memory ("RAM"), and other data storage media such as a hard disk drive and/or a solid state drive.  Real Intent advertises that PCDC "performs gate-level, multimode CDC sign-off."  *See* https://www.realintent.com/gate-level-cdc-verix-pcdc/; https://www.techdesignforums.com/blog/2015/05/21/meridian-physical-cdc-real-intent/; https://www.youtube.com/watch?v=SdF3xEoBmI0. |
| receiving, by a data storage accessible to a processor, (a) a register-transfer-level (RTL) design of an integrated circuit, together with RTL-level CDC constraints for the RTL design, (b) RTL CDC verification results, and (c) a netlist corresponding to the RTL design; | As shown in the below diagram, in order to perform gate-level, multimode CDC sign-off, PCDC receives a variety of data generated by and/or provided by the Verix CDC product, including an RTL description of a circuit design, constraints for the design, and CDC verification results.  Upon information and belief, a data storage, such as RAM or other data storage media such as a hard disk drive and/or a solid state drive, stores a netlist description of the circuit design as received by PCDC.  Real Intent advertises that PCDC "fully leverages the Verix Multimode CDC RTL sign off data" and "results from RTL CDC."  *See* https://www.realintent.com/gate-level-cdc-verix-pcdc/; https://www.youtube.com/watch?v=SdF3xEoBmI0. |

| | |
|---|---|
| | *See also* http://deepchip.com/gadfly/gad062218.html ("**Verix PhyCDC** goes complete gate-level netlist CDC sign-off with glitch checking. Uses SDC constraints and RTL CDC results for fast incremental sign-off of all pathways."); https://www.globenewswire.com/news-release/2018/06/18/1525749/0/en/Real-Intent-Launches-Verix-PhyCDC-the-Next-Innovation-in-SoC-Design-Sign-off.html ("Verix PhyCDC … leverages the results from RTL CDC to identify incremental CDC paths and constraints to optimize the CDC analysis at gate level…. Its easy setup by reusing constraints from RTL, … and incremental sign-off through diff analysis gives implementation teams the fastest pathway for RTL + Netlist CDC sign-off."). |
| migrating, by the processor, the RTL-level CDC constraints to netlist CDC constraints and storing the migrated netlist CDC constraints in the data storage; | Because "RTL CDC constraints are not directly applicable to the netlist," PCDC migrates RTL-level CDC constraints to netlist CDC constraints. This allows "[e]asy setup by reusing constraints from RTL" and avoids "manual conversion of constraints from RTL to Netlist [which] is error-prone and needs high effort." "All the CDC analysis data is stored in a database." *See* https://www.realintent.com/gate-level-cdc-verix-pcdc/. Upon information and belief, this stored data includes the migrated constraints. *See also* https://www.youtube.com/watch?v=SdF3xEoBmI0; https://www.globenewswire.com/news-release/2018/06/18/1525749/0/en/Real-Intent-Launches-Verix-PhyCDC-the-Next-Innovation-in-SoC-Design-Sign-off.html ("easy setup by reusing constraints from RTL"). |
| checking, by the processor, the received netlist for asynchronous clock domain crossings using the migrated netlist CDC constraints to identify correspondences between RTL and netlist level crossings and reporting any CDC violations found in the netlist; and | PCDC "performs gate-level, multimode CDC sign-off, ensuring that all signals crossing from one clock domain to another asynchronous domain are reliably captured." *See* https://www.realintent.com/gate-level-cdc-verix-pcdc/.<br><br>As shown in the below diagram, results are provided to users via "Verix PCDC's smart reporting [that] keeps users focused on important issues through efficient organization of findings. Helpful guidance and suggested actions help users pinpoint the source of the problems quickly." "Real Intent's state-of-the-art design intent debugger and analysis manager—iDebug—provides for user configurability and programmability with its |

Hogan Lovells US LLP<br>Attorneys At Law<br>San Francisco

COMPLAINT

\\NORTHCA - 069343/000083 - 2763799 v1

| | |
|---|---|
| | command line interface (CLI). All the CDC analysis data is stored in a database that can be accessed through the CLI, so users are not stuck with one methodology that the tool provides for debug."  *See* https://www.realintent.com/gate-level-cdc-verix-pcdc/. |
| comparing, by the processor, netlist CDC verification results with the received RTL CDC verification results and reporting similarities and differences between the netlist CDC verification results with the received RTL CDC verification results. | Upon information and belief, PCDC compares and reports similarities and differences between the RTL CDC and the netlist CDC. PCDC "[e]nables incremental sign-off through CDC-diff analysis." "PCDC's smart reporting keeps users focused on important issues through efficient organization of findings. Helpful guidance and suggested actions help users pinpoint the source of problems quickly. Real Intent's state-of-the-art design intent debugger and analysis manager—iDebug—provides for user configurability and programmability with its command line interface (CLI). CDC analysis data is stored in a database that can be accessed through the CLI, so users are not stuck with one methodology that the tool provides for debug" *See* https://www.realintent.com/gate-level-cdc-verix-pcdc/; *see also* https://www.globenewswire.com/news-release/2018/06/18/1525749/0/en/Real-Intent-Launches-Verix-PhyCDC-the-Next-Innovation-in-SoC-Design-Sign-off.html ("Verix PhyCDC also includes iDebug, Real Intent's state-of-the-art design intent debugger and data manager. … Its easy setup by reusing constraints from RTL, parallel processing to significantly reduce runtime, and incremental sign-off through diff analysis gives implementation teams the fastest pathway for RTL + Netlist CDC sign-off."). |

109.    Additionally and/or alternatively, Real Intent has indirectly infringed and continues to indirectly infringe the '057 Patent, in violation of 35 U.S.C. § 271(b), by actively inducing users of PCDC to directly infringe the '057 Patent. In particular, Real Intent had actual knowledge of the '057 Patent no later than the filing of this complaint; Real Intent intentionally causes, urges, or encourages users of PCDC to directly infringe one or more claims of the '057 Patent by promoting, advertising, and instructing customers and potential customers about PCDC

HOGAN LOVELLS US LLP / ATTORNEYS AT LAW / SAN FRANCISCO / \\NORTHCA - 069343/000083 - 2763799 v1

and uses thereof, including infringing uses (*see, e.g.,* https://www.realintent.com/gate-level-cdc-verix-pcdc/); Real Intent knows (or should know) that its actions will induce PCDC users to directly infringe one or more claims of the '057 Patent; and users of PCDC directly infringe one or more claims of the '057 Patent.  For example, at a minimum, Real Intent has supplied and continues to supply PCDC to customers while knowing that installation and use of PCDC will infringe one or more claims of the '057 Patent and that Real Intent's customers then directly infringe one or more claims of the '057 Patent by installing and using PCDC in accordance with Real Intent's product literature. *See, e.g.,* https://www.realintent.com/gate-level-cdc-verix-pcdc/.

110.    Additionally and/or alternatively, Real Intent has indirectly infringed and continues to indirectly infringe the '057 Patent, in violation of 35 U.S.C. § 271(c), by offering to sell and/or selling components that contribute to the direct infringement of one or more claims of the '057 Patent.  In particular, Real Intent had actual knowledge of the '057 Patent no later than the filing of this complaint; Real Intent offers for sale and/or sells PCDC, which is a material component of the '057 Patent and is not a staple article of commerce suitable for substantial non-infringing use; Real Intent knows (or should know) that PCDC was especially made or especially adapted for use in an infringement of the '057 Patent; and users of devices that comprise PCDC directly infringe one or more claims of the '057 Patent.  For example, Real Intent has offered and offers to sell and/or has sold and sells PCDC to customers for installation on computers with a processor and data storage.  PCDC is a material component of the computer devices that meet one or more claims of the '057 Patent. *See, e.g.,* https://www.realintent.com/gate-level-cdc-verix-pcdc/.  Further, Real Intent especially made and/or adapted PCDC for use in computer devices that meet one or more claims of the '057 Patent, and PCDC is not a staple article of commerce suitable for substantial non-infringing use.  Real Intent's customers directly infringe one or more claims of the '057 Patent by installing PCDC on a computer device and using PCDC to perform gate-level multimode CDC sign-off. *See* https://www.realintent.com/gate-level-cdc-verix-pcdc/.

111.    Synopsys is entitled to recover from Real Intent all damages that Synopsys has sustained as a result of Real Intent's infringement of the '057 Patent, including, without limitation, a reasonable royalty and lost profits.

Hogan Lovells US
LLP
Attorneys At Law
San Francisco

- 24 -                                                    COMPLAINT

\\NORTHCA - 069343/000083 - 2763799 v1

112.    Real Intent's infringement of the '057 Patent is exceptional and entitles Synopsys to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

113.    Real Intent's infringement of the '057 Patent has caused irreparable harm, including the loss of market share, to Synopsys and will continue to do so unless enjoined by this Court.

## **RELIEF SOUGHT**

Wherefore, Synopsys respectfully requests:

A.    Judgment be entered that Real Intent infringed one or more of Synopsys' copyrights;

B.    Judgment be entered that Real Intent infringed one or more claims of the '057 Patent;

C.    Judgment be entered that Real Intent breached the SLA;

D.    Judgment be entered that Real Intent breached the covenant of good faith and fair dealing;

E.    An injunction enjoining Real Intent, its officers, agents, servants, employees, successors, assigns and all persons acting in concert with it or them, from directly or indirectly engaging in acts that infringe Synopsys' copyrights;

F.    An injunction enjoining Real Intent, its officers, agents, servants, employees, successors, assigns and all persons acting in concert with it or them, from directly or indirectly engaging in acts that infringe the '057 Patent;

G.    An injunction requiring Real Intent to cease all use and disclosure of any portion of the Synopsys software and documentation, and to "return or destroy" all copies of Synopsys' confidential and proprietary information, including all copies of Synopsys software;

H.    An award of actual damages and any additional infringer's profits under 17 U.S.C. § 504 together with pre-judgment and post-judgment interest on the damages awarded; or if elected prior to final judgment, statutory damages pursuant to 17 U.S.C. § 504(c);

I.    An award of damages sufficient to compensate Synopsys for Real Intent's patent infringement pursuant to 35 U.S.C. §§ 284-285;

J.      An award of actual damages sustained as a result of Real Intent's breach of the 2015 in-Sync Agreement, the 2016 in-Sync Agreement, and the SLA;

K.      An award to Synopsys of its actual damages sustained as a result of Real Intent's breach of the implied covenant of good faith and fair dealing;

L.      An award of attorneys' fees pursuant to 17 U.S.C. § 505, 35 U.S.C. § 285 and/or Section 9.9 of the SLA;

M.      Costs and expenses associated with the audit;

N.      Costs and expenses in this action; and

O.      Any and all other legal or equitable relief that the Court deems just and proper.

Dated: April 23, 2020

Respectfully submitted,

HOGAN LOVELLS US LLP


By: /s/ Krista S. Schwartz
Krista S. Schwartz

Attorneys for Plaintiff
Synopsys, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### **JURY TRIAL DEMAND**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Synopsys demands a trial by jury of all issues triable of right by jury.

Dated: April 23, 2020

Respectfully submitted,

HOGAN LOVELLS US LLP

By: */s/ Krista S. Schwartz*
Krista S. Schwartz

Attorneys for Plaintiff
Synopsys, Inc.