# EXHIBIT 1

## TO PLAINTIFF SYNOPSYS, INC.'S COMPLAINT

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX  2 616 958**

TX

EFFECTIVE DATE OF REGISTRATION

**APRIL     05     1989**

Month          Day          Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

Design Compiler

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**

**NAME OF AUTHOR ▼**

a   Synopsys, Inc.

**DATES OF BIRTH AND DEATH**

Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country

OR { Citizen of ▶ the United States
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**

Anonymous?        ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Computer program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**

Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country

OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**

Anonymous?        ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**

Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country

OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**

Anonymous?        ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given in all cases.

1988   ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**

Day ▶ 6      Year ▶ 1988

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Synopsys, Inc.
1500 Hamden Drive
Mountain View, CA  94043

APPLICATION RECEIVED  4-5-89

ONE DEPOSIT RECEIVED  April 05 1989

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

FORM TX

Special relief granted under
§02.20 §(d) of the C. O. reg.

CHECKED BY

[X] CORRESPONDENCE
    Yes

[ ] DEPOSIT ACCOUNT
    FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX 2 616 958

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
[ ] Yes [X] No  If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼
[ ] This is the first published edition of a work previously registered in unpublished form
[ ] This is the first application submitted by this author as copyright claimant
[ ] This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**    A signature on this form at space 10, and a
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a [ ] Copies and Phonorecords        b [ ] Copies Only        c [ ] Phonorecords Only

**8**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                        Account Number ▼

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
    John D. Chaparro
    Brobeck, Phleger & Harrison
    Two Embarcadero Place, 2200 Geng Rd., Palo Alto, CA  94303
                    Area Code & Telephone Number ▶ (415) 424-0160

**CERTIFICATION**  I, the undersigned, hereby certify that I am the
                            Check one ▶
[ ] author
[ ] other copyright claimant
[ ] owner of exclusive right(s)
[X] authorized agent of  Synopsys, Inc.
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
    Harvey C. Jones                                           date  9/4/88

Handwritten signature (X) ▼

**10**

**MAIL
CERTIFI-
CATE TO**

    Name ▼
    John D. Chaparro
    Number/Street/Apartment Number ▼
    Brobeck, Phleger & Harrison
    Two Embarcadero Place, 2200 Geng Rd.
    City/State/Zip ▼
    Palo Alto, CA  94303

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1988   February 1988—100,000

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto on

**TX 2-616-958**

**September 24, 2013**

Register of Copyrights and
Associate Librarian for Copyright Services

C-731 · 06/2011—10,000

# EXHIBIT 2

## TO PLAINTIFF SYNOPSYS, INC.'S COMPLAINT

**Registration Number**

# TX 8-861-313

**Effective Date of Registration:**
April 10, 2020
**Registration Decision Date:**
April 13, 2020

## Supplementary Registration

Supplement To:   TX 7-648-060, 2013

## Title _____

Title of Work:   Design Compiler Suite Version F-2011.09

Previous or Alternate Title:   Design Compiler 2011.09

DC Ultra

DC Expert

Design Compiler Graphical

Design Compiler

## Completion/Publication _____

Year of Completion:   2011
Date of 1st Publication:   September 06, 2011
Nation of 1st Publication:   United States

## Author _____

- **Author:**   Synopsys, Inc.
  Author Created:   New and revised computer code and supporting documentation and manuals
  Work made for hire:   Yes
  Domiciled in:   United States

## Copyright Claimant _____

Copyright Claimant:   Synopsys, Inc.
690 East Middlefield Road, Mountain View, CA, 94043, United States

## Limitation of copyright claim _____

| | |
|---|---|
| **Material excluded from this claim:** | Prior works by claimant, including Design Compiler 2010.12 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06 and 2010.03; PrimeTime 2010.12 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06, 2009.12 and 2010.06; IC Compiler 2010.12 and previous versions 2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06 and 2010.03; ATPG 2010.12 and previous versions 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2002.09, 2002.12, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.06, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03 and 2010.12; and licensed-in components. |
| **Previous registration and year:** | TX 2-616-958, 1989<br>TX 4-860-903, 1999 |
| **New material included in claim:** | New and revised computer code and supporting documentation and manuals |

## Certification

| | |
|---|---|
| **Name:** | David Pursley, Vice President and Deputy General Counsel, Synopsys, Inc., Authorized agent of Synopsys, Inc. |
| **Date**: | April 10, 2020 |
| **Applicant's Tracking Number**: | 22524-00089 |

| | |
|---|---|
| **Explanation of Amplifications:** | The claimant wishes to amplify the facts on record regarding "Prior works by claimant" and instead state: Prior works by claimant, including Design Compiler 2010.12 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06 and 2010.03; PrimeTime 2010.12 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06, 2009.12 and 2010.06; IC Compiler 2010.12 and previous versions 2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06 and 2010.03; ATPG 2010.12 and previous versions 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2002.09, 2002.12, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.06, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03 and 2010.12; and licensed-in components. |

**Registration #:**   TX0008861313
**Service Request #:**   1-8721564581

Fenwick and West LLP
Susanne Morales
801 California Street
Mountain View, CA 94041 United States

# EXHIBIT 3

## TO PLAINTIFF SYNOPSYS, INC.'S COMPLAINT

**Registration Number**

# TX 8-863-011

**Effective Date of Registration:**
April 10, 2020
**Registration Decision Date:**
April 21, 2020

## Supplementary Registration

Supplement To:   TX 7-648-332, 2013

## Title _____

| | |
|---|---|
| **Title of Work:** | Design Compiler Suite Version G-2012.06 |
| **Previous or Alternate Title:** | Design Compiler 2012.06 |
| | DC Ultra |
| | DC Expert |
| | Design Compiler Graphical |
| | Design Compiler |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | June 11, 2012 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | Synopsys, Inc. |
| **Author Created:** | New and revised computer code and supporting documentation and manuals |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Synopsys, Inc. |
| | 690 East Middlefield Road, Mountain View, CA, 94043, United States |

## Limitation of  copyright claim _____

| | |
|---|---|
| **Material excluded from this claim:** | Prior works by claimant, including Design Compiler 2011.09 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12 and 2011.09; PrimeTime 2011.12 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06, 2009.12, 2010.06 and 2010.12; IC Compiler 2011.09 and previous versions 2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12; ATPG 2011.09 and previous versions 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2002.09, 2002.12, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.06, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03 and 2010.12; and licensed-in components. |
| **Previous registration and year:** | TX 4-860-903, 1999<br>TX 7-648-060, 2013 |
| **New material included in claim:** | New and revised computer code and supporting documentation and manuals |

## Certification

| | |
|---|---|
| **Name:** | David Pursley, Vice-President and Deputy General Counsel, Synopsys, Inc., Authorized agent of Synopsys, Inc. |
| **Date**: | April 10, 2020 |
| **Applicant's Tracking Number**: | 22524-00089 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Explanation of Amplifications:** | The previous registration that was pending issued and the claimant wishes to provide the registration number. The claimant wishes to amplify the facts on record regarding the "prior works by claimant" and instead state: Prior works by claimant, including Design Compiler 2011.09 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12 and 2011.09; PrimeTime 2011.12 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06, 2009.12, 2010.06 and 2010.12; IC Compiler 2011.09 and previous versions 2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12; ATPG 2011.09 and previous versions 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2002.09, 2002.12, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.06, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03 and 2010.12; and licensed-in components. |

**Registration #:** TX0008863011
**Service Request #:** 1-8721564662

## Mail Certificate

Fenwick and West LLP
Susanne Morales
801 California Street
Mountain View, CA 94041

**Priority:** Special Handling      **Application Date:** April 10, 2020

## Correspondent

# EXHIBIT 4

## TO PLAINTIFF SYNOPSYS, INC.'S COMPLAINT

**Registration Number**

# TX 8-863-045

**Effective Date of Registration:**
April 08, 2020
**Registration Decision Date:**
April 21, 2020

**Supplementary Registration**

Supplement To:   TX 4-860-903, 1999

## Title _____

|  |  |
|---|---|
| **Title of Work:** | Design Compiler 98.08 |
| **Previous or Alternate Title:** | DC Ultra |
|  | DC Ultra Plus |
|  | DC Expert |
|  | DC Expert Plus |
|  | DC PRO |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 1998 |
| **Date of 1st Publication:** | August 31, 1998 |
| **Nation of 1st Publication:** | United States |

## Author _____

|  |  |
|---|---|
| • **Author:** | Synopsys, Inc. |
| **Author Created:** | Entire computer program |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Synopsys, Inc. |
|  | 690 East Middlefield Road, Mountain View, CA, 94043, United States |

## Limitation of copyright claim _____

|  |  |
|---|---|
| **Material excluded from this claim:** | Prior works by claimant, including Design Compiler 1998.02 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01 and 1997.08; PrimeTime 1998.02 and previous versions 1997.01 and 1997.08; ATPG 1998.02 and previous version 1997.08; and licensed-in components. |
| **Previous registration and year:** | TX 2-616-958, 1989 |
| **New material included in claim:** | Revisions and additional text |

## Certification

|  |  |
|---|---|
| **Name:** | David Pursley, Vice-President and Deputy General Counsel, Synopsys, Inc., Authorized agent of Synopsys, Inc. |
| **Date**: | April 08, 2020 |
| **Applicant's Tracking Number**: | 22524-00089 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Explanation of Amplifications:** | The claimant wishes to amplify the facts on record regarding "previous versions" and instead state:  Prior works by claimant, including Design Compiler 1998.02 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01 and 1997.08; PrimeTime 1998.02 and previous versions 1997.01 and 1997.08; ATPG 1998.02 and previous version 1997.08; and licensed-in components. |

**Registration #:**   TX0008863045
**Service Request #:**   1-8718312861

## Mail Certificate

Fenwick and West LLP
Susanne Morales
801 California Street
Mountain View, CA 94041

**Priority:**   Special Handling          **Application Date:**   April 08, 2020

## Correspondent

# EXHIBIT 5

## TO PLAINTIFF SYNOPSYS, INC.'S COMPLAINT

**Registration Number**

# TX 8-863-868

**Effective Date of Registration:**
April 10, 2020
**Registration Decision Date:**
April 22, 2020

## Supplementary Registration

Supplement To:   TX 8-766-761, 2019

## Title _____

Title of Work:   Design Compiler Suite Version 2015.06

Previous or Alternate Title:   Design Compiler 2015.06

Design Compiler Graphical

Design Compiler

DC Expert

DC Ultra

## Completion/Publication _____

Year of Completion:   2015
Date of 1st Publication:   June 08, 2015
Nation of 1st Publication:   United States

## Author _____

- **Author:**   Synopsys, Inc.
  Author Created:   New and revised computer code
  Work made for hire:   Yes
  Domiciled in:   United States

## Copyright Claimant _____

Copyright Claimant:   Synopsys, Inc.
690 East Middlefield Road, Mountain View, CA, 94043, United States

## Limitation of  copyright claim _____

| | |
|---|---|
| **Material excluded from this claim:** | Prior works by claimant, including Design Compiler 2014.09 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12, 2011.09, 2012.06, 2013.03 and 2013.12; PrimeTime 2014.06 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06, 2009.12, 2010.06, 2010.12, 2011.12, 2012.06, 2012.12 and 2013.12; IC Compiler 2014.09 and previous versions 2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12, 2011.09, 2012.06, 2013.03 and 2013.12; IC Compiler II 2014.12 and previous versions 2014.03 and 2014.06; ATPG 2014.09 and previous versions 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2002.09, 2002.12, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.06, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12, 2011.09, 2012.06, 2013.03 and 2013.12; and licensed-in components. |
| **Previous registration and year:** | TX 7-648-332, 2013<br>TX 7-648-060, 2011 |
| **New material included in claim:** | New and revised computer code |

## Certification _____

| | |
|---|---|
| **Name:** | David Pursley, Vice-President and Deputy General Counsel, Synopsys, Inc., Authorized agent of Synopsys, Inc. |
| **Date:** | April 22, 2020 |
| **Applicant's Tracking Number:** | 22524-00089 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Explanation of Corrections:** | For previous registration TX 7-648-332 the year of registration is 2013. |
| **Explanation of Amplifications:** | The claimant wishes to amplify the facts on record regarding "Prior works by claimant" and instead state: Prior works by claimant, including Design Compiler 2014.09 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12, 2011.09, 2012.06, 2013.03 and 2013.12; PrimeTime 2014.06 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06, 2009.12, 2010.06, 2010.12, 2011.12, 2012.06, 2012.12 and 2013.12; IC Compiler 2014.09 and previous versions 2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12, 2011.09, 2012.06, 2013.03 and 2013.12; IC Compiler II 2014.12 and previous versions 2014.03 and 2014.06; ATPG 2014.09 and previous versions 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2002.09, 2002.12, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.06, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12, 2011.09, 2012.06, 2013.03 and 2013.12; and licensed-in components. |

**Registration #:**  TX0008863868
**Service Request #:**  1-8721640852

## Mail Certificate

Fenwick and West LLP
Susanne Morales
801 California Street
Mountain View, CA 94041

**Priority:**   Special Handling        **Application Date:**   April 10, 2020

## Correspondent

# EXHIBIT 6

## TO PLAINTIFF SYNOPSYS, INC.'S COMPLAINT

**Registration Number**

# TX 8-863-872

**Effective Date of Registration:**
April 10, 2020
**Registration Decision Date:**
April 22, 2020

## Supplementary Registration

Supplement To:   TX 8-768-603, 2019

## Title _____

|  |  |
|---|---|
| **Title of Work:** | Design Compiler Suite Version 2016.03 |
| **Previous or Alternate Title:** | Design Compiler 2016.03 |
|  | Design Compiler Graphical |
|  | Design Compiler |
|  | DC Expert |
|  | DC Ultra |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | March 07, 2016 |
| **Nation of 1st Publication:** | United States |

## Author _____

|  |  |
|---|---|
| • **Author:** | Synopsys, Inc. |
| **Author Created:** | New and revised computer code |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant _____

**Copyright Claimant:** Synopsys, Inc.
690 East Middlefield Road, Mountain View, CA, 94043, United States

## Limitation of  copyright claim _____

| Material excluded from this claim: | Prior works by claimant, including Design Compiler 2015.06 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12, 2011.09, 2012.06, 2013.03, 2013.12 and 2014.09; PrimeTime 2015.06 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06, 2009.12, 2010.06, 2010.12, 2011.12, 2012.06, 2012.12, 2013.12 and 2014.06; IC Compiler 2015.06 and previous versions 2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12, 2011.09, 2012.06, 2013.03, 2013.12 and 2014.09; ; IC Compiler II 2015.06 and previous versions 2014.03, 2014.06 and 2014.12; ATPG 2015.06 and previous versions 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2002.09, 2002.12, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12, 2011.09, 2012.06, 2013.03, 2013.12 and 2014.09; and licensed-in components. |
|---|---|
| Previous registration and year: | TX 8-766-761, 2019<br>TX 7-648-332, 2013 |
| New material included in claim: | New and revised computer code |

## Certification

| Name: | David Pursley, Vice-President and Deputy General Counsel, Synopsys, Inc., Authorized agent of Synopsys, Inc. |
|---|---|
| Date: | April 22, 2020 |
| Applicant's Tracking Number: | 22542-00089 |

| Correspondence: | Yes |
|---|---|
| Explanation of Corrections: | For previous registration TX 7-648-332 the year of registration is 2013. |
| Explanation of Amplifications: | The claimant wishes to amplify the facts on record regarding "Prior works of claimant" and instead state: Prior works by claimant, including Design Compiler 2015.06 and previous versions 1.0 (10/88), 1.1 (3/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12, 2011.09, 2012.06, 2013.03, 2013.12 and 2014.09; PrimeTime 2015.06 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06, 2009.12, 2010.06, 2010.12, 2011.12, 2012.06, 2012.12, 2013.12 and 2014.06; IC Compiler 2015.06 and previous versions 2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12, 2011.09, 2012.06, 2013.03, 2013.12 and 2014.09; ; IC Compiler II 2015.06 and previous versions 2014.03, 2014.06 and 2014.12; ATPG 2015.06 and previous versions 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2002.09, 2002.12, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.06, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12, 2011.09, 2012.06, 2013.03, 2013.12 and 2014.09; and licensed-in components. |

**Registration #:** TX0008863872
**Service Request #:** 1-8721681382

## Mail Certificate

Fenwick and West LLP
Susanne Morales
801 California Street
Mountain View, CA 94041

**Priority:** Special Handling     **Application Date:** April 10, 2020

## Correspondent

| | |
|---|---|
| **Organization Name:** | Fenwick & West LLP |
| **Name:** | Diana Lock |
| **Email:** | copyrightregistrations@fenwick.com |
| **Telephone:** | (650)335-7618 |
| **Alt. Telephone:** | (650)988-8500 |
| **Fax:** | (650)938-5200 |
| **Address:** | 801 California Street |
| | Mountain View, CA 94041 United States |

# EXHIBIT 7

## TO PLAINTIFF SYNOPSYS, INC.'S COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
# TX 8-426-385
**Effective Date of Registration:**
October 16, 2017

---

## Supplementary Registration

**Supplement To:** TX0007674941, 2013

## Title _____

**Title of Work:** IC Compiler Version D-2010.03

**Previous or Alternate Title:** IC Compiler 2010.03

IC Compiler

## Completion/Publication _____

**Year of Completion:** 2010
**Date of 1st Publication:** March 08, 2010
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Synopsys, Inc.
  **Author Created:** New and revised computer code and supporting documentation and manuals
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Synopsys, Inc.
690 East Middlefield Road, Mountain View, CA, 94043-4033, United States

## Limitation of copyright claim _____

**Material excluded from this claim:** Prior works by claimant, including IC Compiler 2009.06 and previous versions
2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12 and 2008.09; Astro
2007.03 and previous versions 2001.2.3.5.0.1, 2001.2.3.5.0.2, 2001.2.3.5.0.3,
2003.06, 2003.09, 2003.12, 2004.03, 2004.06, 2004.12, 2005.09 and 2006.06;
Jupiter-XT 2007.03 and previous versions 2000.2.3.4.0.7, 2000.2.3.4.0.8,
2000.2.3.4.0.9, 2001.2.3.5.0.2, 2003.03, 2003.06, 2003.09, 2004.03, 2004.06,
2004.12, 2005.09 and 2006.06; Physical Compiler 2007.09 and previous versions
2002.05, 3.0 (9/03), 3.1 (10/03), 2003.12, 2004.08 and 2006.06; Design
Compiler 2009.06 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3
(7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95),

3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12 and 2008.09; PrimeTime 2009.12 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12 and 2009.06; and licensed-in components.

**New material included in claim:** New and revised computer code and supporting documentation and manuals

## Certification

**Name:** David Pursley, Vice-President and Deputy General Counsel, Synopsys, Inc., Authorized agent of Synopsys, Inc.

**Date:** October 16, 2017

**Applicant's Tracking Number:** 22524-80

**Explanation of Amplifications:** Copyright claimant. The copyright claimant has changed its address to: 690 East Middlefield Road, Mountain View, CA 94043-4033. Limitation of copyright claim. Material excluded from this claim: The claimant wishes to amplify the facts on record regarding "prior works by claimant." Instead of "Prior works by claimant and licensed-in components," the claimant wishes to state: "Prior works by claimant, including IC Compiler 2009.06 and previous versions 2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12 and 2008.09; Astro 2007.03 and previous versions 2001.2.3.5.0.1, 2001.2.3.5.0.2, 2001.2.3.5.0.3, 2003.06, 2003.09, 2003.12, 2004.03, 2004.06, 2004.12, 2005.09 and 2006.06; Jupiter-XT 2007.03 and previous versions 2000.2.3.4.0.7, 2000.2.3.4.0.8, 2000.2.3.4.0.9, 2001.2.3.5.0.2, 2003.03, 2003.06, 2003.09, 2004.03, 2004.06, 2004.12, 2005.09 and 2006.06; Physical Compiler 2007.09 and previous versions 2002.05, 3.0 (9/03), 3.1 (10/03), 2003.12, 2004.08 and 2006.06; Design Compiler 2009.06 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12 and 2008.09; PrimeTime 2009.12 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12 and 2009.06; and licensed-in components."



Registration #:     TX0008426612
Service Request #:  1-5900832141

Synopsys, Inc.
David Pursley
690 East Middlefield Road
Mountain View, CA 94043-4033 United States

# EXHIBIT 8

## TO PLAINTIFF SYNOPSYS, INC.'S COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-426-420**
Effective Date of Registration:
October 16, 2017

## Supplementary Registration

Supplement To:   TX0007575438, 2012

## Title

Title of Work:   IC Compiler Version G-2012.06

Previous or Alternate Title:   IC Compiler G-2012

IC Compiler

## Completion/Publication

Year of Completion:   2012
Date of 1st Publication:   June 11, 2012
Nation of 1st Publication:   United States

## Author

- Author:   Synopsys, Inc.
  Author Created:   New and revised computer code and supporting documentation
  Work made for hire:   Yes
  Domiciled in:   United States

## Copyright Claimant

Copyright Claimant:   Synopsys, Inc.
690 East Middlefield Road, Mountain View, CA, 94043-4033, United States

## Limitation of copyright claim

Material excluded from this claim:   Prior works by claimant, including IC Compiler 2011.09 and previous versions
2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06,
2010.03 and 2010.12; Astro 2007.03 and previous versions  2001.2.3.5.0.1,
2001.2.3.5.0.2, 2001.2.3.5.0.3, 2003.06, 2003.09, 2003.12, 2004.03, 2004.06,
2004.12, 2005.09 and 2006.06; Jupiter-XT 2007.03 and previous versions
2000.2.3.4.0.7, 2000.2.3.4.0.8, 2000.2.3.4.0.9, 2001.2.3.5.0.2, 2003.03, 2003.06,
2003.09, 2004.03, 2004.06, 2004.12, 2005.09 and 2006.06; Physical Compiler
2007.09 and previous versions 2002.05, 3.0 (9/03), 3.1 (10/03), 2003.12, 2004.08
and 2006.06; Design Compiler 2011.09 and previous versions 1.0 (10/88), 1.1
(3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93),

Page 1 of 2

3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03 and 2010.12; PrimeTime 2011.12 and previous versions 1997.01 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06, 2009.12, 2010.06, 2010.12 and 2011.06; and licensed-in components.

**Previous registration and year:**  TX 7-674-941, 2013
TX 7-674-942, 2013

**New material included in claim:**  New and revised computer code and supporting documentation

## Certification

**Name:**  David Pursley, Vice-President and Deputy General Counsel, Synopsys, Inc., Authorized agent of Synopsys, Inc.

**Date:**  October 16, 2017

**Applicant's Tracking Number:**  22524-00080

**Explanation of Amplifications:**  Copyright claimant. The copyright claimant has changed its address to: 690 East Middlefield Road, Mountain View, CA 94043-4033. Limitation of copyright claim. Material excluded from this claim: The claimant wishes to amplify the facts on record regarding "prior works by claimant." Instead of "Prior works by claimant and licensed-in components," the claimant wishes to state: "Prior works by claimant, including IC Compiler 2011.09 and previous versions 2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03 and 2010.12; Astro 2007.03 and previous versions 2001.2.3.5.0.1, 2001.2.3.5.0.2, 2001.2.3.5.0.3, 2003.06, 2003.09, 2003.12, 2004.03, 2004.06, 2004.12, 2005.09 and 2006.06; Jupiter-XT 2007.03 and previous versions 2000.2.3.4.0.7, 2000.2.3.4.0.8, 2000.2.3.4.0.9, 2001.2.3.5.0.2, 2003.03, 2003.06, 2003.09, 2004.03, 2004.06, 2004.12, 2005.09 and 2006.06; Physical Compiler 2007.09 and previous versions 2002.05, 3.0 (9/03), 3.1 (10/03), 2003.12, 2004.08 and 2006.06; Design Compiler 2011.09 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03 and 2010.12; PrimeTime 2011.12 and previous versions 1997.01 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06, 2009.12, 2010.06, 2010.12 and 2011.06; and licensed-in components." Limitation of copyright claim. Previous registrations and years: Registration of previous works have now issued under registration nos.: TX 7-674-941 (2013), TX 7-674-942 (2013), and TX 7-674-943 (2013).

Registration #:   TX0008426814
Service Request #:   1-5900194501

Synopsys, Inc.
David Pursley
690 East Middlefield Road
Mountain View, CA 94043-4033 United States



# EXHIBIT 9

## TO PLAINTIFF SYNOPSYS, INC.'S COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-426-612**
Effective Date of Registration:
October 16, 2017

## Supplementary Registration

Supplement To:   TX0007674944, 2013

## Title _____

Title of Work:   IC Compiler Version H-2013.03

Previous or Alternate Title:   IC Compiler 2013.03

IC Compiler

## Completion/Publication _____

Year of Completion:   2013
Date of 1st Publication:   March 11, 2013
Nation of 1st Publication:   United States

## Author _____

- Author:   Synopsys, Inc.
  Author Created:   New and revised computer code and supporting documentation and manuals
  Work made for hire:   Yes
  Domiciled in:   United States

## Copyright Claimant _____

Copyright Claimant:   Synopsys, Inc.
690 East Middlefield Road, Mountain View, CA, 94043-4033, United States

## Limitation of  copyright claim _____

Material excluded from this claim:   Prior works by claimant, including IC Compiler 2012.06 and previous versions
2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06,
2010.03, 2010.12 and 2011.09; Astro 2007.03 and previous versions
2001.2.3.5.0.1, 2001.2.3.5.0.2, 2001.2.3.5.0.3, 2003.06, 2003.09, 2003.12,
2004.03, 2004.06, 2004.12, 2005.09 and 2006.06; Jupiter-XT 2007.03 and
previous versions 2000.2.3.4.0.7, 2000.2.3.4.0.8, 2000.2.3.4.0.9, 2001.2.3.5.0.2,
2003.03, 2003.06, 2003.09, 2004.03, 2004.06, 2004.12, 2005.09 and 2006.06;
Physical Compiler 2007.09 and previous versions 2002.05, 3.0 (9/03), 3.1
(10/03), 2003.12, 2004.08 and 2006.06; Design Compiler 2012.06 and previous
versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91),

3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12 and 2011.09; PrimeTime 2012.12 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06, 2009.12, 2010.06, 2010.12, 2011.06, 2011.12 and 2012.06; and licensed-in components.

**Previous registration and year:**   TX 7-575-438, 2012
TX 7-674-943, 2013

**New material included in claim:**   New and revised computer code and supporting documentation and manuals

## Certification

**Name:**   David Pursley, Vice-President and Deputy General Counsel, Synopsys, Inc., Authorized agent of Synopsys, Inc.

**Date:**   October 16, 2017

**Applicant's Tracking Number:**   22524-00080

**Explanation of Amplifications:**   Copyright claimant. The copyright claimant has changed its address to: 690 East Middlefield Road, Mountain View, CA 94043-4033. Limitation of copyright claim. Material excluded from this claim: The claimant wishes to amplify the facts on record regarding "prior works by claimant." Instead of "Prior works by claimant and licensed-in components," the claimant wishes to state: "Prior works by claimant, including IC Compiler 2012.06 and previous versions 2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12 and 2011.09; Astro 2007.03 and previous versions 2001.2.3.5.0.1, 2001.2.3.5.0.2, 2001.2.3.5.0.3, 2003.06, 2003.09, 2003.12, 2004.03, 2004.06, 2004.12, 2005.09 and 2006.06; Jupiter-XT 2007.03 and previous versions 2000.2.3.4.0.7, 2000.2.3.4.0.8, 2000.2.3.4.0.9, 2001.2.3.5.0.2, 2003.03, 2003.06, 2003.09, 2004.03, 2004.06, 2004.12, 2005.09 and 2006.06; Physical Compiler 2007.09 and previous versions 2002.05, 3.0 (9/03), 3.1 (10/03), 2003.12, 2004.08 and 2006.06; Design Compiler 2012.06 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12 and 2011.09; PrimeTime 2012.12 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06, 2009.12, 2010.06, 2010.12, 2011.06, 2011.12 and 2012.06; and licensed-in components." Limitation of copyright claim. Previous registration and year: The registration previously identified as pending has now issued under registration no. TX 7-674-943 (2013).



Registration #:   TX0008426822
Service Request #:   1-5900291266

Synopsys, Inc.
David Pursley
690 East Middlefield Road
Mountain View, CA 94043-4033 United States

# EXHIBIT 10

## TO PLAINTIFF SYNOPSYS, INC.'S COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Leigh Clayett*

Acting United States Register of Copyrights and Director

Registration Number
## TX 8-426-814
Effective Date of Registration:
October 16, 2017

---

## Supplementary Registration

Supplement To:   TX0007674942, 2013

## Title
_____

Title of Work:   IC Compiler Version E-2010.12

Previous or Alternate Title:   IC Compiler 2010.12

IC Compiler

## Completion/Publication
_____

Year of Completion:   2010
Date of 1st Publication:   December 06, 2010
Nation of 1st Publication:   United States

## Author
_____

- Author:   Synopsys, Inc.
  Author Created:   New and revised computer code and supporting documentation and manuals
  Work made for hire:   Yes
  Domiciled in:   United States

## Copyright Claimant
_____

Copyright Claimant:   Synopsys, Inc.
690 East Middlefield Road, Mountain View, CA, 94043-4033, United States

## Limitation of  copyright claim
_____

Material excluded from this claim:   Prior works by claimant, including IC Compiler 2010.03 and previous versions
2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09 and 2009.06;
Astro 2007.03 and previous versions 2001.2.3.5.0.1, 2001.2.3.5.0.2,
2001.2.3.5.0.3, 2003.06, 2003.09, 2003.12, 2004.03, 2004.06, 2004.12, 2005.09
and 2006.06;  Jupiter-XT 2007.03 and previous versions 2000.2.3.4.0.7,
2000.2.3.4.0.8, 2000.2.3.4.0.9, 2001.2.3.5.0.2, 2003.03, 2003.06, 2003.09,
2004.03, 2004.06, 2004.12, 2005.09 and 2006.06; Physical Compiler 2007.09
and previous versions 2002.05, 3.0 (9/03), 3.1 (10/03), 2003.12, 2004.08 and
2006.06; Design Compiler 2010.03 and previous versions 1.0 (10/88), 1.1 (3/89),
1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a

(1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09 and 2009.06; PrimeTime 2010.06 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06 and 2009.12; and licensed-in components.

|  |  |
|---|---|
| Previous registration and year: | TX 7-674-941, 2013 |
| New material included in claim: | New and revised computer code and supporting documentation and manuals |

## Certification

|  |  |
|---|---|
| Name: | David Pursley, Vice-President and Deputy General Counsel, Synopsys, Inc., Authorized agent of Synopsys, Inc. |
| Date: | October 16, 2017 |
| Applicant's Tracking Number: | 22524-00080 |

|  |  |
|---|---|
| Explanation of Amplifications: | Copyright claimant. The copyright claimant has changed its address to:  690 East Middlefield Road, Mountain View, CA  94043-4033.  Limitation of copyright claim. Material excluded from this claim: The claimant wishes to amplify the facts on record regarding "prior works by claimant." Instead of "Prior works by claimant and licensed-in components," the claimant wishes to state: "Prior works by claimant, including IC Compiler 2010.03 and previous versions 2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09 and 2009.06; Astro 2007.03 and previous versions 2001.2.3.5.0.1, 2001.2.3.5.0.2, 2001.2.3.5.0.3, 2003.06, 2003.09, 2003.12, 2004.03, 2004.06, 2004.12, 2005.09 and 2006.06; Jupiter-XT 2007.03 and previous versions 2000.2.3.4.0.7, 2000.2.3.4.0.8, 2000.2.3.4.0.9, 2001.2.3.5.0.2, 2003.03, 2003.06, 2003.09, 2004.03, 2004.06, 2004.12, 2005.09 and 2006.06; Physical Compiler 2007.09 and previous versions 2002.05, 3.0 (9/03), 3.1 (10/03), 2003.12, 2004.08 and 2006.06; Design Compiler 2010.03 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09 and 2009.06; PrimeTime 2010.06 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06 and 2009.12; and licensed-in components." Limitation of copyright claim. Previous registration and year: The registration previously identified as pending has now issued under registration no. TX 7-674-941 (2013). |

# EXHIBIT 11

## TO PLAINTIFF SYNOPSYS, INC.'S COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-426-822**
Effective Date of Registration:
October 16, 2017

## Supplementary Registration

Supplement To:   TX0007674943, 2013

## Title _____

Title of Work:   IC Compiler Version F-2011.09

Previous or Alternate Title:   IC Compiler 2011.09

IC Compiler

## Completion/Publication _____

Year of Completion:   2011
Date of 1st Publication:   September 06, 2011
Nation of 1st Publication:   United States

## Author _____

• Author:   Synopsys, Inc.
Author Created:   New and revised computer code and supporting documentation and manuals
Work made for hire:   Yes
Domiciled in:   United States

## Copyright Claimant _____

Copyright Claimant:   Synopsys, Inc.
690 East Middlefield Road, Mountain View, CA, 94043-4033, United States

## Limitation of copyright claim _____

Material excluded from this claim:   Prior works by claimant, including IC Compiler 2010.12 and previous versions
2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06 and
2010.03; Astro 2007.03 and previous versions 2001.2.3.5.0.1 2001.2.3.5.0.2,
2001.2.3.5.0.3, 2003.06, 2003.09, 2003.12, 2004.03, 2004.06, 2004.12, 2005.09
and 2006.06; Jupiter-XT 2007.03 and previous versions 2000.2.3.4.0.7,
2000.2.3.4.0.8, 2000.2.3.4.0.9, 2001.2.3.5.0.2, 2003.03, 2003.06, 2003.09,
2004.03, 2004.06, 2004.12, 2005.09 and 2006.06; Physical Compiler 2007.09
and previous versions 2002.05, 3.0 (9/03), 3.1 (10/03), 2003.12, 2004.08 and
2006.06; Design Compiler 2010.12 and previous versions 1.0 (10/88), 1.1 (3/89),
1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a

Page 1 of 2

(1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06 and 2010.03; PrimeTime 2011.06 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06, 2009.12, 2010.06 and 2010.12; and licensed-in components.

**Previous registration and year:** TX 7-674-941, 2013
TX 7-674-942, 2013

**New material included in claim:** New and revised computer code and supporting documentation and manuals

## Certification

**Name:** David Pursley, Vice-President and Deputy General Counsel, Synopsys, Inc., Authorized agent of Synopsys, Inc.
**Date:** October 16, 2017
**Applicant's Tracking Number:** 22524-00080

**Explanation of Amplifications:** Copyright claimant. The copyright claimant has changed its address to: 690 East Middlefield Road, Mountain View, CA 94043-4033. Limitation of copyright claim. Material excluded from this claim: The claimant wishes to amplify the facts on record regarding "prior works by claimant." Instead of "Prior works by claimant and licensed-in components," the claimant wishes to state: "Prior works by claimant, including IC Compiler 2010.12 and previous versions 2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06 and 2010.03; Astro 2007.03 and previous versions 2001.2.3.5.0.1 2001.2.3.5.0.2, 2001.2.3.5.0.3, 2003.06, 2003.09, 2003.12, 2004.03, 2004.06, 2004.12, 2005.09 and 2006.06; Jupiter-XT 2007.03 and previous versions 2000.2.3.4.0.7, 2000.2.3.4.0.8, 2000.2.3.4.0.9, 2001.2.3.5.0.2, 2003.03, 2003.06, 2003.09, 2004.03, 2004.06, 2004.12, 2005.09 and 2006.06; Physical Compiler 2007.09 and previous versions 2002.05, 3.0 (9/03), 3.1 (10/03), 2003.12, 2004.08 and 2006.06; Design Compiler 2010.12 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06 and 2010.03; PrimeTime 2011.06 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06, 2009.12, 2010.06 and 2010.12; and licensed-in components." Limitation of copyright claim. Previous registration and year: The registrations previously identified as pending have now issued under registration nos. TX 7-674-941 (2013) and TX 7-674-942 (2013).

Registration #:    TX0008426420
Service Request #: 1-5900194919

Synopsys, Inc.
David Pursley
690 East Middlefield Road
Mountain View, CA 94043-4033 United States



# EXHIBIT 12

**TO PLAINTIFF SYNOPSYS, INC.'S COMPLAINT**

**Registration Number**

# TX 8-862-510

**Effective Date of Registration:**
April 17, 2020
**Registration Decision Date:**
April 20, 2020

## Title _____

| | |
|---|---|
| **Title of Work:** | Synopsys IC Compiler II Version 2016.12 |
| **Previous or Alternate Title:** | IC Compiler II |
| | IC Compiler II Version 2016.12 |
| | IC Compiler II 2016.12 |
| | Synopsys IC Compiler II Version M-2016.12 |
| | IC Compiler II Version M-2016.12 |
| | IC Compiler II M-2016.12 |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | December 05, 2016 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | Synopsys, Inc. |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Synopsys, Inc. |
| | 690 E. Middlefield Road, Mountain View, CA, 94043, United States |

## Limitation of copyright claim _____

| | |
|---|---|
| **Material excluded from this claim:** | Licensed-in components; prior works of claimant, including previous versions of |

IC Compiler II, ATPG, IC Compiler, Astro, Jupiter-XT, Physical Compiler, Design Compiler, and PrimeTime as set forth in the Material Excluded Annotations.

**New material included in claim:** computer program

## Certification

**Name:** David Pursley, Vice President, Deputy General Counsel, Synopsys, Inc.
**Date:** April 17, 2020
**Applicant's Tracking Number:** 22524-00089

**Copyright Office notes:** Regarding authorship information and material excluded: IC Compiler II 2016.03 and previous versions 2014.03, 2014.06, 2014.12 and 2015.06.

Regarding authorship information and material excluded: ATPG 2015.06 and previous versions 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2002.09, 2002.12, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.06, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12, 2011.09, 2012.06, 2013.03, 2013.12 and 2014.09.

Regarding authorship information and material excluded: IC Compiler 2016.03 and previous versions 2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12, 2011.09, 2012.06, 2013.03, 2013.12, 2014.09 and 2015.06.

Regarding authorship information and material excluded: Astro 2007.03 and previous versions 2001.2.3.5.0.1, 2001.2.3.5.0.2, 2001.2.3.5.0.3, 2003.06, 2003.09, 2003.12, 2004.03, 2004.06, 2004.12, 2005.09 and 2006.06.

Regarding authorship information and material excluded: Jupiter-XT 2007.03 and previous versions 2000.2.3.4.0.7, 2000.2.3.4.0.8, 2000.2.3.4.0.9, 2001.2.3.5.0.2, 2003.03, 2003.06, 2003.09, 2004.03, 2004.06, 2004.12, 2005.09, and 2006.06.

Regarding authorship information and material excluded: Physical Compiler 2007.09 and previous versions 2002.05, 3.0 (9/03), 3.1 (10/03), 2003.12, 2004.08, and 2006.06.

Regarding authorship information and material excluded: Design Compiler 2016.03 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12, 2011.09, 2012.06, 2013.03, 2013.12, 2014.09 and 2015.06.

Regarding authorship information and material excluded: PrimeTime 2016.06 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06, 2009.12, 2010.06, 2010.12, 2011.12, 2012.06, 2012.12, 2013.12, 2014.06 and 2015.06.

**Registration #:**   TX0008862510
**Service Request #:**   1-8743785932

## Mail Certificate

Fenwick & West LLP
Susanne S. Morales
801 California Street
Mountain View, CA 94041-2008 United States

**Priority:**   Special Handling          **Application Date:**   April 17, 2020

**Note to C.O.:** Please see attached letter to the Register of Copyrights and deposit material which we have conveyed electronically. In addition, because the Limitation of Claim field in the application is not large enough to hold the material that the claimant wishes to state, we electronically submitted a separate document titled "Limitation of Claim" that the claimant requests to be included in the Limitation of Claim section of the application and the Certificate of Registration when it issues.This is a derivative work that is primarily distributed online. It contains trade secret material and copyrightable authorship that does not appear in other versions of the work. Special Handling requested.

## Correspondent

| | |
|---|---|
| **Organization Name:** | Fenwick & West LLP |
| **Name:** | Diana Lock |
| **Email:** | copyrightregistrations@fenwick.com |
| **Telephone:** | (650)335-7618 |
| **Alt. Telephone:** | (650)988-8500 |
| **Fax:** | (650)938-5200 |
| **Address:** | 801 California Street |
| | Mountain View, CA 94041-2008 United States |

# EXHIBIT 13

**TO PLAINTIFF SYNOPSYS, INC.'S COMPLAINT**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6—539—658**

*TX0006539658*

| TX | TXU | PA | PAU | VA | VAU | SR | SRU |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRA

**JAN 11 2016**

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**

PrimeTime 2006.12

| **Registration Number of the Basic Registration ▼** | **Year of Basic Registration ▼** |
|---|---|
| TX 7-261-049 | 2010 |
| **Name(s) of Author(s) ▼** | **Name(s) of Copyright Claimant(s) ▼** |
| Synopsys, Inc. | Synopsys, Inc. |

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number _____    Line Heading or Description _____

**Incorrect Information as It Appears in Basic Registration ▼**

**Corrected Information ▼**

**Explanation of Correction ▼**

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number 1 _____    Line Heading or Description Limitation of copyright claim

**Amplified Information and Explanation of Information ▼**

The claimant wishes to amplify the fact on record regarding "prior works by claimant." Instead of "Prior works by claimant and licensed-in components," the claimant wishes to state:

"Prior works by claimant, including PrimeTime 2006.06 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.12, 2004.06, 2004.1 2005.06 and 2005.12; Design Compiler 2006.06 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.1 2004.06, 2004.12 and 2005.09; IC Compiler 2006.06 and previous versions 2004.12, 2005.06, and 2005.12; a licensed-in components."

MORE ON BACK ▸    • Complete all applicable spaces (D-G) on the reverse side of this page.

FORM CA RECEIVED                                                      FOR

FUNDS RECEIVED DATE

EXAMINED BY   *[signature]*                                          FO
                                                                     COPY
CORRESPONDENCE ❑                                                     OFI
                                                                      U
REFERENCE TO THIS REGISTRATION ADDED TO                              OI
BASIC REGISTRATION   ☒ YES   ❑ NO

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ❑ Part B or ❑ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.

David Pursley, General Counsel, Synopsys, Inc.
700 East Middlefield Road, Mountain View, CA 94043

Phone ( 650 ) 584-5000            Fax ( 650 ) 965-8637       Email David.Pursley@synopsys.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name  Fenwick & West LLP

Account Number  93235

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)
❑ author                    ❑ owner of exclusive right(s)
❑ other copyright claimant  ☑ duly authorized agent of   Synopsys, Inc.
                                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼   Allison E. Prevatt, Esq., Jones Day          Date ▼  1/11/2014

Handwritten signature (X) ▼
*[signature]*

Certificate     Name ▼
will be         David Pursley, General Counsel, Synopsys, Inc.
mailed in
window          Number/Street/Apt ▼
envelope        700 East Middlefield Road
to this
address:        City/State/ZIP ▼
                Mountain View, CA 94043

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-RACD
101 Independence Avenue SE
Washington, DC 20559

\*17 U.S.C. §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in cc
with the application, shall be fined not more than $2,500.

# EXHIBIT 14

## TO PLAINTIFF SYNOPSYS, INC.'S COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6−539−659**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATI

Month   Day   JAN 11 2016
Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼

Synopsys PrimeTime Suite Version G-2012.06

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| TX 7-663-729 | 2013 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Synopsys, Inc. | Synopsys, Inc. |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____   Line Heading or Description _____

Incorrect Information as It Appears in Basic Registration ▼

Corrected Information ▼

Explanation of Correction ▼

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number 1 _____   Line Heading or Description Limitation of copyright claim

Amplified Information and Explanation of Information ▼

The claimant wishes to amplify the fact on record regarding "prior works by claimant." Instead of "Prior works claimant and licensed-in components," the claimant wishes to state:

"Prior works by claimant, including PrimeTime 2011.12 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.12, 2004.06, 2004. 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06, 2009.12, 2010.06, 2010. and 2011.06; Design Compiler 2011.09 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004. 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03. and 2010.12; IC Compiler 2011.09 and previous versions 2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, an 2010.12; and licensed-in components."

FORM CA RECEIVED                                    FOI

FUNDS RECEIVED DATE

EXAMINED BY ~~CRB~~                                   F
                                                     COPY
CORRESPONDENCE ❑                                     OF
                                                     L
                                                     O
REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION   ☒ YES    ❑ NO

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ❑ Part B *or* ❑ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.

David Pursley, General Counsel, Synopsys, Inc.
700 East Middlefield Road, Mountain View, CA 94043

Phone ( 650_ 584-5000 _____   Fax ( 650_ 965-8637 _____   Email David.Pursley@synopsys.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Fenwick & West LLP

Account Number 93235

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)
❑ author                      ❑ owner of exclusive right(s)
❑ other copyright claimant    ☑ duly authorized agent of   Synopsys, Inc.

                                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Allison E. Prevatt, Esq., Jones Day          Date ▼ 1/11/2016

Handwritten signature (X) ▼  *Alison Prevatt*

Certificate
will be
mailed in
window
envelope
to this
address:

| Name ▼ |
| David Pursley, General Counsel, Synopsys, Inc. |
| Number/Street/Apt ▼ |
| 700 East Middlefield Road |
| City/State/ZIP ▼ |
| Mountain View, CA 94043 |

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in Space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

**MAIL TO:**
Library of Congress
Copyright Office-RACD
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in con
with the application, shall be fined not more than $2,500.

# EXHIBIT 15

## TO PLAINTIFF SYNOPSYS, INC.'S COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-539-660**

*TX0006539660H*

| TX | TXU | PA | PAU | VA | VAU | SR | SRU |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRA

**JAN 11 2016**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼

Synopsys PrimeTime Suite Version H-2012.12

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| TX 7-664-316 | 2013 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Synopsys, Inc. | Synopsys, Inc. |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____    Line Heading or Description _____

Incorrect Information as It Appears in Basic Registration ▼

Corrected Information ▼

Explanation of Correction ▼

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number 1    Line Heading or Description Limitation of copyright claim

Amplified Information and Explanation of Information ▼

The claimant wishes to amplify the fact on record regarding "prior works by claimant." Instead of "Prior works I claimant and licensed-in components," the claimant wishes to state:

"Prior works by claimant, including PrimeTime 2012.06 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2003.03, 2003.12, 2004.06, 2004.12, 2005.( 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06, 2009.12, 2010.06, 2010.12, 2011.( and 2011.12; Design Compiler 2012.06 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.( 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12 and 2011.09; IC Compiler 2012.06 and previous versions 2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12, and 2011.09; and licensed-in components."

| | |
|---|---|
| FORM CA RECEIVED | FOR |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | F(|
| CORRESPONDENCE ❑ | COPY OFI U |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES   ❑ NO | O( |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ❑ Part B *or* ❑ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.

David Pursley, General Counsel, Synopsys, Inc.
700 East Middlefield Road, Mountain View, CA 94043

Phone (650) 584-5000          Fax (650) 965-8637          Email David.Pursley@synopsys.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name  Fenwick & West LLP

Account Number  93235

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)
❑ author
❑ other copyright claimant
❑ owner of exclusive right(s)
☑ duly authorized agent of  Synopsys, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

| Typed or printed name ▼  Allison E. Prevatt, Esq., Jones Day | Date ▼  1/11/2016 |
|---|---|

Handwritten signature (X) ▼   *Allison Prevatt*

**Certificate will be mailed in window envelope to this address:**

Name ▼
David Pursley, General Counsel, Synopsys, Inc.

Number/Street/Apt ▼
700 East Middlefield Road

City/State/ZIP ▼
Mountain View, CA 94043

YOU MUST:
· Complete all necessary spaces
· Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office-RACD
101 Independence Avenue SE
Washington, DC 20559

\*17 U.S.C. §506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in co
with the application, shall be fined not more than $2,500.

# EXHIBIT 16

## TO PLAINTIFF SYNOPSYS, INC.'S COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-539-661**

*TX0006539661*

| TX | TXU | PA | PAU | VA | VAU | SR | SRU |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

**JAN 11 2016**

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**

PrimeTime 2010.06

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| TX 7-260-556 | 2010 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Synopsys, Inc. | Synopsys, Inc. |

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number _____   Line Heading or Description _____

**Incorrect Information as It Appears in Basic Registration ▼**

**Corrected Information ▼**

**Explanation of Correction ▼**

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number 1   Line Heading or Description Limitation of copyright claim

**Amplified Information and Explanation of Information ▼**

The claimant wishes to amplify the fact on record regarding "prior works by claimant." Instead of "Prior works by claimant and licensed-in components," the claimant wishes to state:

"Prior works by claimant, including PrimeTime 2009.12 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, and 2009.06; Design Compiler 2010.03 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, and 2009.06; IC Compiler 2010.03 and previous versions 2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, and 2009.06; and licensed-in components."

FORM CA RECEIVED

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ❑

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION    ❑ YES    ❑ NO

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ❑ Part B or ❑ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.

David Pursley, General Counsel, Synopsys, Inc.
700 East Middlefield Road, Mountain View, CA 94043

Phone ( 650 ) 584-5000           Fax ( 650 ) 965-8637        Email David.Pursley@synopsys.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Fenwick & West LLP

Account Number 93235

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)
❑ author
❑ other copyright claimant
❑ owner of exclusive right(s)
☑ duly authorized agent of    Synopsys, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Allison E. Prevatt, Esq., Jones Day          Date ▼ 1/11/2010

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
David Pursley, General Counsel, Synopsys, Inc.

Number/Street/Apt ▼
700 East Middlefield Road

City/State/ZIP ▼
Mountain View, CA 94043

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

**MAIL TO:**
Library of Congress
Copyright Office-RACD
101 Independence Avenue SE
Washington, DC 20559

\*17 U.S.C. §506(e)· Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in co

# EXHIBIT 17

**TO PLAINTIFF SYNOPSYS, INC.'S COMPLAINT**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Leigh Clappett*

Acting United States Register of Copyrights and Director

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6—539—662**

*TX000065396624*

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRAT

**JAN 11 2016**

Month       Day       Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼

**Synopsys PrimeTime Suite Version E-2010.12**

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| TX 7-696-243 | 2013 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Synopsys, Inc. | Synopsys, Inc. |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____     Line Heading or Description _____

Incorrect Information as It Appears in Basic Registration ▼

Corrected Information ▼

Explanation of Correction ▼

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number __1_____     Line Heading or Description __Limitation of copyright claim__

Amplified Information and Explanation of Information ▼

The claimant wishes to amplify the fact on record regarding "prior works by claimant." Instead of "Prior works claimant and licensed-in components," the claimant wishes to state:

"Prior works by claimant, including PrimeTime 2010.06 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.12, 2004.06, 2004. 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06, and 2009.12; Design Compiler 2010.03 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005. 2006.06, 2007.03, 2007.12, 2008.09, and 2009.06; IC Compiler 2010.03 and previous versions 2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, and 2009.06; and licensed-in components."

FORM CA RECEIVED

FUNDS RECEIVED DATE

EXAMINED BY ~~CPB~~

CORRESPONDENCE ❑

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☒ YES  ❑ NO

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ❑ Part B *or* ❑ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.

David Pursley, General Counsel, Synopsys, Inc.
700 East Middlefield Road, Mountain View, CA 94043

Phone ( 650) 584-5000 _____ Fax ( 650) 965-8637 _____ Email David.Pursley@synopsys.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name  Fenwick & West LLP

Account Number  93235

Certification*  I, the undersigned, hereby certify that I am the: (Check only one)
❑ author                          ❑ owner of exclusive right(s)
❑ other copyright claimant        ☒ duly authorized agent of    Synopsys, Inc.
                                                                 Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Allison E. Prevatt, Esq., Jones Day        Date ▼  1/11/2016

Handwritten signature (X) ▼
*Allison Prevatt*

<table>
<tr><td rowspan="4">Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address:</td><td>Name ▼</td></tr>
<tr><td>David Pursley, General Counsel, Synopsys, Inc.</td></tr>
<tr><td>Number/Street/Apt ▼<br>700 East Middlefield Road</td></tr>
<tr><td>City/State/ZIP ▼<br>Mountain View, CA 94043</td></tr>
</table>

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in Space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

**MAIL TO:**
Library of Congress
Copyright Office-RACD
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in con-

# EXHIBIT 18

## TO PLAINTIFF SYNOPSYS, INC.'S COMPLAINT

**Registration Number**

# TX 8-861-114

**Effective Date of Registration:**
April 09, 2020
**Registration Decision Date:**
April 10, 2020

## Title

|  |  |
|---|---|
| **Title of Work:** | Synopsys PrimeTime Version 2018.06 |
| **Previous or Alternate Title:** | PrimeTime Version 2018.06 |
| | PrimeTime 2018.06 |
| | PrimeTime |
| | PrimeTime Suite |
| | PrimeTime Synopsys |
| | PrimeTime SI |
| | PrimeTime PX |
| | PrimeTime VX |
| | PrimeTime GCA |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | June 30, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Synopsys, Inc. |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Synopsys, Inc. |

690 E. Middlefield Road, Mountain View, CA, 94043, United States

## Limitation of  copyright claim

**Material excluded from this claim:** Licensed-in components; Prior works of claimant, including previous versions of PrimeTime, Design Compiler, IC Compiler, and IC Compiler II as follows:

PrimeTime 2017.12 and previous versions 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.10, 2000.05, 2000.11, 2001.08, 2002.05, 2003.03, 2003.12, 2004.06, 2004.12, 2005.06, 2005.12, 2006.06, 2006.12, 2007.06, 2007.12, 2008.06, 2008.12, 2009.06, 2009.12, 2010.06, 2010.12, 2011.12, 2012.06, 2012.12, 2013.12, 2014.06, 2015.06, 2016.06 and 2016.12;

Design Compiler 2017.09 and previous versions 1.0 (10/88), 1.1 (3/89), 1.2 (11/89), 1.3 (7/90), 2.0 (3/91), 2.2 (10/91), 3.0 (12/92), 3.0b (6/93), 3.2a (1/94), 3.3b (9/95), 3.4 (1/96), 1997.01, 1997.08, 1998.02, 1998.08, 1999.05, 1999.11, 2000.05, 2000.11, 2001.08, 2002.03, 2002.09, 2003.03, 2003.06, 2003.12, 2004.06, 2004.12, 2005.09, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12, 2011.09, 2012.06, 2013.03, 2013.12, 2014.09, 2015.06, 2016.03 and 2016.12.;

IC Compiler 2017.09 and previous versions 2004.12, 2005.06, 2005.12, 2006.06, 2007.03, 2007.12, 2008.09, 2009.06, 2010.03, 2010.12, 2011.09, 2012.06, 2013.03, 2013.12, 2014.09, 2015.06, 2016.03 and 2016.12.;

IC Compiler II 2017.09 and previous versions 2014.03, 2014.06 and 2014.12, 2015.06, 2016.03 and 2016.12.

**Previous registration and year:** TX 7-696-243, 2013
TX 7-260-556, 2010

**New material included in claim:** computer program

## Certification

**Name:** David Pursley, Vice President, Deputy General Counsel, Synopsys, Inc.
**Date:** April 09, 2020
**Applicant's Tracking Number**: 22524-00089

**Correspondence:** Yes
**Copyright Office notes:** Regarding material excluded: Statement amended by Copyright Office from additional information provided by applicant.

**Registration #:**  TX0008861114
**Service Request #:**  1-8715435314

## Mail Certificate

Fenwick & West LLP
Susanne Morales
801 California Street
Mountain View, CA 94041 United States

**Priority:**   Special Handling        **Application Date:**   April 09, 2020

**Note to C.O.:** Please see attached letter to the Register of Copyrights and deposit material which we have conveyed electronically.  Special Handling requested.

## Correspondent

**Organization Name:**  Fenwick & West LLP
**Name:**  Diana Lock
**Email:**  copyrightregistrations@fenwick.com
**Telephone:**  (650)335-7618
**Fax:**  (650)938-5200
**Address:**  801 California Street
Mountain View, CA 94041 United States

# EXHIBIT 19

## TO PLAINTIFF SYNOPSYS, INC.'S COMPLAINT

US009721057B2

(12) **United States Patent**
Ganai et al.

(10) Patent No.: **US 9,721,057 B2**
(45) **Date of Patent:** **Aug. 1, 2017**

(54) **SYSTEM AND METHOD FOR NETLIST CLOCK DOMAIN CROSSING VERIFICATION**

(71) Applicant: **Synopsys, Inc.**, Mountain View, CA (US)

(72) Inventors: **Malay Ganai**, San Jose, CA (US); **Mohamed Shaker Sarwary**, San Diego, CA (US); **Maher Mneimneh**, San Jose, CA (US); **Paras Mal Jain**, Greater Noida (IN); **Mohammad Homayoun Movahed-Ezazi**, Saratoga, CA (US); **Pronay Kumar Biswas**, W. Bengal (IN); **Nishant Gupta**, Uttarpradesh (IN)

(73) Assignee: **Synopsys, Inc.**, Mountain View, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/790,318**

(22) Filed: **Jul. 2, 2015**

(65) **Prior Publication Data**

US 2016/0259879 A1     Sep. 8, 2016

**Related U.S. Application Data**

(60) Provisional application No. 62/129,645, filed on Mar. 6, 2015.

(51) **Int. Cl.**
**G06F 17/50**     (2006.01)

(52) **U.S. Cl.**
CPC ...... **G06F 17/5081** (2013.01); **G06F 2217/62** (2013.01)

(58) **Field of Classification Search**
CPC ...................................................... G06F 17/50
USPC ...................................................... 716/108
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,073,146 B2 | 7/2006 | Sarwary et al. | |
| 7,412,678 B2 | 8/2008 | Lahner et al. | |
| 7,506,292 B2 | 3/2009 | Sarwary et al. | |
| 8,271,918 B2 | 9/2012 | Kwok et al. | |
| 8,407,636 B2 | 3/2013 | Iwashita | |
| 8,448,111 B2 | 5/2013 | Mneimneh et al. | |
| 8,533,541 B2 | 9/2013 | Iwashita | |

(Continued)

OTHER PUBLICATIONS

A. Chakraborty et al., "Power Aware CDC Verification at RTL for Faster SoC Verification Closure", http://dvcon-india.org/wp-content/uploads/2014/proceedings/1600-1730/D2A2-2-3-DV_Power_Aware_CDC_Analysis_Paper.pdf, 6 pgs.

(Continued)

*Primary Examiner* — Thuan Do
(74) *Attorney, Agent, or Firm* — Fenwick & West LLP

(57)     **ABSTRACT**

A system and method for netlist clock domain crossing verification leverages RTL clock domain crossing (CDC) verification data and results. The netlist clock domain crossing verification system (NCDC) migrates RTL-level constraints and waivers to the netlist design so that the user does not have to re-enter them. The NCDC checks the netlist and generates a report that compares RTL-level CDC checking results to the netlist-level CDC checking results to make it easy to see new issues. The NCDC receives and stores netlist corrections from user input or automatically corrects certain CDC violations, in the netlist.

**18 Claims, 4 Drawing Sheets**



## US 9,721,057 B2

Page 2

(56)       **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,607,173 | B2 | 12/2013 | Sarwary et al. |
| 8,631,364 | B1 | 1/2014 | Dobkin et al. |
| 8,661,383 | B1 | 2/2014 | Dobkin et al. |
| 8,661,384 | B2 | 2/2014 | Iwashita |
| 8,707,229 | B1 | 4/2014 | Dodkin et al. |
| 8,819,599 | B2 | 8/2014 | Kwok et al. |
| 8,856,706 | B2 | 10/2014 | Mneimneh et al. |
| 2009/0138837 | A1* | 5/2009 | Baumgartner ........ G06F 17/504 716/113 |
| 2014/0282321 | A1 | 9/2014 | Sarwary et al. |

OTHER PUBLICATIONS

"SpyGlass Products," Synopsys, Inc., 2017, 2 pages, [Online] [Retrieved on Mar. 8, 2017] Retrieved from the Internet<URL:https://www.synopsys.com/verification/static-and-formal-verification/spyglass.html>.

"SpyGlass Lint," Synopsys, Inc., 2017, 2 pages, [Online] [Retrieved on Mar. 8, 2017] Retrieved from the Internet <URL:https://www.synopsys.com/verification/static-and-formal-verification/spyglass/spyglass-lint.html>.

"SpyGlass CDC," Synopsys, Inc., 2017, 2 pages, [Online] [Retrieved on Mar. 8, 2017] Retrieved from the Internet <URL:https://www.synopsys.com/verification/static-and-formal-verification/spyglass/spyglass-cdc.html>.

"SpyGlass RDC," Synopsys, Inc., 2017, 2 pages, [Online] [Retrieved on Mar. 8, 2017] Retrieved from the Internet <URL:https://www.synopsys.com/verification/static-and-formal-verification/spyglass/spyglass-rdc.html>.

"SpyGlass DFT ADV," Synopsys, Inc., 2017, 3 pages, [Online] [Retrieved on Mar. 8, 2017] Retrieved from the Internet <URL:https://www.synopsys.com/verification/static-and-formal-verification/spyglass/spyglass-dft-adv.html>.

"SpyGlass Power," Synopsys, Inc., 2017, 2 pages, [Online] [Retrieved on Mar. 8, 2017] Retrieved from the Internet <URL:https://www.synopsys.com/verification/static-and-formal-verification/spyglass/spyglass-power.html>.

"SpyGlass Constraints," Synopsys, Inc., 2017, 2 pages, [Online] [Retrieved on Mar. 8, 2017] Retrieved from the Internet <URL:https://www.synopsys.com/verification/static-and-formal-verification/spyglass/spyglass-constraints.html>.

* cited by examiner



*Fig. 1*



*Fig. 2*



*Fig. 3*



*Fig. 4*



*Fig. 5*

US 9,721,057 B2

1

# SYSTEM AND METHOD FOR NETLIST CLOCK DOMAIN CROSSING VERIFICATION

## CROSS-REFERENCE TO RELATED APPLICATION

This application claims priority under 35 U.S.C. 119(e) from U.S. provisional application No. 62/129,645, filed Mar. 6, 2015.

## TECHNICAL FIELD

This invention relates to systems and methods for the verification of clock domain crossings in integrated circuit designs, and more particularly for verifying clock domain crossings from a design's netlist.

## BACKGROUND ART

Today's system on a chip (SoC) size, timing, and power requirements cannot be met under traditional synchronous clocking methodologies where a single clock controls all memory elements. While controlling an integrated circuit (IC) with multiple clocks helps in meeting those requirements, the asynchronous nature of the clocks brings about new challenges. Signals transmitted asynchronously from one clock domain to another do not have a predictable timing and therefore violate timing requirements that are easily met in synchronous interfaces. Analysis and verification of asynchronous interfaces for correct synchronization mechanisms in such designs have become an essential part of SoC design flows. Neglecting this aspect of verification, often leads to chip failure. This is now handled by a verification step known as clock domain crossing (CDC) verification.

A CDC-based design is a design that has one clock asynchronous to, or has a variable phase relation with, another clock. A CDC signal is a signal latched by a flip-flop (FF) in one clock domain and sampled in another asynchronous clock domain. Transferring signals between asynchronous clock domains may lead to setup or hold timing violations of flip-flops. These violations may cause signals to be meta-stable. Even if synchronizers could eliminate the meta-stability, incorrect use, such as convergence of synchronized signals or improper synchronization protocols, may also result in functional CDC errors. Functional validation of such SoC designs is one of the most complex and expensive tasks.

Within one clock domain, proper static timing analysis (STA) can guarantee that data does not change within clock setup and hold times. When signals pass from one clock domain to another asynchronous domain, there is no way to avoid meta-stability since data can change at any time.

To address clock domain problems due to meta-stability and data sampling issues, electronic chip designers typically employ several types of synchronizers. The most commonly used synchronizer is based on the well-known two-flip-flop circuit. Other types of synchronizers are based on handshaking protocols or FIFOs. In a limited number of cases it may be useful to employ dual-clock FIFO buffers or other mechanisms optimized for domains with similar clock frequencies.

To accurately verify clock domain crossings, both structural and functional CDC analysis should be carried out. Structural clock domain analysis looks for issues like insufficient synchronization, or combinational logic driving flip-flop based synchronizers. Functional clock domain analysis

2

uses assertion-based verification to check the correct usage of synchronizers. SpyGlass® CDC, a product of Assignee is an example of an electronic design automation (EDA) tool for CDC verification.

Electronic chip designers check for CDC problems by running CDC checks while they develop the register-transfer-level (RTL) design. The designers specify CDC constraints identifying clock signals and parameters specifying clock frequency, clock-phase and clock source. The constraints also specify blocks and path to include or exclude from checking. The designers also create a waivers file that tells the CDC checker to ignore the specified issues.

Netlist level CDC verification is essential because transformations induced by timing-driven synthesis optimizations, as well as test-driven and power optimization-driven netlist modifications of the clock structures introduce new CDC issues. After RTL development, designers use an RTL compiler to flatten and optimize the logic and generate the netlist design. At the netlist level designers typically add design-for-test (DFT) features such as scan chains that can be used for chip connectivity testing and debugging. At this stage of the development cycle the designers are usually under pressure to complete the design quickly. The designers want to check for CDC issues quickly but CDC checking the netlist is currently a difficult time-consuming task. The netlist has different net names than the RTL design. The designer has to formulate new CDC constraints that refer to the net names in the netlist. Well-defined structures like multiplexors used to select between clocks may be difficult to identify in the netlist. Due to the application of CDC at different hierarchy levels in RTL and netlist, the constraints at RTL blocks may not be mapped independently of each other in the netlist. For example, clock constraints corresponding to two different RTL blocks may correspond to fanouts of the same clock at a higher hierarchy level. Thus, the netlist may have additional clock domain crossings not present in the RTL, may have clock domain crossings that don't map to RTL, and may have crossings that have become unsynchronized.

Electronic chip designers need an electronic design tool to help them CDC check a netlist quickly and easily.

## SUMMARY DISCLOSURE

A system and method for netlist clock domain crossing (NCDC) verification leverages the corresponding RTL clock domain crossing (CDC) verification data and results by migrating RTL-level constraints and waivers to the netlist design so that the user does not have to re-enter them. The RTL to netlist migration of CDC constraints is can be performed by identifying and mapping the RTL signal names to the corresponding netlist signal names. The NCDC system then checks the netlist using the migrated constraints in the CDC verification to identify correspondences between RTL and netlist level crossings. The system compares RTL-level CDC checking results to the netlist-level CDC checking results, generating a report highlighting similarities and differences in the CDC results on the above crossings that makes it easy to see new issues.

In particular, an automated method for performing clock domain crossing (CDC) verification of a netlist corresponding to a register-transfer-level (RTL) design of an integrated circuit is implemented as design verification software running on a computer system. The system comprises a computer processor having access to data storage storing design verification software that, when executed by the computer processor, is operative to carry out the steps of the method.

US 9,721,057 B2

3

First, the data storage receives (a) a register-transfer-level (RTL) design of an integrated circuit, together with specified RTL-level CDC constraints, (b) RTL CDC verification results, and (c) a netlist corresponding to the RTL design. The received RTL-level CDC constraints can be those that were previously provided by a user for sign-off on the RTL CDC verification results.

The processor then migrates the RTL-level CDC constraints to netlist CDC constraints and stores the migrated netlist CDC constraints in the data storage. Migrating of the RTL-level CDC constraints to netlist CDC constraints includes identifying and mapping RTL signal names in the received RTL design to corresponding netlist signal names in the received netlist, and may involve applying one or more of (a) change names rules, and bus naming styles used during synthesis of the netlist from the RTL design, and (b) a logic equivalence checking (LEC) mapping file generated during equivalence checking between the RTL design and netlist. Specified netlist constraints can be promoted from a lower design hierarchy level to a higher design hierarchy level based on hierarchy in the received RTL design.

Next, the processor checks the received netlist for asynchronous clock domain crossings using the migrated netlist CDC constraints to identify correspondences between RTL and netlist level crossings and reports any CDC violations found in the netlist. Checking the received netlist may comprise any one or more of: using the migrated constraints to identify synchronized crossings at the netlist; identifying any additional CDC crossings at the netlist due to lockup latches; and identifying any glitch violations due to one or more source transitions that are allowed by the netlist CDC constraints, wherein glitch violations can be identified using Kung's algebra.

The processor compares netlist CDC verification results with the received RTL CDC verification results, and reports specified kinds of similarities and differences. For example, similarities may be reported whenever (1) source and destination of respective crossings are matched exactly in the netlist and RTL design, (2) violation status is the same, and (3) the respective crossings are either both synchronized or both unsynchronized. Likewise, differences may be reported whenever one or more of (1) source and destination of respective crossings do not match exactly in the netlist and RTL design, or (2) respective crossings do match exactly but violation status is different, or (3) respective crossings match exactly but said crossings are neither both synchronized nor both unsynchronized.

The NCDC system may receive from a user and store netlist modifications correcting reported CDC violations. Alternatively, the system processor could also automatically make certain of those corrections itself based, for example, on the reported differences between the RTL and netlist CDC verification results.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a system for verifying clock domain crossings at the RTL design level and a system for verifying clock domain crossings at the netlist design level.

FIG. 2 shows a flowchart outlining the steps for verifying clock domain crossings of a netlist design.

FIG. 3 shows a lockup latch that is typically added to the netlist design.

FIG. 4 shows signal reconvergence which can sometimes cause a glitch.

4

FIG. 5 shows how a multiplexor at the RTL design level can be transformed at the netlist design level.

## DETAILED DESCRIPTION

The netlist design clock domain crossing checker (NCDC) checks a netlist design by leveraging RTL CDC data and results. The NCDC generates typical CDC checking results such as identifying CDC paths and identifying possible CDC failures because of incorrect synchronization logic. In addition, the NCDC generates a report comparing netlist CDC results to RTL CDC results so that an electronic chip designer can quickly see what is different. The NCDC also reports how the RTL CDC constraints and waivers map to netlist CDC constraints. The NCDC has additional CDC checks which include recognizing design-for-test (DFT) features such as lock-up latches, and glitch checks for logic hazards. The NCDC automatically corrects certain types of CDC violations pre-specified by a user.

The NCDC reads the netlist design to be checked and the RTL CDC data and results. The RTL CDC data includes CDC constraints and CDC waivers. The NCDC migrates the RTL CDC constraints and RTL CDC waivers to the netlist level and shows the migration results to the designer. The NCDC may not be able to map all of the RTL CDC constraints and waivers. In one embodiment the designer has the option to modify the CDC constraints and waivers before continuing to check the netlist design. The NCDC migrates constraints and waivers by applying multiple signal mapping heuristics. Signal mapping heuristics include uses logical equivalence checks and using signal-name-change rules. In one embodiment the NCDC reads a migration guide file containing signal-name-change rules. After migrating RTL constraints and waivers, the NCDC checks the netlist design, reports issues and compares the netlist CDC results to the RTL CDC results.

FIG. 1 is an exemplary and non-limiting diagram 100 shows a system for verifying clock domain crossings at the RTL design level and a system for verifying clock domain crossings at the netlist design level. A designer runs the CDC checker 120 to check the RTL design 110. The CDC checker 120 reads the RTL design 110 and designer-specified CDC constraints 130. The RTL design 110 is typically written in a behavioral design language such as Verilog or VHDL. The CDC constraints are typically written in a constraints language such as Spyglass® Design Constraint (SGDC) or Synopsys Design Constraint (SDC). The CDC checker 120 checks the design and produces RTL CDC Results 140. The designer looks at the RTL CDC Results 140, modifies the RTL design 110 and CDC constraints 130 as needed and creates a waivers file 150 listing CDC issues to ignore. The designer runs the CDC checker 120 multiple times until he or she is satisfied with the result.

After completing RTL development the designer generates a netlist design 160. The designer modifies the netlist for issues such as DFT and power optimization. The designer runs the netlist CDC checker (NCDC) 170 to check the netlist design 160. The NCDC 170 reads the netlist design 160, the RTL design 110, the CDC constraints 130, the RTL CDC results 140, the waivers file 150 and a matching guidance file 180. The matching guidance file 180 has rules that assists the NDC is matching RTL signal names to netlist signal names. The NDC 170 generates netlist CDC results 190. The netlist CDC results include constraint and waiver migration results, a list of CDC crossings, CDC crossing issues and a comparison with the RTL CDC results.

US 9,721,057 B2

5

The following statements give examples of constraint and waiver migration results:

    #fst2slow/clkFast--->fst2slow/clkFast
    #fileName: constraint.sgdc Linenumber: 2
    clock-name fst2slow/clkFast-period 10
    #fst2slow/clkSlow--->fst2slow/clkSlow
    #fileName: constraint.sgdc Linenumber: 3
    clock-name fst2slow/clkSlow-period 30
    #fst2Slow/X/S-------->fst2Slow/dest3
    #fst2slow/clkSlow--->fst2slow/clkSlow
    #fst2slow/clkFast--->fst2slow/clkFast
    #fileName: constraint.sgdc Linenumber: 4
    qualifier-name fst2slow/dest3-from clk
    fst2slow/clkFast-to_clk fst2slow/clkSlow
    -type des-crossing
    #fst2slow/clkSlow--->fst2slow/clkSlow
    #fst2slow/clkFast--->fst2slow/clkFast
    #fst2slow/src------->Not migrated
    #fst2slow/dest1[1]--->fst2slow/dest1_1
    #fileName: spyglass.swl Linenumber: 12
    waiver-rule "Ac_cdc01a"-msg
    "Fast('fst2slow/clkFast') to
    slow('fst2slow/clkSlow') clock crossing(from
    'fst2slow/src(?)' to 'fst2slow/dest1_1') detected.
    Data hold check: FAILED"
    -comment "Created by xyz on 9-Jan-2015 14:12:19"

The first statement specifies that the RTL signal fst2slow/c1kFast has the same name in the netlist. The third statement specifies the waveform for the clock fst2slow/clkFast. The seventh statement specifies that the RTL signal fst2Slow/X/S is renamed fst2Slow/dest3 in the netlist. The RTL signal fst2slow/src cannot be migrated to the netlist. The qualifier statement specifies a clock-domain crossing. The waiver statement specifies a CDC issue to be ignored. The waiver statement has a problem because it refers to the unmigrated signal fst2slow/src.

The following table gives an example report, part of the netlist CDC results 190, highlighting the difference between RTL and netlist CDC results:

6

equivalence check (LEC) mapping file. Since LEC mapping files typically contains outputs of sequential elements and primary inputs (PI), the mapping of internal RTL signals is performed using several heuristics. The NCDC also relies on a "bus_naming_style" parameter which explains how a RTL bus net is to be mapped to a netlist name. In the absence of a LEC file, the NCDC may also use the naming style to find possible RTL mappings. The example set bus_naming_style parameter above indicates that a RTL net, say des/a/data[3] will be mapped to des/a/data_3_ in the netlist.

The NCDC 170 runs as an application program on a central processing unit (CPU) 196. The NCDC 170 interacts with a designer through an input device, 192 and a display, 194. The NCDC 170 displays progress and results on the display, 194. The RTL design 110, the CDC constraints 130, the RTL CDC Results 140, the waivers file 150, the netlist design 160, and the matching guidance file 180 are all stored as data files on a computer storage device.

In one embodiment of the invention the NCDC works interactively with the designer. The designer views and corrects constraint and migration issues interactively. The designer can request information about specific CDC crossings and can view related information and related constraints, wavers and parts of the design.

In one embodiment the NCDC updates the CDC constraints 130, the waivers file 150, and the matching guidance file 180. In a second embodiment the NCDC 170 creates new files containing the updated CDC constraints 130, waivers 150, and matching guidance 180. In a third embodiment the NCDC 170 automatically corrects certain types of CDC violations pre-specified by a user. The NCDC 170 updates the netlist design 160. A user specifies that the NCDC 170 should automatically add synchronizers to the design to correct CDC violations. A user may specify that the NCDC 170 should only add synchronizers under specific conditions—such as when a CDC problem is reported at the netlist level but not at the RTL level.

FIG. 2 is an exemplary and non-limiting flowchart 200 for CDC checking a netlist design. In S210 the NCDC reads the

| Crossing | RTL/ netlist | Sync/ Unsync | Masked/ unmasked | Rule violation | Rule pass | Rule waived | RTL/Netlist Specific Violation |
|---|---|---|---|---|---|---|---|
| [src1, dest1] | RTL | Sync | Unmasked | | Ac__glitch03 | | |
| [src1, dest1] | Netlist | Unsync | Unmasked | Ac__glitch03 | | | Yes |
| [src2, dest2] | RTL | Sync | Unmasked | | | Ac__glitch03 | |
| [src2, dest2] | Netlist | Unsync | Unmasked | | Ac__glitch03 | | No |
| [src3, dest3] | RTL | UnSync | Masked | | Ac__glitch02 Ac__conv02 | | |
| [src3, dest3] | Netlist | Unsync | Masked | Ac__glitch02 | Ac__conv02 | | Yes |

The above table lists CDC crossings in column 1. Column 2 indicated whether the row applies to the RTL or the netlist. Column 3 indicates if the CDC crossing is synchronous or asynchronous. Columns 4 to 7 indicates if a rule has passed, failed, been waived or masked. The last column allows a designer to quickly spot violations that only occur in the netlist CDC checking or only occur in the RTL CDC checking.

The matching guidance file 180 contains mappings from RTL to netlist and naming rules as follows:

    design_map_info-match_point_rtl
        "des3/key_b_r_reg[0]"-match_point_gate
        "des3/key_b_r_reg[0][0]"
    set bus_naming_style %s_%d_

A designer creates the design-map-info constraints in the matching guidance file by running a script on a logic

RTL & netlist designs, the constraints, the waivers, the migration guide & the RTL CDC Results. In S220 the NCDC migrates the constraints and waivers generating a migration report. The NCDC looks for a mapping from the RTL signal name to the netlist signal name. The NCDC checks if the matching guidance file has an entry for the RTL signal name. The NCDC checks if the netlist has an identical signal to that in the RTL. The NCDC checks if the given RTL name is hierarchical, and if there is a prefix match in the netlist. If so, the NCDC checks if the netlist name and RTL name correspond to the same net with a suffix of wire/buffer/inverter. If the RTL signal name has a wild-card character the NCDC obtains a list of all RTL names, and tries to map them using the previously mentioned methods. So far, the migrated constraints are for the same hierarchical level as

7

RTL. However, if the netlist is at a higher hierarchical level than RTL, the NCDC promotes the migrated constraints to maintain the correct hierarchical relationship between the constraints. For example, clocks constraints corresponding to two different RTL blocks may correspond to fanouts of the same clock in the netlist (at a higher hierarchy level). In that case, the promotion will ensure the equality among the corresponding clocks.

In S230 the NCDC decides whether to continue on to the next step of checking at S240 or to exit. In one embodiment the NCDC presents the migration report to the designer and ask the designer whether it should continue. In a second embodiment the NCDC decides whether to continue based on the number of un-migrated signals and a threshold pre-specified by the designer.

In S240 the NCDC applies standard CDC checks including glitch checks. The NCDC identifies all clock domain crossings, determines if they are synchronous or asynchronous and applies a number of CDC checks. The NCDC will not apply the checks to paths that have been excluded by exclusion constraints.

In S250 the NCDC compares the RTL CDC results to the netlist CDC results and in S260 the NCDC produces a report comparing the two sets of results. The comparison report highlights issues that only appear in the RTL CDC check or only appear in the netlist CDC check. In S270 the NCDC corrects certain types of CDC violations pre-specified by a user. In one embodiment the NCDC updates the design automatically, for example by adding synchronizers, to correct certain types of CDC violations pre-specified by a user. In a second embodiment the NCDC interacts with a user with the NCDC recommending possible netlist changes to correct an identified problem then receiving and storing any such changes from the user input.

FIG. 3 shows logic schematic 300 with a lockup latch 340. Register 310 is driven by clock signal CLK1. Register 310 drives register 320 driven by clock signal CLK2 crossing a clock domain boundary. Registers 320 and 330 provide synchronization logic between the two clock domains. Register 340 is a lock-up latch added for DFT. Normal CDC checking would indicate an asynchronous clock domain crossing as unsynchronized due to the presence of lock-up latch 340. The lock-up latch 340 is only used during testing and should not affect synchronization. The NCDC recognizes lock-up latches and does not report the crossing as unsynchronized.

FIG. 4 shows logic schematic 400 with three registers 410, 420 and 430 within one clock domain driving combinational logic that drives register 440 within a different clock domain. Glitches are a cause for concern in signals crossing clock domains. Typically, any combinational logic may be subject to short-lived glitches. These issues are generally harmless for synchronous transfers because they resolve themselves when you activate the next clock edge. For asynchronous transfers the design may receive a glitch as a pulse at a clock or data pin, causing a functional failure. For this reason, it is important to take care using any combinational logic that may cause glitches on a CDC path. If registers 410, 420 and 430 represent a gray-code counter then only one of the registers will change value at a time and a glitch will be avoided.

In general, glitches for a 2-input AND gate can be avoided when (a) all inputs are either static or rising, or (b) all inputs are either static or falling. The following hazard-logic table describes the possible input and output states for a 2-input AND gate:

8

|    | S0 | S1 | R | F | H |
|----|----|----|---|---|---|
| S0 | S0 | S0 | S0 | S0 | S0 |
| S1 | S0 | S1 | R | F | H |
| R  | S0 | R | R | H | H |
| F  | S0 | F | H | F | H |
| H  | S0 | H | H | H | H |

The row headings represent the state of the first input to the AND gate. The column headings represent the state of the second input to the AND gate. The intersection of row and column give the output state corresponding to the two input states. S0 means a static value of 0, and S1 means a static value of 1. R means a rising value, i.e., a transition from 0 to 1 and F means a falling value, i.e., a transition from 1 to 0. H means a logic hazard, also known as a glitch (0-1-0 or 1-0-1).

The NCDC uses hazard-logic tables to detect possible glitches. The NCDC checks transitions that are allowed by user-provided constraints.

FIG. 5 shows logic schematics 500 of an RTL design before and after synthesis to a netlist. The RTL design has a multiplexor 540 controlled by select signal 570. The multiplexor 540 has two inputs: a synchronous input that is driven by synchronizing registers 520 and 530, and an asynchronous input that is driven by register 510. Multiplexor 540 drives combinational logic 550 which drives register 560. During RTL verification designers frequently wish to check only one path through a multiplexor. The designers specify a constraint, a set-case-analysis statement, to control the select signal 570 value.

After synthesis to a netlist the multiplexor 540 has been absorbed into combinational logic 580. Potential glitches in the netlist will be masked due to crossings blocked by case analysis. The NCDC accepts an optional parameter, ignore-case-analysis, that tells it to ignore any case analysis constraints.

The embodiments disclosed herein can be implemented as hardware, firmware, software, or any combination thereof. Moreover, the software is preferably implemented as an application program tangibly embodied on a program storage unit or computer readable medium. The application program may be uploaded to, and executed by, a machine comprising any suitable architecture. Preferably, the machine is implemented on a computer platform having hardware such as one or more central processing units ("CPUs"), a memory, and input/output interfaces. The computer platform may also include an operating system and microinstruction code. The various processes and functions described herein may be either part of the microinstruction code or part of the application program, or any combination thereof, which may be executed by a CPU, whether or not such computer or processor is explicitly shown. In addition, various other peripheral units may be connected to the computer platform such as an additional data storage unit and a printing unit. Furthermore, a non-transitory computer readable medium is any computer readable medium except for a transitory propagating signal.

What is claimed is:

1. An automated method, implemented as design verification software running on a computer system having a data storage and a processor, for netlist clock domain crossing (CDC) verification, the method comprising:

receiving, by a data storage accessible to a processor, (a) a register-transfer-level (RTL) design of an integrated circuit, together with RTL-level CDC constraints for

US 9,721,057 B2

9

the RTL design, (b) RTL CDC verification results, and (c) a netlist corresponding to the RTL design;

migrating, by the processor, the RTL-level CDC constraints to netlist CDC constraints and storing the migrated netlist CDC constraints in the data storage;

checking, by the processor, the received netlist for asynchronous clock domain crossings using the migrated netlist CDC constraints to identify correspondences between RTL and netlist level crossings and reporting any CDC violations found in the netlist; and

comparing, by the processor, netlist CDC verification results with the received RTL CDC verification results and reporting similarities and differences between the netlist CDC verification results with the received RTL CDC verification results.

**2.** The method as in claim **1**, wherein received RTL-level CDC constraints are those previously provided by a user for sign-off on the RTL CDC verification results.

**3.** The method as in claim **1**, wherein specified netlist constraints are promoted from a lower design hierarchy level to a higher design hierarchy level based on hierarchy in the received RTL design.

**4.** The method as in claim **1**, wherein checking the received netlist comprises any one or more of:

using the migrated constraints to identify synchronized crossings at the netlist;

identifying any additional CDC crossings at the netlist due to lockup latches; and

identifying any glitch violations due to one or more source transitions that are allowed by the netlist CDC constraints.

**5.** The method as in claim **4**, wherein glitch violations are identified using Kung's algebra.

**6.** The method as in claim **1**, wherein the comparing of netlist and RTL CDC verification results reports similarities whenever (1) source and destination of respective crossings are matched exactly in the netlist and RTL design, (2) violation status is the same, and (3) the respective crossings are either both synchronized or both unsynchronized.

**7.** The method as in claim **1**, wherein the comparing of netlist and RTL CDC verification results reports differences whenever one or more of (1) source and destination of respective crossings do not match exactly in the netlist and RTL design, or (2) respective crossings do match exactly but violation status is different, or (3) respective crossings match exactly but said crossings are neither both synchronized nor both unsynchronized.

**8.** An automated method, implemented as design verification software running on a computer system having a data storage and a processor, for netlist clock domain crossing (CDC) verification, the method comprising:

receiving, by a data storage accessible to a processor, (a) a register-transfer-level (RTL) design of an integrated circuit, together with RTL-level CDC constraints for the RTL design, (b) RTL CDC verification results, and (c) a netlist corresponding to the RTL design;

migrating, by the processor, the RTL-level CDC constraints to netlist CDC constraints and storing the migrated netlist CDC constraints in the data storage, wherein migrating RTL-level CDC constraints to netlist CDC constraints comprises identifying and mapping RTL signal names in the received RTL design to corresponding netlist signal names in the received netlist;

checking, by the processor, the received netlist for asynchronous clock domain crossings using the migrated netlist CDC constraints to identify correspondences

10

between RTL and netlist level crossings and reporting any CDC violations found in the netlist; and

comparing, by the processor, netlist CDC verification results with the received RTL CDC verification results and reporting similarities and differences between the netlist CDC verification results with the received RTL CDC verification results.

**9.** The method as in claim **8**, wherein the identifying and mapping of RTL signal names to netlist signal names comprises applying one or more of (a) change names rules, and bus naming styles used during synthesis of the netlist from the RTL design, and (b) a logic equivalence checking (LEC) mapping file generated during equivalence checking between the RTL design and netlist.

**10.** An integrated circuit design verification system for performing clock domain crossing (CDC) verification of a netlist corresponding to a register-transfer-level (RTL) design of an integrated circuit, the system comprising a computer processor having access to data storage storing design verification software that, when executed by the computer processor, is operative to:

receive, by the data storage, (a) a register-transfer-level (RTL) design of an integrated circuit, together with RTL-level CDC constraints for the RTL design, (b) RTL CDC verification results, and (c) a netlist corresponding to the RTL design;

migrate, by the processor, the RTL-level CDC constraints to netlist CDC constraints and store the migrated netlist CDC constraints in the data storage;

check, by the processor, the received netlist for asynchronous clock domain crossings using the migrated netlist CDC constraints to identify correspondences between RTL and netlist level crossings and report any CDC violations found in the netlist; and

compare, by the processor, netlist CDC verification results with the received RTL CDC verification results and reporting similarities and differences between the netlist CDC verification results with the received RTL CDC verification results.

**11.** The system as in claim **10**, wherein received RTL-level CDC constraints are those previously provided by a user for sign-off on the RTL CDC verification results.

**12.** The system as in claim **10**, wherein migrating RTL-level CDC constraints to netlist CDC constraints comprises identifying and mapping RTL signal names in the received RTL design to corresponding netlist signal names in the received netlist.

**13.** The system as in claim **12**, wherein the identifying and mapping of RTL signal names to netlist signal names comprises applying one or more of (a) change names rules, and bus naming styles used during synthesis of the netlist from the RTL design, and (b) a logic equivalence checking (LEC) mapping file generated during equivalence checking between the RTL design and netlist.

**14.** The system as in claim **10**, wherein specified netlist constraints are promoted from a lower design hierarchy level to a higher design hierarchy level based on hierarchy in the received RTL design.

**15.** The system as in claim **10**, wherein checking the received netlist comprises any one or more of:

using the migrated constraints to identify synchronized crossings at the netlist;

identifying any additional CDC crossings at the netlist due to lockup latches; and

identifying any glitch violations due to one or more source transitions that are allowed by the netlist CDC constraints.

US 9,721,057 B2

**11**

**16**. The system as in claim **15**, wherein glitch violations are identified using Kung's algebra.

**17**. The system as in claim **10**, wherein the comparing of netlist and RTL CDC verification results reports similarities whenever (1) source and destination of respective crossings are matched exactly in the netlist and RTL design, (2) violation status is the same, and (3) the respective crossings are either both synchronized or both unsynchronized.

**18**. The system as in claim **10**, wherein the comparing of netlist and RTL CDC verification results reports differences whenever one or more of (1) source and destination of respective crossings do not match exactly in the netlist and RTL design, or (2) respective crossings do match exactly but violation status is different, or (3) respective crossings match exactly but said crossings are neither both synchronized nor both unsynchronized.

**12**

\* \* \* \* \*