WILLKIE FARR & GALLAGHER LLP
Krista S. Schwartz (Bar No. 303604)
One Front Street
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599
kschwartz@willkie.com

HOGAN LOVELLS US LLP
Patrick T. Michael (Bar No. 169745)
Helen Y. Trac (Bar No. 285824)
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:  (415) 374-2300
Facsimile:   (415) 374-2499
patrick.michael@hoganlovells.com
helen.trac@hoganlovells.com

Attorneys for Plaintiff
SYNOPSYS, INC.

KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
REID P. MULLEN - # 270671
rmullen@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
VICTOR CHIU - # 305404
vchiu@keker.com
BILAL MALIK - # 318767
bmalik@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
REAL INTENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>REAL INTENT, INC.,<br><br>       Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING THE CASE SCHEDULE**<br><br>Dept.:     Courtroom 4 – 5th Floor<br>Judge:   Hon. Edward J. Davila<br><br>Date Filed: April 23, 2020<br><br>Trial Date: None set |

**STIPULATION AMENDING THE CASE SCHEDULE**

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Synopsys, Inc. and Defendant Real Intent, Inc. (collectively, the "Parties") hereby submit this Stipulation Amending the Case Schedule and jointly request that the Court amend the case schedule as set forth below.

The Parties, by and through their counsel, have met and conferred and state the following:

WHEREAS, Civil Local Rule 6-2 allows the Parties to file a stipulation requesting an order changing a time that would affect the date of an event or deadline already fixed by Court order, provided the stipulated request is accompanied by a supporting declaration that sets forth the reasons for the stipulated request, discloses all previous time modifications, and describes the effect the requested time modification would have on the schedule for the case;

WHEREAS, good cause exists to amend the case schedule as stipulated below because it will be substantially more efficient, conserve party and Court resources, and reduce expert and fact discovery costs to prepare and serve expert reports after the Court issues its claim construction order, *see* Decl. of Bilal Malik in Supp. of Stipulation and Proposed Order Amending Case Schedule ("Malik Decl.") ¶ 3;

WHEREAS, the Parties agree that additional clarity in the expert discovery schedule on the issues that will be addressed in each expert report will benefit the Parties and the Court, and that allowing reply expert reports on certain discrete issues identified in the proposed schedule herein, which are not included in the current case schedule, will help to ensure that the relevant issues are addressed efficiently by the Parties' respective experts, *see* Malik Decl. ¶ 3;

WHEREAS, the Parties agree that discovery, including fact depositions, may proceed while the Court's claim construction order is pending and without prejudice to either Party's ability to seek a second deposition from an individual if there is good cause to do so after the Court's claim construction order issues;

WHEREAS, the Court previously modified the case schedule after Plaintiff filed an Amended Complaint, *see* ECF Nos. 77–79, and to accommodate the Parties' exchange and review of voluminous electronically stored documents, *see* ECF Nos. 100–01, Malik Decl. ¶ 6; and

WHEREAS, the Parties' stipulation will not impact the trial date for this matter, as the trial date has not yet been set by the Court, *see* Malik Decl. ¶ 7.

NOW, THEREFORE, IT IS STIPULATED by and between the Parties, through their counsel, and subject to the Court's approval, that the remaining case schedule be amended as follows:

| EVENT | CURRENT DEADLINE | STIPULATED NEW DEADLINE |
|---|---|---|
| Fact Discovery Cut-off | May 27, 2022 | The later of (1) May 27, 2022, or (2) six (6) weeks after issuance of the Court's claim construction order |
| Last Day to File Fact Discovery Motions | June 3, 2022 | The later of (1) June 3, 2022, or (2) seven (7) weeks after issuance of the Court's claim construction order |
| Trial Setting Conference | June 16, 2022, 11:00 a.m.; stmt. due June 6, 2022 | No change |
| Last Day for Plaintiff to Serve Opening Expert Report(s) on: Patent Infringement and Patent Damages; Copyright Infringement and Copyright Damages/Monetary Remedies, Including Identification of Gross Revenues under 17 U.S.C. § 504(b), if applicable; and Any Other Issues for which Plaintiff has the Burden of Proof.<br><br>Last Day for Defendant to Serve Opening Expert Report on Patent Invalidity. | June 24, 2022 | The later of (1) July 1, 2022; or (2) eleven (11) weeks after issuance of the Court's claim construction order |
| Last Day for Defendant to Serve Rebuttal Expert Report(s) on: Patent Noninfringement and Patent Damages; Copyright Noninfringement, Copyright Defenses, Including Fair Use, Merger, *Scenes a Faire*, and Any Other Copyright | July 29, 2022 | The later of (1) August 12, 2022; or (2) seventeen (17) weeks after issuance of the Court's claim construction order |

| | | |
|---|---|---|
| Defenses, and Copyright Damages/Monetary Remedies; and Any Other Non-Patent Opening Report Served by Plaintiff.<br><br>Last Day for Plaintiff to Serve Rebuttal Expert Report on Patent Validity, Including Secondary Considerations. | | |
| Last Day for Plaintiff to Serve Reply Expert Report on Copyright Defenses and on Profits Attributable to Alleged Copyright Infringement under 17 U.S.C. § 504(b), if applicable.<br><br>Last Day for Defendant to Serve Reply Expert Report on Secondary Considerations. | Not previously set | The later of (1) September 9, 2022; or (2) twenty-one (21) weeks after issuance of the Court's claim construction order |
| Time Period for Expert Depositions | Not previously set | The three-week period between the Last Day to Serve Expert Reply Reports and the Expert Discovery Cut-Off Date |
| Expert Discovery Cut-Off | August 19, 2022 | The later of (1) September 30, 2022; or (2) twenty-four (24) weeks after issuance of the Court's claim construction order |
| Last Day to File Dispositive Motions and *Daubert* Motions[1] | September 15, 2022 | The later of (1) October 27, 2022; or (2) the first Thursday that falls at least four weeks after the expert discovery deadline |

---

[1] As noted in the Parties' amended joint case management conference statement, Real Intent anticipates filing an analytic dissection motion as to Synopsys' copyright claim, separate and apart from any summary judgment motion(s) it may file. ECF No. 28 at 4. Synopsys believes it is premature to set an analytic dissection briefing schedule or hearing at this juncture. *Id.* at 9. Real Intent intends to raise this scheduling issue with the Court at the Trial Setting Conference, currently scheduled to take place at 11:00 a.m. on June 16, 2022.

| Last Day to File Responses to Dispositive Motions and *Daubert* Motions | September 29, 2022 | The later of (1) November 17, 2022; or (2) three weeks after dispositive and *Daubert* motions are filed |
|---|---|---|
| Last Day to File Replies to Dispositive Motions and *Daubert* Motions | October 6, 2022 | The later of (1) December 1, 2022; or (2) two weeks after responsive briefs for dispositive and *Daubert* motions are filed |
| Dispositive and *Daubert* Motion Hearings | October 27, 2022, 9:00 a.m. | TBD |
| Pretrial Conference, Trial Date, and Related Deadlines | TBD | TBD |

Dated:  March 10, 2022

Respectfully Submitted,

WILLKIE FARR & GALLAGHER LLP

By:  */s/ Krista S. Schwartz*
KRISTA S. SCHWARTZ

Attorney for Plaintiff
SYNOPSYS, INC.

Dated:  March 10, 2022

KEKER, VAN NEST & PETERS LLP

By:  */s/ Bilal Malik*
ROBERT A. VAN NEST
REID P. MULLEN
RYAN K. WONG
KRISTIN HUCEK
VICTOR CHIU
BILAL MALIK

Attorneys for Defendant
REAL INTENT, INC.

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained for the other signatories in this e-filed document.

Dated: March 10, 2022                    By: */s/ Bilal Malik*
                                              BILAL MALIK

**[PROPOSED] ORDER AMENDING CASE SCHEDULE**

Pursuant to the Parties' Stipulated Request to Amend the Case Schedule, and with good cause appearing, the Court hereby grants the Parties' request and adopts the Parties' stipulated schedule.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE