HOGAN LOVELLS US LLP
Patrick T. Michael (Bar No. 169745)
Helen Y. Trac (Bar No. 285824)
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
patrick.michael@hoganlovells.com
helen.trac@hoganlovells.com

Christopher T. Pickens (*admitted pro hac vice*)
8350 Broad Street, 17th Floor
Tysons, VA 22102
Telephone: (703) 610-6100
Facsimile: (703) 610-6200
christopher.pickens@hoganlovells.com

Damon M. Lewis (*admitted pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
damon.lewis@hoganlovells.com

Attorneys for Plaintiff
SYNOPSYS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> REAL INTENT, INC., <br><br> Defendant. | Case No. 5:20-cv-02819-EJD <br><br> **DECLARATION OF HELEN TRAC IN SUPPORT OF PLAINTIFF SYNOPSYS' MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT** <br><br> **Courtroom 4, 5th Floor** <br> **Hon. Edward J. Davila** |

I, Helen Trac, hereby declare as follows:

1. I am an attorney with the law firm of Hogan Lovells US LLP, located at 3 Embarcadero Center, Suite 1500, San Francisco, CA 94111. As counsel of record for Plaintiff Synopsys, Inc. ("Synopsys"), I submit this Declaration in support of Synopsys' Motion for Leave to Amend the First Amended Complaint in the above-captioned case.

2. Hogan Lovells received support in this representation from attorneys at the law firm Willkie Farr & Gallagher LLP. The information in this Declaration is based on my personal knowledge and my review of Synopsys' case file, including correspondence between Willkie Farr & Gallagher LLP and counsel for Defendant Real Intent, Inc. ("Real Intent"). If called to testify to the matters herein, I could and would competently do so.

3. Attached hereto as **Exhibit 1** is Synopsys' proposed Second Amended Complaint.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a redline comparison of the original Amended Complaint against the proposed Second Amended Complaint.

5. In February and April of 2022, Real Intent made a series of email productions for custodians and search terms agreed upon by the parties.

6. On or about March 28, 2022, Real Intent produced 264 emails to Synopsys' e-discovery platform. These emails had roughly 22 thousand email attachments, which Real Intent made available on a source code review computer, purportedly because some of the attachments contained source code.

7. On March 29, 2022 Synopsys' technical expert attempted to review Real Intent's production. Upon accessing the source code computer, Synopsys' expert discovered that it was not equipped with a working email client or with the applications needed to view the vast majority of the files on the review computer. Real Intent's production also lacked basic information, including which attachments corresponded to which emails.

8. Synopsys raised these issues with Real Intent, and Real Intent eventually agreed to reproduce the emails and attachments, such that non-source code files would be produced normally, and only true source code files would be made available on the source code computer.

9. Real Intent provided the replacement production on or about April 12, 2022. The replacement production provided production numbers for each of the attachments, allowing Synopsys to correlate emails with their associated attachments. As part of the replacement production, approximately 10,000 documents were made available only on the source code review computer, which made them harder and more time-consuming to review.

10. Between February and May 2022, counsel for Synopsys reviewed Real Intent's other email productions, which included over 50,000 documents. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11. In an effort to understand which DesignWare files were in Real Intent's possession, Synopsys' technical expert reviewed Real Intent's production of source code for code related to DesignWare on May 25 and May 31. However, the expert's review could not be completed because over 200 of the source code files produced by Real Intent had been encrypted and were unreviewable.

12. Synopsys requested decrypted versions of these files on May 25, 2022 and reiterated its request on June 13, 2022 to no response.

13. Notwithstanding Real Intent's deficient source code production, Synopsys' continued its review of the information available.

14. On July 19, after two additional requests by Synopsys for the decrypted source code files, Real Intent notified Synopsys that, with the exception of six files, "unencrypted copies of all of the at issue files are presently available for review on the source code computer." With respect to the other six encrypted files, Real Intent stated that it "need[ed] to assess whether an encryption key for those still exists."

15. Within 24 hours, Synopsys set a date for review and sent Real Intent a copy of its proposed Second Amended Complaint, noting that it planned to file shortly after that review was completed (subject to any needed revisions based on the source code review), and asked if Real Intent would consent to the filing of the Second Amended Complaint.

16. On July 27, Synopsys expert arrived at the offices of Real Intent's counsel to review the decrypted files, but was unable to find them on the source code computer. On July 28, Synopsys asked Real Intent to confirm that the decrypted files had been made available on the source code computer and to identify where they were located. After additional correspondence between the parties, it became clear that Real Intent had not added the decrypted files but had been referring to other files already on the source code computer. Synopsys, again, requested that Real Intent run a decryption on the files that had been loaded on the source code computer with encryption in place.

17. On August 5, Real Intent notified Synopsys that it had been able to decrypt at least some of the files and would make them available for review. Synopsys then scheduled a review at the earliest possible date, August 15, and on August 12, Real Intent informed Synopsys that it had decrypted and made available over 200 of the encrypted files. On August 15, Synopsys' expert reviewed the decrypted source code files.

18. Real Intent opposes the motion and proposed Second Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 16th day of August, 2022, in San Francisco, CA.

/s/ _____
Helen Trac