UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL INTENT, INC.,<br><br>　　　　Defendant. | Case No. 5:20-cv-02819-EJD<br><br>**[PROPOSED] ORDER GRANTING SYNOPSYS' MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT** |

On August 16, 2022, Plaintiff Synopsys Inc. filed a Motion for Leave to Amend the First Amended Complaint ("Motion for Leave to Amend First Amended Complaint") to add additional causes of action for (1) intentional interference with Synopsys' contractual relations; and (2) intentional interference with Synopsys' prospective economic advantage. Real Intent opposes Synopsys' motion and proposed Second Amended Complaint.

Having considered the Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, all pleadings and papers filed herein, oral argument of counsel, and good cause appearing therefore, Synopsys' Motion for Leave to Amend the First Amended Complaint is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____   By: _____
HON. EDWARD J. DAVILA
United States District Court Judge

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE MOTION FOR LEAVE
TO AMEND FIRST AMENDED COMPLAINT
5:20-CV-02819-EJD