| | |
|---|---|
| HOGAN LOVELLS US LLP<br>Patrick T. Michael (Bar No. 169745)<br>Helen Y. Trac (Bar No. 285824)<br>4 Embarcadero Center, Suite 3500<br>San Francisco, California 94111<br>Telephone: (415) 374-2300<br>Facsimile: (415) 374-2499<br>patrick.michael@hoganlovells.com<br>helen.trac@hoganlovells.com<br><br>HOGAN LOVELLS US LLP<br>Christopher T. Pickens (pro hac vice)<br>8350 Broad St., 17th Floor<br>Tysons, Virginia 22102<br>Telephone: (703) 610-6100<br>Facsimile: (703) 610-6200<br>christopher.pickens@hoganlovells.com<br><br>HOGAN LOVELLS US LLP<br>Damon M. Lewis (pro hac vice)<br>Lauren B. Cury (pro hac vice)<br>555 Thirteenth Street NW<br>Washington, DC 20004<br>Telephone: (202) 637-5900<br>Facsimile: (202) 637-5910<br>damon.lewis@hoganlovells.com<br>lauren.cury@hoganlovells.com<br><br>Attorneys for Plaintiff<br>SYNOPSYS, INC. | KEKER, VAN NEST & PETERS LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@keker.com<br>REID P. MULLEN - # 270671<br>rmullen@keker.com<br>RYAN K. WONG - # 267189<br>rwong@keker.com<br>KRISTIN HUCEK - # 321853<br>khucek@keker.com<br>CODY GRAY - # 310525<br>cgray@keker.com<br>VICTOR CHIU - # 305404<br>vchiu@keker.com<br>BILAL MALIK - # 318767<br>bmalik@keker.com<br>CATHERINE C. PORTO - #331168<br>cporto@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     (415) 391-5400<br>Facsimile:      (415) 397-7188<br><br>Attorneys for Defendant<br>REAL INTENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>REAL INTENT, INC.,<br><br>        Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND THE CASE SCHEDULE**<br><br>Dept.:    Courtroom 4 – 5th Floor<br>Judge:   Hon. Edward J. Davila<br><br>Date Filed: April 23, 2020<br><br>Trial Date:  None set |

**STIPULATION AMENDING THE CASE SCHEDULE**

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Synopsys, Inc. and Defendant Real Intent, Inc. (collectively "the Parties") hereby file this Stipulation to Amend the Case Schedule and jointly request that the Court amend the case schedule as set forth below.

The Parties, through their respective undersigned counsel of record, have met and conferred and state the following:

WHEREAS, Civil Local Rule 6-2 allows the Parties to file a stipulation requesting an order changing a time that would affect the date of an event or deadline already fixed by Court order, provided the stipulated request is accompanied by a supporting declaration that sets forth the reasons for the stipulated request, discloses all previous time modifications, and describes the affect the requested time modification would have on the schedule for the case;

WHEREAS, good cause exists to amend the case schedule as stipulated below because the Parties must schedule and complete a substantial number of fact depositions before the current close of fact discovery, which is June 2, 2023, *see* Decl. of Bilal Malik in Supp. of Joint Stipulation and Proposed Order to Amend the Case Schedule ("Malik Decl.") ¶ 3;

WHEREAS, the Court previously modified the case schedule on June 22, 2021, after Plaintiff filed an Amended Complaint, *see* ECF Nos. 77–79; Malik Decl. ¶ 5;

WHEREAS, the Court previously modified the case schedule on November 29, 2021 to allow ESI discovery to be completed, *see* ECF No. 101; Malik Decl. ¶ 5;

WHEREAS, the Court previously modified the case schedule on March 11, 2022 to allow the fact discovery deadline and other deadlines in the case schedule to be set based upon the issuance date of the Court's Claim Construction Order, *see* ECF No. 103; Malik Decl. ¶ 5;

WHEREAS, the Court issued a Claim Construction Order on April 21, 2023, *see* ECF No. 171; Malik Decl. ¶ 6;

WHEREAS, the Court held a Trial Setting Conference on May 4, 2023, reserved a hearing date for summary judgment motions for January 25, 2024, and requested additional briefing from the Parties on a Copyrightability Hearing, *see* ECF No. 173; Malik Decl. ¶ 7;

WHEREAS, the Parties submitted briefing on May 15, 2023 on whether the Court should

hold a separate Copyrightability Hearing and allow separate briefing on analytic dissection, *see* ECF Nos. 179-183; Malik Decl. ¶ 8;

WHEREAS, the Parties' stipulation extends fact discovery deadlines by two weeks and the expert discovery deadlines by one week, but does not impact the current briefing schedule for summary judgment motions and *Daubert* motions, and does not impact the January 25, 2024 hearing date that is currently reserved for summary judgment motions, Malik Decl. ¶ 4;

WHEREAS, the Parties' stipulation will not impact the trial date for this matter, as the trial date has not yet been set by the Court, Malik Decl. ¶ 9;

WHEREAS, the Parties' stipulation does not resolve, and is not intended to resolve, the Parties' current dispute over whether the Court should hold a Copyrightability Hearing and allow separate briefing on analytic dissection before summary judgment and trial; the Parties maintain their respective positions on those particular questions as set forth at the Trial Setting Conference and in the Parties' respective briefs submitted on May 15, 2023;

NOW THEREFORE, subject to the Court's approval, the Parties stipulate to amend the current case schedule (ECF No. 103) as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Fact Discovery Cut-Off | June 2, 2023 | June 16, 2023 |
| Last Day to File Fact Discovery Motions | June 9, 2023 | June 23, 2023 |
| Last Day for Plaintiff to Serve Opening Expert Report(s) on: Patent Infringement and Patent Damages; Copyright Infringement and Copyright Damages/Monetary Remedies, Including Identification of Gross Revenues under 17 U.S.C. § 504(b), if applicable; and Any Other Issues for which Plaintiff has the Burden of Proof. Last Day for Defendant to Serve Opening Expert Report on Patent Invalidity. | July 7, 2023 | July 14, 2023 |
| Last Day for Defendant to Serve Rebuttal Expert Report(s) on: Patent Noninfringement and Patent Damages; Copyright | August 18, 2023 | August 25, 2023 |

| Event | Current Date | Amended Date |
|---|---|---|
| Noninfringement, Copyright Defenses, Including Fair Use, Merger, *Scenes a Faire*, and Any Other Copyright Defenses, and Copyright Damages/Monetary Remedies; and Any Other Non-Patent Opening Report Served by Plaintiff.<br><br>Last Day for Plaintiff to Serve Rebuttal Expert Report on Patent Validity, Including Secondary Considerations. | | |
| Last Day for Plaintiff to Serve Reply Expert Report on Copyright Defenses and on Profits Attributable to Alleged Copyright Infringement under 17 U.S.C. § 504(b), if applicable.<br><br>Last Day for Defendant to Serve Reply Expert Report on Secondary Considerations. | September 15, 2023 | September 22, 2023 |
| Expert Discovery Cut-Off | October 6, 2023 | October 13, 2023 |
| Last Day to File Dispositive Motions and *Daubert* Motions[1] | November 9, 2023 | Unchanged |
| Last Day to File Responses to Dispositive Motions and *Daubert* Motions | November 30, 2023 | Unchanged |
| Last Day to File Replies to Dispositive Motions and *Daubert* Motions | December 14, 2023 | Unchanged |
| Dispositive and *Daubert* Motion Hearings | January 25, 2024 | Unchanged |

---

[1] Real Intent has requested that the dispositive motion and *Daubert* motion briefing schedule and hearing date be used to conduct analytic dissection briefing and a Copyrightability Hearing, with summary judgment briefing and a hearing to be scheduled separately thereafter. Synopsys opposes Real Intent's request regarding a Copyrightability Hearing. *See* ECF Nos. 179-183. By filing this stipulation, the Parties maintain, and do not waive, their respective positions on this scheduling dispute, which remain pending before the Court.

| | | |
|---|---|---|
| Dated: May 22, 2023 | | HOGAN LOVELLS US LLP |
| | By: | *s/Patrick T. Michael* <br> PATRICK T. MICHAEL <br> HELEN Y. TRAC <br> CHRISTOPHER T. PICKENS <br> DAMON M. LEWIS <br> LAUREN B. CURY |
| | | Attorneys for Plaintiff <br> SYNOPSYS, INC. |
| Dated: May 22, 2023 | | KEKER, VAN NEST & PETERS LLP |
| | By: | *s/Ryan K. Wong* <br> ROBERT A. VAN NEST <br> REID P. MULLEN <br> RYAN K. WONG <br> KRISTIN HUCEK <br> CODY GRAY <br> VICTOR CHIU <br> BILAL MALIK <br> CATHERINE C. PORTO |
| | | Attorneys for Defendant <br> REAL INTENT, INC. |

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:   May 22, 2023                              *s/Bilal Malik*
                                                                  BILAL MALIK

**[PROPOSED] ORDER AMENDING CASE SCHEDULE**

Pursuant to the Parties' Joint Stipulation to Amend the Case Schedule, and with good cause appearing, the Court hereby gives effect to the Parties' Stipulation and adopts the Parties' stipulated schedule.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Hon. Edward J. Davila