| | |
|---|---|
| 1 | HOGAN LOVELLS US LLP |
| 2 | Patrick T. Michael (Bar No. 169745) |
|   | Helen Y. Trac (Bar No. 285824) |
| 3 | 4 Embarcadero Center, Suite 3500 |
|   | San Francisco, California 94111 |
| 4 | Telephone: (415) 374-2300 |
| 5 | Facsimile: (415) 374-2499 |
|   | patrick.michael@hoganlovells.com |
| 6 | helen.trac@hoganlovells.com |

HOGAN LOVELLS US LLP
Patrick T. Michael (Bar No. 169745)
Helen Y. Trac (Bar No. 285824)
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
patrick.michael@hoganlovells.com
helen.trac@hoganlovells.com

Christopher T. Pickens (*admitted pro hac vice*)
8350 Broad Street, 17th Floor
Tysons, VA 22102
Telephone: (703) 610-6100
Facsimile: (703) 610-6200
christopher.pickens@hoganlovells.com

Anna K. Shaw (*admitted pro hac vice*)
Damon M. Lewis (*admitted pro hac vice*)
Lauren B. Cury (*admitted pro hac vice*)
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
anna.shaw@hoganlovells.com
damon.lewis@hoganlovells.com
lauren.cury@hoganlovells.com

Attorneys for Plaintiff
SYNOPSYS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYNOPSYS, INC., | Case No. 5:20-cv-02819-EJD (SvK) |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND THE CASE SCHEDULE** |
| v. | |
| REAL INTENT, INC., | **\* AS MODIFIED \*** |
| Defendant. | Dept.: Courtroom 4 – 5th Floor |
| | Judge: Hon. Edward J. Davila |
| | Date Filed: 4/23/20 |
| | Trial Date: October 8, 2024 |

| | |
|---|---|
| 1 | **STIPULATION AMENDING THE CASE SCHEDULE** |
| 2 | Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Synopsys, Inc. and Defendant |
| 3 | Real Intent, Inc. (collectively "the Parties") hereby file this Stipulation to Amend the Case |
| 4 | Schedule and jointly request that the Court amend the case schedule as set forth below. |
| 5 | The Parties, through their respective undersigned counsel of record, have met and |
| 6 | conferred and state the following: |
| 7 | WHEREAS, Civil Local Rule 6-2 allows the Parties to file a stipulation requesting an |
| 8 | order changing a time that would affect the date of an event or deadline already fixed by Court |
| 9 | order, provided the stipulated request is accompanied by a supporting declaration that sets forth |
| 10 | the reasons for the stipulated request, discloses all previous time modifications, and describes the |
| 11 | effect the requested time modification would have on the schedule for the case; |
| 12 | WHEREAS, good cause exists to amend the case schedule as stipulated below because the |
| 13 | Court's personnel have informed the parties that the trial date would be in October 2024, and the |
| 14 | Parties believe that extending the deadlines for expert discovery and summary judgment and |
| 15 | *Daubert* motions to reflect that anticipated trial date will promote efficiency for the parties and |
| 16 | the Court, *see* Decl. of Christopher T. Pickens in Supp. of Joint Stipulation and Proposed Order to |
| 17 | Amend the Case Schedule ("Pickens Decl.") ¶ 4; |
| 18 | WHEREAS, the Court previously modified the case schedule on June 22, 2021, after |
| 19 | Plaintiff filed an Amended Complaint, *see* ECF Nos. 77–79; Pickens Decl. ¶ 5; |
| 20 | WHEREAS, the Court previously modified the case schedule on November 29, 2021 to |
| 21 | allow ESI discovery to be completed, *see* ECF No. 101; Pickens Decl. ¶ 5; |
| 22 | WHEREAS, the Court previously modified the case schedule on March 11, 2022 to allow |
| 23 | the fact discovery deadline and other deadlines in the case schedule to be set based upon the |
| 24 | issuance date of the Court's Claim Construction Order, *see* ECF No. 103; Pickens Decl. ¶ 5; |
| 25 | WHEREAS, the Court previously modified the case schedule on May 23, 2023 to extend |
| 26 | the fact and expert discovery deadlines, *see* ECF No. 188; Pickens Decl. ¶ 5; |
| 27 | WHEREAS, the Court previously modified the case schedule on June 21, 2023 to extend |
| 28 | the deadline to file fact discovery motions, *see* ECF No. 197, Pickens Decl. ¶ 5; |

1     WHEREAS, on June 30, 2023, Court personnel informed the parties that the trial date would be in October 2024, Pickens Decl. ¶ 4; and

    WHEREAS, the Parties' Stipulation extends below other deadlines based on an anticipated October 2024 trial date, Pickens Decl. ¶ 4;

    NOW THEREFORE, subject to the Court's approval, the Parties stipulate to amend the current case schedule (ECF No. 188 and No. 197) as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Last Day to File Fact Discovery Motions | June 30, 2023 | Unchanged |
| Last Day for Plaintiff to Serve Opening Expert Report(s) on: Patent Infringement and Patent Damages; Copyright Infringement and Copyright Damages/Monetary Remedies, Including Identification of Gross Revenues under 17 U.S.C. § 504(b), if applicable; and Any Other Issues for which Plaintiff has the Burden of Proof. Last Day for Defendant to Serve Opening Expert Report on Patent Invalidity. | July 14, 2023 | September 18, 2023 |
| Last Day for Defendant to Serve Rebuttal Expert Report(s) on: Patent Noninfringement and Patent Damages; Copyright Noninfringement, Copyright Defenses, Including Fair Use, Merger, Scenes a Faire, and Any Other Copyright Defenses, and Copyright Damages/Monetary Remedies; and Any Other Non-Patent Opening Report Served by Plaintiff. Last Day for Plaintiff to Serve Rebuttal Expert Report on Patent Validity, Including Secondary Considerations. | August 25, 2023 | November 17, 2023 |
| Last Day for Plaintiff to Serve Reply Expert Report on Copyright Defenses and on Profits Attributable to Alleged Copyright Infringement under 17 U.S.C. § 504(b), if applicable. Last Day for Defendant to Serve Reply Expert Report on Secondary Considerations. | September 22, 2023 | December 15, 2023 |
| Expert Discovery Cut-Off | October 13, 2023 | January 19, 2024 |
| Last Day to File Dispositive Motions and *Daubert* Motions | November 9, 2023 | February 23, 2024 |

| Last Day to File Responses to Dispositive Motions and *Daubert* Motions | November 30, 2023 | March 22, 2024 |
|---|---|---|
| Last Day to File Replies to Dispositive Motions and *Daubert* Motions | December 14, 2023 | April 19, 2024 |
| Dispositive and *Daubert* Motion Hearings | January 25, 2024 | May 16, 2024, at 9:00 a.m. |
| Start of Trial | N/A | October 8, 2024 |

Dated: July 6, 2023　　　　　　　　　　　　　HOGAN LOVELLS US LLP

By: */s/ Patrick T. Michael*
　　PATRICK T. MICHAEL
　　CHRISTOPHER T. PICKENS
　　ANNA K. SHAW
　　DAMON M. LEWIS
　　HELEN Y. TRAC
　　LAUREN B. CURY

Attorneys for Defendant
SYNOPSYS, INC.

Dated: July 6, 2023　　　　　　　　　　　　　KEKER, VAN NEST & PETERS LLP

By: */s/ Ryan K. Wong*
　　ROBERT A. VAN NEST
　　REID P. MULLEN
　　RYAN K. WONG
　　KRISTIN HUCEK
　　CODY GRAY
　　VICTOR CHIU
　　BILAL MALIK
　　CATHERINE C. PORTO

Attorneys for Defendant
REAL INTENT, INC.

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5-1 (i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 6, 2023　　　　　　　　　By:　*/s/ Patrick T. Michael*

　　　　　　　　　　　　　　　　　　　　　Patrick T. Michael

# [~~PROPOSED~~] ORDER AMENDING CASE SCHEDULE

Pursuant to the Parties' Joint Stipulation to Amend the Case Schedule, and with good cause appearing, the Court hereby gives effect to the Parties' Stipulation and adopts the Parties' stipulated schedule.

**IT IS SO ORDERED.**

Dated: July 6, 2023

_____
Hon. Edward J. Davila
United States District Judge