1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>REAL INTENT, INC.,<br><br>                    Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>**[PROPOSED] ORDER RE JOINT DISCOVERY SUBMISSIONS (DKT NOS. 202, 203, 205)**<br><br>Ctrm:      Courtroom 6, 4th Floor<br>Judge:     Hon. Susan van Keulen<br><br>Date Filed: April 23, 2020<br><br>Trial Date:  October 8, 2024 |

The Court, having considered Plaintiff Synopsys, Inc.'s and Defendant Real Intent, Inc.'s briefing and oral argument on the discovery disputes set forth in Docket Numbers 202, 203, and 205, hereby ORDERS as follows:

**Order Regarding Joint Discovery Submission at Dkt. No. 202**

1. The parties represented to the Court at the hearing on this matter that they are not contesting the tentative order on this dispute, and therefore the Court adopts its tentative order resolving this discovery submission.  *See* Dkt. No. 213 at 3.

2. Synopsys and Real Intent may deviate from the language of the Court's proposed stipulation set forth in the tentative order for this dispute so long as the deviations are mutually agreed upon by the parties.

3. Real Intent will provide a 30(b)(6) witness to testify on the topic of the recent recovery and production of documents from the PT Twiki page in a deposition not to exceed 2.50 hours.  As the Court stated at the hearing on this matter, this deposition shall not count against the 70-hour limitation on total fact deposition hours.

**Order Regarding Joint Discovery Submission at Dkt. No. 203**

4. The parties represented to the Court at the hearing on this matter that they are not contesting the tentative order on this dispute, and therefore the Court adopts its tentative order resolving this discovery submission.  *See* Dkt. No. 213 at 2–3.

5. Synopsys and Real Intent may deviate from the language of the Court's proposed stipulation set forth in the tentative order for this dispute so long as the deviations are mutually agreed upon by the parties.

**Order Regarding Joint Discovery Submission at Dkt. No. 205**

6. For the reasons stated on the record at the hearing on this matter, a search of all the source code is beyond the scope and not proportional for this case at this juncture of the litigation.  The Court's tentative order stands for this dispute, and Synopsys' request as written is DENIED.  Synopsys' proposed compromise for this dispute, which is still a search of all source code, is also DENIED.

7. As Real Intent stated at the hearing on this matter, on July 21, 2023, Synopsys

requested that Real Intent produce a list of approximately thirty-three source code files.  Of those files, Real Intent represented that only four source code files had not been previously produced during fact discovery and offered to produce those four files as a compromise proposal.  Real Intent shall make those four source code files available for inspection on its source code review computer.

8.  As stated at the hearing on this matter, Real Intent has represented that source code files sufficient to show whether disputed command set elements are "recognized" or "supported" have been made available for Synopsys' inspection on the source code review computer.  Synopsys, however, has raised questions regarding whether the source code files produced by Real Intent to show whether disputed command set elements are "recognized" or "supported" are complete.  The Court understands that those questions may continue to come from Synopsys, including after Synopsys' expert reviews the source code review computer in August 2023, and that Real Intent will respond to those questions promptly and produce additional source code files for disputed command set elements identified by Synopsys in Synopsys' Ninth Supplemental Response to Real Intent's Interrogatory No. 2 if files sufficient to show whether such elements are "recognized" or "supported" are missing from the current production.

9.  If there are any issues with the search or accessibility of the foregoing produced source code, Real Intent will facilitate the resolution of those issues to the extent required to make those files accessible, including checking to see whether the folders containing the approximately 145 core parsing source code files described in the preceding paragraph have the Microsoft Windows "indexing" feature for Windows turned on (which enables the interior of indexable files to be searched), and if it is not turned on, enabling that feature for those folders so that searches can be run on the major versions of the core parsing source code produced by Real Intent.

1   **IT IS SO ORDERED.**

2

3

4   Dated:  <u>August 4, 2023</u>                                        

5                         HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE