UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REAL INTENT, INC.,<br><br>　　　　　Defendant. | Case No.   20-cv-02819-EJD<br><br>**ORDER REGARDING MOTIONS IN LIMINE** |

The Court is in receipt of the parties' motions in limine submitted August 23, 2024, pursuant to this Court's Standing Order. In light of the Court's August 26, 2024, order resolving the parties' motions for partial summary judgment and motions to exclude (ECF No. 513), the Court instructs the parties to meet and confer and submit a joint status report by 6:00 p.m. on August 29, 2024, identifying which motions in limine remain at issue and which motions, if any, each party intends to withdraw or otherwise modify.

**IT IS SO ORDERED.**

Dated: August 26, 2024

EDWARD J. DAVILA
United States District Judge