KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
REID P. MULLEN - # 270671
rmullen@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
CODY GRAY - # 310525
cgray@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
THERESA M. DAWSON – *pro hac vice*
tdawson@keker.com
VICTOR CHIU - # 305404
vchiu@keker.com
BILAL MALIK - # 318767
bmalik@keker.com
CATHERINE C. PORTO - # 331168
cporto@keker.com
ELIZABETH A. HECKMANN - # 347059
eheckmann@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

Attorneys for Defendant
REAL INTENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>REAL INTENT, INC., <br><br>　　　　Defendant. | Case No. 5:20-cv-02819-EJD (SvK) <br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CERTAIN PRETRIAL DEADLINES** <br><br>Judge:　　Hon. Edward J. Davila <br><br>Date Filed: April 23, 2020 <br><br>Trial Date: October 8, 2024 |

1    Plaintiff Synopsys, Inc. and Defendant Real Intent, Inc. (collectively, "the Parties"), by
2    and through their respective undersigned counsel, hereby submit this stipulated request for an
3    order modifying certain pretrial deadlines;
4    WHEREAS, the pretrial conference for this matter is set for September 13, 2024;
5    WHEREAS, this Court's Standing Order for Civil Cases requires that no later than
6    fourteen (14) days before the pretrial conference, or August 30, 2024, the Parties shall file and
7    serve a joint pretrial conference statement, joint witness list, joint exhibit list, and deposition and
8    discovery designations, and requires that no later than ten (10) days before the pretrial
9    conference, or September 3, 2024, the Parties shall file proposed jury materials (*voir dire*
10   questions, jury instructions, and a verdict form) and a short neutral statement of the case
11   (collectively, the "Deadlines");
12   WHEREAS, on August 26, 2024, the Court issued an Order on the Parties' cross-motions
13   for partial summary judgment and *Daubert* motions (the "Order"), ECF No. 513;
14   WHEREAS, the Order impacted the claims to be tried and the disputed legal and factual
15   issues remaining in this case;
16   WHEREAS, both Parties are in the process of reviewing and revising the joint pretrial
17   conference statement, joint witness list, joint exhibit list, deposition and discovery designations,
18   the jury materials, and the short neutral statement in view of the claims and issues impacted by
19   the Order;
20   WHEREAS, and after meeting and conferring, the Parties believe that an extension of the
21   Deadlines, to September 6, 2024, will benefit both the Parties and the Court as it will provide the
22   Parties more time to revise and streamline the joint pretrial conference statement, joint witness
23   list, joint exhibit list, deposition and discovery designations, jury materials, and a short neutral
24   statement, and conform them to the claims and issues remaining in the case before they are
25   submitted to the Court.
26   ACCORDINGLY, THE PARTIES HEREBY JOINTLY STIPULATE AND REQUEST
27   THAT the Court extend the Parties' deadline to file and serve a joint pretrial conference
28   statement, joint witness list, joint exhibit list, deposition and discovery designations, jury

materials, and a short neutral statement to September 6, 2024.

**IT IS SO STIPULATED AND REQUESTED.**

Dated:  August 27, 2024                                          KEKER, VAN NEST & PETERS LLP

                                              By:    */s/ Bilal Malik*
                                                     ROBERT A. VAN NEST
                                                     REID P. MULLEN
                                                     RYAN K. WONG
                                                     CODY GRAY
                                                     KRISTIN HUCEK
                                                     THERESA M. DAWSON
                                                     VICTOR CHIU
                                                     BILAL MALIK
                                                     CATHERINE C. PORTO
                                                     ELIZABETH A. HECKMANN

                                                     Attorneys for Defendant
                                                     REAL INTENT, INC.

Dated:  August 27, 2024                                          WILLKIE FARR & GALLAGHER LLP


                                              By:    */s/ Barrington Dyer*
                                                     BARRINGTON DYER

                                                     Attorney for Plaintiff
                                                     SYNOPSYS, INC.

# ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  August 27, 2024                                        /s/ *Bilal Malik*
                                                                                    Bilal Malik

## [PROPOSED] ORDER

Pursuant to the Parties' stipulation, and good cause appearing, IT IS SO ORDERED THAT: the Parties deadline to file and serve a joint pretrial conference statement, joint witness list, joint exhibit list, deposition and discovery designations, jury materials (*voir dire* questions, jury instructions, and a verdict form), and a short neutral statement is extended to September 6, 2024.

Dated: _____

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT