UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>REAL INTENT, INC.,<br><br>      Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT REAL INTENT, INC.'S ADMINISTRATIVE MOTION RE PROCEDURE FOR STREAMLINING MOTIONS IN LIMINE**<br><br>Judge:    Hon. Edward J. Davila<br><br>Date Filed:  April 23, 2020<br><br>Trial Date:  October 8, 2024 |

[PROPOSED] ORDER GRANTING REAL INTENT'S ADMINISTRATIVE MOTION RE PROCEDURE
FOR STREAMLINING MOTINS IN LIMINE
Case No. 5:20-cv-02819-EJD (SvK)

2779067

# [PROPOSED] ORDER

For the reasons set forth in Defendant Real Intent Inc.'s Administrative Motion re Procedure for Streamlining Motions *In Limine*, the Court orders as follows:

1. Any substantively modified motions *in limine* must be filed on the docket by September 4, 2024, with oppositions to those modified motions due on September 11, 2024;

2. The parties shall file a joint notice by 6:00 p.m. on August 30, 2024 to apprise the Court of the "top eight (8)" motions *in limine* from each side that should be fully briefed before the Final Pretrial Conference, while all other pending motions *in limine* will be deemed withdrawn without prejudice to either side to re-raise them later if necessary;

3. The parties must confirm to each other by 6:00 p.m. on August 30, 2024 which of the motions *in limine* from the joint status report, if any, that they intend to refile with modifications, so that each side understands which briefs filed on August 23, 2024 are no longer operative; and

4. The parties must file a joint statement by 6:00 p.m. on September 6, 2024 (one week before the Final Pretrial Conference), where each party identifies up to five (5) motions *in limine* that it intends to argue at the Final Pretrial Conference, to the extent the Court will hear argument on any motions.

IT IS SO ORDERED.

Dated: _____

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT