KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
REID P. MULLEN - # 270671
rmullen@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
CODY GRAY - # 310525
cgray@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
THERESA M. DAWSON - *pro hac vice*
tdawson@keker.com
VICTOR CHIU - # 305404
vchiu@keker.com
BILAL MALIK - # 318767
bmalik@keker.com
CATHERINE C. PORTO - #331168
cporto@keker.com
ELIZABETH A. HECKMANN - # 347059
eheckmann@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

Attorneys for Defendant
REAL INTENT, INC.

WILLKIE FARR & GALLAGHER LLP
Krista S. Schwartz (Bar No. 303604)
  kschwartz@willkie.com
Barrington Dyer (Bar No. 264762)
  bdyer@willkie.com
Joshua D. Anderson (Bar No. 312836)
  jdanderson@willkie.com
Stephen Henrick (Bar No. 310539)
  shenrick@willkie.com
Alex Rhim (Bar No. 333508)
  arhim@willkie.com
Jacob Karim (Bar No. 340376)
  jkarim@willkie.com
Christopher J. Lee (Bar No. 342055)
  clee3@willkie.com
Shaimaa M. Hussein (*Pro Hac Vice*)
  shussein@willkie.com
Devon W. Edwards *(Pro Hac Vice)*
  dedwards@willkie.com
Dane Sowers (*Pro Hac Vice*)
  dsowers@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Plaintiff
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>REAL INTENT, INC.,<br><br>Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>**JOINT STATUS REPORT REGARDING MOTIONS *IN LIMINE***<br><br>Judge:     Hon. Edward J. Davila<br><br>Date Filed: April 23, 2020<br><br>Trial Date: October 8, 2024 |

Pursuant to the Court's Order Granting Real Intent's Administrative Motion re Procedure for Streamlining Motions *In Limine* (Dkt. No. 528), Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Real Intent, Inc. ("Real Intent") hereby submit this joint notice to apprise the Court of the "top fifteen (15)" motions *in limine* from each side that should be fully briefed before the Final Pretrial Conference. Subject to the Court's ruling that any motions not identified below are deemed withdrawn without prejudice and the parties' separate communications concerning which motions *in limine* will be refiled as modified on September 4 and which will stand as submitted on August 23, the parties inform the Court as follows:

Synopsys advises that its motions *in limine* Nos. 2, 5, 7, 8, 9, 12, 13, 16, 19, 20, 22, 24, 25, 29, and 31 remain in dispute and require full briefing.

Real Intent advises that its motions *in limine* Nos. 1, 2, 3, 7, and 8-11 remain in dispute and require full briefing.

*[Signature page follows]*

Respectfully submitted,

Dated: August 30, 2024

                         WILLKIE FARR & GALLAGHER LLP

                         By:   */s/ Barrington Dyer*
                                Krista Schwartz
                                Barrington Dyer
                                Joshua D. Anderson
                                Stephen Henrick
                                Alex Rhim
                                Jacob Karim
                                Christopher J. Lee
                                Shaimaa M. Hussein *(Pro Hac Vice)*
                                Devon W. Edwards *(Pro Hac Vice)*
                                Dane Sowers *(Pro Hac Vice)*

                                Attorneys for Plaintiff
                                SYNOPSYS, INC.

                         By:   */s/ Victor Chiu*
                                ROBERT A. VAN NEST
                                REID P. MULLEN
                                RYAN K. WONG
                                CODY GRAY
                                KRISTIN HUCEK
                                THERESA M. DAWSON
                                VICTOR CHIU
                                BILAL MALIK
                                CATHERINE C. PORTO
                                ELIZABETH A. HECKMANN

                                Attorneys for Defendant
                                REAL INTENT, INC.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated:  August 30, 2024                                              */s/ Victor Chiu*
                                                                                  Victor Chiu