1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

SAN JOSE DIVISION

7

8

SYNOPSYS, INC.,

Case No.   20-cv-02819-EJD

9

Plaintiff,

**ORDER REGARING MOTION FOR RECONSIDERATION AND PRETRIAL DEADLINES**

10

v.

11

REAL INTENT, INC.,

Re: ECF No. 552

12

Defendant.

13

14     The Court is in receipt of Synopsys' Motion for Leave to File Motion for Reconsideration

15 Pursuant to L.R. 7-9.  ECF No. 552.  Having considered Synopsys' request, the Court orders the

16 following:

17     1.     Synopsys' request for leave to file the Proposed Motion for Reconsideration is

18 GRANTED.  The Proposed Motion for Reconsideration (ECF No. 552-1) is deemed filed.

19     2.     Real Intent may file an eight-page opposition to Synopsys' Motion for

20 Reconsideration (ECF No. 552-1) by **5:00 p.m. on September 11, 2024**.  No reply brief will be

21 permitted.

22     3.     The Pretrial Conference currently scheduled for September 13, 2024, is continued

23 to **10:00 a.m. on September 20, 2024**.

24

25

26

27

28

Case No.: 20-cv-02819-EJD
ORDER RE MOTION FOR RECONSIDERATION AND PRETRIAL DEADLINES
1

United States District Court
Northern District of California

1    4.    The new deadline for the Parties to file a joint pretrial conference statement, joint

2  witness list, joint exhibit list, deposition and discovery designations, proposed jury materials *(voir*

3  *dire* questions, jury instructions, and a verdict form) and a short neutral statement of the case is

4  **September 13, 2024**.

5

6    **IT IS SO ORDERED.**

7

8  Dated: September 5, 2024

   _____
9                                            EDWARD J. DAVILA
                                             United States District Judge

United States District Court
Northern District of California