**WILLKIE FARR & GALLAGHER LLP**
Krista S. Schwartz (Bar No. 303604)
  kschwartz@willkie.com
Barrington Dyer (Bar No. 264762)
  bdyer@willkie.com
Joshua D. Anderson (Bar No. 312836)
  jdanderson@willkie.com
Stephen Henrick (Bar No. 310539)
  shenrick@willkie.com
Alex Rhim (Bar No. 333508)
  arhim@willkie.com
Jacob Karim (Bar No. 340376)
  jkarim@willkie.com
Christopher J. Lee (Bar No. 342055)
  clee3@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

**WILLKIE FARR & GALLAGHER LLP**
Shaimaa M. Hussein (*Pro Hac Vice*)
  shussein@willkie.com
Devon W. Edwards *(Pro Hac Vice)*
  dedwards@willkie.com
787 Seventh Ave.
New York, NY 10019
Telephone: (212) 728-8000

**WILLKIE FARR & GALLAGHER LLP**
Dane Sowers (*Pro Hac Vice*)
  dsowers@willkie.com
1875 K Street, N.W.
Washington, DC  20006
Tel: 202-303-1000

Attorneys for Plaintiff
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.<br><br>                    Plaintiff,<br><br>    vs.<br><br>REAL INTENT, INC.<br><br>                    Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>**SYNOPSYS, INC.'S STATEMENT REGARDING REAL INTENT, INC.'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5(f)(3), Synopsys, Inc. ("Synopsys") submits this statement in response to one of Real Intent's Administrative Motions to Consider whether Another Party's Material Should Be Sealed, ECF No. 573, which identifies Synopsys as the designating party for certain portions of Real Intent's modified motion *in limine* no. 8. While Synopsys disagrees with the positions taken in Real Intent's motion, Synopsys does not oppose the unsealing of certain materials in connection with that motion.

As to Real Intent's administrative motion regarding its Modified Motion *in Limine* No. 8 (ECF No. 573), Synopsys does not oppose unsealing Exhibit C to the motion. As explained in the Declaration of Justin Boyce, filed concurrently with this Statement, Synopsys respectfully requests that the contents of the motion itself and Exhibits B and D to that motion remain sealed.

Synopsys' position does not waive—and is not intended to waive—the confidentiality designations of any documents that Synopsys has produced in the above-captioned proceeding, or the confidentiality of any other information that Synopsys has designated as Protected Material under the Protective Order.

Respectfully submitted,

Dated: September 11, 2024    WILLKIE FARR & GALLAGHER LLP

By:  *Krista Schwartz*
     Krista Schwartz
     Barrington Dyer
     Joshua D. Anderson
     Stephen Henrick
     Alex Rhim
     Jacob Karim
     Christopher J. Lee
     Shaimaa M. Hussein *(Pro Hac Vice)*
     Devon W. Edwards *(Pro Hac Vice)*
     Dane Sowers *(Pro Hac Vice)*
     Attorneys for Plaintiff
     SYNOPSYS, INC.