| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP** | **KEKER, VAN NEST & PETERS LLP** |
| Krista S. Schwartz (Bar No. 303604) | Robert A. Van Nest- # 84065 |
|   kschwartz@willkie.com |   rvannest@keker.com |
| Barrington Dyer (Bar No. 264762) | Reid P. Mullen - # 270671 |
|   bdyer@willkie.com |   rmullen@keker.com |
| Joshua D. Anderson (Bar No. 312836) | Ryan K. Wong - # 267189 |
|   jdanderson@willkie.com |   rwong@keker.com |
| Stephen Henrick (Bar No. 310539) | Cody Gray - # 310525 |
|   shenrick@willkie.com |   cgray@keker.com |
| Alex Rhim (Bar No. 333508) | Kristin Hucek - # 321853 |
|   arhim@willkie.com |   khucek@keker.com |
| Jacob Karim (Bar No. 340376) | Theresa M. Dawson- pro hac vice |
|   jkarim@willkie.com |   tdawson@keker.com |
| Christopher J. Lee (Bar No. 342055) | Victor Chiu - # 305404 |
|   clee3@willkie.com |   vchiu@keker.com |
| Shaimaa M. Hussein (*Pro Hac Vice*) | Bilal Malik - # 318767 |
|   shussein@willkie.com |   bmalik@keker.com |
| Devon W. Edwards (*Pro Hac Vice*) | Catherine C. Porto - #331168 |
|   dedwards@willkie.com |   cporto@keker.com |
| Dane Sowers (*Pro Hac Vice*) | Elizabeth A. Heckmann - #347059 |
|   dsowers@willkie.com |   eheckmann@keker.com |
| 333 Bush Street, 34th Floor | 633 Battery Street |
| San Francisco, CA 94104 | San Francisco, CA 94111-1809 |
| Telephone: (415) 858-7400 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| SYNOPSYS, INC. | REAL INTENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC. | Case No. 5:20-cv-02819-EJD (SvK) |
|        Plaintiff, | **JOINT STATUS REPORT RE MOTIONS IN LIMINE** |
|    vs. | |
| REAL INTENT, INC. | Judge:    Hon. Edward J. Davila |
|        Defendant. | Date Filed: 4/23/2020<br>Trial Date: 10/8/2024 |

Pursuant to the Court's order of September 6, 2024 (ECF 585), Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Real Intent, Inc. ("Real Intent") hereby submit this joint notice to apprise the Court of up to eight motions *in limine* from each side that each side intends to argue at the September 24, 2020 Final Pretrial Conference, to the extent the Court will hear argument on any motions.

Synopsys advises that it intends to argue its motions *in limine* Nos. 2, 8, 9, 12, 19, 24, 25, and 31:

- No. 2: To exclude evidence of unrelated litigations involving Synopsys or its predecessors-in-interest (ECF 454, as modified by ECF 561)
- No. 8: To preclude evidence or argument concerning party size or revenue (ECF 461)
- No. 9: To exclude evidence relating to Synopsys' motivations for bringing suit (ECF 462, as modified by ECF 565)
- No. 12: To exclude evidence or argument attempting to impute knowledge of Synopsys affiliates with Synopsys (ECF 469, as modified by ECF 569)
- No. 19: To exclude evidence or argument regarding the Court's prior rulings, except as necessary to inform the jury of the Court's summary judgment order on breach of contract and claim construction order (ECF 480, as modified by ECF 570)
- No. 24: To exclude testimony, evidence or argument regarding the potential impact of a damages award (ECF 486)
- No. 25: To exclude evidence or argument concerning third-party copying of Synopsys command sets and/or breaching of Synopsys contracts (ECF 468-2, as modified by ECF 572)
- No. 31: To exclude evidence or argument relating to potential business transactions (ECF 494-4, as modified by ECF 575-2)

Real Intent advises that it intends to argue its motions *in limine* Nos. 1, 2, 3, 7, 8, and 9:

- No. 1: To exclude evidence and argument regarding deletion of documents on Real Intent, Inc.'s Twiki page (ECF 557);

- 2 -

- No. 2: To exclude evidence and argument regarding ATopTech result and Court orders/rulings (ECF 464);
- No. 3: To exclude evidence and argument regarding information not produced in discovery (ECF 452);
- No. 7: To exclude evidence and argument regarding theories of contractual breach not disclosed in discovery (ECF 479);
- No. 8: To exclude evidence and argument regarding lost profits damages and opinions (ECF 573-3);
- No. 9: To exclude evidence, opinion, and testimony regarding Synopsys' patent infringement cause of action (ECF 500);

| | | |
|---|---|---|
| Dated: September 13, 2024 | | Respectfully Submitted, |
| | | WILLKIE FARR & GALLAGHER LLP |
| | | By:   */s/ Krista Schwartz* |

                                         Krista Schwartz
                                         Barrington Dyer
                                         Joshua D. Anderson
                                         Stephen Henrick
                                         Alex Rhim
                                         Jacob Karim
                                         Christopher J. Lee

                                         Shaimaa M. Hussein *(Pro Hac Vice)*
                                         Devon W. Edwards *(Pro Hac Vice)*
                                         Dane Sowers *(Pro Hac Vice)*

                                         Attorneys for Plaintiff
                                         SYNOPSYS, INC.

Dated: September 13, 2024                KEKER, VAN NEST & PETERS LLP

                                       By:  */s/ Reid P. Mullen*
                                         Robert A. Van Nest
                                         Reid P. Mullen
                                         Ryan K. Wong
                                         Cody Gray
                                         Kristin Hucek
                                         Theresa M. Dawson
                                         Victor Chiu
                                         Bilal Malik
                                         Catherine C. Porto
                                         Elizabeth Heckmann

                                         Attorneys for Defendant
                                         REAL INTENT, INC.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: September 13, 2024         /s/ *Krista Schwartz*
                                  Krista Schwartz