# Exhibit B

HOGAN LOVELLS US LLP
Patrick T. Michael (Bar No. 169745)
Helen Y. Trac (Bar No. 285824)
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:   (415) 374-2300
Facsimile:    (415) 374-2499
patrick.michael@hoganlovells.com
helen.trac@hoganlovells.com

HOGAN LOVELLS US LLP
Christopher T. Pickens (*pro hac vice*)
8350 Broad St., 17th Floor
Tysons, Virginia 22102
Telephone:   (703) 610-6100
Facsimile:    (703) 610-6200
christopher.pickens@hoganlovells.com

HOGAN LOVELLS US LLP
Anna K. Shaw (*pro hac vice*)
Damon M. Lewis (*pro hac vice*)
Lauren B. Cury (*pro hac vice*)
555 Thirteenth Street NW
Washington, DC 20004
Telephone:   (202) 637-5900
Facsimile:    (202) 637-5910
anna.shaw@hoganlovells.com
damon.lewis@hoganlovells.com
lauren.cury@hoganlovells.com

Attorneys for Plaintiff
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>REAL INTENT, INC.,<br><br>Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>**STIPULATION REGARDING SYNOPSYS PRODUCT DOCUMENTATION**<br><br>Dept.:      Courtroom 4 – 5th Floor<br>Judge:     Hon. Edward J. Davila<br><br>Date Filed:  April 23, 2020<br><br>Trial Date:  October 8, 2024 |

Pursuant to the Court's August 4, 2023 Order on Joint Discovery Submissions, Synopsys, Inc., by and through its counsel, stipulates to the following:

The materials listed below were identified in Real Intent's Response to Synopsys' Interrogatory No. 25, dated June 6, 2023 and Real Intent's Fourth Supplemental Response to Synopsys' Interrogatory No. 3, dated June 12, 2023, and were available on publicly accessible websites at least as of June 2023.

| Bates Range | Document Title |
| --- | --- |
| REALINTENT00369841 – REALINTENT 00369865 | Caveats of multi-cycle path exceptions in cross clock domain paths. #sta #multicycle |
| REALINTENT00369866 – REALINTENT00369922 | Course Hero Search Results for "Synopsys" "PrimeTime" "User Guide" |
| REALINTENT00369923 – REALINTENT00370714 | Design Compiler User Guide, Version P-2019.03, March 2019 |
| REALINTENT00370715 – REALINTENT00371130 | Design Compiler User Guide, Version X-2005.09 |
| REALINTENT00371131 – REALINTENT00371595 | Design Compiler User Guide Version D-2010.03-SP2, June 2010 |
| REALINTENT00371618 – REALINTENT00371814 | PrimeTime PX User Guide, Version M-2016.12, December 2016 |
| REALINTENT00371815 – REALINTENT00372015 | PrimeTime SI User Guide, Version D-2010.06, June 2010 |
| REALINTENT00372016 – REALINTENT00372219 | PrimeTime SI User Guide, Version V-2004.06, June 2004 |
| REALINTENT00372220 – REALINTENT00372497 | PrimeTime SI User Guide, Version Z-2007.06, June 2007 |
| REALINTENT00372498 – REALINTENT00373525 | PrimeTime User Guide, Version K-2015.12, December 2015 |
| REALINTENT00373526 – REALINTENT00374759 | PrimeTime User Guide, Version R-2020.09-SP2, December 2020 |
| REALINTENT00374760 – REALINTENT00375087 | PrimeTime Variables, Version B-2008.06, 2008 |

| Bates Range | Document Title |
|---|---|
| REALINTENT00375088 – REALINTENT00375437 | Synopsys FPGA Synthesis Command Reference Manual, January 2014 |
| REALINTENT00375438 – REALINTENT00375782 | Synopsys Timing Constraints and Optimization User Guide, Version C-2009.06, June 2009 |
| REALINTENT00375783 – REALINTENT00376044 | Synthesis Quick Reference, Version 2002.05, June 2002 |
| REALINTENT00376049 – REALINTENT00376445 | PrimeTime User Guide Advanced Timing Analysis, Version V-2004.06, June 2004 |
| REALINTENT00376446 – REALINTENT00376551 | Primetime VX User Guide, Version D-2010.06, June 2010 |
| BOUCHER00000001 – BOUCHER00000396; REALINTENT00365610 – REALINTENT00366005 | Design Compiler Reference Manual: Optimization and Timing Analysis, Version A- 2007.12, December 2007 |
| BOUCHER00000397 – BOUCHER00000637; REALINTENT00376598 – REALINTENT00376838 | Design Compiler Optimization Reference Manual, Version F-2011.09-SP2, December 2011 |
| BOUCHER00000638 – BOUCHER00004052; REALINTENT00366396 – REALINTENT00369810 | Synthesis Tool Commands, Version M-2016.12, December 2016 |
| BOUCHER00004052 – BOUCHER00004442; REALINTENT00366006 – REALINTENT00366395 | Synopsys Synplify Pro for Microsemi Edition Command Reference, November 2016 |
| REALINTENT00403504 - REALINTENT00404035 | Design Compiler User Guide, Version F-2011.09-SP2, December 2011 |

STIPULATION REGARDING SYNOPSYS PRODUCT DOCUMENTATION
Case No. 5:20-cv-02819-EJD (SvK)

1  **IT IS SO STIPULATED.**

2

3  Dated:  August 4, 2023                    HOGAN LOVELLS US LLP

4

                                      By:  */s/ Christopher T. Pickens*
5                                          PATRICK T. MICHAEL
6                                          CHRISTOPHER T. PICKENS
                                           ANNA K. SHAW
7                                          DAMON M. LEWIS
                                           HELEN Y. TRAC
8                                          LAUREN B. CURY

9                                          Attorneys for Plaintiff
                                           SYNOPSYS, INC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### **PROOF OF SERVICE**

2

     I am a citizen of the United States and employed in San Francisco County, California.  I

3

am over the age of eighteen years and not a party to the within-entitled action.  My business address is Hogan Lovells US LLP, 4 Embarcadero Center, Suite 3500, California 94111.  On

4

August 4, 2023, I served a copy of the within document(s):

5

### **STIPULATION REGARDING SYNOPSYS PRODUCT DOCUMENTATION**

6

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

7

8

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below.

9

☐    by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal

10

Express agent for delivery.

11

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

12

☒    by transmitting via my electronic service address the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

13

☐    by electronically filing the document(s) with the Clerk of the Court by causing the documents to be sent to One Legal, the Court's Electronic Filing Services Provider for

14

electronic filing and service. Electronic service will be effected by One Legal's case-filing system at the electronic mail addresses set forth below.

15

16

| **KEKER, VAN NEST & PETERS LLP** | *Attorneys for Defendant* |
|---|---|
| ROBERT A. VAN NEST | REAL INTENT, INC. |
| rvannest@keker.com | |
| REID MULLEN | |
| rmullen@keker.com | |
| RYAN K. WONG | |
| rwong@keker.com | |
| KRISTIN HUCEK | |
| khucek@keker.com | |
| CODY GRAY | |
| cgray@keker.com | |
| VICTOR CHIU | |
| vchiu@keker.com | |
| BILAL MALIK | |
| bmalik@keker.com | |
| | |
| 633 Battery Street San Francisco, CA 94111-1809 | |
| Telephone: 415 391 5400 | |
| Facsimile: 415 397 7188 | |

17

18

19

20

21

22

23

24

25

26

27

28

4

1
2

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

3

Executed on August 4, 2023, at San Francisco, California.

4
5
6

_____

Madeleine R. Bech

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5