# Exhibit H

**WILLKIE FARR & GALLAGHER LLP**
Krista S. Schwartz (Bar No. 303604)
  kschwartz@willkie.com
Barrington Dyer (Bar No. 264762)
  bdyer@willkie.com
Joshua D. Anderson (Bar No. 312836)
  jdanderson@willkie.com
Stephen Henrick (Bar No. 310539)
  shenrick@willkie.com
Alex Rhim (Bar No. 333508)
  arhim@willkie.com
Jacob Karim (Bar No. 340376)
  jkarim@willkie.com
Christopher J. Lee (Bar No. 342055)
  clee3@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

**WILLKIE FARR & GALLAGHER LLP**
Shaimaa M. Hussein (*Pro Hac Vice*)
  shussein@willkie.com
Devon W. Edwards (*Pro Hac Vice*)
  dedwards@willkie.com
787 Seventh Ave.
New York, NY 10019
Telephone: (212) 728-8000

**WILLKIE FARR & GALLAGHER LLP**
Dane Sowers (*Pro Hac Vice*)
  dsowers@willkie.com
1875 K Street, N.W.
Washington, DC 20006
Tel: 202-303-1000

Attorneys for Plaintiff
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.<br><br>                Plaintiff,<br><br>vs.<br><br>REAL INTENT, INC.<br><br>                Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>**SYNOPSYS, INC.'S WRITTEN DISCOVERY DESIGNATIONS**<br><br>Judge:     Hon. Edward J. Davila<br><br>Complaint Filed: 4/23/2020<br>Trial Date:     10/8/2024<br>Pre-Trial Conf:  9/24/2024 |

| RFA Response Designations | | | |
|---|---|---|---|
| **Synopsys Designations** | **Real Intent Objections** | **Real Intent Counter Designations** | **Synopsys Objections to Counter Designations** |
| Real Intent's Response to Request for Admission No. 1 | | | |
| Real Intent's First Supplemental Response to Request for Admission No. 2 | | | |
| Real Intent's First Supplemental Response to Request for Admission No. 3 | | | |
| Real Intent's First Supplemental Response to Request for Admission No. 4 | | | |
| Real Intent's First Supplemental Response to Request for Admission No. 5 | | | |
| Real Intent's First Supplemental Response to Request for Admission No. 6 | | | |
| Real Intent's First Supplemental Response to Request for Admission No. 7 | | | |
| Real Intent's First Supplemental Response to Request for Admission No. 8 | | | |
| Real Intent's Response to Request for Admission No. 9 | | | |
| Real Intent's Response to Request for Admission No. 10 | | | |
| Real Intent's Response to Request for Admission No. 11 | | | |
| Real Intent's Response to Request for Admission No. 12 | | | |
| Real Intent's Response to Request for Admission No. 13A | | | |
| Real Intent's Response to Request for Admission No. 13B | | | |
| Real Intent's Response to Request for Admission No. 13C | | | |
| Real Intent's Response to Request for Admission No. 13D | | | |
| Real Intent's Response to Request for Admission No. 13E | | | |
| Real Intent's Response to Request for Admission No. 13F | | | |

| | | | |
|---|---|---|---|
| Real Intent's Response to Request for Admission No. 13G | | | |
| Real Intent's Response to Request for Admission No. 15A | | | |
| Real Intent's Response to Request for Admission No. 17 | | | |
| Real Intent's Response to Request for Admission No. 18 | | | |
| Real Intent's Response to Request for Admission No. 19 | | | |
| Real Intent's Response to Request for Admission No. 22 | | | |
| Real Intent's Response to Request for Admission No. 25 | | | |
| Real Intent's Response to Request for Admission No. 26 | | | |
| Real Intent's Response to Request for Admission No. 27 | | | |
| Real Intent's Response to Request for Admission No. 28 | | | |
| Real Intent's Response to Request for Admission No. 30 | | | |
| Real Intent's Response to Request for Admission No. 32 | | | |

| ROG Response Designations | | | |
|---|---|---|---|
| **Synopsys Designations** | **Real Intent Objections** | **Real Intent Counter Designations** | **Synopsys Objections to Counter Designations** |
| Real Intent's First Supplemental Response to Interrogatory No. 2 | | | |
| Real Intent's Sixth Supplemental Response to Interrogatory No. 3 | | | |
| Real Intent's Third Supplemental Response to Interrogatory No. 4 | | | |
| Real Intent's First Supplemental Response to Interrogatory No. 5 | | | |
| Real Intent's First Supplemental Response to Interrogatory No. 6 | | | |
| Real Intent's Response to Interrogatory No. 7 | | | |
| Real Intent's Fourth Supplemental Response to Interrogatory No. 9 | | | |
| Real Intent's Fifth Supplemental Response to Interrogatory No. 9 | | | |
| Real Intent's Sixth Supplemental Response to Interrogatory No. 9 | | | |
| Real Intent's First Supplemental Response to Interrogatory No. 10 | | | |
| Real Intent's First Supplemental Response to Interrogatory No. 11 | | | |
| Real Intent's Second Supplemental Response to Interrogatory No. 12 | | | |
| Real Intent's Second Supplemental Response to Interrogatory No. 14 | | | |
| Real Intent's Second Supplemental Response to Interrogatory No. 15 | | | |
| Real Intent's Response to Interrogatory No. 16 | | | |
| Real Intent's Response to Interrogatory No. 17 | | | |
| Real Intent's Response to Interrogatory No. 18 | | | |
| Real Intent's First Supplemental Response to Interrogatory No. 19 | | | |
| Real Intent's Response to Interrogatory No. 20 | | | |
| Real Intent's First Supplemental Response to Interrogatory No. 21 | | | |

| | | | |
|---|---|---|---|
| Real Intent's Fourth Supplemental Response to Interrogatory No. 22 | | | |
| Real Intent's Response to Interrogatory No. 23 | | | |
| Real Intent's First Supplemental Response to Interrogatory No. 24 | | | |
| Real Intent's Second Supplemental Response to Interrogatory No. 25 | | | |