# Exhibit K

**WILLKIE FARR & GALLAGHER LLP**
Krista S. Schwartz (Bar No. 303604)
kschwartz@willkie.com
Barrington Dyer (Bar No. 264762)
bdyer@willkie.com
Joshua D. Anderson (Bar No. 312836)
jdanderson@willkie.com
Stephen Henrick (Bar No. 310539)
shenrick@willkie.com
Alex Rhim (Bar No. 333508)
arhim@willkie.com
Jacob Karim (Bar No. 340376)
jkarim@willkie.com
Christopher J. Lee (Bar No. 342055)
clee3@willkie.com
Shaimaa M. Hussein (*Pro Hac Vice*)
shussein@willkie.com
Devon W. Edwards *(Pro Hac Vice)*
dedwards@willkie.com
Dane Sowers (*Pro Hac Vice*)
dsowers@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Plaintiff
SYNOPSYS, INC.

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest- # 84065
rvannest@keker.com
Reid P. Mullen - # 270671
rmullen@keker.com
Ryan K. Wong - # 267189
rwong@keker.com
Cody Gray - # 310525
cgray@keker.com
Kristin Hucek - # 321853
khucek@keker.com
Theresa M. Dawson- pro hac vice
tdawson@keker.com
Victor Chiu - # 305404
vchiu@keker.com
Bilal Malik - # 318767
bmalik@keker.com
Catherine C. Porto - #331168
cporto@keker.com
Elizabeth A. Heckmann - #347059
eheckmann@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
REAL INTENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

Plaintiff,

vs.

REAL INTENT, INC.

Defendant.

Case No. 5:20-cv-02819-EJD (SvK)

**JOINT TRIAL WITNESS LIST**

Judge: Hon. Edward J. Davila

Date Filed:
Trial Date:

**WITNESS LIST**

Pursuant to Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, Section IV.D.3 of this Court's Standing Order for Civil Cases, and the Court's prior order extending certain pretrial filing deadlines (ECF 583), Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Real Intent, Inc. ("Real Intent") (collectively, "the Parties") hereby submit this joint list of all witnesses who are likely to be called at trial (other than solely for impeachment or rebuttal purposes), including a brief statement describing the substance of the testimony to be given by each witness.

These disclosures are made without waiver of and without prejudice to any objections the Parties may have regarding the subject matter of these disclosures or individuals identified herein. The Parties reserve all such objections.

***Synopsys's Witness List***

Synopsys presently expects to present the following witnesses at the trial of this matter (other than solely for impeachment or rebuttal purposes), subject to Synopsys's right to modify this list according to the developments in the case and rulings of the Court.

| Synopsys Witnesses | Substance of Trial Testimony |
|---|---|
| **Ron Duncan**<br>(Synopsys, Staff Chief Innovation Office) | Synopsys innovation; Synopsys interoperability programs; Synopsys and Real Intent's contractual relationship; Synopsys license and loan agreements. |
| **Dr. Stephen Edwards, Ph.D.**<br>(Synopsys, Technical Expert on breach of contract, command sets, copyright and DesignWare) | Opinions as expressed in his expert reports and depositions. |
| **Namit Gupta**<br>(Former Synopsys Group Director, Application Engineering) | Customer feedback and analysis of Synopsys products; Synopsys lost sales; Synopsys verification products, including SpyGlass and VC SpyGlass and their command set development, considerations and creativity; competition between Real Intent and Synopsys. |
| **Sandra Ma**<br>(Synopsys, Engineering Director) | Creation and evolution of Synopsys Design Constraints ("SDC"); Synopsys SDC program and SDC committee; role of SDC and its benefit to customers; value of Synopsys command sets; Synopsys products, including Design Compiler and its command set development, considerations and creativity. |
| **Jeffrey Morrison**<br>(Vice President of Finance) | Synopsys financials. |

| | |
|---|---|
| **William Mullen**<br>(Former Synopsys Vice President of Engineering) | Creation and development of Synopsys products, including PrimeTime and Design Compiler and their command set development, considerations and creativity. |
| **Brian Napper**<br>(Synopsys, Damages Expert) | Opinions as expressed in his expert report and deposition. |
| **Mohamed Shaker Sarwary**<br>('057 Patent Co-inventor) | The inventions disclosed and claimed in the '057 patent; matters related to the '057 patent, including inventorship, conception, diligence, reduction to practice; problem addressed by the '057 patent; design, development, operation, application and use of Synopsys' CDC tools. |
| **Henry Sheng**<br>(Synopsys, Group Director of R&D) | Synopsys products, including IC Compiler, IC Complier II and their command set development, considerations and creativity; role of SDC and its benefit to customers; value of Synopsys command sets; Synopsys intellectual property, including registered copyrights and issued patents; Synopsys customers; protections and restrictions on Synopsys products in license/loan agreements. |
| **Feroze Taraporevala**<br>(Synopsys, Executive Director) | Synopsys products, including PrimeTime, its static timing analysis and CDC features, and command set development, considerations and creativity; Synopsys SDC program and SDC committee; role of SDC and its benefit to customers; value of Synopsys command sets. |
| **Dr. Baris Taskin, Ph.D.**<br>(Synopsys, Technical Expert on patent validity) | Opinions as expressed in his expert report and deposition. |
| **Alexandre Tenca, Ph.D.**<br>(Synopsys, Senior Architect) | History and development of Synopsys DesignWare; cost to develop, value and use of DesignWare; exemplary DesignWare files. |
| **Yatin Trivedi**<br>(Former Synopsys Director of Standards and Interoperability Programs) | Marketing and sales of Synopsys products, including verification products; competition within the EDA industry, including between Real Intent and Synopsys; Synopsys products, including their command sets and value to customers; Synopsys DesignWare, including cost to develop, value and use; Synopsys interoperability programs, including purpose and protections and restrictions on use of Synopsys products in license/loan agreements; Synopsys-Real Intent contractual relationship; Synopsys IP, including registered copyrights and issued patents. |
| **Swami Venkat**<br>(Synopsys, Senior Director of EDA Group Strategic Programs) | Real Intent's Twiki server and functionality, including documents uploaded and deleted therefrom; Mr. Barton's usage of Twiki. |
| **Rob Barton** | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's acquisition and misuse of Synopsys |

| | |
|---|---|
| (Real Intent's Independent Contractor for Data Storage and Management) | documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof |
| **Shiva Borzin** (Former Real Intent Senior Staff Engineer and Former Synopsys Senior Staff Applications Consultant) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's interreference with Synopsys customer contractual relations; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts. |
| **David Boucher** (Real Intent, Software Developer) | Real Intent's copying and misuse of Synopsys command sets; Real Intent's misuse and/or copying of Synopsys materials, including DesignWare, Design Vision and Synopsys documentation; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent sales; Real Intent marketing. |
| **Oren Katzir** (Real Intent, Vice President, Applications Engineering) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and copying of Synopsys DesignWare; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts; Real Intent marketing. |
| **Sarath Kirihennedige** (Former Real Intent Director of Technical Marketing) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and copying of Synopsys DesignWare; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts; Real Intent marketing. |
| **Daryl Kowalski** (Former Real Intent Technical Marketing Engineer) | Real Intent's copying and misuse of Synopsys Command Sets; competition within the EDA industry; Real Intent's misuse and of Synopsys Design Vision; Real Intent's products, including Meridian Real Intent's contractual relationship with Synopsys and breach thereof;. |
| **Rajiv Kumar** (Real Intent CTO and CFO) | Real Intent's copying and misuse of Synopsys command sets; Real Intent's misuse and of Synopsys DesignWare; Real Intent's interreference with Synopsys customer contractual relations; Real Intent's acquisition and misuse of Synopsys documents and materials; operation and development of the Real Intent's patent-infringing products; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent sales; Real Intent's financials. |
| **Jay Littlefield** (Real Intent, Director, Product Strategy & Business Development) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and of Synopsys DesignWare; Real Intent's interreference with Synopsys customer contractual relations; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real |

| | |
|---|---|
| | Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts; Real Intent sales; Real Intent financials; Real Intent marketing. |
| **Ralph Marczynski**<br>(Former Real Intent Research and Development Manager) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's interreference with Synopsys customer contractual relations; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts. |
| **Prakash Narain**<br>(Real Intent co-founder, CEO) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and of Synopsys DesignWare; Real Intent's interreference with Synopsys customer contractual relations; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent sales; Real Intent financials; Real Intent's pre-suit knowledge of the '057 patent. |
| **Lisa Piper**<br>(Real Intent, Senior Director Product Marketing) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and of Synopsys DesignWare; Real Intent's interreference with Synopsys customer contractual relations; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts; Real Intent sales; Real Intent marketing. |
| **Vikas Sachdeva**<br>(Real Intent, Head of Business Development) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and of Synopsys DesignWare; Real Intent's interreference with Synopsys customer contractual relations; Real Intent's acquisition and misuse of Synopsys documentation and materials; operation and development of the Real Intent's patent-infringing products; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts; Real Intent sales; Real Intent marketing. |
| **Henry Verheyen**<br>(Former Real Intent, Director) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and of Synopsys DesignWare; Real Intent's interreference with Synopsys customer contractual relations; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts. |

In addition to the witnesses identified above, Synopsys reserves the right to call any witness identified on Real Intent's witness list. Synopsys will counter-designate testimony of various

witnesses designated by Real Intent. Should Real Intent introduce any deposition testimony it has designated for witnesses not at trial, Synopsys reserves the right, in rebuttal, to introduce the testimony it has counter-designated or to otherwise rebut the deposition testimony.

***<u>Real Intent's Witness List</u>***

Real Intent presently expects to present the following witnesses at the trial of this matter, subject to Real Intent's right to modify this list according to the developments in the case and rulings of the Court.

| No. | Witness | Substance of Trial Testimony |
|---|---|---|
| 1 | Karen Bartleson | Interoperability programs between Synopsys and other software products, including SDC, TAP-in, in-Sync, SLA, Worldwide University Program, and participation in standards setting organizations; Synopsys' strategy for standards activities; subjects covered during Ms. Bartleson's deposition in this case; documents authored by, sent to, produced by, or received by Ms. Bartleson. |
| 2 | Graham Bell | Agreements and dealings between Real Intent and Synopsys, including the in-Sync Agreements and amendments; facts underlying Real Intent's defenses; documents authored by, sent to, produced by, or received by Mr. Bell. |
| 3 | Melissa Bennis | Ms. Bennis is an expert retained by Real Intent. She will testify on the matters disclosed in her expert report, including contract, copyright, tort, and patent damages and disgorgement. |
| 4 | Rob Dekker (Verific) | Use and/or support of the commands, options, variables, objects, attributes, and pragmas in Verific products and that Synopsys contends are copyright protectable; subjects covered during Mr. Dekker's deposition in this case; documents authored by, sent to, or received by Mr. Dekker. |
| 5 | Ron Duncan | Interoperability between Synopsys and other software products; subjects covered during Mr. Duncan's deposition in this case, including Rule 30(b)(6) topics 7-8, 10, 19, 25-27, 31, 33, 60-61; documents authored by, sent to, or received by Mr. Duncan. |
| 6 | Manoj Gandhi | Agreements and relationships between Real Intent and Synopsys; interoperability between Real Intent and Synopsys products; efforts by Synopsys to acquire Real Intent; subjects covered during Mr. Gandhi's deposition in this case; documents authored by, sent to, or received by Mr. Gandhi. |
| 7 | Peter Gillen | Agreements and relationships between Real Intent and Synopsys, including the 2012 Partnership agreement and Synopsys' use of Real |

| | | |
|---|---|---|
| | | Intent tools and disputed user-interface elements; Synopsys' use of Atrenta tools; interoperability between Real Intent and Synopsys products; subjects covered during Mr. Gillen's deposition in this case, including Rule 30(b)(6) topic 12; documents authored by, sent to, or received by Mr. Gillen. |
| 8 | Namit Gupta | Employment at Atrenta and Atrenta products; alleged competition with and between asserted and accused products; alleged damages and factual bases therefor; the asserted patent; development and operation of Synopsys commands, variables, attributes, options, and objects; subjects covered during Mr. Gupta's deposition in this case, including Rule 30(b)(6) topics 9, 11, 16-17, 21-23, 37, 40, 53, 56-57, 62-64; documents authored by, sent to, or received by Mr. Gupta. |
| 9 | Dr. Dwight Hill | Interoperability between Synopsys and other software products; development and operation of Synopsys commands, variables, attributes, options, and objects; subjects covered during Dr. Hill's deposition in this case; documents authored by, sent to, or received by Dr. Hill. |
| 10 | Bradley Howe | Mr. Howe is an expert retained by Real Intent. He will testify on the matters disclosed in his expert report, including scènes à faire and fair use. |
| 11 | Sarath Kirihennedige | Development, structure, operation, and/or characteristics of Real Intent's products (including user documentation) and accused command sets; facts underlying Real Intent's defenses; subjects covered during Mr. Kirihennedige's deposition in this case; documents authored by, sent to, or received by Mr. Kirihennedige. |
| 12 | Shankar Krishnamoorthy | Design and operation of Synopsys' place-and-route, synthesis, and verification products; command sets of Synopsys tools; subjects covered during Mr. Krishnamoorthy's deposition in this case, including Rule 30(b)(6) topics 1-6, 24, 35, 65-66; documents authored by, sent to, or received by Mr. Krishnamoorthy. |
| 13 | Ramesh Krishnan | Agreements and dealings between Real Intent and Synopsys, including the 2012 Partnership agreement; interoperability between Real Intent and Synopsys products, including DesignWare; facts underlying Real Intent's defenses; documents authored by, sent to, or received by Mr. Krishnan. |
| 14 | Rajiv Kumar | Development, structure, operation, and/or characteristics of Real Intent's products (including user documentation) and accused command sets; agreements and other dealings between Real Intent and Synopsys; interoperability between Real Intent and Synopsys products, including DesignWare; sales, marketing, and financial information regarding of Real Intent's products; EDA industry generally, including competitive landscape; facts underlying Real Intent's defenses; subjects covered during Mr. Kumar's deposition in this case, including topics on which |

| | | |
|---|---|---|
| | | Mr. Kumar was designated under Rule 30(b)(6); documents authored by, sent to, or received by Mr. Kumar. |
| 15 | Dr. Marc Levitt | Dr. Levitt is an expert retained by Real Intent. He will testify on the matters disclosed in his expert reports, including patent non-infringement and invalidity, non-copyrightability of disputed user-interface elements and text due to being a method of operation, lack of identifiable collections or compilations, and lack of originality, no copyright infringement due to scènes à faire, independent creation, de minimis copying, fair use, and Real Intent's other copyright defense, no breach of contract or tortious interference. He will also testify to use and/or support of commands, options, variables, objects, attributes, and/or pragmas in third-party products and that Synopsys contends are copyright protectable. |
| 16 | Jay Littlefield | Development, structure, operation, and/or characteristics of Real Intent's products (including user documentation) and accused command sets; interoperability between Real Intent and Synopsys products, including DesignWare; facts underlying Real Intent's Defenses; subjects covered during Mr. Littlefield's deposition in this case; documents authored by, sent to, or received by Mr. Littlefield. |
| 17 | Jeff Loescher | Interoperability between Synopsys and other software products; development and operation of Synopsys commands, variables, attributes, options, and objects subjects covered during Mr. Loescher's deposition in this case; documents authored by, sent to, or received by Mr. Loescher. |
| 18 | Paras Mal Jain | Prosecution history of the application resulting in issuance of the patent-in-suit; prior art; invalidity; unenforceability; subjects covered during Mr. Mal Jain's deposition in this case, including Rule 30(b)(6) topics 23, 43-45, 47-48, 50-54; documents authored by, sent to, or received by Mr. Mal Jain. |
| 19 | Dr. Prakash Narain | History and founding of Real Intent; development, structure, operation, and/or characteristics of Real Intent's products (including user documentation) and accused command sets; agreements and other dealings between Real Intent and Synopsys; interoperability between Real Intent and Synopsys products, including DesignWare; sales and marketing of Real Intent's products; EDA industry generally, including competitive landscape; facts underlying Real Intent's defenses; subjects covered during Dr. Narain's deposition in this case, including topics on which Dr. Narain was designated under Rule 30(b)(6); documents authored by, sent to, or received by Dr. Narain. |
| 20 | Vikas Sachdeva | Development, structure, operation, and/or characteristics of Real Intent's products (including user documentation) and accused command sets; interoperability between Real Intent and Synopsys products, including DesignWare; features and functionality of third-party tools relevant to |

| | | |
|---|---|---|
| | | Real Intent's defenses; facts underlying Real Intent's defenses; subjects covered during Mr. Sachdeva's deposition in this case, including topics on which Mr. Sachdeva was designated under Rule 30(b)(6); documents authored by, sent to, or received by Mr. Sachdeva. |
| 21 | Prashant Sethia (Cadence) | Use and/or support of the commands, options, variables, objects, attributes, and pragmas in Cadence Design Systems products and that Synopsys contends are copyright protectable; subjects covered during Mr. Sethia's deposition in this case; documents authored by, sent to, or received by Mr. Sethia; documents produced by Mr. Sethia and/or Cadence. |
| 22 | Andy Seigel | Interoperability between Synopsys and other software products; development and operation of Synopsys commands, variables, attributes, options, and objects; subjects covered during Mr. Seigel's deposition in this case; documents authored by, sent to, or received by Mr. Seigel. |
| 23 | Fact witness from Siemens / Mentor Graphics / Sierra Design Automation | Use and/or support of the commands, options, variables, objects, attributes, and pragmas in Siemens EDA and/or predecessor products and that Synopsys contends are copyright protectable; documents authored by, sent to, received by, or produced by Mentor Graphics, Sierra Design Automation and/or any parent corporation. |
| 24 | Noel Strader | Interoperability between Synopsys and other software products; open-source nature of Synopsys commands, variables, attributes, options, and objects subjects covered during Mr. Strader's deposition in this case; documents authored by, sent to, or received by Mr. Strader. |
| 25 | Randy Tinsley | Synopsys' corporate acquisition strategy, including Synopsys' acquisition of Atrenta and evaluation of Real Intent as an acquisition target; subjects covered during Mr. Tinsley's depositions in this case, including Rule 30(b)(6) topics 58 and 76; documents authored by, sent to, or received by Mr. Tinsley. |

In addition to the witnesses identified above, Real Intent reserves the right to call any witness identified on Synopsys's witness list. Real Intent will counter-designate testimony of various witnesses designated by Synopsys pursuant to Judge Davila's Standing Order for Civil Cases. Should Synopsys introduce any deposition testimony it has designated for witnesses not at trial, Real Intent reserves the right, in rebuttal, to introduce the testimony it has counter-designated.

Dated: September 13, 2024

Respectfully Submitted,

WILLKIE FARR & GALLAGHER LLP

By: */s/ Krista Schwartz*
Krista Schwartz
Barrington Dyer
Joshua D. Anderson
Stephen Henrick
Alex Rhim
Jacob Karim
Christopher J. Lee

Shaimaa M. Hussein *(Pro Hac Vice)*
Devon W. Edwards *(Pro Hac Vice)*
Dane Sowers *(Pro Hac Vice)*

Attorneys for Plaintiff
SYNOPSYS, INC.

Dated: September 13, 2024

KEKER, VAN NEST & PETERS LLP

By: */s/ Reid P. Mullen*
Robert A. Van Nest
Reid P. Mullen
Ryan K. Wong
Cody Gray
Kristin Hucek
Theresa M. Dawson
Victor Chiu
Bilal Malik
Catherine C. Porto
Elizabeth Heckmann

Attorneys for Defendant
REAL INTENT, INC.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: September 13, 2024

/*s/ Krista Schwartz*
Krista Schwartz