| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP** | **KEKER, VAN NEST & PETERS LLP** |
| Krista S. Schwartz (Bar No. 303604) | Robert A. Van Nest- # 84065 |
|   kschwartz@willkie.com |   rvannest@keker.com |
| Barrington Dyer (Bar No. 264762) | Reid P. Mullen - # 270671 |
|   bdyer@willkie.com |   rmullen@keker.com |
| Joshua D. Anderson (Bar No. 312836) | Ryan K. Wong - # 267189 |
|   jdanderson@willkie.com |   rwong@keker.com |
| Stephen Henrick (Bar No. 310539) | Cody Gray - # 310525 |
|   shenrick@willkie.com |   cgray@keker.com |
| Alex Rhim (Bar No. 333508) | Kristin Hucek - # 321853 |
|   arhim@willkie.com |   khucek@keker.com |
| Jacob Karim (Bar No. 340376) | Theresa M. Dawson- pro hac vice |
|   jkarim@willkie.com |   tdawson@keker.com |
| Christopher J. Lee (Bar No. 342055) | Victor Chiu - # 305404 |
|   clee3@willkie.com |   vchiu@keker.com |
| Shaimaa M. Hussein (*Pro Hac Vice*) | Bilal Malik - # 318767 |
|   shussein@willkie.com |   bmalik@keker.com |
| Devon W. Edwards *(Pro Hac Vice)* | Catherine C. Porto - #331168 |
|   dedwards@willkie.com |   cporto@keker.com |
| Dane Sowers (*Pro Hac Vice*) | Elizabeth A. Heckmann - #347059 |
|   dsowers@willkie.com |   eheckmann@keker.com |
| 333 Bush Street, 34th Floor | 633 Battery Street |
| San Francisco, CA 94104 | San Francisco, CA 94111-1809 |
| Telephone: (415) 858-7400 | Telephone: (415) 391-5400 |
| Facsimile: (415) 858-7599 | Facsimile: (415) 397-7188 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| SYNOPSYS, INC. | REAL INTENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>REAL INTENT, INC.<br><br>                Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>**JOINT REVISED TRIAL WITNESS LIST**<br><br>Judge:     Hon. Edward J. Davila<br><br>Date Filed: April 23, 2020<br><br>Trial Date: October 15, 2024 |

# WITNESS LIST

Pursuant to Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, Section IV.D.3 of this Court's Standing Order for Civil Cases, and the Court's prior orders extending certain pretrial filing deadlines (*e.g.*, ECF 583), Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Real Intent, Inc. ("Real Intent") (collectively, "the Parties") hereby submit this revised joint list of all witnesses who are likely to be called at trial (other than solely for impeachment or rebuttal purposes), including a brief statement describing the substance of the testimony to be given by each witness.

These disclosures are made without waiver of and without prejudice to any objections the Parties may have regarding the subject matter of these disclosures or individuals identified herein. The Parties reserve all such objections.

**_Synopsys's Witness List_**

Synopsys presently expects to present the following witnesses at the trial of this matter (other than solely for impeachment or rebuttal purposes), subject to Synopsys's right to modify this list according to the developments in the case and rulings of the Court.

| Synopsys Witnesses | Substance of Trial Testimony | Call/Method |
|---|---|---|
| **Ron Duncan** (Synopsys, Staff Chief Innovation Office) | Synopsys innovation; Synopsys interoperability programs; Synopsys and Real Intent's contractual relationship; Synopsys license and loan agreements. | Will Call<br><br>Live |
| **Dr. Stephen Edwards, Ph.D.** (Synopsys, Technical Expert on breach of contract, command sets, copyright and DesignWare) | Opinions as expressed in his expert reports and depositions. | Will Call<br><br>Live |
| **Namit Gupta** (Former Synopsys Group Director, Application Engineering) | Customer feedback and analysis of Synopsys products; Synopsys lost sales; Synopsys verification products, including SpyGlass and VC SpyGlass and their command set development ; competition between Real Intent and Synopsys. | Will Call<br><br>Live |

| | | |
|---|---|---|
| **Sandra Ma** (Synopsys, Engineering Director) | Creation and evolution of Synopsys Design Constraints ("SDC"); Synopsys SDC program and SDC committee; role of SDC and its benefit to customers; value of Synopsys command sets; Synopsys products, including Design Compiler and its command set development. | Will Call<br><br>Live |
| **Jeffrey Morrison** (Vice President of Finance) | Synopsys financials. | Will Call<br><br>Live |
| **Brian Napper** (Synopsys, Damages Expert) | Opinions as expressed in his expert report and deposition. | Will Call<br><br>Live |
| **Mohamed Shaker Sarwary** ('057 Patent Co-inventor) | The inventions disclosed and claimed in the '057 patent; matters related to the '057 patent, including inventorship, conception, diligence, reduction to practice; problem addressed by the '057 patent; design, development, operation, application and use of Synopsys' CDC tools. | Will Call<br><br>Live |
| **Majid Sarrafzedeh, Ph.D.** (Patent Expert) | Opinions as expressed in his expert report and deposition. | Will Call<br><br>Live |
| **Dr. Baris Taskin, Ph.D.** (Synopsys, Technical Expert on patent validity) | Opinions as expressed in his expert report and deposition. | May Call<br><br>Live |
| **Alexandre Tenca, Ph.D.** (Synopsys, Senior Architect) | History and development of Synopsys DesignWare; cost to develop, value and use of DesignWare; exemplary DesignWare files. | Will Call<br><br>Live |
| **Swami Venkat** (Synopsys, Senior Director of EDA Group Strategic Programs) | Marketing and sales of Synopsys products, including verification products; competition within the EDA industry, including between Real Intent and Synopsys; Synopsys products, including their command sets and value to customers; Synopsys DesignWare, including cost to develop, value and use; Synopsys interoperability programs, including purpose and protections and restrictions on use of Synopsys products | Will Call<br><br>Live |

| | | |
|---|---|---|
| | in license/loan agreements; Synopsys-Real Intent contractual relationship; Synopsys IP, including registered copyrights and issued patents. | |
| **Shiva Borzin** (Former Real Intent Senior Staff Engineer and Former Synopsys Senior Staff Applications Consultant) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts. | May Call<br><br>Live |
| **David Boucher** (Real Intent, Software Developer) | Real Intent's copying and misuse of Synopsys command sets; Real Intent's misuse and/or copying of Synopsys materials, including DesignWare, Design Vision and Synopsys documentation; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent sales; Real Intent marketing. | Will Call<br><br>Deposition |
| **Oren Katzir** (Real Intent, Vice President, Applications Engineering) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and copying of Synopsys DesignWare; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts; Real Intent marketing. | May Call<br><br>Deposition |
| **Sarath Kirihennedige** (Former Real Intent Director of Technical Marketing) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and copying of Synopsys DesignWare; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts; Real Intent marketing. | May Call<br><br>Live |
| **Daryl Kowalski** (Former Real Intent Technical Marketing Engineer) | Real Intent's copying and misuse of Synopsys Command Sets; competition within the EDA industry; Real Intent's misuse and copying of Synopsys Design Vision; Real Intent's products, including | Will Call<br><br>Deposition |

| Name | Topics | Call Type |
|---|---|---|
| | Meridian; Real Intent's contractual relationship with Synopsys and breach thereof. | |
| **Rajiv Kumar** (Real Intent CTO and CFO) | Real Intent's copying and misuse of Synopsys command sets; Real Intent's misuse and copying of Synopsys DesignWare; Real Intent's acquisition and misuse of Synopsys documents and materials; operation and development of the Real Intent's patent-infringing products; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent sales; Real Intent's financials. | Will Call<br><br>Deposition |
| **Jay Littlefield** (Real Intent, Director, Product Strategy & Business Development) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and copying of Synopsys DesignWare; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts; Real Intent sales; Real Intent financials; Real Intent marketing. | May Call<br><br>Live |
| **Ralph Marczynski** (Former Real Intent Research and Development Manager) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts. | May Call<br><br>Deposition |
| **Prakash Narain** (Real Intent co-founder, CEO) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and copying of Synopsys DesignWare; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent sales; Real Intent financials; Real Intent's pre-suit knowledge of the '057 patent. | Will Call<br><br>Deposition |
| **Lisa Piper** | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's | Will Call |

| | | | |
|---|---|---|---|
| (Real Intent, Senior Director Product Marketing) | misuse and copying of Synopsys DesignWare; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts; Real Intent sales; Real Intent marketing. | Deposition |
| **Vikas Sachdeva** (Real Intent, Head of Business Development) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and copying of Synopsys DesignWare; Real Intent's acquisition and misuse of Synopsys documentation and materials; operation and development of the Real Intent's patent-infringing products; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts; Real Intent sales; Real Intent marketing. | Will Call<br><br>Deposition |
| **Henry Verheyen** (Former Real Intent, Director) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and copying of Synopsys DesignWare; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts. | Will Call<br><br>Live |

In addition to the witnesses identified above, Synopsys reserves the right to call any witness identified on Real Intent's witness list. Synopsys will counter-designate testimony of various witnesses designated by Real Intent. Should Real Intent introduce any deposition testimony it has designated for witnesses not at trial, Synopsys reserves the right, in rebuttal, to introduce the testimony it has counter-designated or to otherwise rebut the deposition testimony.

### *Real Intent's Witness List*

Real Intent presently expects to present the following witnesses at the trial of this matter, subject to Real Intent's right to modify this list according to the developments in the case and rulings of the Court.

| Witness | Substance of Trial Testimony | Call/Method |
|---|---|---|
| Karen Bartleson | Interoperability programs between Synopsys and other software products, including SDC, TAP-in, in-Sync, SLA, Worldwide University Program, and participation in standards setting organizations; Synopsys' strategy for standards activities; subjects covered during Ms. Bartleson's deposition in this case; documents authored by, sent to, produced by, or received by Ms. Bartleson. | Will Call<br><br>By deposition |
| Graham Bell | Agreements and dealings between Real Intent and Synopsys, including the in-Sync Agreements and amendments; facts underlying Real Intent's defenses; documents authored by, sent to, produced by, or received by Mr. Bell. | Will Call<br><br>Live |
| Melissa Bennis | Ms. Bennis is an expert retained by Real Intent. She will testify on the matters disclosed in her expert report, including contract, copyright, tort, and patent damages and disgorgement. | Will Call<br><br>Live |
| Manoj Gandhi | Agreements and relationships between Real Intent and Synopsys; interoperability between Real Intent and Synopsys products; efforts by Synopsys to acquire Real Intent; subjects covered during Mr. Gandhi's deposition in this case; documents authored by, sent to, or received by Mr. Gandhi. | Will Call<br><br>Live or by deposition |
| Peter Gillen | Agreements and relationships between Real Intent and Synopsys, including the 2012 Partnership agreement and Synopsys' use of Real Intent tools and disputed user-interface elements; Synopsys' use of Atrenta tools; interoperability between Real Intent and Synopsys products; subjects covered during Mr. Gillen's deposition in this case, including Rule 30(b)(6) topic 12; documents authored by, sent to, or received by Mr. Gillen. | Will Call<br><br>By deposition |
| Namit Gupta | Employment at Atrenta and Atrenta products; alleged competition with and between asserted and accused products; alleged damages and factual bases therefor; the asserted patent; development and operation of Synopsys commands, variables, attributes, options, and objects; subjects covered during Mr. Gupta's deposition in this case, including Rule 30(b)(6) topics 9, 11, 16-17, 21-23, 37, 40, 53, 56-57, 62-64; documents authored by, | Will Call<br><br>Live or by deposition |

| | | | |
|---|---|---|---|
| | | sent to, or received by Mr. Gupta. | |
| | Sarath Kirihennedige | Development, structure, operation, and/or characteristics of Real Intent's products (including user documentation) and accused command sets; facts underlying Real Intent's defenses; subjects covered during Mr. Kirihennedige's deposition in this case; documents authored by, sent to, or received by Mr. Kirihennedige. | Will Call<br><br>Live |
| | Ramesh Krishnan | Agreements and dealings between Real Intent and Synopsys, including the 2012 Partnership agreement; interoperability between Real Intent and Synopsys products, including DesignWare; facts underlying Real Intent's defenses; documents authored by, sent to, or received by Mr. Krishnan. | Will Call<br><br>Live |
| | Rajiv Kumar | Development, structure, operation, and/or characteristics of Real Intent's products (including user documentation) and accused command sets; agreements and other dealings between Real Intent and Synopsys; interoperability between Real Intent and Synopsys products, including DesignWare; sales, marketing, and financial information regarding of Real Intent's products; EDA industry generally, including competitive landscape; facts underlying Real Intent's defenses; subjects covered during Mr. Kumar's deposition in this case, including topics on which Mr. Kumar was designated under Rule 30(b)(6); documents authored by, sent to, or received by Mr. Kumar. | Will Call<br><br>Live |
| | Dr. Marc Levitt | Dr. Levitt is an expert retained by Real Intent. He will testify on the matters disclosed in his expert reports, including patent non-infringement and invalidity, non-copyrightability of disputed user-interface elements and text due to being a method of operation, lack of identifiable collections or compilations, and lack of originality, no copyright infringement due to scènes à faire, independent creation, *de minimis* copying, fair use, and Real Intent's other copyright defense, no breach of contract or tortious interference. He will also testify to use and/or support of commands, options, variables, objects, attributes, and/or pragmas in third-party products and that Synopsys contends are copyright protectable. | Will Call<br><br>Live |

| | | |
|---|---|---|
| Paras Mal Jain | Prosecution history of the application resulting in issuance of the patent-in-suit; prior art; invalidity; unenforceability; subjects covered during Mr. Mal Jain's deposition in this case, including Rule 30(b)(6) topics 23, 43-45, 47-48, 50-54; documents authored by, sent to, or received by Mr. Mal Jain. | Will Call<br><br>Live or by deposition |
| Dr. Prakash Narain | History and founding of Real Intent; development, structure, operation, and/or characteristics of Real Intent's products (including user documentation) and accused command sets; agreements and other dealings between Real Intent and Synopsys; interoperability between Real Intent and Synopsys products, including DesignWare; sales and marketing of Real Intent's products; EDA industry generally, including competitive landscape; facts underlying Real Intent's defenses; subjects covered during Dr. Narain's deposition in this case, including topics on which Dr. Narain was designated under Rule 30(b)(6); documents authored by, sent to, or received by Dr. Narain. | Will Call<br><br>Live |
| Vikas Sachdeva | Development, structure, operation, and/or characteristics of Real Intent's products (including user documentation) and accused command sets; interoperability between Real Intent and Synopsys products, including DesignWare; features and functionality of third-party tools relevant to Real Intent's defenses; facts underlying Real Intent's defenses; subjects covered during Mr. Sachdeva's deposition in this case, including topics on which Mr. Sachdeva was designated under Rule 30(b)(6); documents authored by, sent to, or received by Mr. Sachdeva. | Will Call<br><br>Live |
| Noel Strader | Interoperability between Synopsys and other software products; open-source nature of Synopsys commands, variables, attributes, options, and objects subjects covered during Mr. Strader's deposition in this case; documents authored by, sent to, or received by Mr. Strader. | Will Call<br><br>By deposition |
| Randy Tinsley | Synopsys' corporate acquisition strategy, including Synopsys' acquisition of Atrenta and evaluation of Real Intent as an acquisition target; subjects covered during Mr. Tinsley's depositions in this case, including Rule 30(b)(6) topics 58 and 76; | Will Call<br><br>Live or by deposition |

| | | | |
|---|---|---|---|
| | | documents authored by, sent to, or received by Mr. Tinsley. | |
| | Yatin Trivedi | Real Intent's use of Synopsys products; interoperability between Synopsys and other software products; Synopsys' participation in industry standards organizations; and Synopsys' strategy for standards activities; subjects covered during Mr. Trivedi's deposition in this case; documents authored by, sent to, or received by Mr. Trivedi. | Will Call<br><br>By deposition |
| | Jeff Morrison | Synopsys' financials and revenues; Synopsys' claim for damages; subjects covered during Mr. Morrison's deposition in this case; documents authored by, sent to, or received by Mr. Morrison. | Will Call<br><br>Live or by deposition |
| | Ron Duncan | Interoperability between Synopsys and other software products; subjects covered during Mr. Duncan's deposition in this case, including Rule 30(b)(6) topics 7-8, 10, 19, 25-27, 31, 33, 60-61; documents authored by, sent to, or received by Mr. Duncan. | Will Call<br><br>Live or by deposition |
| | Jay Littlefield | Development, structure, operation, and/or characteristics of Real Intent's products (including user documentation) and accused command sets; interoperability between Real Intent and Synopsys products, including DesignWare; facts underlying Real Intent's Defenses; subjects covered during Mr. Littlefield's deposition in this case; documents authored by, sent to, or received by Mr. Littlefield. | Will Call<br><br>Live |
| | Shankar Krishnamoorthy | Design and operation of Synopsys' place-and-route, synthesis, and verification products; command sets of Synopsys tools; subjects covered during Mr. Krishnamoorthy's deposition in this case, including Rule 30(b)(6) topics 1-6, 24, 35, 65-66; documents authored by, sent to, or received by Mr. Krishnamoorthy. | May Call<br><br>Live or by deposition |
| | Jeff Loescher | Interoperability between Synopsys and other software products; development and operation of Synopsys commands, variables, attributes, options, and objects subjects covered during Mr. Loescher's deposition in this case; documents authored by, sent to, or received by Mr. Loescher. | May Call<br><br>Live or by deposition |

| Andy Seigel | Interoperability between Synopsys and other software products; development and operation of Synopsys commands, variables, attributes, options, and objects; subjects covered during Mr. Seigel's deposition in this case; documents authored by, sent to, or received by Mr. Seigel. | May Call<br><br>Live or by deposition |
|---|---|---|
| Prashant Sethia (Cadence) | Use and/or support of the commands, options, variables, objects, attributes, and pragmas in Cadence Design Systems products and that Synopsys contends are copyright protectable; subjects covered during Mr. Sethia's deposition in this case; documents authored by, sent to, or received by Mr. Sethia; documents produced by Mr. Sethia and/or Cadence. | May Call<br><br>Live or by deposition |
| Henry Verheyen | Development, structure, operation, and/or characteristics of Real Intent's products (including user documentation) and accused command sets; interoperability between Real Intent and Synopsys products, including DesignWare; facts underlying Real Intent's defenses; subjects covered during Mr. Verheyen's deposition in this case; documents authored by, sent to, or received by Mr. Verheyen. | May Call<br><br>By deposition |

In addition to the witnesses identified above, Real Intent reserves the right to call any witness identified on Synopsys's witness list. To the extent Synopsys calls any current or former Real Intent employees in its case-in-chief, Real Intent incorporates those employees into its witness list above and reserves the right to go beyond the scope of Synopsys' direct examination if and when Synopsys calls them at trial. Real Intent will counter-designate testimony of various witnesses designated by Synopsys pursuant to Judge Davila's Standing Order for Civil Cases. Should Synopsys introduce any deposition testimony it has designated for witnesses not at trial, Real Intent reserves the right, in rebuttal, to introduce the testimony it has counter-designated.

| | | |
|---|---|---|
| Dated: September 30, 2024 | | Respectfully Submitted, |
| | | WILLKIE FARR & GALLAGHER LLP |
| | | By: /s/ Krista Schwartz |
| | | Krista Schwartz |
| | | Barrington Dyer |
| | | Joshua D. Anderson |
| | | Stephen Henrick |
| | | Alex Rhim |
| | | Jacob Karim |
| | | Christopher J. Lee |
| | | Shaimaa M. Hussein *(Pro Hac Vice)* |
| | | Devon W. Edwards *(Pro Hac Vice)* |
| | | Dane Sowers *(Pro Hac Vice)* |
| | | Attorneys for Plaintiff |
| | | SYNOPSYS, INC. |
| Dated: September 30, 2024 | | KEKER, VAN NEST & PETERS LLP |
| | | By: /s/ Reid P. Mullen |
| | | Robert A. Van Nest |
| | | Reid P. Mullen |
| | | Ryan K. Wong |
| | | Cody Gray |
| | | Kristin Hucek |
| | | Theresa M. Dawson |
| | | Victor Chiu |
| | | Bilal Malik |
| | | Catherine C. Porto |
| | | Elizabeth Heckmann |
| | | Attorneys for Defendant |
| | | REAL INTENT, INC. |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: September 30, 2024                    /s/ *Krista Schwartz*
                                             Krista Schwartz