**WILLKIE FARR & GALLAGHER LLP**
Krista S. Schwartz (Bar No. 303604)
  kschwartz@willkie.com
Barrington Dyer (Bar No. 264762)
  bdyer@willkie.com
Joshua D. Anderson (Bar No. 312836)
  jdanderson@willkie.com
Stephen Henrick (Bar No. 310539)
  shenrick@willkie.com
Alex Rhim (Bar No. 333508)
  arhim@willkie.com
Jacob Karim (Bar No. 340376)
  jkarim@willkie.com
Christopher J. Lee (Bar No. 342055)
  clee3@willkie.com
Shaimaa M. Hussein (Pro Hac Vice)
   shussein@willkie.com
Devon W. Edwards (Pro Hac Vice)
  dedwards@willkie.com
Dane Sowers (Pro Hac Vice)
  dsowers@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Plaintiff
SYNOPSYS, INC.

KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
REID P. MULLEN - # 270671
rmullen@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
CODY GRAY - # 310525
cgray@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
THERESA M. DAWSON - pro hac vice
tdawson@keker.com
VICTOR CHIU - # 305404
vchiu@keker.com
BILAL MALIK - # 318767
bmalik@keker.com
CATHERINE C. PORTO - #331168
cporto@keker.com
ELIZABETH A. HECKMANN - #347059
eheckmann@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Facsimile:   (415) 397-7188

Attorneys for Defendant
REAL INTENT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.<br><br>        Plaintiff,<br><br>   vs.<br><br>REAL INTENT, INC.<br><br>        Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>**JOINT FILING OF REVISED EXHIBIT LIST, DEPOSITION AND DISCOVERY DESIGNATIONS, COUNTERS, AND OBJECTIONS**<br><br>Time:         10:00 a.m.<br>Ctrm.:        4, 5th Floor – San Jose<br>Judge:        Edward J. Davila<br><br>Complaint Filed:  4/23/2020<br>Trial Date:         10/15/2024 |

Pursuant to Section IV.D.7 of the Court's Civil Standing Order, Plaintiff Synopsys Inc. and Defendant Real Intent Inc. respectfully submit a joint filing of updated deposition and discovery designations, including the other party's objections / counter designations and the original party's objections to the counter designations. The parties also submit a revised/updated joint exhibit list with objections. This filing supersedes Exhibits E, F, G, H, and I to the parties' September 13, 2024 Pretrial Conference Statement (ECF 628).

Dated: October 5, 2024                     Respectfully Submitted,

                                              WILLKIE FARR & GALLAGHER LLP

                                              By:    */s/ Krista Schwartz*
                                                     Krista Schwartz
                                                     Barrington Dyer
                                                     Joshua D. Anderson
                                                     Stephen Henrick
                                                     Alex Rhim
                                                     Jacob Karim
                                                     Christopher J. Lee

                                                     Shaimaa M. Hussein *(Pro Hac Vice)*
                                                     Devon W. Edwards *(Pro Hac Vice)*
                                                     Dane Sowers *(Pro Hac Vice)*

                                                     Attorneys for Plaintiff
                                                     SYNOPSYS, INC.

Dated: October 5, 2024

By: */s/ Reid P. Mullen*
ROBERT A. VAN NEST
REID P. MULLEN
RYAN K. WONG
CODY GRAY
KRISTIN HUCEK
THERESA M. DAWSON
VICTOR CHIU
BILAL MALIK
CATHERINE C. PORTO
ELIZABETH A. HECKMANN

Attorneys for Defendant
REAL INTENT, INC.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: October 5, 2024  /*s/ Krista Schwartz*
Krista Schwartz