**WILLKIE FARR & GALLAGHER LLP**
Krista S. Schwartz (Bar No. 303604)
  kschwartz@willkie.com
Barrington Dyer (Bar No. 264762)
  bdyer@willkie.com
Joshua D. Anderson (Bar No. 312836)
  jdanderson@willkie.com
Stephen Henrick (Bar No. 310539)
  shenrick@willkie.com
Alex Rhim (Bar No. 333508)
  arhim@willkie.com
Jacob Karim (Bar No. 340376)
  jkarim@willkie.com
Christopher J. Lee (Bar No. 342055)
  clee3@willkie.com
Shaimaa M. Hussein (Pro Hac Vice)
   shussein@willkie.com
Devon W. Edwards (Pro Hac Vice)
  dedwards@willkie.com
Dane Sowers (Pro Hac Vice)
  dsowers@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Plaintiff
SYNOPSYS, INC.

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
REID P. MULLEN - # 270671
rmullen@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
CODY GRAY - # 310525
cgray@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
THERESA M. DAWSON - pro hac vice
tdawson@keker.com
VICTOR CHIU - # 305404
vchiu@keker.com
BILAL MALIK - # 318767
bmalik@keker.com
CATHERINE C. PORTO - #331168
cporto@keker.com
ELIZABETH A. HECKMANN - #347059
eheckmann@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

Attorneys for Defendant
REAL INTENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.<br><br>                    Plaintiff,<br><br>     vs.<br><br>REAL INTENT, INC.<br><br>                    Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>**THE PARTIES' SECOND AMENDED NEUTRAL STATEMENT OF THE CASE**<br><br>Pre-Trial Conf.: 10/01/24<br>Time:           10:00 a.m.<br>Ctrm.:          4, 5th Floor – San Jose<br>Judge:          Edward J. Davila<br><br>Complaint Filed:  4/23/2020<br>Trial Date:       10/15/2024 |

1    "The plaintiff in this case is Synopsys, Inc.  The defendant in this case is Real Intent, Inc. Synopsys and Real Intent sell software tools used by companies to create and test computer chip designs.

This case involves alleged damages for a breach of contract.  Synopsys claims that it was harmed by Real Intent's use of certain computer commands/options and attributes, with syntax. Real Intent denies that its use of such commands/options and attributes, with syntax, caused harm to Synopsys.  Synopsys further claims damages for Real Intent's access and use of certain Synopsys software called DesignWare.  Real Intent denies there are damages owed to Synopsys for Real Intent's access and use of DesignWare.

Dated:  October 11, 2024              Respectfully Submitted,

WILLKIE FARR & GALLAGHER LLP

By:    /s/ Krista Schwartz
       Krista Schwartz
       Barrington Dyer
       Joshua D. Anderson
       Stephen Henrick
       Alex Rhim
       Jacob Karim
       Christopher J. Lee

       Shaimaa M. Hussein *(Pro Hac Vice)*
       Devon W. Edwards *(Pro Hac Vice)*
       Dane Sowers *(Pro Hac Vice)*

       Attorneys for Plaintiff
       SYNOPSYS, INC.

- 1 -
THE PARTIES' SECOND AMENDED NEUTRAL STATEMENT OF THE CASE
Case No. 5:20-cv-02819-EJD (SvK)

Dated: October 11, 2024

By: <u>*/s/ Robert A. Van Nest*</u>
ROBERT A. VAN NEST
REID P. MULLEN
RYAN K. WONG
CODY GRAY
KRISTIN HUCEK
THERESA M. DAWSON
VICTOR CHIU
BILAL MALIK
CATHERINE C. PORTO
ELIZABETH A. HECKMANN

Attorneys for Defendant
REAL INTENT, INC.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: October 11, 2024                    /s/ *Krista Schwartz*
                                                            Krista Schwartz