1

**WILLKIE FARR & GALLAGHER LLP**
Krista S. Schwartz (Bar No. 303604)
  kschwartz@willkie.com
Barrington Dyer (Bar No. 264762)
  bdyer@willkie.com
Joshua D. Anderson (Bar No. 312836)
  jdanderson@willkie.com
Stephen Henrick (Bar No. 310539)
  shenrick@willkie.com
Alex Rhim (Bar No. 333508)
  arhim@willkie.com
Jacob Karim (Bar No. 340376)
  jkarim@willkie.com
Christopher J. Lee (Bar No. 342055)
  clee3@willkie.com
Shaimaa M. Hussein (*Pro Hac Vice*)
  shussein@willkie.com
Devon W. Edwards *(Pro Hac Vice)*
  dedwards@willkie.com
Dane Sowers (*Pro Hac Vice*)
  dsowers@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Plaintiff
SYNOPSYS, INC.

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest- # 84065
  rvannest@keker.com
Reid P. Mullen - # 270671
  rmullen@keker.com
Ryan K. Wong - # 267189
  rwong@keker.com
Cody Gray - # 310525
  cgray@keker.com
Kristin Hucek - # 321853
  khucek@keker.com
Theresa M. Dawson- pro hac vice
  tdawson@keker.com
Victor Chiu - # 305404
  vchiu@keker.com
Bilal Malik - # 318767
  bmalik@keker.com
Catherine C. Porto - #331168
  cporto@keker.com
Elizabeth A. Heckmann - #347059
  eheckmann@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
REAL INTENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.<br><br>                    Plaintiff,<br><br>    vs.<br><br>REAL INTENT, INC.<br><br>                    Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>**SECOND JOINT REVISED TRIAL WITNESS LIST**<br><br>Judge:      Hon. Edward J. Davila<br><br>Date Filed: April 23, 2020<br><br>Trial Date: October 15, 2024 |

# WITNESS LIST

Pursuant to Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, Section IV.D.3 of this Court's Standing Order for Civil Cases, and the Court's order following proceedings on Monday, October 7 (ECF 663), Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Real Intent, Inc. ("Real Intent") (collectively, "the Parties") hereby submit this second revised joint list of all witnesses who are likely to be called at trial (other than solely for impeachment or rebuttal purposes), including a brief statement describing the substance of the testimony to be given by each witness.

These disclosures are made without waiver of and without prejudice to any objections the Parties may have regarding the subject matter of these disclosures or individuals identified herein. The Parties reserve all such objections.

## *Synopsys's Witness List*

Synopsys presently expects to present the following witnesses at the trial of this matter (other than solely for impeachment or rebuttal purposes), subject to Synopsys's right to modify this list according to the developments in the case and rulings of the Court.

| Synopsys Witnesses | Substance of Trial Testimony | Call/Method |
|---|---|---|
| **Ron Duncan** (Synopsys, Staff Chief Innovation Office) | Synopsys innovation; Synopsys interoperability programs; Synopsys and Real Intent's contractual relationship; Synopsys license and loan agreements. | Will Call<br><br>Live |
| **Dr. Stephen Edwards, Ph.D.** (Synopsys, Technical Expert on breach of contract, command sets, copyright and DesignWare) | Opinions as expressed in his expert reports and depositions. | Will Call<br><br>Live |
| **Namit Gupta** (Former Synopsys Group Director, Application Engineering) | Customer feedback and analysis of Synopsys products; Synopsys lost sales; Synopsys verification products, including SpyGlass and VC SpyGlass and their command set development ; competition between Real Intent and Synopsys. | Will Call<br><br>Live |

| | | |
|---|---|---|
| **Sandra Ma** (Synopsys, Engineering Director) | Creation and evolution of Synopsys Design Constraints ("SDC"); Synopsys SDC program and SDC committee; role of SDC and its benefit to customers; value of Synopsys command sets; Synopsys products, including Design Compiler and its command set development. | Will Call<br><br>Live |
| **Brian Napper** (Synopsys, Damages Expert) | Opinions as expressed in his expert report and deposition. | Will Call<br><br>Live |
| **Alexandre Tenca, Ph.D.** (Synopsys, Senior Architect) | History and development of Synopsys DesignWare; cost to develop, value and use of DesignWare; exemplary DesignWare files. | Will Call<br><br>Live |
| **Swami Venkat** (Synopsys, Senior Director of EDA Group Strategic Programs) | Marketing and sales of Synopsys products, including verification products; competition within the EDA industry, including between Real Intent and Synopsys; Synopsys products, including their command sets and value to customers; Synopsys DesignWare, including cost to develop, value and use; Synopsys interoperability programs, including purpose and protections and restrictions on use of Synopsys products in license/loan agreements; Synopsys-Real Intent contractual relationship; Synopsys IP, including registered copyrights and issued patents. | Will Call<br><br>Live |
| **David Boucher** (Real Intent, Software Developer) | Real Intent's copying and misuse of Synopsys command sets; Real Intent's misuse and/or copying of Synopsys materials, including DesignWare, Design Vision and Synopsys documentation; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent sales; Real Intent marketing. | Will Call<br><br>Deposition |
| **Oren Katzir** (Real Intent, Vice President, Applications Engineering) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and copying of Synopsys DesignWare; Real Intent's acquisition and misuse of Synopsys documentation | May Call<br><br>Deposition |

SECOND JOINT REVISED TRIAL WITNESS LIST
Case No. 5:20-cv-02819-EJD (SvK)

| | | |
|---|---|---|
| | and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts; Real Intent marketing. | |
| **Sarath Kirihennedige** (Former Real Intent Director of Technical Marketing) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and copying of Synopsys DesignWare; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts; Real Intent marketing. | Will Call<br><br>Live |
| **Daryl Kowalski** (Former Real Intent Technical Marketing Engineer) | Real Intent's copying and misuse of Synopsys Command Sets; competition within the EDA industry; Real Intent's misuse and copying of Synopsys Design Vision; Real Intent's products, including Meridian; Real Intent's contractual relationship with Synopsys and breach thereof. | Will Call<br><br>Deposition |
| **Rajiv Kumar** (Real Intent CTO and CFO) | Real Intent's copying and misuse of Synopsys command sets; Real Intent's misuse and copying of Synopsys DesignWare; Real Intent's acquisition and misuse of Synopsys documents and materials; operation and development of the Real Intent's patent-infringing products; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent sales; Real Intent's financials. | Will Call<br><br>Live or deposition |
| **Jay Littlefield** (Real Intent, Director, Product Strategy & Business Development) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and copying of Synopsys DesignWare; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts; Real Intent sales; Real Intent financials; Real Intent marketing. | May Call<br><br>Live |

SECOND JOINT REVISED TRIAL WITNESS LIST
Case No. 5:20-cv-02819-EJD (SvK)

| | | |
|---|---|---|
| **Ralph Marczynski** (Former Real Intent Research and Development Manager) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts. | May Call<br><br>Deposition |
| **Prakash Narain** (Real Intent co-founder, CEO) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and copying of Synopsys DesignWare; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent sales; Real Intent financials; Real Intent's pre-suit knowledge of the '057 patent. | Will Call<br><br>Live or deposition |
| **Lisa Piper** (Real Intent, Senior Director Product Marketing) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and copying of Synopsys DesignWare; Real Intent's acquisition and misuse of Synopsys documentation and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts; Real Intent sales; Real Intent marketing. | Will Call<br><br>Deposition |
| **Vikas Sachdeva** (Real Intent, Head of Business Development) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and copying of Synopsys DesignWare; Real Intent's acquisition and misuse of Synopsys documentation and materials; operation and development of the Real Intent's patent-infringing products; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts; Real Intent sales; Real Intent marketing. | Will Call<br><br>Live or deposition |
| **Henry Verheyen** (Former Real Intent, Director) | Real Intent's copying and misuse of Synopsys Command Sets; Real Intent's misuse and copying of Synopsys DesignWare; Real Intent's acquisition and misuse of Synopsys documentation | Will Call<br><br>Deposition |

|  | and materials; Real Intent's contractual relationship with Synopsys and breach thereof; Real Intent's customer support efforts. |  |

In addition to the witnesses identified above, Synopsys reserves the right to call any witness identified on Real Intent's witness list.  Synopsys will counter-designate testimony of various witnesses designated by Real Intent.  Should Real Intent introduce any deposition testimony it has designated for witnesses not at trial, Synopsys reserves the right, in rebuttal, to introduce the testimony it has counter-designated or to otherwise rebut the deposition testimony.


### *Real Intent's Witness List*

Real Intent presently expects to present the following witnesses at the trial of this matter, subject to Real Intent's right to modify this list according to the developments in the case and rulings of the Court.

| Witness | Substance of Trial Testimony | Call/Method |
|---|---|---|
| Karen Bartleson | Interoperability programs between Synopsys and other software products, including SDC, TAP-in, in-Sync, SLA, Worldwide University Program, and participation in standards setting organizations; Synopsys' strategy for standards activities; subjects covered during Ms. Bartleson's deposition in this case; documents authored by, sent to, produced by, or received by Ms. Bartleson. | Will Call<br><br>By deposition |
| Graham Bell | Agreements and dealings between Real Intent and Synopsys, including the in-Sync Agreements and amendments; facts underlying Real Intent's defenses; documents authored by, sent to, produced by, or received by Mr. Bell. | Will Call<br><br>Live |
| Melissa Bennis | Ms. Bennis is an expert retained by Real Intent. She will testify on the matters disclosed in her expert report, including contract, copyright, tort, and patent damages and disgorgement. | Will Call<br><br>Live |
| Manoj Gandhi | Agreements and relationships between Real Intent and Synopsys; interoperability between Real Intent and Synopsys products; efforts by | Will Call<br><br>By deposition |

| | | |
|---|---|---|
| | Synopsys to acquire Real Intent; subjects covered during Mr. Gandhi's deposition in this case; documents authored by, sent to, or received by Mr. Gandhi. | |
| Peter Gillen | Agreements and relationships between Real Intent and Synopsys, including the 2012 Partnership agreement and Synopsys' use of Real Intent tools and disputed user-interface elements; Synopsys' use of Atrenta tools; interoperability between Real Intent and Synopsys products; subjects covered during Mr. Gillen's deposition in this case, including Rule 30(b)(6) topic 12; documents authored by, sent to, or received by Mr. Gillen. | Will Call<br><br>By deposition |
| Namit Gupta | Employment at Atrenta and Atrenta products; alleged competition with and between asserted and accused products; alleged damages and factual bases therefor; the asserted patent; development and operation of Synopsys commands, variables, attributes, options, and objects; subjects covered during Mr. Gupta's deposition in this case, including Rule 30(b)(6) topics 9, 11, 16-17, 21-23, 37, 40, 53, 56-57, 62-64; documents authored by, sent to, or received by Mr. Gupta. | Will Call<br><br>Live or by deposition |
| Sarath Kirihennedige | Development, structure, operation, and/or characteristics of Real Intent's products (including user documentation) and accused command sets; facts underlying Real Intent's defenses; subjects covered during Mr. Kirihennedige's deposition in this case; documents authored by, sent to, or received by Mr. Kirihennedige. | Will Call<br><br>Live |
| Ramesh Krishnan | Agreements and dealings between Real Intent and Synopsys, including the 2012 Partnership agreement; interoperability between Real Intent and Synopsys products, including DesignWare; facts underlying Real Intent's defenses; documents authored by, sent to, or received by Mr. Krishnan. | Will Call<br><br>Live |
| Rajiv Kumar | Development, structure, operation, and/or characteristics of Real Intent's products (including user documentation) and accused command sets; agreements and other dealings between Real Intent and Synopsys; interoperability between Real Intent and Synopsys products, including DesignWare; | Will Call<br><br>Live |

SECOND JOINT REVISED TRIAL WITNESS LIST
Case No. 5:20-cv-02819-EJD (SvK)

| | | |
|---|---|---|
| | sales, marketing, and financial information regarding of Real Intent's products; EDA industry generally, including competitive landscape; facts underlying Real Intent's defenses; subjects covered during Mr. Kumar's deposition in this case, including topics on which Mr. Kumar was designated under Rule 30(b)(6); documents authored by, sent to, or received by Mr. Kumar. | |
| Dr. Marc Levitt | Dr. Levitt is an expert retained by Real Intent.  He will testify on the matters disclosed in his expert reports, including non-copyrightability of disputed user-interface elements and text due to being a method of operation, lack of identifiable collections or compilations, and lack of originality, no copyright infringement due to scènes à faire, independent creation, *de minimis* copying, fair use, and Real Intent's other copyright defense, no breach of contract or tortious interference.  He will also testify to use and/or support of commands, options, variables, objects, attributes, and/or pragmas in third-party products and that Synopsys contends are copyright protectable. | Will Call

Live |
| Dr. Prakash Narain | History and founding of Real Intent; development, structure, operation, and/or characteristics of Real Intent's products (including user documentation) and accused command sets; agreements and other dealings between Real Intent and Synopsys; interoperability between Real Intent and Synopsys products, including DesignWare; sales and marketing of Real Intent's products; EDA industry generally, including competitive landscape; facts underlying Real Intent's defenses; subjects covered during Dr. Narain's deposition in this case, including topics on which Dr. Narain was designated under Rule 30(b)(6); documents authored by, sent to, or received by Dr. Narain. | Will Call

Live |
| Vikas Sachdeva | Development, structure, operation, and/or characteristics of Real Intent's products (including user documentation) and accused command sets; interoperability between Real Intent and Synopsys products, including DesignWare; features and functionality of third-party tools relevant to Real Intent's defenses; facts underlying Real Intent's defenses; subjects covered during Mr. Sachdeva's | Will Call

Live |

SECOND JOINT REVISED TRIAL WITNESS LIST
Case No. 5:20-cv-02819-EJD (SvK)

| | | |
|---|---|---|
| | deposition in this case, including topics on which Mr. Sachdeva was designated under Rule 30(b)(6); documents authored by, sent to, or received by Mr. Sachdeva. | |
| Randy Tinsley | Synopsys' corporate acquisition strategy, including Synopsys' acquisition of Atrenta and evaluation of Real Intent as an acquisition target; subjects covered during Mr. Tinsley's depositions in this case, including Rule 30(b)(6) topics 58 and 76; documents authored by, sent to, or received by Mr. Tinsley. | Will Call<br><br>Live or by deposition[1] |
| Yatin Trivedi | Real Intent's use of Synopsys products; interoperability between Synopsys and other software products; Synopsys' participation in industry standards organizations; and Synopsys' strategy for standards activities; subjects covered during Mr. Trivedi's deposition in this case; documents authored by, sent to, or received by Mr. Trivedi. | Will Call<br><br>By deposition |
| Jeff Morrison | Synopsys' financials and revenues; Synopsys' claim for damages; subjects covered during Mr. Morrison's deposition in this case; documents authored by, sent to, or received by Mr. Morrison. | Will Call<br><br>By deposition |
| Jay Littlefield | Development, structure, operation, and/or characteristics of Real Intent's products (including user documentation) and accused command sets; interoperability between Real Intent and Synopsys products, including DesignWare; facts underlying Real Intent's Defenses; subjects covered during Mr. Littlefield's deposition in this case; documents authored by, sent to, or received by Mr. Littlefield. | Will Call<br><br>Live |
| Prashant Sethia (Cadence) | Use and/or support of the commands, options, variables, objects, attributes, and pragmas in Cadence Design Systems products and that Synopsys contends are copyright protectable; subjects covered during Mr. Sethia's deposition in this case; documents authored by, sent to, or received by Mr. Sethia; documents produced by Mr. Sethia and/or Cadence. | May Call<br><br>Live or by deposition |
| Henry Verheyen | Development, structure, operation, and/or | May Call |

---

[1] Synopsys's understanding from prior discussions of the parties is that Mr. Tinsley will not be called live.

SECOND JOINT REVISED TRIAL WITNESS LIST
Case No. 5:20-cv-02819-EJD (SvK)

| | characteristics of Real Intent's products (including user documentation) and accused command sets; interoperability between Real Intent and Synopsys products, including DesignWare; facts underlying Real Intent's defenses; subjects covered during Mr. Verheyen's deposition in this case; documents authored by, sent to, or received by Mr. Verheyen. | By deposition |
|---|---|---|

In addition to the witnesses identified above, Real Intent reserves the right to call any witness identified on Synopsys's witness list.  To the extent Synopsys calls any current or former Real Intent employees in its case-in-chief, Real Intent incorporates those employees into its witness list above and reserves the right to go beyond the scope of Synopsys' direct examination if and when Synopsys calls them at trial.  Real Intent will counter-designate testimony of various witnesses designated by Synopsys pursuant to Judge Davila's Standing Order for Civil Cases. Should Synopsys introduce any deposition testimony it has designated for witnesses not at trial, Real Intent reserves the right, in rebuttal, to introduce the testimony it has counter-designated.

1    Dated:   October 11, 2024          Respectfully Submitted,

2                                       WILLKIE FARR & GALLAGHER LLP

3

4                                       By:     */s/ Krista Schwartz*
                                              Krista Schwartz

5                                               Barrington Dyer
                                              Joshua D. Anderson

6                                               Stephen Henrick
                                              Alex Rhim

7                                               Jacob Karim

8                                               Christopher J. Lee

9                                               Shaimaa M. Hussein *(Pro Hac Vice)*
                                              Devon W. Edwards *(Pro Hac Vice)*_

10                                               Dane Sowers *(Pro Hac Vice)*

11                                               Attorneys for Plaintiff
                                              SYNOPSYS, INC.

12

13    Dated:  October 11, 2024          KEKER, VAN NEST & PETERS LLP

14

                                      By:     */s/ Robert A. Van Nest*

15                                               Robert A. Van Nest
                                              Reid P. Mullen

16                                               Ryan K. Wong

17                                               Cody Gray
                                              Kristin Hucek

18                                               Theresa M. Dawson

19                                               Victor Chiu
                                              Bilal Malik

20                                               Catherine C. Porto
                                              Elizabeth Heckmann

21

22                                               Attorneys for Defendant
                                              REAL INTENT, INC.

23

24

25

26

27

28

SECOND JOINT REVISED TRIAL WITNESS LIST
Case No. 5:20-cv-02819-EJD (SvK)

1

**ATTESTATION**

2      Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

3 filing of this document has been obtained from the other signatory.

4

5 Dated: October 11, 2024                    _/s/ Krista Schwartz_____

6                                            Krista Schwartz

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND JOINT REVISED TRIAL WITNESS LIST
Case No. 5:20-cv-02819-EJD (SvK)