UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>REAL INTENT, INC.,<br><br>  Defendant. | Case No.  20-cv-02819-EJD<br><br>**ORDER REGARDING COMMAND SETS AT ISSUE** |

The Court is in receipt of the parties' submissions regarding the command sets at issue. ECF Nos. 690-2, 691, 693.  It appears the parties dispute which command set elements Real Intent copied from Design Vision, and specifically, whether certain command set elements on Synopsys' proposed list include elements copied from other sources.  The Court is concerned that permitting the jury to resolve this dispute could transform this damages-only trial into a trial regarding breach—an issue that has been resolved by the Court.  The Court also takes some issue with Real Intent's proposal to prevent Synopsys from seeking damages based on what appears to be a newly raised defense theory.

The Court invites the parties to submit a two-page statement by 2:30 p.m. addressing the following question: if the Court adopts Synopsys' list of command sets, how can the jury decide the "factual dispute" over whether certain commands were copied from Design Vision without the jury needing to revisit the issue of breach?  In other words, how can the jury resolve the factual disputes regarding command sets within the scope of Synopsys' damages case? After receiving

Case No.: 20-cv-02819-EJD
ORDER REGARDING COMMAND SETS

1

the parties' submissions, the Court will determine whether to hold a brief conference to discuss this issue.

**IT IS SO ORDERED.**

Dated: October 11, 2024

                                                  EDWARD J. DAVILA
                                                 United States District Judge

Case No.: 20-cv-02819-EJD
ORDER REGARDING COMMAND SETS

2