**WILLKIE FARR & GALLAGHER LLP**
Krista S. Schwartz (Bar No. 303604)
  kschwartz@willkie.com
Barrington Dyer (Bar No. 264762)
  bdyer@willkie.com
Joshua D. Anderson (Bar No. 312836)
  jdanderson@willkie.com
Stephen Henrick (Bar No. 310539)
  shenrick@willkie.com
Alex Rhim (Bar No. 333508)
  arhim@willkie.com
Jacob Karim (Bar No. 340376)
  jkarim@willkie.com
Christopher J. Lee (Bar No. 342055)
  clee3@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

**WILLKIE FARR & GALLAGHER LLP**
Shaimaa M. Hussein (*Pro Hac Vice*)
  shussein@willkie.com
Devon W. Edwards (*Pro Hac Vice*)
  dedwards@willkie.com
787 Seventh Ave.
New York, NY 10019
Telephone: (212) 728-8000

**WILLKIE FARR & GALLAGHER LLP**
Dane Sowers (*Pro Hac Vice*)
  dsowers@willkie.com
1875 K Street, N.W.
Washington, DC 20006
Tel: 202-303-1000

Attorneys for Plaintiff
SYNOPSYS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.<br><br>                    Plaintiff,<br><br>    v.<br><br>REAL INTENT, INC.<br><br>                    Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>**SYNOPSYS, INC.'S OBJECTIONS TO REAL INTENT, INC.'S OPENING STATEMENT DEMONSTRATIVES**<br><br>Complaint Filed: 4/23/2021<br>Trial Date:        10/15/2024 |

Pursuant to the parties' stipulated trial procedures (ECF 628-3), Plaintiff Synopsys, Inc. raises the following objections to the opening statement demonstratives proposed by Defendant Real Intent, Inc.

**Slide 42**: Synopsys objects to slide 42 of Real Intent's proposed demonstratives, which depicts an excerpt of the deposition testimony of Dr. Stephen Edwards, one of Synopsys' experts. The quoted testimony relates to copyrightability—a question not at issue in this trial—and is therefore not relevant to any claim or defense being tried to the jury. Moreover, the quoted testimony relates to third-party copying, which is addressed more fully below with respect to slides 43-45. Finally, Dr. Edwards will be testifying live at trial, so his deposition testimony may be used as impeachment evidence but would not otherwise be displayed to the jury; the inclusion of testimony that may not otherwise be introduced at trial is likely to confuse the jury and waste time. *See* Fed. R. Evid. 403.

**Slides 43-45**: Synopsys objects to slides 43-45 of Real Intent's proposed demonstratives, as those slides refer to copying of Synopsys' commands by third parties. As the Court ruled on Synopsys' Motion *in Limine* No. 25, Real Intent may not introduce evidence of third-party copying unless Synopsys opens the door by arguing that "its command sets broadly are unique and Synopsys protects them." ECF No. 687 at 7. Synopsys has not opened the door, and does not plan to argue that its commands are "unique." Real Intent's demonstratives regarding third-party copying should therefore not be displayed to the jury.

**Slides 47-50**: Synopsys objects to slides 47-50 of Real Intent's proposed demonstratives, which relate to Real Intent's "interoperability" defense. As Synopsys explained in its supplemental motion *in limine* filed yesterday, the "interoperability" defense has already been rejected by the Court and is not relevant to the upcoming trial. ECF No. 711 at 5 (citing ECF No. 513 at 28). Accordingly, allowing argument regarding that defense would serve only to confuse the jury and may lead the jury to incorrectly conclude that interoperability somehow excuses Real Intent's breach of its agreements with Synopsys. *See* Fed. R. Evid. 403.

| | |
|---|---|
| Dated: October 15, 2024 | Respectfully Submitted, |
| | WILLKIE FARR & GALLAGHER LLP |
| | By: /s/Krista S. Schwartz |
| | Krista S. Schwartz |
| | Barrington Dyer |
| | Joshua D. Anderson |
| | Stephen Henrick |
| | Alex Rhim |
| | Jacob Karim |
| | Christopher J. Lee |
| | Shaimaa M. Hussein *(Pro Hac Vice)* |
| | Devon W. Edwards *(Pro Hac Vice)* |
| | Dane Sowers *(Pro Hac Vice)* |
| | |
| | Attorneys for Plaintiff |
| | SYNOPSYS, INC. |