KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
REID P. MULLEN - # 270671
rmullen@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
CODY GRAY - # 310525
cgray@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
THERESA M. DAWSON - *pro hac vice*
tdawson@keker.com
VICTOR CHIU - # 305404
vchiu@keker.com
BILAL MALIK - # 318767
bmalik@keker.com
CATHERINE C. PORTO - #331168
cporto@keker.com
ELIZABETH A. HECKMANN - #347059
eheckmann@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

Attorneys for Defendant
REAL INTENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>REAL INTENT, INC.,<br><br>  Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>**REAL INTENT, INC.'S OBJECTIONS TO SYNOPSYS, INC.'S OPENING STATEMENT DEMONSTRATIVES**<br><br>Judge:     Hon. Edward J. Davila<br><br>Date Filed: April 23, 2020<br><br>Trial Date: October 15, 2024 |

Pursuant to the parties' stipulated trial procedures (ECF 628-3), Defendant Real Intent, Inc. ("Real Intent") raises the following objections to the opening statement demonstratives proposed by Plaintiff Synopsys, Inc. ("Synopsys").

**Slides 17-18:** Real Intent objects to slides 17 and 18 of Synopsys' proposed demonstratives, which depict email correspondence in which Synopsys denies Real Intent's request for PrimeTime material through in the in-Sync program in 2012. The email correspondence is irrelevant and highly misleading.  The parties agree that commands, options, and attributes with syntax that were copied from any source other than Design Vision—including Synopsys' PrimeTime product—cannot form the basis of any damages award for Synopsys' breach of contract claim. Indeed, the parties agree that the jury should be instructed that it "***may not consider* commands/options, or attributes with syntax that were copied or incorporated from *sources other than Design Vision*.**" ECF 710 at 26 (emphasis added). Synopsys' slides 17 and 18 are contrary to that instruction and the parties' agreement on this issue. But these slides falsely suggest to the jury that Real Intent wrongfully accessed PrimeTime materials. They are thus likely to confuse the jury as to what issues remain for resolution, and would unduly prejudice Real Intent. The slides are also inconsistent with the Court's ruling on Real Intent's Motion in Limine No. 3 because they discuss purported "overlap" between Real Intent's products and "some of PrimeTime's functionality." In ruling on Real Intent's Motion in Limine No. 3, the Court held that Synopsys "may not contradict" the Court's finding at summary judgment regarding lack of direct competition between Real Intent and Synopsys with respect to the PrimeTime product.  *See* Pretrial Order at 9.

**Slides 33, 35-41:** Real Intent objects to slides 33 and 35-41 of Synopsys' proposed demonstratives, which depict irrelevant emails amongst Real Intent employees regarding DesignWare. As explained in Real Intent's Motion *in Limine* to Exclude Liability Evidence Related to DesignWare (Dkt. 709), such correspondence is irrelevant and unfairly prejudicial because the Court has already resolved liability on Synopsys' DesignWare-based contract claim. Thus, as to DesignWare, the only question before the jury is whether Synopsys can recover its requested disgorgement of Real Intent's purportedly avoided research and development costs.

Slides 33 and 35-41 of Synopsys' proposed demonstratives have ***nothing*** to do with those R&D costs. Instead, they portray irrelevant and misleading email correspondence among Real Intent employees about the potential legality of Real Intent's conduct. At best, these emails relate to liability, which has already been decided by the Court. They have no bearing on Synopsys' requested damages (the only remaining live issue in Synopsys' DesignWare claim) and appear to be designed to prejudice the jury against Real Intent.  They should be excluded.

Dated:  October 15, 2024

KEKER, VAN NEST & PETERS LLP

By: /s/ *Cody Gray*
ROBERT A. VAN NEST
REID P. MULLEN
RYAN K. WONG
CODY GRAY
KRISTIN HUCEK
THERESA M. DAWSON
VICTOR CHIU
BILAL MALIK
CATHERINE C. PORTO
ELIZABETH A. HECKMANN

Attorneys for Defendant
REAL INTENT, INC.