UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL INTENT, INC.,<br><br>    Defendant. | Case No.  20-cv-02819-EJD<br><br>**FURTHER ORDER REGARDING SUPPLEMENTAL MOTION *IN LIMINE*** |

On October 15, 2024, the Court ordered Real Intent to submit the deposition excerpts it sought to exclude. ECF No. 725. The Court received Real Intent's deposition excerpts on October 16, 2024 (ECF No. 726) and Synopsys' response (ECF No. 727). After reviewing the submitted excerpts, the identified exhibits, and the parties' briefing, the Court rules as follows[1]:

**I.    EXHIBIT A (ECF NO. 726)**

| Excerpt ID | Ruling | Reason |
|---|---|---|
| 2.16 | SUSTAINED | Not relevant; pertains only to liability. Risk of confusion in raising liability. |
| 2.60–64 | OVERRULED | Prejudice does not outweigh relevance. |
| 2.65 | SUSTAINED | Potential for prejudice or confusion outweighs relevance; relates to resolved copyright claim. |
| 2.66–68 | OVERRULED | Prejudice does not outweigh relevance. |
| 2.74–77 | OVERRULED | Prejudice does not outweigh relevance. |

---

[1] This Order does not preclude Synopsys from later seeking to admit testimony or exhibits for which the Court has sustained Real Intent's objection, if appropriate. For example, if Real Intent opens the door or for impeachment purposes.

Case No.: 20-cv-02819-EJD
FURTHER ORDER REGARDING SUPPLEMENTAL MOTION IN LIMINE
1

| Excerpt ID | Ruling | Reason |
|---|---|---|
| 2.79–83 | OVERRULED | Prejudice does not outweigh relevance. |
| 2.88 | SUSTAINED | Not relevant; pertains only to liability. Risk of confusion in raising liability. |
| 2.89–94 | SUSTAINED | Potential for prejudice or confusion outweighs relevance; relates to resolved copyright claim. |
| 2.95 | OVERRULED | Prejudice does not outweigh relevance; relates to timeline. |
| 2.96–2.108 | SUSTAINED | Potential for jury to prejudicially view Real Intent's efforts to hide copying outweighs relevance. Efforts to hide primarily go to liability because they show consciousness of guilt. |
| 2.132–148 | SUSTAINED | Potential for jury to prejudicially view Real Intent's efforts to hide copying outweighs relevance. Efforts to hide primarily go to liability because they show consciousness of guilt. |
| 2.165–173 | OVERRULED | Prejudice does not outweigh relevance; relates to timeline. |

## II.     EXHIBIT B (ECF NO. 726)

| Excerpt ID | Ruling | Reason |
|---|---|---|
| 21–24 | SUSTAINED | Not relevant; pertains only to liability. Risk of confusion in raising liability. |

## III.    EXHIBIT C (ECF NO. 726)

| Excerpt ID | Ruling | Reason |
|---|---|---|
| 12–22 | OVERRULED | Prejudice does not outweigh relevance; relates to timeline. |
| 23–32 | SUSTAINED | Potential for prejudice or confusion outweighs relevance; relates to resolved copyright claim. |
| 41–51 | OVERRULED | Prejudice does not outweigh relevance. |
| 52–53 | SUSTAINED | Potential for prejudice or confusion outweighs relevance; relates to resolved copyright claim. |
| 57–58 | OVERRULED | Prejudice does not outweigh relevance. |
| 61–63 | SUSTAINED | Potential for prejudice or confusion outweighs relevance; relates to resolved copyright claim. |
| 64–74 | SUSTAINED | Potential for jury to prejudicially view Real Intent's efforts to hide copying outweighs relevance. Efforts to hide primarily go to liability because they show consciousness of guilt. |
| 75–80 | SUSTAINED | Potential for prejudice or confusion outweighs relevance; relates to resolved copyright claim. |
| 81–84 | SUSTAINED | Not relevant; pertains only to liability. Risk of confusion in |

| Excerpt ID | Ruling | Reason |
|---|---|---|
| | | raising liability. |
| 85–91 | SUSTAINED | Potential for jury to prejudicially view Real Intent's efforts to hide copying outweighs relevance.  Efforts to hide primarily go to liability because they show consciousness of guilt. |

### IV.   EXHIBIT C (ECF NO. 709-1)

| Excerpt | Ruling | Reason |
|---|---|---|
| Entire exhibit | SUSTAINED | Potential for prejudice or confusion outweighs relevance; relates to resolved copyright claim. |

### V.   EXHIBIT D (ECF NO. 709-1)

| Excerpt | Ruling | Reason |
|---|---|---|
| Sentence beginning "We should ship…" | SUSTAINED | Potential for prejudice or confusion outweighs relevance; relates to resolved copyright claim. |
| Remainder of exhibit | OVERRULED | Prejudice does not outweigh relevance. |

### VI.   EXHIBIT E (ECF NO. 709-1)

| Excerpt | Ruling | Reason |
|---|---|---|
| Entire exhibit | SUSTAINED | Potential for jury to prejudicially view Real Intent's efforts to hide copying outweighs relevance.  Efforts to hide primarily go to liability because they show consciousness of guilt. |

### VII.   EXHIBIT G (ECF NO. 709-1)

| Excerpt | Ruling | Reason |
|---|---|---|
| p. 1 | OVERRULED | Prejudice does not outweigh relevance; relates to timeline. |
| Remainder of exhibit | SUSTAINED | Potential for jury to prejudicially view Real Intent's efforts to hide copying outweighs relevance.  Efforts to hide primarily go to liability because they show consciousness of guilt. |

Case No.: 20-cv-02819-EJD
FURTHER ORDER REGARDING SUPPLEMENTAL MOTION IN LIMINE
3

United States District Court
Northern District of California

**VIII.   EXHIBIT H (ECF NO. 709-1)**

| Excerpt | Ruling | Reason |
|---|---|---|
| Entire exhibit | OVERRULED | Prejudice does not outweigh relevance. |

**IX.   EXHIBIT I (ECF NO. 709-1)**

| Excerpt | Ruling | Reason |
|---|---|---|
| Entire exhibit | OVERRULED | Prejudice does not outweigh relevance. |

**X.   EXHIBIT J (ECF NO. 709-1)**

| Excerpt | Ruling | Reason |
|---|---|---|
| Entire exhibit | SUSTAINED | Potential for prejudice or confusion outweighs relevance; relates to resolved copyright claim. |

**XI.   EXHIBIT K (ECF NO. 709-1)**

| Excerpt | Ruling | Reason |
|---|---|---|
| Highlighted excerpt | SUSTAINED | Not relevant; pertains only to liability.  Risk of confusion in raising liability. |
| Remainder of exhibit | OVERRULED | Prejudice does not outweigh relevance. |

**XII.   EXHIBIT L (ECF NO. 709-1)**

| Excerpt | Ruling | Reason |
|---|---|---|
| Entire exhibit | OVERRULED | Prejudice does not outweigh relevance. |

**XIII.   EXHIBIT M (ECF NO. 709-1)**

| Excerpt | Ruling | Reason |
|---|---|---|
| Entire exhibit | OVERRULED | Prejudice does not outweigh relevance. |

Case No.: 20-cv-02819-EJD
FURTHER ORDER REGARDING SUPPLEMENTAL MOTION IN LIMINE
4

### XIV.   EXHIBIT N (ECF NO. 709-1)

| Excerpt | Ruling | Reason |
|---|---|---|
| Entire exhibit | OVERRULED | Prejudice does not outweigh relevance. |

### XV.   EXHIBIT O (ECF NO. 709-1)

| Excerpt | Ruling | Reason |
|---|---|---|
| Entire exhibit | OVERRULED | Prejudice does not outweigh relevance. |

### XVI.   EXHIBIT P (ECF NO. 709-1)

| Excerpt | Ruling | Reason |
|---|---|---|
| First highlighted sentence | SUSTAINED | Potential for jury to prejudicially view Real Intent's efforts to hide copying outweighs relevance.  Efforts to hide primarily go to liability because they show consciousness of guilt. |
| Remainder of exhibit (including second highlighted sentence) | OVERRULED | Prejudice does not outweigh relevance. |

**IT IS SO ORDERED.**

Dated: October 16, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 20-cv-02819-EJD
FURTHER ORDER REGARDING SUPPLEMENTAL MOTION IN LIMINE
5