UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**TITLE:  *SYNOPSYS v. REAL INTENT***
**CASE NUMBER:  5:20-CV-02819 EJD**

## Civil Minutes and Trial Log

Date:  October 21, 2024

Time in Court:  **6 hr, 5 min**  (9:16-10:25 AM; 10:44 AM – 12:12 PM; 1:33-3:16 PM;
3:26-5:11 PM)

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:  Krista S. Schwartz, Barrington Dyer, Joshua D. Anderson,
Stephen Henrick, Alex Rhim, Jacob Karim, Christopher Lee,
Shaimaa M. Hussein, Devon W. Edwards, Dane Sowers

Also Present:  Ryan Knecht (Trial Technician)
Frank Castro (Paralegal)

Defendant Attorney(s) present:  Robert A. Van Nest, Reid P. Mullen, Ryan K. Wong,
Cody Gray, Kristin Hucek, Theresa M. Dawson, Victor Chiu,
Bilal Malik, Catherine C. Porto, Elizabeth A. Heckmann

Also Present:  Brooklyn Botello (Trial Technician)
Kathy Corey, Sam Rattigan, Susan Cole (Paralegals)

---

**PROCEEDINGS:  Jury Trial (Day 5)**

Jury Trial Held.  Further Jury Trial set for October 22, 2024, at 9:00 AM

*See* attached Trial Log.

**The following exhibits are marked for identification:**
Plaintiff:     935, 873, 421, 945, 731, 705, 706, 733, 746
Defendant:  2199, 2200, 2201, 758, 723,752, 961, 2039, 753, 1919, 727, 710, 1865, 1877, 757, 818

**The following exhibits are admitted into evidence:**
Plaintiff:     **935, 873, 421, 945, 731, 705, 706, 733, 746**
Defendant:  **2200, 2201, 758, 723,752, 961, 2039, 753, 1919, 727, 710, 1865, 1877, 757, 818**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *Synopsys v. Real Intent*
Case No:  5:20-cv-02819EJD

## TRIAL LOG

| TRIAL DATE:<br>October 21, 2024 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
|  |  | 9:00 am | Court in session with Counsel outside of Jury and Witnesses |
|  |  | 9:18 am | Side Bar begins |
|  |  | 9:27 am | Side Bar ends |
|  |  |  | Court addresses the parties' filings re unjust enrichment and reads from 374 U.S. 16, 83 S. Ct. 1646, *Fitzgerald v. United States* |
|  |  | 9:32 am | Jury present |
|  |  | 9:33 am | Court queries Jury re previous admonishment |
|  |  |  | Witness 10 Stephen Edwards returns to the stand |
|  |  | 9:34 am | Plaintiff continues direct examination of Stephen Edwards |
|  |  |  | Demonstrative Shown – PDX7 |
| 935 |  | 10:14 am | ADMITTED INTO EVIDENCE:  *SEALED* |
|  |  |  | Demonstrative Shown – PDX7 |
|  |  | 10:24 am | Plaintiff completes direct examination of Stephen Edwards |
|  |  | 10:25 am | Court breaks for 20 min |
|  |  | 10:44 am | Court in session |
|  |  |  | Defense begins cross-examination of Stephen Edwards |
|  |  | 10:52 am | Ex. 344, previously admitted |

| TRIAL DATE: October 21, 2024 | | | REPORTER(S): Irene Rodriguez | CLERK: Cheré Robinson |

| PLF | DEFT | TIME | DESCRIPTION |
|-----|------|------|-------------|
| | | | Ex. 345, not admitted - shown to Defendant |
| | | | Ex. 344, previously admitted |
| OBJ | 2199 | 11:12 am | Offered into Evidence |
| | | | Side Bar begins |
| | 2199 | 11:20 am | *Provisionally admitted*: 2009 PureTime Reference Manual |
| | | | Side Bar ends |
| | | | Defense continues cross-examination of Stephen Edwards |
| | | 11:33 am | Side Bar begins |
| | | 11:44 am | Side Bar ends |
| | | | Defense continues cross-examination of Stephen Edwards |
| | | 12:03 pm | Defense completes cross-examination of Stephen Edwards |
| | | | Plaintiff begins re-direct examination of Stephen Edwards |
| | | 12:09 pm | Demonstrative shown: PDX7 |
| | | 12:11 pm | Plaintiff completes re-direct examination of Stephen Edwards |
| | | | Witness excused – subject to recall |
| | | 12:12 pm | Court breaks for 1 hr, 21 min |
| | | 1:33 pm | Court in session with Counsel out of presence of Jury and Witnesses |
| | | 1:39 pm | Court in session |
| | | | Defense indicates the boards with disputed command sets previously shown to the Jury were DDX 50 and DDX 51 |
| | | 1:40 pm | Plaintiff calls Witness 11 Sarath Kirihennedige |
| | | | Witness sworn |

| TRIAL DATE:<br>October 21, 2024 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION | |
|---|---|---|---|---|
| | | 1:41 pm | Plaintiff begins direct examination of Sarath Kirihennedige | |
| 873 | | 1:45 pm | ADMITTED INTO EVIDENCE:  Real Intent bug fix documents beginning with [LINT-4517] CUST: Maxim - New rule to flag usage of specified pragmas (need ability to flag synopsys enum pragma) | |
| 421 | | 1:47 pm | ADMITTED INTO EVIDENCE: [ENV-17] Samsung: Investigate support for trace_driver (not an SDC or PrimeTime command, it is a DC commad) and other JIRA tickets | |
| 945 | | 1:48 pm | ADMITTED INTO EVIDENCE: 2024-06-06 Kirihennedige/Kumar email string re Synopsys News Relase on VC CDC | |
| | | 1:52 pm | Plaintiff completes direct examination of Srath Kirihennedige | |
| | | | Defense begins cross-examination of Sarath Kirihennedige | |
| OBJ | 2200 | 2:02 pm | ADMITTED INTO EVIDENCE: Real Intent Inc. Meridian-Constraints, SDC Support Matrix Excel Spreadsheet (msdc_support_matrix_v1.0.xlsx) | |
| OBJ | 2201 | 2:15 pm | ADMITED INTO EVIDENCE:  SEALED ▓▓▓▓▓▓ ▓▓▓▓▓▓ | |
| | | 2:16 pm | Defense completes cross-examination of Sarath Kirihennedige | |
| | | 2:17 pm | Plaintiff begins re-direct examination of Sarath Kirihennedige | |
| | | | Ex. 2201, previously admitted | |
| | | 2:18 pm | Demonstrative – previously shown, List of Undisputed Commands / Options | |
| | | 2:19 pm | Ex. 2201, previously admitted | |
| | | 2:21 pm | Ex. 2200, previously admitted | |
| | | 2:22 pm | Ex. 873, previously admitted | |
| | | 2:35 pm | Plaintiff completes re-direct examination of Sarath Kirihennedige | |
| | | | Defense begins re-cross examination of Sarath Kirihennedige | |
| | | | Ex. 873, previously admitted | |

| TRIAL DATE: October 21, 2024 | | | REPORTER(S): Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 2:39 pm | Defense completes re-cross-examination of Sarath Kirihennedige | |
| | | | Witness 11 Sarath Kirihennedige excused | |
| | | 2:41 pm | Parties stipulate to admit certain exhibits | |
| | | | ADMITTED INTO EVIDENCE:  Exs. 706, 763, 794 (Sealed), 1857, 1858, 1915 (Sealed), 1998 | |
| | | 2:43 pm | Plaintiff calls Witness 12 Namit Gupta | |
| | | | Witness Sworn | |
| | | | Plaintiff begins direct examination of Namit Gupta | |
| | | 2:54 pm | Ex. 729, previously admitted | |
| 731 | | 2:59 pm | ADMITTED INTO EVIDENCE: December 2019 3 Year Strategic Plan, Static | |
| 705 | | 3:04 pm | ADMITTED INTO EVIDENCE: Feb 2020 Static Products Update | |
| | | 3:09 pm | Jury and Witness departs Courtroom | |
| | | | Court in session with Counsel out of presence of Jury and Witnesses | |
| | | 3:16 pm | Court breaks for 10 min | |
| | | 3:26 pm | Court in session with Counsel out of presence of Jury and Witnesses | |
| | | | Counsel to provide submission re *Unjust Enrichment* in response to the previous citation from 374 U.S. 16, 83 S. Ct. 1646, *Fitzgerald v. United States* read by the Court | |
| | | 3:29 pm | Plaintiff continues direct examination of Namit Gupta | |
| | | 3:31 pm | Demonstrative shown: Synopsys's Lost Business | |
| 706 | | 3:32 pm | Previously Admitted through Stipulation: Feb 2018 SpyGlass and VC CDC/RDC Update | |
| 733 | | 3:39 pm | ADMITTED INTO EVIDENCE: January 2017 CDC MPR presentation | |
| 746 | | 3:43 PM | ADMITTED INTO EVIDENCE: VC SpyGlass CDC Update: nVidia | |

| | | | |
|---|---|---|---|
| **TRIAL DATE:**<br>October 21, 2024 | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Cheré Robinson | |

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 3:50 pm | Plaintiff completes direct examination of Namit Gupta |
| | | 3:51 pm | Defense begins cross-examination of Namit Gupta |
| | 758 | 4:09 pm | ADMITTED INTO EVIDENCE: March 2018 Static MPR presentation |
| | 723 | 4:11 pm | ADMITTED INTO EVIDENCE: March 16, 2020 Static MPR presentation |
| | 752 | 4:12 pm | ADMITTED INTO EVIDENCE:  June 15, 2020 Static MPR presentation |
| | 961 | | ADMITTED INTO EVIDENCE:  Synopsys presentation re "Static MPR" |
| OBJ | 2039 | 4:14 pm | ADMITTED INTO EIVDENCE: 2021-06-21 Static MPR presentation |
| | 753 | 4:17 pm | ADMITTED INTO EIVDENCE: February 2019 Static Verification Platform Update, SpyGlass & VC Platform Solution presentation |
| | | 4:19 pm | Ex. 705, previously admitted |
| | | 4:20 pm | Ex. 2039, previously admitted |
| | | 4:24 pm | Ex. 794. previously admitted: *SEALED* ▓▓▓▓▓▓▓ |
| | | 4:26 pm | Ex. 758, previously admitted |
| | | 4:29 pm | Side Bar begins |
| | | 4:32 pm | Side Bar ends |
| | | | Defense continues cross-examination of Namit Gupta |
| | 1919 | 4:33 pm | ADMITTED INTO EIVDENCE: *SEALED* ▓▓▓▓▓▓▓ |
| | 727 | | ADMITTED INTO EIVDENCE: Jan 2020 Static Products Update presenteion |
| | 710 | | ADMITTED INTO EIVDENCE: November 2016 CDC MPR presentation |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

| TRIAL DATE:<br>October 21, 2024 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION | |
|---|---|---|---|---|
| | 1865 | 4:34 pm | ADMITTED INTO EIVDENCE: 2018-02-28 Competition Threat – SpyGlass Base Update PPT presentation | |
| | 1877 | 4:35 pm | ADMITTED INTO EIVDENCE: May 2018 Static Verification Positioning and Rollout PPT Presentation | |
| | 757 | 4:36 pm | ADMITTED INTO EIVDENCE: FY18 Threats for Static | |
| | 818 | 4:38 pm | ADMITTED INTO EIVDENCE: 2018-10-01 Gupta email to De et al. re Bi-weekly static report 10/01 | |
| | | | Defense completes cross-examination of Namit Gupta | |
| | | | Plaintiff begins re-direct examination of Namit Gupta | |
| | | 4:39 pm | Ex. 1919, previously admitted | |
| | | 4:40 pm | Ex. 758, previously admitted | |
| | | 4:42 pm | Ex. 794, previously admitted | |
| | | | Plaintiff completes re-direct examination of Namit Gupta | |
| | | 4:43 pm | Witness 11 Namit Gupta excused | |
| | | | Court admonishes Jury | |
| | | 4:44 pm | Jury departs for the day | |
| | | | Court in session with Counsel out of presence of Jury and Witnesses | |
| | | 4:53 pm | Discussion re objections to Brian Napper Demonstratives | |
| | | 5:11 pm | Court adjourns | |
| | | | Further Jury Trial set for October 22, 2024 | |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**