UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### TITLE: *SYNOPSYS v. REAL INTENT*
### CASE NUMBER: 5:20-CV-02819 EJD

## Civil Minutes and Trial Log

Date: October 22, 2024

Time in Court: **5 hr, 33 min** (9:12-11:00 AM; 11:12 AM - 12:03 PM; 1:21-3:20 PM; 3:35-4:30 PM)

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter: Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present: Krista S. Schwartz, Barrington Dyer, Joshua D. Anderson, Stephen Henrick, Alex Rhim, Jacob Karim, Christopher Lee, Shaimaa M. Hussein, Devon W. Edwards, Dane Sowers

Also Present: Ryan Knecht (Trial Technician)
Frank Castro (Paralegal)

Defendant Attorney(s) present: Robert A. Van Nest, Reid P. Mullen, Ryan K. Wong, Cody Gray, Kristin Hucek, Theresa M. Dawson, Victor Chiu, Bilal Malik, Catherine C. Porto, Elizabeth A. Heckmann

Also Present: Brooklyn Botello (Trial Technician)
Kathy Corey, Sam Rattigan, Susan Cole (Paralegals)

---

**PROCEEDINGS: Jury Trial (Day 6)**

Jury Trial Held. Further Jury Trial set for October 23, 2024, at 9:00 AM

*See* attached Trial Log.

**The following exhibits are marked for identification:**
Plaintiff: 972, 898, 180, 291, 134, 519, 621, 513, 552, 625, 600, 601, 534, 597, 590, 641
Defendant: 1623, 1607, 1184, 2196, 1224, 1619, 1620, 1558

**The following exhibits are admitted into evidence:**
Plaintiff: **972, 898, 180, 291, 134, 519, 621, 513, 552, 625, 600, 601, 534, 597, 590, 641**
Defendant: **1623, 1607, 1184, 2196, 1224, 1619, 1620, 1558**

Stipulated: **460, 463, 819, 835, 900, 973, 974**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *Synopsys v. Real Intent*
Case No:  5:20-cv-02819EJD

# TRIAL LOG

| TRIAL DATE: October 22, 2024 | | REPORTER(S): Irene Rodriguez | | CLERK: Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 9:12 am | Court in session | |
| | | | Court queries Jury re previous admonishment | |
| | | 9:13 am | Parties stipulate to exhibits to be admitted into record | |
| | | | ADMITTED INTO RECORD: Exs. 460, 463, 819, 835, 900, 973, 974 | |
| | | 9:14 AM | Plaintiff calls Witness 13 Brian Napper | |
| | | 9:15 am | Plaintiff begins direct examination of Brian Napper | |
| | | 9:20 am | Witness 13 Brian Napper is permitted to testified as an expert witness | |
| | | | Court gives instruction to Jury | |
| | | 9:21 am | Plaintiff continues direct examination of Brian Napper | |
| | | 9:49 am | Ex. 972 shown – *Not In Evidence* | |
| 972 | | 9:52 am | ADMITTED INTO EVIDENCE: 1006 Summary: Schedules U-1 and U-2 to the Expert Report of Brian W. Napper, October 14, 2024 | |
| | | 10:02 am | Plaintiff completes cross-examination of Brian Napper | |
| | | 10:03 am | Defense begins cross-examination of Brian Napper | |
| | | 10:06 am | Excerpt from Napper Deposition played | |
| | | 10:15 am | Ex. 460, previously admitted | |
| | | 10:21 am | Ex. 1887, previously admitted | |
| | | 10:24 am | Ex. 757, previously admitted | |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

| TRIAL DATE: October 22, 2024 | | | REPORTER(S): Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 10:26 am | Ex. 753, previously admitted | |
| | | 10:34 am | Ex. 723, previously admitted | |
| | | 10:36 am | Ex. 961, previously admitted | |
| | | 10:42 am | Defense completes cross-examination of Brian Napper | |
| | | 10:43 am | Plaintiff begins re-direct examination of Brian Napper | |
| | | 10:44 am | Ex. 733, previously admitted | |
| | | 10:47 am | Ex. 1887, previously admitted | |
| | | 10:48 am | Ex. 757, previously admitted | |
| | | 10:53 am | Ex. 705, previously admitted | |
| | | 10:58 am | Plaintiff completes re-direct examination of Brian Napper | |
| | | | Defense begins re-cross-examination of Brian Napper | |
| | | | 10/21/2024 Trial Transcript, p. 984 | |
| | | 10:59 am | Defense completes re-cross-examination of Brian Napper | |
| | | | Witness 13, Brian Napper excused | |
| | | 11:00 am | Court breaks for 19 min | |
| | | 11:19 am | Court in session | |
| | | | Plaintiff calls Witness 14 Jay Littlefield | |
| | | | Witness sworn | |
| | | 11:21 am | Plaintiff begins direct examination of Jay Littlefield | |
| | | 11:24 am | Plaintiff reads from Deposition Transcript, p. 39:18- | |
| | | 11:26 am | Plaintiff reads from Deposition Transcript, p. 18:8-16 | |

| TRIAL DATE:<br>October 22, 2024 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| 898 | | 11:28 am | ADMITTED INTO EVIDENCE: *SEALED* | |
| 180 | | 11:33 am | ADMITTED INTO EVIDENCE: *SEALED* | |
| | | 11:39 am | Plaintiff completes direct examination of Jay Littlefield | |
| | | | Defense begins cross-examination of Jay Littlefield | |
| | | 11:42 am | Ex. 898, previously admitted | |
| | | 11:52 am | Ex. 180, previously admitted | |
| | | 11:54 am | Defense completes cross-examination of Jay Littlefield | |
| | | 11:55 am | Plaintiff begins re-direct examination of Jay Littlefield | |
| | | 11:56 am | Plaintiff completes re-direct examination of Jay Littlefield | |
| | | | Witness 14 Jay Littlefield excused | |
| | | 11:58 am | Plaintiff reads excerpts of Interrogatory sets and Responses thereto into the record | |
| | | 12:00 pm | Plaintiff completes reading of excerpts of interrogatory sets and responses thereto into the record | |
| | | 12:01 pm | Plaintiff provisionally rests their case | |
| | | 12:02 pm | Jury departs for break | |
| | | | Court in session with Counsel out of presence of Witnesses and Jury | |
| | | 12:03 | Court breaks for 1 hr, 18 min | |
| | | 1:21 pm | Court in session | |
| | | | Defense calls Witness 15 Ramesh Krishnan | |
| | | 1:22 pm | Witness sworn | |

| TRIAL DATE: October 22, 2024 | | | REPORTER(S): Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 1:23 pm | Defense begins direct examination of Ramesh Krishnan | |
| | 1623 | 1:32 pm | ADMITTED INTO EVIDENCE:  2011-10-07 Krishnan email to support@realintent.com re [Support] SVR: Synopsys -- Weekly Summary | |
| | 1607 | 1:35 pm | ADMITTED INTO EVIDENCE:  2012-05-10 Littlefield email to Krishnan re Ascent and Meridian Evaluation License and Download Instructions | |
| | 1184 | 1:42 pm | ADMITTED INTO EVIDENCE:  10/14/2011 Meridian CDC Reference Manual Version 4.0 | |
| | 2196 | 1:46 pm | ADMITTED INTO EVIDENCE: 2012-12-10 Gillen email to Krishnan and Littlefield re [Support] Hello (Meridian 4.1) | |
| | 1224 | 1:48 pm | ADMITTED INTO EVIDENCE:  2012-09-18 Meridian CDC Reference Manual, Version 4.1 | |
| | 1619 | 1:50 pm | ADMITTED INTO EVIDENCE: 2012-12-11 Krishnan email to support@realintent.com re [Support] SVR: Synopsys: 12/11/2012 | |
| | 1620 | 1:52 pm | ADMITTED INTO EVIDENCE:  2012-12-04 Gillen email to Krishnan re [Support] Meridian Questions | |
| | 1558 | 1:56 pm | ADMITTED INTO EVIDENCE:  2013-01-17 Krishnan email to support@realintent.com re [Support] CUST: Synopsys: Fwd: RE: get— cells -hsc and handling the * | |
| | | 1:58 pm | Defense completes direct examination of Ramesh Krishnan | |
| | | 1:59 pm | Plaintiff begins cross-examination of Ramesh Krishnan | |
| | | 2:04 pm | Ex. 1558, previously admitted | |
| | | | Ex. 1620, previously admitted | |
| | | | Ex. 2196, previously admitted | |
| | | 2:05 pm | Ex. 1623, previously admitted | |
| 291 | | 2:08 pm | ADMITTED INTO EVIDENCE:  2014-10-11 Emami email to Littlefield re Synopsys DW keys expire Monday | |
| | | 2:12 pm | Ex. 1184, previously admitted | |

| | | **TRIAL DATE:**<br>October 22, 2024 | **REPORTER(S):**<br>Irene Rodriguez | **CLERK:**<br>Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 2:15 pm | Ex. 1224, previously admitted | |
| 134 | | 2:17 pm | ADMITTED INTO EVIDENCE: Meridian CDC Reference Manual, Version 5.0 | |
| | | 2:22 pm | Ex. 1558, previously admitted | |
| | | 2:24 pm | Ex. 1619, previously admitted | |
| 519 | OBJ | 2:26 pm | Offered into evidence | |
| | | 2:28 pm | Side Bar begins | |
| | | 2:31 pm | Side Bar ends | |
| 519 | | | ADMITTED INTO EVIDENCE: 2019-11-15 Krishnan email to Rajiv@realintent.com re CUST: Cisco: FW: Quick follow up | |
| | | 2:32 pm | Ex. 575, previously admitted | |
| | | 2:35 pm | Plaintiff completes cross-examination of Ramesh Kirshnan | |
| | | 2:36 pm | Defense begins re-direct examination of Ramesh Krishnan | |
| | | | Witness 15 Ramesh Krishnan excused | |
| | | | Defense calls Witness 16 Prakash Narain | |
| | | 2:37 pm | Witness sworn | |
| | | | Defense begins direct examination of Prakash Narain | |
| | | 3:20 pm | Court breaks for 15 min | |
| | | 3:35 pm | Court in session | |
| | | 3:38 pm | Defense continues direct examination of Prakash Narain | |
| | | 3:53 pm | Defense completes direct examination of Prakash Narain | |
| | | 3:54 pm | Plaintiff begins cross- examination of Prakash Narain | |
| 621 | | 3:55 pm | ADMITTED INTO EVIDENCE: *SEALED* | |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

| **TRIAL DATE:**<br>October 22, 2024 | | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK:**<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| 513 | | 3:57 pm | ADMITTED INTO EVIDENCE: *SEALED* | |
| 552 | | 4:00 pm | ADMITTED INTO EVIDENCE: 2014-09-24 Narain email to Kumar re CUST: Synopsys: Fwd: Re: Fwd: Download details for latest version | |
| 625 | | 4:02 pm | ADMITTED INTO EVIDENCE: Static Sign-Off Leadership presentation | |
| 600 | | 4:03 pm | ADMITTED INTO EVIDENCE: 2014-07-08 Narain email to Kumar re Presentation for Andy | |
| 601 | | 4:04 pm | ADMITTED INTO EVIDENCE: Real Intent 2015-2017 Plan | |
| 534 | | 4:07 pm | ADMITTED INTO EVIDENCE: 2015-12-07 - 2016 Real Intent Product Survey presentation | |
| 597 | | 4:11 pm | ADMITTED INTO EVIDENCE: *SEALED* | |
| 590 | | 4:12 pm | ADMITTED INTO EVIDENCE: Dec. 2017 Real Intent Product Strategy - Sales Kickoff | |
| | | 4:15 pm | Ex. 575, previously admitted | |
| 641 | | 4:20 pm | ADMITTED INTO EVIDENCE: *SEALED* | |
| 669 | OBJ | 4:25 pm | Offered into evidence | |
| | | 4:26 pm | Court admonishes Jury | |
| | | | Jury departs for the day | |
| | | 4:27 pm | Court in session with Counsel out of the presence of the Jury | |
| | | 4:30 pm | Court adjourns | |
| | | | Further Jury Trial Set for October 23, 2024 | |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**