UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>REAL INTENT, INC.,<br><br>        Defendant. | Case No. 20-cv-02819-EJD<br><br>**ORDER REGARDING PETER GILLEN DEPOSITION DESIGNATIONS**<br><br>Re: ECF No. 748 |

Before the Court are Real Intent's objections to certain counter designations of Synopsys to the deposition of Peter Gillen. ECF No. 748. After reviewing the submitted deposition designations and the parties' statements regarding the designations, the Court rules as follows:

| Synopsys' Counter Designations | Ruling | Reason |
|---|---|---|
| 151:5–152:9<br>172:22–174:3 | OVERRULED. | Prejudice and risk of confusion do not outweigh relevance. Counter designations are within the scope of Real Intent's designations because the counter designations reference terms in the agreement discussed in the affirmative designation. |
| 203:23–204:9<br>208:11–19 | OVERRULED. | Counter designations are within the scope of Real Intent's designations. Real Intent's affirmative designations involve Mr. Gillen's access to and use of Real Intent's manuals. Synopsys' counter designations provide context regarding Mr. Gillen's use of Real Intent user manuals—their "use case" of the manuals. |
| 225:10–18 | OVERRULED. | Prejudice and risk of confusion do not outweigh |

Case No.: 20-cv-02819-EJD
ORDER REGARDING GILLEN DEPOSITION DESIGNATIONS

1

| Synopsys' Counter Designations | Ruling | Reason |
|---|---|---|
| 229:23–230:1<br>231:2–6 | | relevance.  Counter designations are within the scope of Real Intent's designations.  The affirmative designations relate to Mr. Gillen's possession of Real Intent's Meridian 5.0 reference manual and use of Meridian CDC.  The counter designations ask about Mr. Gillen's knowledge of specific commands in connection with his use of Meridian CDC.<br><br>The Court will also permit Real Intent to affirmatively designate 230:6–10.  Synopsys objects to including 230:6–10 because that testimony refers to "get_clocks" without the associated option.  However, the testimony Synopsys seeks to include also references "add_to_collection" without the associated option.  The Court will permit both. |
| 285:21–286:11 | OVERRULED. | Prejudice and risk of confusion do not outweigh relevance.  Counter designations are within the scope of Real Intent's designations.  The affirmative designations refer to CDC design faults that caused issues with customers.  The affirmative designations also refer to Meridian CDC.  The counter designations discuss Meridian CDC and, specifically, Synopsys' use of the tool to "improve and fix CDC design faults."  The Court will also permit Real Intent to affirmatively designate 286:12–24 in response to Synopsys' counter-designations to complete the testimony. |

**IT IS SO ORDERED.**

Dated: October 22, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 20-cv-02819-EJD
ORDER REGARDING GILLEN DEPOSITION DESIGNATIONS

2