UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SYNOPSYS, INC.,

        Plaintiff,

   v.

REAL INTENT, INC.,

        Defendant.

Case No.  20-cv-02819-EJD

**ORDER REGARDING OBJECTIONS TO TRIAL EXHIBITS**

Re: ECF No. 761

Before the Court are Synopsys' objections to trial exhibits Real Intent intends to offer into evidence. ECF No. 761. After reviewing the submitted exhibits and the parties' statements regarding the exhibits, the Court rules as follows:

| Exhibit | Ruling | Reason |
|---|---|---|
| TX2071 | SUSTAINED. | Real Intent's proposed redactions are insufficient. The Court's redactions to remove information suggesting business activity prohibited by the Court's ruling on MIL No. 31 would render the document unintelligible and therefore the exhibit would be of no assistance to the jury. Time spent explaining the redactions would be more prejudicial than probative. The Court will address deposition testimony concerning this exhibit separately. |
| TX1588 | SUSTAINED. | Contains hearsay within hearsay. The state of mind exception does not apply to the second level of hearsay. |
| TX255 | OVERRULED | *See* ECF No. 760. |

Case No.: 20-cv-02819-EJD
ORDER REGARDING OBJECTIONS TO TRIAL EXHIBITS (ECF NO. 761)

1

| | AS MOOT. | |
|---|---|---|
| TX332 | OVERRULED AS MOOT. | Withdrawn per ECF 772. |
| TX1565, TX1566, TX1567 | OVERRULED. | Prejudice and risk of confusion do not outweigh relevance.  Hearsay does not bar admission of these exhibits. |
| TX1608, TX1609, TX1610, TX1613, TX1614 | OVERRULED AS MOOT. | Withdrawn per ECF 772. |
| TX1611, TX1612 | OVERRULED. | Prejudice and risk of confusion do not outweigh relevance.  Hearsay does not bar admission of these exhibits. |
| TX1615, TX1616 | OVERRULED. | Prejudice and risk of confusion do not outweigh relevance.  Hearsay does not bar admission of these exhibits. |

**IT IS SO ORDERED.**

Dated: October 22, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 20-cv-02819-EJD
ORDER REGARDING OBJECTIONS TO TRIAL EXHIBITS (ECF NO. 761)
2