UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**TITLE:** *SYNOPSYS v. REAL INTENT*
**CASE NUMBER**: 5:20-CV-02819 EJD

## Civil Minutes and Trial Log

Date: October 23, 2024

Time in Court: **6 hr, 31 min** (9:26-11:01 AM; 11:15 AM – 12:25 PM; 1:43-3:30 PM; 3:30-4:06 PM; 4:16-5:48 PM)

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present: Krista S. Schwartz, Barrington Dyer, Joshua D. Anderson, Stephen Henrick, Alex Rhim, Jacob Karim, Christopher Lee, Shaimaa M. Hussein, Devon W. Edwards, Dane Sowers

Also Present: Ryan Knecht (Trial Technician)
Frank Castro (Paralegal)

Defendant Attorney(s) present: Robert A. Van Nest, Reid P. Mullen, Ryan K. Wong, Cody Gray, Kristin Hucek, Theresa M. Dawson, Victor Chiu, Bilal Malik, Catherine C. Porto, Elizabeth A. Heckmann

Also Present: Brooklyn Botello (Trial Technician)
Kathy Corey, Sam Rattigan, Susan Cole (Paralegals)

**PROCEEDINGS: Jury Trial (Day 6)**

Jury Trial Held.  Further Jury Trial set for October 24, 2024, at 9:00 AM

*See* attached Trial Log.

**The following exhibits are marked for identification:**
Plaintiff:     669, 88, 486, 426, 603, 568
Defendant:  1021, 1039, 1022, 1024, 1036, 425, 429, 255, 1565, 1566, 1611, 1612, 2198

**The following exhibits are admitted into evidence:**
Plaintiff:     **669, 88, 486, 426, 603, 568**
Defendant:  **1021, 1039, 1022, 1024, 1036, 425, 429, 255, 1565, 1566, 1611, 1612, 2198**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name: *Synopsys v. Real Intent*
Case No: 5:20-cv-02819EJD

# TRIAL LOG

| TRIAL DATE:<br>October 23, 2024 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 9:26 am | Court in session |
| | | | Court queries Jury re previous admonishment |
| | | 9:27 am | Defense calls Witness 17 Prashant Sethia |
| | | | Court addresses Jury re Trial schedule |
| | | 9:29 am | Witness sworn |
| | | | Defense begins direct examination of Prashant Sethia |
| | 1021 | 9:34 am | ADMITTED INTO EVIDENCE: *SEALED* |
| | 1039 | 9:41 am | ADMITTED INTO EVIDENCE: *SEALED* |
| | 1022 | 9:49 am | ADMITTED INTO EVIDENCE: *SEALED* |
| | 1024 | 9:50 am | ADMITTED INTO EVIDENCE: *SEALED* |
| | 1036 | 9:51 am | ADMITTED INTO EVIDENCE: *SEALED* |
| | | | Defense completes direct-examination of Prashant Sethia |
| | | | Plaintiff begins cross-examination of Prashant Sethia |
| | | 9:55 am | Plaintiff completes cross-examination of Prashant Sethia |
| | | 9:56 am | Defense begins re-direct examination of Prashant Sethia |

| TRIAL DATE: October 23, 2024 | | | REPORTER(S): Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | | Defense completes re-direct examination of Prashant Sethia | |
| | | | Witness 17 Prashant Sethia excused | |
| | | 9:57 am | Witness 16 Prakash Narain returns to the stand | |
| | | | Plaintiff continues cross-examination of Prakash Narain | |
| 669 | | | ADMITTED INTO EVIDENCE: June 2010 PrimeTime Distributed Mulit-Scenario Analysis User Guide | |
| 88 | | 10:02 am | ADMITTED INTO EVIDENCE: 2012-09-24 Real Intent - Synopsys License Agreement | |
| | | 10:14 am | Plaintiff completes cross-examination of Prakash Narain | |
| | | 10:15 am | Defense begins re-direct examination of Prakash Narain | |
| | | 10:16 am | Ex. 534, previously admitted | |
| | | 10:20 am | Ex. 590, previously admitted | |
| | | 10:22 am | Ex. 601, previously admitted | |
| | | 10:23 am | Ex. 641, previously admitted (Sealed) | |
| | | 10:26 am | Ex. 669, previously admitted | |
| | | 10:29 am | Defense completes re-direct examination of Prakash Narain | |
| | | | Plaintiff begins re-cross-examination of Prakash Narain | |
| | | | Ex. 601, previously admitted | |
| | | 10:30 am | Plaintiff completes re-cross examination of Prakash Narain | |
| | | | Witness 16 Prakash Narain excused | |
| | | | Defense calls Witness 18 Vikas Sachdeva | |
| | | 10:31 am | Witness sworn | |
| | | 10:32 am | Defense begins direct examination of Vikas Sachdeva | |

| TRIAL DATE: October 23, 2024 | | | REPORTER(S): Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  | 10:44 am | Ex. 483, previously admitted (Sealed) | |
|  | 425 | 10:53 am | ADMITTED INTO EVIDENCE: *SEALED* | |
|  | 429 | 10:58 am | ADMITTED INTO EVIDENCE: *SEALED* | |
|  |  | 11:00 am | Pause to set up demonstratives | |
|  |  | 11:01 am | Court breaks for 14 min | |
|  |  | 11:15 am | Court in session | |
|  |  | 11:16 am | Defense continues direct examination of Vikas Sachdeva | |
|  |  |  | Demonstratives shown | |
|  |  | 11:28 am | Defense completes direct examination of Vikas Sachdeva | |
|  |  | 11:29 am | Plaintiff begins cross-examination of Vikas Sachdeva | |
|  | OBJ | 11:32 am | Plaintiff requests to play depo testimony | |
|  |  | 11:33 am | Plaintiff plays excerpt of deposition testimony of Vikas Sachdeva | |
| 486 |  | 11:37 am | ADMITTED INTO EVIDENCE: *SEALED* | |
| 426 |  | 11:40 am | ADMITTED INTO EVIDENCE: *SEALED* | |
|  |  | 11:42 am | Plaintiff completes cross-examination of Vikas Sachdeva | |
|  |  | 11:43 am | Defense begins re-direct examination of Vikas Sachdeva | |
|  |  |  | Ex. 486, Previously admitted (Sealed) | |
|  |  | 11:46 am | Defense completes re-direct examination of Vikas Sachdeva | |
|  |  | 11:47 am | Plaintiff begins re-cross-examination of Vikas Sachdeva | |
|  |  |  | Plaintiff completes re-cross examination of Vikas Sachdeva | |
|  |  |  | Witness 18 Vikas Sachdeva excused | |

4

| TRIAL DATE: October 23, 2024 | | REPORTER(S): Irene Rodriguez | | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | | Defense calls Witness 19 Graham Bell | |
| | | 10:48 am | Witness sworn | |
| | | 11:49 am | Defense begins direct examination of Graham Bell | |
| | 255 | 11:59 am | ADMITTED INTO EVIDENCE: 2013-07-08 Press release RI & SNPS announcing interoperability agreement | |
| | | 12:02 pm | Ex. 80, previously admitted | |
| | 1565 | 12:09 pm | ADMITTED INTO EVIDENCE: 2013-01-21 Faruque email to Bell re 4.eml | |
| | 1566 | 12:12 pm | ADMITTED INTO EVIDENCE: Microsoft 2007 PowerPoint Presentation Real Intent SNUG 2013 DCE graphics v1.pptx | |
| | 1611 | 12:15 pm | 2014-02-12 Faruque email to Bell re: RE: SNUG Silicon Valley 2014 DCE Booth Signage - Real Intent | |
| | 1612 | 12:17 pm | ADMITTED INTO EVIDENCE: CS3924 Sign1 36x48 Real intent IC Verif V2.pdf (email attachment re Ex. 1611) | |
| | | 12:21 pm | Defense completes direct examination of Graham Bell | |
| | | | Jury and Witness depart for break | |
| | | 12:22 pm | Court in session with Counsel re trial schedule | |
| | | 12:25 pm | Court breaks for 1 hr, 18 min | |
| | | 1:43 pm | Court in session | |
| | | 1:44 pm | Plaintiff begins cross-examination of Graham Bell | |
| | | 1:45 pm | Ex. 1565, previously admitted | |
| 603 | | 1:46 pm | 2012-12-21 Kirihennedighe email to Bell re in-Sync Request from Real Intent | |
| 568 | | 1:50 pm | ADMITTED INTO EVIDENCE: 2014-08-28 Price/Bell/Miller email string re Graham – exited to work together! | |
| | | | Ex. 945, previously admitted | |

| TRIAL DATE:<br>October 23, 2024 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 1:58 pm | Ex. 80, previously admitted | |
| | | 1:59 pm | Ex. 81, previously admitted | |
| 869 | OBJ | 2:20 pm | Offered into Evidence | |
| | | | Objection Sustained | |
| | | 2:03 pm | Plaintiff requests side bar | |
| | | 2:08 pm | Side Bar begins | |
| | | 2:17 pm | Side Bar ends | |
| | | | Plaintiff continues cross-examination of Graham Bell | |
| | | 2:23 pm | Side Bar begins | |
| | | 2:26 pm | Side Bar ends | |
| | | | Plaintiff continues cross-examination of Graham Bell | |
| | | 2:27 pm | Ex. 1612, previously admitted | |
| | | 2:28 pm | Plaintiff completes cross-examination of Graham Bell | |
| | | 2:29 pm | Witness 19 Graham Bell excused | |
| | | 2:30 pm | Defense calls Witness 20 Rajiv Kumar | |
| | | 2:31 pm | Defense begins direct examination of Rajiv Kumar | |
| | 2198 | 2:51 pm | ADMITTED INTO EVIDENCE: 2009 PureTime Reference Manual | |
| | | 3:29 pm | Defense completes direct examination of Rajiv Kumar | |
| | | 3:30 pm | Court breaks for 9 min | |
| | | 3:39 pm | Court in session | |
| | | | Plaintiff begins cross-examination of Rajiv Kumar | |
| | | 3:55 pm | Ex. 486, previously admitted (Sealed) | |

| **TRIAL DATE:**<br>October 23, 2024 | | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK:**<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 3:59 pm | Court admonishes Jury | |
| | | 4:00 pm | Jury and Witness 20 Rajiv Kumar departs for day | |
| | | | Court in session with Counsel out of presence of Jury and Witnesses | |
| | | 4:06 pm | Court breaks for 10 min | |
| | | 4:16 pm | Court in session with Counsel out of presence of Jury and Witnesses | |
| | | | Charging conference held | |
| | | 5:48 pm | Court adjourns | |
| | | | Further Jury Trial set for October 24, 2024 | |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**