UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL INTENT, INC.,<br><br>    Defendant. | Case No.  20-cv-02819-EJD<br><br>**ORDER REGARING SYNOPSYS' OBJECTIONS TO DEMONSTRATIVES OF MELISSA BENNIS**<br><br>Re: ECF No. 765 |

Before the Court are Synopsys' objections to Dr. Melissa Bennis' demonstratives (ECF No. 765) and Real Intent's response to the objections (ECF No. 778). After reviewing the demonstratives and the parties' statements regarding the demonstratives, the Court rules as follows[1]:

Ms. Bennis has revised slides[2] 2–8, 16, 22, 28, 29 such that Synopsys' pending objections have been sufficiently addressed. Ms. Bennis' revisions have either clarified the source of certain technical statements or removed what may be perceived as her own technical opinions. Therefore, the Court OVERRULES AS MOOT Synopsys' objections to these slides.

As to slides 9–15, the Court OVERRULES Synopsys' objections. These are excerpts of documents Ms. Bennis relied on in forming her opinion. Synopsys' concerns are more appropriate

---

[1] The Court observes that throughout the course of this trial, both parties have submitted numerous objections that are essentially factual disputes which would be more appropriate to raise via cross-examination. The Federal Rules of Evidence are not a substitute for cross-examination.

[2] Citations to slides refer to Real Intent's revised slides submitted to the Court on October 23, 2024 at 12:59 a.m.

Case No.: 20-cv-02819-EJD
ORDER REGARDING OBJECTIONS TO BENNIS DEMONSTRATIVES
1

for cross-examination or live objection to Ms. Bennis' testimony should her testimony stray beyond her expertise.

As to slide 27, the Court SUSTAINS IN PART Synopsys' objection. The first bullet point veers into technical issues outside Ms. Bennis' expertise. Real Intent must either remove or revise that bullet point. Synopsys' objections to this slide are otherwise OVERRULED.

**IT IS SO ORDERED.**

Dated: October 23, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 20-cv-02819-EJD
ORDER REGARDING OBJECTIONS TO BENNIS DEMONSTRATIVES
2