| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>Krista S. Schwartz (Bar No. 303604)<br>kschwartz@willkie.com<br>Barrington Dyer (Bar No. 264762)<br>bdyer@willkie.com<br>Joshua D. Anderson (Bar No. 312836)<br>jdanderson@willkie.com<br>Stephen Henrick (Bar No. 310539)<br>shenrick@willkie.com<br>Alex Rhim (Bar No. 333508)<br>arhim@willkie.com<br>Jacob Karim (Bar No. 340376)<br>jkarim@willkie.com<br>Christopher J. Lee (Bar No. 342055)<br>clee3@willkie.com<br>Shaimaa M. Hussein (Pro Hac Vice)<br>shussein@willkie.com<br>Devon W. Edwards (Pro Hac Vice)<br>dedwards@willkie.com<br>Dane Sowers (Pro Hac Vice)<br>dsowers@willkie.com<br>333 Bush Street, 34th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 858-7400<br><br>Attorneys for Plaintiff<br>SYNOPSYS, INC. | **KEKER, VAN NEST & PETERS LLP**<br>ROBERT A. VAN NEST - # 84065<br>rvannest@keker.com<br>REID P. MULLEN - # 270671<br>rmullen@keker.com<br>RYAN K. WONG - # 267189<br>rwong@keker.com<br>CODY GRAY - # 310525<br>cgray@keker.com<br>KRISTIN HUCEK - # 321853<br>khucek@keker.com<br>THERESA M. DAWSON - pro hac vice<br>tdawson@keker.com<br>VICTOR CHIU - # 305404<br>vchiu@keker.com<br>BILAL MALIK - # 318767<br>bmalik@keker.com<br>CATHERINE C. PORTO - #331168<br>cporto@keker.com<br>ELIZABETH A. HECKMANN - #347059<br>eheckmann@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  (415) 391-5400<br>Facsimile:   (415) 397-7188<br><br>Attorneys for Defendant<br>REAL INTENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>REAL INTENT, INC.,<br><br>        Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAW TRIAL EXHIBIT 336**<br><br>Judge:     Hon. Edward J. Davila<br><br>Date Filed: April 23, 2020<br><br>Trial Date: October 15, 2024 |

1   **WHEREAS** on Thursday, October 24, 2024, Real Intent called Randy Tinsley by deposition and his video deposition testimony was played to the jury;

3   **WHEREAS** prior to the introduction of his deposition testimony, Real Intent moved into evidence TX336 without objection from Synopsys, and the Court admitted this exhibit into evidence;

6   **WHEREAS** TX336 is a duplicate version of the document, TX2071, that Real Intent had sought to introduce through the deposition testimony of Randy Tinsley in redacted form, but which document the Court excluded, *see* ECF 773;

9   **WHEREAS** the document listed by both parties on the joint exhibit list as TX336 and TX2071 was not shown to the jury as part of Mr. Tinsley's deposition, consistent with the Court's order, *see* ECF 773 and 784;

12   **WHEREAS** the introduction of TX336 was inadvertent and not intended by either party;

13   **WHEREAS** the parties agree that the withdrawal of TX336 is appropriate;

14   **NOW, THEREFORE, IT IS STIUPLATED AND AGREED THAT** TX336 as introduced into evidence on October 24, 2024, is hereby withdrawn and shall be removed from the list of admitted exhibits.

17   **IT IS SO STIPULATED.**

Dated: October 24, 2024                                    Respectfully Submitted

/s/ Kristin Hucek                                          /s/ Joshua D. Anderson
ROBERT A. VAN NEST                                         WILLKIE FARR & GALLAGHER LLP
REID P. MULLEN                                             KRISTA SCHWARTZ
RYAN K. WONG                                               BARRINGTON DYER
CODY GRAY                                                  JOSHUA D. ANDERSON
KRISTIN HUCEK                                              STEPHEN HENRICK
THERESA M. DAWSON                                          ALEX RHIM
VICTOR CHIU                                                JACOB KARIM
BILAL MALIK                                                CHRISTOPHER J. LEE
CATHERINE C. PORTO
ELIZABETH A. HECKMANN

Attorneys for Defendant                                    SHAIMAA M. HUSSEIN *(Pro Hac Vice)*
REAL INTENT, INC.                                          DEVON W. EDWARDS *(Pro Hac Vice)*
                                                           DANE SOWERS *(Pro Hac Vice)*

                                                           Attorneys for Plaintiff
                                                           SYNOPSYS, INC.

# [PROPOSED] ORDER

The foregoing stipulation is approved and TX336 is hereby **WITHDRAWN** from evidence and removed from the list of admitted exhibits.

**IT IS SO ORDERED.**

Dated: October 24, 2024     By: _____
                                Hon. Edward J. Davila