UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**TITLE:** *SYNOPSYS v. REAL INTENT*
**CASE NUMBER**: 5:20-CV-02819 EJD

## Civil Minutes and Trial Log

Date: October 24, 2024

Time in Court: **4 hr, 36 min** (9:50 AM – 12:04 PM; 12:18-12:57 PM; 2:23-3:36 PM; 3:48-4:18 PM)

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present: Krista S. Schwartz, Barrington Dyer, Joshua D. Anderson, Stephen Henrick, Alex Rhim, Jacob Karim, Christopher Lee, Shaimaa M. Hussein, Devon W. Edwards, Dane Sowers

Also Present: Ryan Knecht (Trial Technician)
Frank Castro (Paralegal)

Defendant Attorney(s) present: Robert A. Van Nest, Reid P. Mullen, Ryan K. Wong, Cody Gray, Kristin Hucek, Theresa M. Dawson, Victor Chiu, Bilal Malik, Catherine C. Porto, Elizabeth A. Heckmann

Also Present: Brooklyn Botello (Trial Technician)
Kathy Corey, Sam Rattigan, Susan Cole (Paralegals)

**PROCEEDINGS: Jury Trial (Day 8)**

Jury Trial Held. Further Jury Trial set for October 25, 2024, at 9:00 AM

*See* attached Trial Log.

**The following exhibits are marked for identification:**
Plaintiff:   327, 234, 199, 198, 666, 289, 244, 315, 865, 538, 222
Defendant:  1844, 140, 790, 1574, 1621, 1841, 1844, 140, 790, 1574, 1621, 1841, 2202

**The following exhibits are admitted into evidence:**
Plaintiff:   **327, 234, 199, 198, 666, 289, 244, 315, 865, 538, 222**
Defendant:  **1844, 140, 790, 1574, 1621, 1841, 1844, 140, 790, 1574, 1621, 1841, 2022**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name: *Synopsys v. Real Intent*
Case No: 5:20-cv-02819EJD

# TRIAL LOG

| TRIAL DATE:<br>October 24, 2024 | | REPORTER(S):<br>Irene Rodriguez | | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 9:50 am | Court in session with Counsel out of presence of Jury and Witnesses | |
| | | 9:57 am | Jury and Witness 20 Rajiv Kumar Present | |
| | | | Court queries Jury regarding previous admonition | |
| | | 9:58 am | Plaintiff continues cross-examination of Rajiv Kumar | |
| 327 | | 10:09 am | ADMITTED INTO EVIDENCE: *SEALED* (pp. 1492-1500 only) | |
| 234 | | 10:13 am | ADMITTED INTO EVIDENCE: SEALED | |
| 199 | OBJ | 10:17 am | Offered into Evidence | |
| | | | *Withdrawn* | |
| 198 | OBJ | 10:18 am | ADMITTED INTO EVIDENCE: 2014-04-24 Kumar email to Foley, Gorur, and others re Re:BUG 15454 on DW (p. 1 only) | |
| 666 | OBJ | 10:19 am | ADMITTED INTO EVIDENCE: 2015-10-26 Sachdeva email to Kumar re DW models | |
| 289 | | 10:21 am | ADMITTED INTO EVIDENCE: 2015-10-27 Hughes email to Kumar re DesignWare/VHDL IP Support | |
| 244 | | 10:22 am | ADMITTED INTO EVIDENCE: *SEALED* | |

2

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

| TRIAL DATE:<br>October 24, 2024 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| 315 | | 10:24 am | ADMITTED INTO EVIDENCE: *SEALED* | |
| | | 10:28 am | Ex. 181, previously admitted | |
| 865 | | 10:29 am | ADMITTED INTO EVIDENCE: Real Intent Design Compilation 2018.A | |
| 538 | | 10:35 am | ADMITTED INTO EVIDENCE: 2017-12-16 Boucher email to Kumar - re your 2017 annual review | |
| 222 | | 10:37 am | ADMITTED INTO EVIDENCE: 2012-12-21 Bell email to Kirihennedige et al. re in-Sync Request from Real Intent | |
| | | 10:39 am | Ex. 945, previously admitted | |
| | | 10:41 am | Ex. 575 (Sealed), previously admitted | |
| | | 10:44 am | PDX7 – Timeline Chart | |
| | | 10:46 am | Plaintiff completes cross-examination of Sajiv Kumar | |
| | | 10:47 am | Defense begins re-direct examination of Sajiv Kumar | |
| | | 10:57 am | Defense completes re-direct examination of Sajiv Kumar | |
| | | | Plaintiff begins re-cross-examination of Sajiv Kumar | |
| | | 11:02 am | Plaintiff completes re-cross-examination of Sajiv Kumar | |
| | | | Witness 20 Sajiv Kumar excused | |
| | | 11:03 am | Defense calls Witness 21 Karen Bartleson by video deposition testimony | |
| | | 11:05 am | Defense begins video deposition testimony of Karen Bartleson | |
| | 1844 | 11:08 am | ADMITTED INTO EVIDENCE: September 2013 Community Marketing Organization PowerPoint presentation | |
| | | 11:13 am | Defense completes video deposition testimony of Karen Bartleson | |
| | | | Defense calls Witness 22 Peter Gillen by video deposition testimony | |
| | | | ADMITTED INTO EVIDENCE: Exs. 140, 790, 1574, 1621, 1841 | |

3

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

| TRIAL DATE: October 24, 2024 | | REPORTER(S): Irene Rodriguez | | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 11:14 am | Defense begins video deposition testimony of Peter Gillen | |
| | | 11:52 am | Defense completes video deposition testimony of Peter Gillen | |
| | | | Defense calls Witness 23 Randy Tinsley by video deposition | |
| | 336 | 11:53 am | ADMITTED INTO EVIDENCE: | |
| | | | Defense begins video deposition testimony of Randy Tinsley | |
| | | 12:00 pm | Defense completes video deposition testimony of Randy Tinsley | |
| | | | Defense calls Witness 24 Jeffrey Morrison by video deposition testimony | |
| | | 12:01 pm | Defense begins video deposition testimony of Jeffrey Morrison | |
| | | 12:03 pm | Defense completes video deposition testimony of Jeffrey Morrison | |
| | | 12:04 pm | Court breaks for 14 min | |
| | | 12:18 pm | Court in session | |
| | | | Defense calls Witness 25 Melissa Bennis | |
| | | 12:19 pm | Witness sworn | |
| | | 12:20 pm | Defense begins direct examination of Melissa Bennis | |
| | | 12:23 pm | Melissa Bennis qualified to testify as expert witness | |
| | | 12:57 pm | Demonstrative displayed – pp. from Exs. 1877, 1865, 723, 752, 1915 (Sealed), 1919 (Sealed), 794 (Sealed), 758, 705, 818, 710, 705, 818, 710, 753, 1887, previously admitted | |
| | 2202 | 12:44 pm | ADMITTED INTO EVIDENCE: Synopsys SpyGlass Static Verification Revenue by Customer | |
| | | 12:54 pm | Defense completes direct examination of Melissa Bennis | |
| | | 12:55 pm | Jury and Witness depart Courtroom | |
| | | 12:26 pm | Court in session with Counsel out of presence of Jury and Witnesses | |

| TRIAL DATE: October 24, 2024 | | | REPORTER(S): Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 12:57 pm | Court breaks for 1 hr, 21 min | |
| | | | Ex. 336 – *Withdrawn* per Order on Stipulation of the Parties (ECF No. 788) | |
| | | 2:23 pm | Court in session | |
| | | 2:24 pm | Plaintiff begins cross-examination of Melissa Bennis | |
| | | 2:32 pm | Ex. 625, previously admitted | |
| | | 2:36 pm | Demonstrative displayed – DDX6 | |
| | | 2:38 pm | Ex. 753, previously admitted | |
| | | 2:43 pm | Ex. 757, previously admitted | |
| | | 2:58 pm | Ex. 463, previously admitted: Real_Intent_Invoices_2010_2016 spreadsheet | |
| | | 3:07 pm | Side Bar begins | |
| | | 3:10 pm | Side Bar ends | |
| | | | Plaintiff continues cross-examination of Melissa Bennis | |
| | | 3:12 pm | Ex. 705, previously admitted | |
| | | 3:15 pm | Demonstrative displayed re Ex. 1919 (Sealed) | |
| | | 3:17 pm | Ex. 519 (Sealed), previously admitted | |
| | | 3:20 pm | Demonstrative displayed – DDX6 | |
| | | 3:28 pm | Plaintiff completes cross-examination of Melissa Bennis | |
| | | | Defense begins re-cross-examination of Melissa Bennis | |
| | | 3:29 pm | Ex. 519 (Sealed), previously admitted | |
| | | 3:30 pm | Ex. 625, previously admitted | |
| | | 3:34 pm | Defense completes re-direct examination of Melissa Bennis | |

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC:

| TRIAL DATE:<br>October 24, 2024 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | | Plaintiff reserves Rule 50 motion | |
| | | 3:35 pm | Witness 25 Melissa Bennis excused | |
| | | 3:36 pm | Court breaks for 12 min | |
| | | 3:48 pm | Court in session | |
| | | 3:48 pm | Plaintiff calls Witness 26 Peter Gillen (Rebuttal) | |
| | | 3:49 pm | Witness sworn | |
| | | 3:50 pm | Plaintiff begins rebuttal examination of Peter Gillen | |
| | | 3:52 pm | Demonstrative displayed – PDX 11 | |
| 1528 | OBJ | 4:00 pm | Offered into Evidence | |
| | | | Sustained – further foundation to be laid | |
| 1528 | | 4:02 pm | ADMITTED INTO EVIDENCE: 2012-11-02 Kirihennedige/Krishnan/Gillen email string re [Support] CatchUp | |
| | | 4:06 pm | Plaintiff completes rebuttal examination of Peter Gillen | |
| | | 4:07 pm | Defense begins cross-examination | |
| | | 4:08 pm | Deposition Testimony of Peter Gillen played: 12:15-19 | |
| | | 4:09 pm | Defense completes cross-examination of Peter Gillen | |
| | | | Witness 26 Peter Gillen excused | |
| | | 4:11 pm | Side Bar begins | |
| | | 4:16 pm | Side Bar ends | |
| | | | Jury departs for day | |
| | | | Court in session with Counsel out of presence of Jury and Witnesses | |
| | | 4:18 pm | Court adjourns | |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

| **TRIAL DATE:** October 24, 2024 | | | **REPORTER(S):** Irene Rodriguez | **CLERK**: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  |  | Further Jury Trial set for October 25, 2024 | |