UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**TITLE:** *SYNOPSYS v. REAL INTENT*
**CASE NUMBER**: 5:20-CV-02819 EJD

# Civil Minutes and Trial Log

Date: October 25, 2024

Time in Court: **3 hr, 41 min** (8:15-8:28 AM; 8:38-8:56 AM; 9:13-11:18 AM; 11:35 AM - 12:22 PM; 2:25-2:37 PM; 3:05-3:09 PM; 4:04-4:06 PM)

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter: Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present: Krista S. Schwartz, Barrington Dyer, Joshua D. Anderson, Stephen Henrick, Alex Rhim, Jacob Karim, Christopher Lee, Shaimaa M. Hussein, Devon W. Edwards, Dane Sowers

Also Present: Ryan Knecht (Trial Technician)
Frank Castro (Paralegal)

Defendant Attorney(s) present: Robert A. Van Nest, Reid P. Mullen, Ryan K. Wong, Cody Gray, Kristin Hucek, Theresa M. Dawson, Victor Chiu, Bilal Malik, Catherine C. Porto, Elizabeth A. Heckmann

Also Present: Brooklyn Botello (Trial Technician)
Kathy Corey, Sam Rattigan, Susan Cole (Paralegals)

---

**PROCEEDINGS: Jury Trial (Day 9)**

Jury Trial Held. Jury Deliberations begin. Further Jury Deliberation set for October 28, 2024 at 9:00 AM.

*See* attached Trial Log.

**Exhibits Admitted:**

**Joint:** 2203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *Synopsys v. Real Intent*
Case No:  5:20-cv-02819EJD

# TRIAL LOG

| TRIAL DATE:<br>October 25, 2024 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 8:15 am | Court in session with Counsel out of presence of Jury and Witnesses |
| | | 8:28 am | Court breaks for 10 min |
| | | 8:38 am | Court in session with Counsel out of presence of Jury and Witnesses |
| | | | ADMITTED INTO EVIDENCE: Joint Ex. 2203, per stipulation |
| | | 8:56 am | Court breaks for 17 min |
| | | 9:13 am | Court in session |
| | | 9:14 am | Court queries Jury re previous admonition |
| | | | Plaintiff begins closing argument |
| | | 9:57 am | Plaintiff completes closing argument |
| | | 9:58 am | Defense begins closing argument |
| | | 11:01 am | Defense completes closing argument |
| | | | Plaintiff begins rebuttal argument |
| | | 11:18 am | Plaintiff completes rebuttal argument |
| | | | Court breaks for 17 min |
| | | 11:35 am | Court in session |
| | | | Court begins Final Jury Instructions |
| | | 12:21 pm | Court completes Final Jury Instructions |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

| TRIAL DATE: October 25, 2024 | | | REPORTER(S): Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | | Court Security Officer sworn | |
| | | 12:22 pm | Jury departs for deliberations | |
| | | | Court breaks for 2 hr, 3 min | |
| | | 2:25 pm | Court in session | |
| | | | Court in receipt of Jury Note 1 | |
| | | 2:37 pm | Response to Jury Note 1 completed | |
| | | | Court breaks for 28 min | |
| | | 3:05 pm | Court in session | |
| | | | Court in receipt of Jury Note 2 | |
| | | 3:06 pm | Court completes response to Jury Note 2 | |
| | | 3:07 pm | Court in receipt of Jury Note 3 | |
| | | 3:09 pm | Court completes response to Jury Note 3 | |
| | | | Court breaks for 55 min | |
| | | 4:04 pm | Court in session | |
| | | | Court in receipt of Jury Note 4 | |
| | | 4:06 pm | Court completes response to Jury Note 4 | |
| | | | Court adjourns | |
| | | | Further Jury Deliberations set for October 28, 2024, at 9:00 a.m. | |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**