UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## TITLE: *SYNOPSYS v. REAL INTENT*
## CASE NUMBER: 5:20-CV-02819 EJD

## Civil Minutes and Trial Log

Date: October 28, 2024

Time in Court: 6 min (9:54-10:00 AM)

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:   Krista S. Schwartz, Barrington Dyer, Shaimaa Hussein

Defendant Attorney(s) present:  Robert A. Van Nest, Reid P. Mullen, Ryan K. Wong, Victor Chiu, Bilal Malik, Elizabeth Heckmann

Also Present: Susan Cole (Paralegal)

**PROCEEDINGS: Jury Trial (Day 10)**
Jury Deliberations held.  Further Jury Deliberation set for October 29, 2024 at 9:00 AM.

*See* attached Trial Log.

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *Synopsys v. Real Intent*
Case No:  5:20-cv-02819EJD

# TRIAL LOG

| TRIAL DATE:<br>October 28, 2024 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 9:54 am | Court in session with Counsel out of presence of Jury and Witnesses |
| | | | Response to Jury Note 5 prepared |
| | | 10:00 am | Court in recess |
| | | 11:33 am | Jury departs for the day |
| | | | Court adjourned |
| | | | Further Jury Deliberations set for October 29, 2024, at 9:00 a.m. |

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC: