UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**TITLE:** *SYNOPSYS v. REAL INTENT*
**CASE NUMBER**: **5:20-CV-02819 EJD**

## Civil Minutes and Trial Log

Date:  October 29, 2024

Time in Court:  **28 min** (10:36-10:46 AM; 11:19-11:37 AM)

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**

| | |
|---|---|
| Plaintiff Attorney(s) present: | Krista S. Schwartz, Barrington Dyer, Joshua D. Anderson, Stephen Henrick, Alex Rhim, Jacob Karim, Christopher Lee, Shaimaa M. Hussein, Devon W. Edwards, Dane Sowers |
| Defendant Attorney(s) present: | Robert A. Van Nest, Reid P. Mullen, Ryan K. Wong, Cody Gray, Kristin Hucek, Theresa M. Dawson, Victor Chiu, Bilal Malik, Catherine C. Porto, Elizabeth A. Heckmann |

---

**PROCEEDINGS:  Jury Trial (Day 11)**

Jury Deliberations held.  Jury Verdict reached.  Trial concluded.

Status Conference set for November 7, 2024, at 1:00 PM via Zoom Video Conference.

*See* attached Trial Log.

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *Synopsys v. Real Intent*
Case No:  5:20-cv-02819EJD

**TRIAL LOG**

| TRIAL DATE:<br>October 29, 2024 | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
| --- | --- | --- |

| PLF | DEFT | TIME | DESCRIPTION |
| --- | --- | --- | --- |
|  |  | 10:36 am | Court in session with Counsel out of presence of Jury and Witnesses |
|  |  | 10:39 am | Jury present |
|  |  | 10:42 am | Verdict published |
|  |  | 10:44 am | Jury polled |
|  |  | 10:46 am | Jury relieved of service |
|  |  |  | Jury departs |
|  |  |  | Court breaks for 43 min |
|  |  | 11:29 am | Court in session |
|  |  |  | Parties to confer re post-trial briefing schedule and sealing motions |
|  |  |  | Status Conference set for November 7, 2024, at 1:00 p.m. via Zoom Video Conference |
|  |  | 11:37 am | Court concluded |

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC: