UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>REAL INTENT, INC.,<br><br>          Defendant. | No.  5:20-cv-02819 EJD<br><br>**VERDICT FORM** |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

**YOUR ANSWERS MUST BE UNANIMOUS**

1. What amount of lost profits, if any, has Synopsys proven by a preponderance of the evidence that Synopsys would have earned but for Real Intent's copying of commands/options and attributes, with syntax, from Design Vision after April 2013?

   Lost Profits $ 248,776

2. What amount of harm, if any, has Real Intent proven by a preponderance of the evidence that Synopsys could have mitigated (reduced) for Real Intent's copying of commands/options and attributes, with syntax, from Design Vision after April 2013 with reasonable efforts or expenditures?

   Mitigation $ 0
   (to be deducted from Lost Profits, if any)

3. What amount, if any, has Synopsys proven by a preponderance of the evidence that Real Intent was unjustly enriched by its use and access of DesignWare files?

   Unjust Enrichment $ 297,500

Please sign and date the verdict form and return it to the Court.

DATE: 10-29-24

_[signed] Doug Rh_
PRESIDING JUROR