**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>REAL INTENT, INC., <br><br>　　　　Defendant. | Case No.  5:20-cv-02819 EJD <br><br><br><br>**REDACTED PUBLIC VERSION** |

**ADMITTED TRIAL EXHIBIT LIST**

*SYNOPSIS, INC. v. REAL INTENT, INC.*
Case No. 5:20-CV-02819 EJD

## ADMITTED TRIAL EXHIBIT LIST

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 79 | 2014-04-04 in-Sync License and Cooperative Agreement between Synopsys, Inc. and Real Intent, Inc. | 10/17/2024 | Swami Venkat* |
| 80 | 2013-04-10 in-Sync License and Cooperative Agreement between Synopsys, Inc. and Real Intent, Inc. | 10/17/2024 | Swami Venkat* Graham Bell |
| 81 | 2016-03-10 in-Sync License and Cooperative Agreement between Synopsys, Inc. and Real Intent, Inc. | 10/17/2024 | Swami Venkat* Graham Bell |
| 82 | 2017-04-05 Synopsys and Real Intent Loan Agreement | 10/17/2024 | Swami Venkat* |
| 83 | 2015-03-26 in-Sync License and Cooperative Agreement between Synopsys, Inc. and Real Intent, Inc. | 10/17/2024 | Swami Venkat* |
| 88 | 2012-09-24 Real Intent - Synopsys License Agreement | 10/23/2024 | Prakash Narain* Peter Gillen |
| 104 | December 2017 Using the Synopsys Design Constraints Format Application Note Version 2.1 | 10/18/2024 | Sandra Ma* |
| 105 | January 2000 Using the Synopsys Design Constraints Format Application Note, Version 1999.10 | 10/18/2024 | Sandra Ma* |
| 106 | May 2000 Using the Synopsys Design Constraints Format Application Note Version 2000.05 | 10/18/2024 | Sandra Ma* |
| 107 | November 2000 Using the Synopsys Design Constraints Format Application Note Version 2000.11 | 10/18/2024 | Sandra Ma* |
| 108 | September 2005 Using the Synopsys Design Constraints Format Application Note Version X-2005.09 | 10/18/2024 | Sandra Ma* |
| 123 | June 2015 Design Compiler User Guide Version K-2015.06 | 10/18/2024 | Sandra Ma* |
| 126 | March 2016 Design Compiler User Guide Version L-2016.03 | 10/18/2024 | Sandra Ma* |

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 130 | June 2012 Design Compiler User Guide Version G-2012.06 | 10/18/2024 | Sandra Ma* |
| 134 | Meridian CDC Reference Manual, Version 5.0 | 10/22/2024 | Ramesh Kirshnan*<br>Peter Gillen |
| 140 | Meridian CDC User's Guide version 5.0 | 10/24/2024 | Peter Gillen* |
| 165 | [FE-1244] Need use_dw_library switch analog to use_fpga_library | 10/18/2024 | Henry Verheyen* |
| 180 | *SEALED* - | 10/22/2024 | Jay Littlefield* |
| 181 | *SEALED* – | 10/18/2024 | Henry Verheyen*<br>Rajiv Kumar |
| 183 | *SEALED* – | 10/18/2024 | Henry Verheyen* |
| 184 | 2018-02-22 Sachdeva email to Littlefield re Random testbench generator for your DW testing | 10/18/2024 | Henry Verheyen* |
| 196 | 2014-04-29 Piper email to Littlefield re Support for simulation library models (e.g., DesignWare) (Depo Ex. 121) | 10/18/2024 | Lisa Piper* |
| 198 | 2014-04-24 Kumar email to Foley, Gorur, and others re BUG 15454 on DW (p. 1 only) | 10/24/2024 | Rajiv Kumar* |
| 201 | 2013-04-09 Bell Email to Faruque re scan apr 9 (excerpted pp 3, 5-7 only) | 10/16/2024 | Swami Venkat* |
| 219 | 2019-03-11 Sachdeva email to Littlefield re Re: [CUST: Hyperstone] DW support | 10/18/2024 | Lisa Piper* |
| 222 | 2012-12-21 Bell email to Kirihennedige et al. re in-Sync Request from Real Intent | 10/24/2024 | Rajiv Kumar* |
| 234 | SEALED – | 10/24/2024 | Rajiv Kumar* |

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 242 | 2018-02-07 Dewangan email to Verheyen re Hi Ramesh | 10/18/2024 | Henry Verheyen* |
| 244 | *SEALED -* | 10/24/2024 | Rajiv Kumar* |
| 246 | 2017-11-16 Verheyen email to Littlefield re question on calling designWare functions | 10/18/2024 | Henry Verheyen* |
| 255 | 2013-07-08 Press release RI & SNPS announcing interoperability agreement | 10/23/2024 | Graham Bell* |
| 265 | *SEALED –* | 10/18/2024 | Henry Verheyen* |
| 266 | *SEALED* | 10/18/2024 | David Boucher* |
| 272 | *SEALED –* | 10/18/2024 | Henry Verheyen* |
| 289 | 10/27/2015 email from R. Hughes R. Kumar re DesignWare/VHDL IP Support | 10/24/2024 | Rajiv Kumar* |
| 291 | 2014-10-11 Emami email to Littlefield re Synopsys DW keys expire Monday | 10/22/2024 | Ramesh Kirshnan* |
| 301 | *SEALED –* | 10/18/2024 | Henry Verheyen* |
| 315 | *SEALED -* | 10/24/2024 | Rajiv Kumar* |
| 319 | 2018-02-26 Verheyen email to Moore re FE-1237 Need synthesizable designware | 10/18/2024 | Henry Verheyen* |
| 322 | *SEALED –* | 10/18/2024 | Henry Verheyen* |
| 323 | *SEALED –* 2018-01-30 Verheyen email to Katzir re Keysight DW models | 10/18/2024 | Henry Verheyen* |
| 324 | 2018-05-03 Verheyen email to Aepala re DW Library | 10/18/2024 | Henry Verheyen* |

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 327 | *SEALED* - (pp. 1492-1500 only) | 10/24/2024 | Rajiv Kumar* |
| 339 | Dr. Stephen Edwards Exhibit F-1 - Design Compiler commands and options (1006 summary) | 10/18/2024 | Stephen Edwards* |
| 341 | Dr. Stephen Edwards Exhibit F-3 - VC Static/Spyglass commands and options (1006 summary) | 10/18/2024 | Stephen Edwards* |
| 344 | Dr. Stephen Edwards Exhibit H - Commands and Options of Ascent and Meridian (1006 summary) | 10/18/2024 | Stephen Edwards* |
| 419 | *SEALED* | 10/18/2024 | Daryl Kowalski* David Boucher |
| 421 | [ENV-17] Samsung: Investigate support for trace_driver (not an SDC or PrimeTime command, it is a DC commad) and other JIRA tickets | 10/21/2024 | Sarath Kirihennedige* |
| 425 | *SEALED* - | 10/23/2024 | Vikas Sachdeva* |
| 426 | *SEALED* - | 10/23/2024 | Vikas Sachdeva* |
| 429 | *SEALED* - | 10/23/2024 | Vikas Sachdeva* |
| 460 | Spreadsheet: Real_Intent_Products_Customers_2017_Now.xlsx | 10/22/2024 | per Stipulation Brian Napper* |
| 463 | Spreadsheet: Real_Intent_Invoices_2010_2016.xlsm | 10/22/2024 | per Stipulation Melissa Bennis* |
| 483 | *SEALED* | 10/18/2024 | David Boucher* Vikas Sachdeva |

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 486 | SEALED - ▓▓▓ | 10/23/2024 | Vikas Sachdeva*<br>Rajiv Kumar |
| 513 | SEALED – ▓▓▓ | 10/22/2024 | Prakash Narain* |
| 519 | SEALED - ▓▓▓ | 10/22/2024 | Ramesh Kirshnan*<br>Melissa Bennis |
| 534 | 2015-12-07 - 2016 Real Intent Product Survey presentation | 10/22/2024 | Prakash Narain* |
| 538 | 2017-12-16 Boucher email to Kumar - re your 2017 annual review | 10/24/2024 | Rajiv Kumar* |
| 552 | 2014-09-24 Narain email to Kumar re CUST: Synopsys: Fwd: Re: Fwd: Download details for latest version | 10/22/2024 | Prakash Narain* |
| 568 | 2014-08-28 Price/Bell/Miller email string re Graham – exited to work together! | 10/23/2024 | Graham Bell* |
| 575 | SEALED - ▓▓▓ | 10/18/2024 | Lisa Piper*<br>Ramesh Kirshnan<br>Prakash Narain<br>Rajiv Kumar |
| 590 | Dec. 2017 Real Intent Product Strategy - Sales Kickoff | 10/22/2024 | Prakash Narain* |
| 597 | SEALED - ▓▓▓ | 10/22/2024 | Prakash Narain* |
| 600 | SEALED - ▓▓▓ | 10/22/2024 | Prakash Narain* |
| 601 | Real Intent 2015-2017 Plan | 10/22/2024 | Prakash Narain*<br>Melissa Bennis |
| 603 | 2012-12-21 Kirihennedighe email to Bell re in-Sync Request from Real Intent | 10/23/2024 | Graham Bell* |

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 612 | *SEALED* | 10/18/2024 | Oren Katzir* |
| 621 | *SEALED -* | 10/22/2024 | Prakash Narain* |
| 625 | Static Sign-Off Leadership presentation | 10/22/2024 | Prakash Narain*<br>Melissa Bennis |
| 641 | *SEALED -* | 10/22/2024 | Prakash Narain* |
| 666 | 2015-10-26 Sachdeva email to Kumar re DW models | 10/24/2024 | Rajiv Kumar* |
| 667 | *SEALED* | 10/18/2024 | Oren Katzir* |
| 669 | June 2010 PrimeTime Distributed Mulit-Scenario Analysis User Guide | 10/23/2024 | Prakash Narain* |
| 674 | September 2011 Using the Synopsys Design Constraints Format Application Note Version 1.9 | 10/18/2024 | Sandra Ma* |
| 676 | March 2016 Synthesis Variables and Attributes Version L-2016.03 | 10/18/2024 | Sandra Ma* |
| 677 | December 2010 Using the Synopsys Design Constraints Format Application Note Version 1.9 | 10/18/2024 | Sandra Ma* |
| 684 | June 2009 Using the Synopsys Design Constraints Format Application Note Version C-2009.06 | 10/18/2024 | Sandra Ma* |
| 700 | March 2016 Synthesis Tool Commands Version L-2016.03 | 10/18/2024 | Sandra Ma* |
| 705 | Feb 2020 Static Products Update | 10/21/2024 | Namit Gupta*<br>Brian Napper<br>Melissa Bennis |
| 706 | Feb 2018 SpyGlass and VC CDC/RDC Update | 10/21/2024 | per Stipulation<br>Namit Gupta* |

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 710 | November 2016 CDC MPR presentation | 10/21/2024 | Namit Gupta*<br>Melissa Bennis |
| 723 | March 16, 2020 Static MPR presentation | 10/21/2024 | Namit Gupta*<br>Brian Napper<br>Melissa Bennis |
| 727 | Jan 2020 Static Products Update presentation | 10/21/2024 | Namit Gupta* |
| 729 | June 2019 Static Verification Update (*as redacted*) | 10/17/2024 | Swami Venkat* |
| 731 | December 2019 3 Year Strategic Plan, Static | 10/21/2024 | Namit Gupta* |
| 733 | January 2017 CDC MPR presentation | 10/21/2024 | Namit Gupta*<br>Brian Napper |
| 746 | VC SpyGlass CDC Update: nVidia | 10/21/2024 | Namit Gupta* |
| 752 | June 15, 2020 Static MPR presentation | 10/21/2024 | Namit Gupta*<br>Melissa Bennis |
| 753 | February 2019 Static Verification Platform Update, SpyGlass & VC Platform Solution presentation | 10/21/2024 | Namit Gupta*<br>Brian Napper<br>Melissa Bennis |
| 757 | FY18 Threats for Static | 10/21/2024 | Namit Gupta*<br>Brian Napper<br>Melissa Bennis |
| 758 | March 2018 Static MPR presentation | 10/21/2024 | Namit Gupta*<br>Melissa Bennis |
| 763 | October 2014 SpyGlass CDC Issues | 10/21/2024 | per Stipulation |
| 768 | December 2012 Using the Synopsys® Design Constraints Format Application Note, Version 2.0 | 10/18/2024 | Sandra Ma* |
| 769 | *SEALED* | 10/18/2024 | Sandra Ma* |

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 775 | Using the Synopsys Design Constraints Format, Application Note, Version Z-2007.03, March 2007 | 10/18/2024 | Sandra Ma* |
| 777 | August 2001 Using the Synopsys Design Constraints Format Application Note, Version 2001.08 | 10/18/2024 | Sandra Ma* |
| 790 | Real Intent in SNPS: How to integrate into coreConsultant | 10/24/2024 | Peter Gillen* |
| 794 | *SEALED -* | 10/21/2024 | per Stipulation<br>Namit Gupta*<br>Melissa Bennis |
| 818 | 2018-10-01 Gupta email to De et al. re Bi-weekly static report 10/01 | 10/21/2024 | Namit Gupta*<br>Melissa Bennis |
| 819 | Spreadsheet: Functional Verification (SpyGlass) P&L.xlsx | 10/22/2024 | per Stipulation |
| 835 | Spreadsheet: SYNP00000016 4-4-23.xlsx | 10/22/2024 | per Stipulation |
| 850 | DesignWare Library - Datapath and Building Block IP | 10/17/2024 | Alexandre Tenca* |
| 865 | Real Intent Design Compilation 2018.A | 10/24/2024 | Rajiv Kumar* |
| 873 | Real Intent bug fix documents beginning with [LINT-4517] CUST: Maxim - New rule to flag usage of specified pragmas (need ability to flag synopsys enum pragma) | 10/21/2024 | Sarath Kirihennedige* |
| 893 | *SEALED –* | 10/18/2024 | Henry Verheyen* |
| 894 | *SEALED –* | 10/18/2024 | Henry Verheyen* |
| 895 | *SEALED –* | 10/18/2024 | Henry Verheyen* |
| 896 | *SEALED –* | 10/18/2024 | Henry Verheyen* |
| 898 | *SEALED -* | 10/22/2024 | Jay Littlefield* |
| 900 | *SEALED -* | 10/22/2024 | per Stipulation |

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 927 | *SEALED* - ▬▬▬▬▬▬▬▬▬▬▬ (*as redacted*) | 10/17/2024 | Swami Venkat*<br>Alexandre Tenca |
| 935 | *SEALED* - ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10/21/2024 | Stephen Edwards* |
| 945 | 2024-06-06 Kirihennedige/Kumar email string re Synopsys News Relase on VC CDC | 10/21/2024 | Sarath Kirihennedige*<br>Graham Bell<br>Rajiv Kumar |
| 961 | Synopsys presentation re "Static MPR" | 10/21/2024 | Namit Gupta*<br>Brian Napper |
| 969 | 1006 Summary of Elements Copied from Design Vision After April 2013 (Also in VC SpyGlass) (Derived from Edwards Exhibit I-1 and F-3) | 10/18/2024 | Stephen Edwards* |
| 972 | 1006 Summary: Schedules U-1 and U-2 to the Expert Report of Brian W. Napper, October 14, 2024 | 10/22/2024 | Brian Napper* |
| 973 | *SEALED* - ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10/22/2024 | per Stipulation |
| 974 | *SEALED* - ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10/22/2024 | per Stipulation |
| 1021 | *SEALED* - ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10/23/2024 | Prashant Sethia* |
| 1022 | *SEALED* - ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10/23/2024 | Prashant Sethia* |
| 1024 | *SEALED* - ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10/23/2024 | Prashant Sethia* |
| 1036 | *SEALED* - ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10/23/2024 | Prashant Sethia* |
| 1039 | *SEALED* - ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10/23/2024 | Prashant Sethia* |

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 1184 | 2011-10-14 Meridian CDC Reference Manual Version 4.0 | 10/22/2024 | Ramesh Kirshnan* |
| 1224 | 2012-09-18 Meridian CDC Reference Manual, Version 4.1 | 10/22/2024 | Ramesh Kirshnan* |
| 1528 | 2012-11-02 Kirihennedige/Krishnan/Gillen email string re [Support] CatchUp | 10/24/2024 | Peter Gillen* |
| 1558 | 2013-01-17 Krishnan email to support@realintent.com re [Support] CUST: Synopsys: Fwd: RE: get—cells -hsc and handling the * | 10/22/2024 | Ramesh Kirshnan* |
| 1565 | 2013-01-21 Faruque email to Bell re 4.eml | 10/23/2024 | Graham Bell* |
| 1566 | Microsoft 2007 PowerPoint Presentation Real Intent SNUG 2013 DCE graphics v1.pptx | 10/23/2024 | Graham Bell* |
| 1574 | 2012-06-28 Emami email to Narain et al. re Evaluation Status | 10/24/2024 | Peter Gillen* |
| 1607 | 2012-05-10 Littlefield email to Krishnan re Ascent and Meridian Evaluation License and Download Instructions | 10/22/2024 | Ramesh Kirshnan* |
| 1611 | 2014-02-12 Faruque email to Bell re: RE: SNUG Silicon Valley 2014 DCE Booth Signage - Real Intent | 10/23/2024 | Graham Bell* |
| 1612 | CS3924 Sign1 36x48 Real intent IC Verif V2.pdf (email attachment re Ex. 1611) | 10/23/2024 | Graham Bell* Rajiv Kumar |
| 1619 | 2012-12-11 Krishnan email to support@realintent.com re [Support] SVR: Synopsys: 12/11/2012 | 10/22/2024 | Ramesh Kirshnan* Peter Gillen |
| 1620 | 2012-12-04 Gillen email to Krishnan re [Support] Meridian Questions | 10/22/2024 | Ramesh Kirshnan* |
| 1621 | 2012-11-05 Krishnan email to Gillen re [Support] Meridian Questions | 10/24/2024 | Peter Gillen* |
| 1623 | 2011-10-07 Krishnan email to support@realintent.com re [Support] SVR: Synopsys -- Weekly Summary | 10/22/2024 | Ramesh Kirshnan* |
| 1841 | 2015-03-10 Faruque email to Gillen re in-Sync Contact Form - from Real Intent (August in December) | 10/24/2024 | Peter Gillen* |

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 1844 | September 2013 Community Marketing Organization PowerPoint presentation | 10/24/2024 | Karen Bartleson* |
| 1856 | 2019-03-22 Gupta email to Gandhi re Bi-weekly static report 03/22 | 10/17/2024 | Swami Venkat* |
| 1857 | 2019-04-03 Mondal email to Seshadri et al. re [vg-proj-update] SpyGlass CDC/RDC Bi-Weekly Status report [03/31/2019] | 10/21/2024 | per Stipulation |
| 1858 | 2019-04-20 Mondal email to Seshadri et al. re [vg-proj-update] SpyGlass CDC Bi-Weekly Status report [04/18/2019] | 10/21/2024 | per Stipulation |
| 1865 | 2018-02-28 Competition Threat – SpyGlass Base Update PPT presentation | 10/21/2024 | Namit Gupta* Melissa Bennis |
| 1869 | 2019-04-25 Herlekar email to Gupta et al. re Static engagements/escalations review | 10/17/2024 | Swami Venkat* |
| 1873 | May 2019 Manoj Bhatnagar, Swami Venkat, Vivek Prasad Slide Deck - *Competitive Insights* | 10/17/2024 | Swami Venkat* |
| 1877 | May 2018 Static Verification Positioning and Rollout PPT Presentation | 10/21/2024 | Namit Gupta* Melissa Bennis |
| 1887 | 2016-12-21 Synopsys Verification Market Competitive Analysis | 10/17/2024 | Swami Venkat* Brian Napper Melissa Bennis |
| 1897 | 2018-04-18 Mortell Email to Faruque et al. re Product marketing and sales feedback needed to renew Real Intent's V/HDL Compiler and LC products renewal | 10/17/2024 | Swami Venkat* |
| 1898 | 2018-05-01 Alongi/Faruque/Swami Email String re Sales EAM approval needed to renew Real Intent's marketing loan agreement | 10/17/2024 | Swami Venkat* |
| 1915 | *SEALED* – | 10/21/2024 | per Stipulation Melissa Bennis* |

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 1919 | *SEALED* - | 10/21/2024 | Namit Gupta*<br>Melissa Bennis |
| 1931 | 2014-10-13 McDaniel Meeting confirmation to Chan, Coupal, Burnett, Paw, Faruque, Trivedi, Venkat, Peterson re Interop/Product Marketing account prep meeting | 10/17/2024 | Swami Venkat* |
| 1998 | 2019-11-25 Email re Bi-weekly static report - 11/25 | 10/21/2024 | per Stipulation |
| 2039 | 2021-06-21 Static MPR presentation | 10/21/2024 | Namit Gupta* |
| 2196 | 2012-12-10 Gillen email to Krishnan and Littlefield re [Support] Hello (Meridian 4.1) | 10/22/2024 | Ramesh Kirshnan* |
| 2198 | 2009 PureTime Reference Manual | 10/23/2024 | Rajiv Kumar* |
| 2200 | Real Intent Inc. Meridian-Constraints, SDC Support Matrix Excel Spreadsheet (msdc_support_matrix_v1.0.xlsx) | 10/21/2024 | Sarath Kirihennedige* |
| 2201 | *SEALED* - | 10/21/2024 | Sarath Kirihennedige* |
| 2202 | Synopsys SpyGlass Static Verification Revenue by Customer | 10/24/2024 | Melissa Bennis |
| 2203 | Demonstrative Charts of Undisputed Commands/Options, and Disputed Commands/Option and Attributes | 10/25/2024 | per Stipulation |