UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REAL INTENT, INC.,<br><br>　　　　　Defendant. | Case No. 5:20-cv-02819 EJD<br><br>**JURY NOTES DURING DELIBERATIONS** |

Attached are Jury Notes Nos. 1 through 6 received by the Court during the Jury's deliberations in the above-referenced matter.

                                              Mark B. Busby
                                              Clerk, United States District Court

DATED: November 7, 2024      By: _____
                                               Cheré Robinson
                                               Deputy Clerk to the Honorable Edward J. Davila

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:20-cv-02819 EJD
Case Title: *Synopsys, Inc. v. Real Intent, Inc.*

### NOTE FROM THE JURY DURING DELIBERATIONS

Date: 10/25/24

Time: 13:55

Note No. 1

1. The Jury has reached a unanimous verdict. [Please mark]   (____)

or

2. The Jury has the following question:

We will be leaving at 4pm today.

Does the entire jury panel have to be present for the verdict reading?

DATE: 10/25/24

_____
Signature of Juror

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**PRESIDING: JUDGE EDWARD J. DAVILA**
Case No. 5:20-cv-02819 EJD
Case Title: *Synopsys, Inc. v. Real Intent, Inc.*

### RESPONSE TO JURY NOTE NO. 1

All Jurors must be present until they are released from their service.

DATE: 10/25/2024

TIME: 2:31 pm

_____
Edward J. Davila
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:20-cv-02819 EJD
Case Title: *Synopsys, Inc. v. Real Intent, Inc.*

### NOTE FROM THE JURY DURING DELIBERATIONS

Date: 10/25

Time: 2:30

Note No. 2

1. The Jury has reached a unanimous verdict. [Please mark]   (____)

or

2. The Jury has the following question:

1. Can we please have some highlighters + post-its?

2. Can we write on evidence in the binders?

DATE: 10/25

Signature of Juror

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:20-cv-02819 EJD
Case Title: *Synopsys, Inc. v. Real Intent, Inc.*

RESPONSE TO JURY NOTE NO. 2

1. Yes, we will provide these to you.

2. Yes.

DATE:  10/25/2024

TIME:  2:37

Edward J. Davila
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:20-cv-02819 EJD
Case Title: *Synopsys, Inc. v. Real Intent, Inc.*

### NOTE FROM THE JURY DURING DELIBERATIONS

Date: 10/25/24

Time: 2:45

Note No. 3

1. The Jury has reached a unanimous verdict. [Please mark]   (____)

or

2. The Jury has the following question:

Q1 Can we get 2x more copies each of:
Admitted trial exhibit List - in order admitted
- in numerical order

Q2 how long does it take to gather court after we give our verdict?

DATE: 10/25/24

Signature of Juror

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**PRESIDING: JUDGE EDWARD J. DAVILA**
Case No. 5:20-cv-02819 EJD
Case Title: *Synopsys, Inc. v. Real Intent, Inc.*

## RESPONSE TO JURY NOTE NO. 3

1. We will provide those to you.

2. I have told the attorneys to assemble within 15 minutes of notice from the Court.

DATE: 10/25/2024

TIME: 3:09 pm

_____
Edward J. Davila
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:20-cv-02819 EJD
Case Title: *Synopsys, Inc. v. Real Intent, Inc.*

### NOTE FROM THE JURY DURING DELIBERATIONS

Date: 10/25/24

Time: 15:48

Note No. 4

1. The Jury has reached a unanimous verdict. [Please mark] (____)

or

2. The Jury has the following question:

Would it be possible to get the reports by Melissa Bennis and Brian Napper?

DATE: 10/25/24

Signature of Juror

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**PRESIDING: JUDGE EDWARD J. DAVILA**
Case No. 5:20-cv-02819 EJD
Case Title: *Synopsys, Inc. v. Real Intent, Inc.*

### RESPONSE TO JURY NOTE NO. 4

No.

DATE: 10/25/2024

TIME: 4:10 pm

_____
Edward J. Davila
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:20-cv-02819 EJD
Case Title: *Synopsys, Inc. v. Real Intent, Inc.*

### NOTE FROM THE JURY DURING DELIBERATIONS

Date: Oct. 28

Time: 9:28

Note No. 5

1. The Jury has reached a unanimous verdict.  [Please mark]   (____)

or

2. The Jury has the following question:

1. Can we please be provided with 2x copies of Admitted trial exhibit list — in order admitted — in numerical order

2. Can we please be provided with Mr. Nappers + Ms. Bennis' expert Reports?

DATE: Oct. 28

Signature of Juror

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:20-cv-02819 EJD
Case Title: *Synopsys, Inc. v. Real Intent, Inc.*

### RESPONSE TO JURY NOTE NO. 5

1. Please *see* response to Question 3. The Court understands these have been provided.

2. Please *see* Response to Question 4. You will not be provided copies of the expert reports.

DATE: 10/28/2024

TIME: 10:00

Edward J. Davila
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:20-cv-02819 EJD
Case Title: *Synopsys, Inc. v. Real Intent, Inc.*

### NOTE FROM THE JURY DURING DELIBERATIONS

Date: Oct. 29

Time: 10:14

Note No. 6

1. The Jury has reached a unanimous verdict. [Please mark]  (X)

or

2. The Jury has the following question:

_____

_____

_____

_____

_____

_____

DATE: Oct. 29                    _____
                                   Signature of Juror