UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>REAL INTENT, INC.,<br><br>    Defendant. | Case No. 5:20-cv-02819-EJD<br><br>**ORDER REGARDING POST-TRIAL MOTION BRIEFING**<br><br>Re: ECF No. 806 |

The Court is in receipt of the parties' Joint Post-Trial Conference Statement setting forth a proposed briefing schedule for post-trial motions. *See* ECF No. 806 ("Joint Statement"). Following the status conference held on November 7, 2024, the Court sets the following briefing schedule for post-trial motions:

| Event | Deadline |
|---|---|
| Opening briefs due for:<br>Synopsys' permanent injunction motion and<br>Real Intent's Rule 52 motion | December 13, 2024 |
| Opposition briefs to Synopsys' permanent injunction motion and Real Intent's Rule 52 motion due | January 10, 2025 |
| Opening briefs due for Rule 50(b)/59 motions | January 10, 2025 |
| Reply briefs to Synopsys' permanent injunction motion and Real Intent's Rule 52 motion due | January 24, 2025 |
| Opposition briefs to Rule 50(b)/59 motions due | January 24, 2025 |
| Reply briefs to Rule 50(b)/59 motions | February 7, 2025 |
| Motion Hearings | February 13, 2025, at 9:00 a.m. |
| Bill of costs due | 14 days following entry of judgment on permanent injunction and Rule 52 motions, pursuant to Civil Local Rule 54-1(a) |

| EVENT | DEADLINE |
|---|---|
| Briefing on attorneys' fees motions | Following the resolution of the post-trial motions |

Regarding the outstanding sealing issues, the Court ADOPTS the parties' proposal as stated in the Joint Statement.

**IT IS SO ORDERED.**

DATED:  November 14, 2024

_____
EDWARD J. DAVILA
United States District Judge