**WILLKIE FARR & GALLAGHER LLP**
Krista S. Schwartz (Bar No. 303604)
  kschwartz@willkie.com
Barrington Dyer (Bar No. 264762)
  bdyer@willkie.com
Joshua D. Anderson (Bar No. 312836)
  jdanderson@willkie.com
Stephen Henrick (Bar No. 310539)
  shenrick@willkie.com
Alex Rhim (Bar No. 333508)
  arhim@willkie.com
Jacob Karim (Bar No. 340376)
  jkarim@willkie.com
Christopher J. Lee (Bar No. 342055)
  clee3@willkie.com
Shaimaa M. Hussein (*Pro Hac Vice*)
  shussein@willkie.com
Devon W. Edwards (*Pro Hac Vice*)
  dedwards@willkie.com
Dane Sowers (*Pro Hac Vice*)
  dsowers@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Plaintiff
SYNOPSYS, INC.

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - # 84065
  rvannest@keker.com
REID P. MULLEN - # 270671
  rmullen@keker.com
RYAN K. WONG - # 267189
  rwong@keker.com
CODY GRAY - # 310525
  cgray@keker.com
KRISTIN HUCEK - # 321853
  khucek@keker.com
THERESA M. DAWSON - *pro hac vice*
  tdawson@keker.com
VICTOR CHIU - # 305404
  vchiu@keker.com
BILAL MALIK - # 318767
  bmalik@keker.com
CATHERINE C. PORTO - #331168
  cporto@keker.com
ELIZABETH A. HECKMANN - #347059
  eheckmann@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
REAL INTENT, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYNOPSYS, INC.<br><br>            Plaintiff,<br><br>     v.<br><br>REAL INTENT, INC.<br><br>            Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING PATENT INFRINGEMENT CLAIM WITH PREJUDICE AND RETAINING JURISDICTION**<br><br>Complaint Filed:  4/23/2021<br>Trial Date:         10/15/2024 |

1    Plaintiff Synopsys, Inc. and Defendant Real Intent, Inc. (collectively, "the Parties") by
and through their respective undersigned counsel, hereby submit this stipulated request for an
order dismissing Synopsys' patent infringement claim with prejudice;

WHEREAS, Synopsys has asserted a claim for infringement of U.S. Patent No. 9,721,057 ("the '057 patent") against Real Intent ("Patent Claim"), and Real Intent has denied all such allegations of, and liability for, infringement of the '057 patent and has asserted certain defenses, including but not limited to invalidity under 35 U.S.C. §§ 101 and 103;

WHEREAS, the Parties have entered into a confidential agreement ("Agreement") that fully resolves the Patent Claim;

WHEREAS, the Agreement and terms thereof are contingent on the entry of the instant order;

WHEREAS, the dismissal with prejudice pertains to Real Intent's alleged conduct to date and Synopsys retains the ability to assert the '057 patent against any future product or product version made, sold, offered for sale or imported into the U.S. by Real Intent or any successors or assigns that Synopsys in good faith believes to infringe one or more claims of the '057 patent;

WHEREAS, the entry of the instant order dismissing the Patent Claim renders moot Real Intent's motions *in limine* Nos. 9, 10, and 11 (ECF Nos. 500, 502, 507).

NOW THEREFORE, the Parties hereby jointly stipulate and request that the Court: (1) dismiss Synopsys' Patent Claim with prejudice; (2) deny Real Intent's motions *in limine* Nos. 9, 10, and 11 as moot; and (3) retain jurisdiction over the remaining non-federal-question contract claims through trial, post-trial proceedings, and any post-appeal proceedings.

| | | |
|---|---|---|
| Dated: November 21, 2024 | | Respectfully Submitted, |
| | | WILLKIE FARR & GALLAGHER LLP |
| | | By: */s/ Krista S. Schwartz* |
| | | Krista S. Schwartz<br>Barrington Dyer<br>Joshua D. Anderson<br>Stephen Henrick<br>Alex Rhim<br>Jacob Karim<br>Christopher J. Lee<br>Shaimaa M. Hussein *(Pro Hac Vice)*<br>Devon W. Edwards *(Pro Hac Vice)*<br>Dane Sowers *(Pro Hac Vice)* |
| | | Attorneys for Plaintiff<br>SYNOPSYS, INC. |
| Dated: November 21, 2024 | | KEKER, VAN NEST & PETERS LLP |
| | | By: */s/ Ryan K. Wong* |
| | | Robert A. Van Nest<br>Reid P. Mullen<br>Ryan K. Wong<br>Cody Gray<br>Kristin Hucek<br>Theresa M. Dawson<br>Victor Chiu<br>Bilal Malik<br>Catherine C. Porto<br>Elizabeth A. Heckmann |
| | | Attorneys for Defendant<br>REAL INTENT, INC. |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: November 21, 2024                         /s/ *Krista Schwartz*
                                                 Krista Schwartz

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, IT IS SO ORDERED THAT:

Synopsys' patent infringement claim is DISMISSED WITH PREJUDICE;

Real Intent's motions *in limine* Nos. 9, 10, and 11 are denied as moot; and

The Court will continue to exercise its discretion and retain jurisdiction over the non-federal-question contract claims through trial, post-trial proceedings, and any post-appeal proceedings.

Dated: _____                             _____
                                                HON. EDWARD J. DAVILA
                                                UNITED STATES DISTRICT JUDGE