UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.<br><br>                Plaintiff,<br><br> v.<br><br>REAL INTENT, INC.<br><br>                Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING PATENT INFRINGEMENT CLAIM WITH PREJUDICE AND RETAINING JURISDICTION**<br><br>Complaint Filed: 4/23/2021<br>Trial Date:      10/15/2024 |

1     Plaintiff Synopsys, Inc. and Defendant Real Intent, Inc. (collectively, "the Parties") by and through their respective undersigned counsel, hereby submit this stipulated request for an order dismissing Synopsys' patent infringement claim with prejudice;

WHEREAS, Synopsys has asserted a claim for infringement of U.S. Patent No. 9,721,057 ("the '057 patent") against Real Intent ("Patent Claim"), and Real Intent has denied all such allegations of, and liability for, infringement of the '057 patent and has asserted certain defenses, including but not limited to invalidity under 35 U.S.C. §§ 101 and 103;

WHEREAS, the Parties have entered into a confidential agreement ("Agreement") that fully resolves the Patent Claim;

WHEREAS, the Agreement and terms thereof are contingent on the entry of the instant order;

WHEREAS, the dismissal with prejudice pertains to Real Intent's alleged conduct to date and Synopsys retains the ability to assert the '057 patent against any future product or product version made, sold, offered for sale or imported into the U.S. by Real Intent or any successors or assigns that Synopsys in good faith believes to infringe one or more claims of the '057 patent;

WHEREAS, the entry of the instant order dismissing the Patent Claim renders moot Real Intent's motions *in limine* Nos. 9, 10, and 11 (ECF Nos. 500, 502, 507).

NOW THEREFORE, the Parties hereby jointly stipulate and request that the Court: (1) dismiss Synopsys' Patent Claim with prejudice; (2) deny Real Intent's motions *in limine* Nos. 9, 10, and 11 as moot; and (3) retain jurisdiction over the remaining non-federal-question contract claims through trial, post-trial proceedings, and any post-appeal proceedings.

Dated: November 21, 2024

Respectfully Submitted,

WILLKIE FARR & GALLAGHER LLP

By: /s/ Krista S. Schwartz

Krista S. Schwartz
Barrington Dyer
Joshua D. Anderson
Stephen Henrick
Alex Rhim
Jacob Karim
Christopher J. Lee
Shaimaa M. Hussein *(Pro Hac Vice)*
Devon W. Edwards *(Pro Hac Vice)*
Dane Sowers *(Pro Hac Vice)*

Attorneys for Plaintiff
SYNOPSYS, INC.

Dated: November 21, 2024

KEKER, VAN NEST & PETERS LLP

By: /s/ Ryan K. Wong

Robert A. Van Nest
Reid P. Mullen
Ryan K. Wong
Cody Gray
Kristin Hucek
Theresa M. Dawson
Victor Chiu
Bilal Malik
Catherine C. Porto
Elizabeth A. Heckmann

Attorneys for Defendant
REAL INTENT, INC.

- 2 -
JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING
PATENT INFRINGEMENT CLAIM WITH PREJUDICE AND RETAINING JURISDICTION
Case No. 5:20-cv-02819-EJD (SvK)

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: November 21, 2024         /s/ Krista Schwartz
                                  Krista Schwartz

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation, and good cause appearing, IT IS SO ORDERED THAT:

Synopsys' patent infringement claim is DISMISSED WITH PREJUDICE;

Real Intent's motions *in limine* Nos. 9, 10, and 11 are denied as moot; and

The Court will continue to exercise its discretion and retain jurisdiction over the non-federal-question contract claims through trial, post-trial proceedings, and any post-appeal proceedings.

Dated: November 22, 2024

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE