| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

SYNOPSYS, INC.,

       Plaintiff,

  v.

REAL INTENT, INC.,

       Defendant.

Case No. 5:20-cv-02819-EJD (SvK)

~~[PROPOSED]~~ **ORDER REGARDING PLAINTIFF SYNOPSYS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER REAL INTENT, INC.'S MATERIAL SHOULD BE SEALED**   *As Modified*

Complaint Filed: 4/23/2021
Trial Date:   10/8/2024

The Court, having fully considered the papers and arguments presented by the parties, hereby [~~GRANTS~~/DENIES] the Administrative Motion to Consider Whether Real Intent, Inc.'s Material Should Be Sealed filed by Synopsys, Inc. The following documents [~~will~~/will not] remain sealed, as follows*:

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality | Court's Decision |
|---|---|---|---|
| Synopsys's Notice of Motion and Motion *in Limine* No. 25 to Exclude Evidence or Arguments Concerning Third-Party Copying of Synopsys Command Sets | Page 1, lines 26-28<br><br>Page 2, lines 1-12, 15-18, 22-25<br><br>Page 3, lines 21-24, 26-27 | Real Intent | DENIED. *See* ECF No. 545. |
| Exhibit 1, Excerpts of Levitt Report | Entirety | Real Intent | DENIED. *See* ECF No. 545. |

**IT IS SO ORDERED.**

Dated: January 6, 2024

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

*Within 10 days of this order, the parties must file the above documents with the identified portions unredacted consistent with this Order.