UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>REAL INTENT, INC.,<br><br>  Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED  *As Modified*<br><br>Judge:      Hon. Edward J. Davila<br><br>Date Filed: April 23, 2020<br><br>Trial Date: October 8, 2024 |

On August 23, 2024, Defendant Real Intent, Inc. filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Real Intent's Real Intent's Motion in *Limine* #10 To Exclude Evidence, Opinions, and Testimony on Pre-Suit Patent Damages (Marking) (the "Motion").

The Court hereby finds as follows:*

| Document | Portions of Document to Be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibit C to the Dawson Declaration [Excerpts from Namit Gupta Transcript] | Entirety<br><br>GRANTED. *See* ECF 531, 535. | Plaintiff Synopsys, Inc. |
| Exhibit D to the Dawson Declaration [Excerpts from the Expert Report of Dr. Majid Sarrafzadeh Regarding Patent Infringement] | Entirety<br><br>GRANTED. *See* ECF 531, 535. | Plaintiff Synopsys, Inc. |
| Exhibit H to the Dawson Declaration [Excerpts from the Expert Report of Brian W. Napper] | ~~Entirety~~<br><br>DENIED. *See* ECF 535. | Plaintiff Synopsys, Inc. |
| Exhibit J to the Dawson Declaration [Excerpts from the Expert Report of Dr. Marc Levitt Regarding No-Infringement] | ~~Highlighted portions of:~~<br>• ~~Page 106~~<br><br>DENIED. *See* ECF 535. | Plaintiff Synopsys, Inc. |
| Exhibit K to the Dawson Declaration [Excerpts from the Rebuttal Expert Report of Melissa Bennis] | ~~Highlighted portions of:~~<br>• ~~Page 100~~<br><br>DENIED. *See* ECF 535. | Plaintiff Synopsys, Inc. |
| Motion | ~~Highlighted portions of:~~<br>• ~~Pages 2, 4~~  DENIED. *See* ECF 535. | Plaintiff Synopsys, Inc. |

*Within 10 days of this Order, the parties must file Exhibit H, Exhibit J, Exhibit K, and the Motion with the identified portions unredacted consistent with this Order.

1

[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 5:20-cv-02819-EJD (SvK)

**IT IS SO ORDERED.**

Dated: January 6, 2025           By: _____
                                     Hon. Edward J. Davila
                                     United States District Judge