| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>Krista S. Schwartz (Bar No. 303604)<br>  kschwartz@willkie.com<br>Barrington Dyer (Bar No. 264762)<br>  bdyer@willkie.com<br>Joshua D. Anderson (Bar No. 312836)<br>  jdanderson@willkie.com<br>Stephen Henrick (Bar No. 310539)<br>  shenrick@willkie.com<br>Jacob Karim (Bar No. 340376)<br>  jkarim@willkie.com<br>Christopher J. Lee (Bar No. 342055)<br>  clee3@willkie.com<br>333 Bush Street, 34th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 858-7400 | **WILLKIE FARR & GALLAGHER LLP**<br>Shaimaa M. Hussein (*Pro Hac Vice*)<br>  shussein@willkie.com<br>Devon W. Edwards *(Pro Hac Vice)*<br>  dedwards@willkie.com<br>787 Seventh Ave.<br>New York, NY 10019<br>Telephone: (212) 728-8000<br><br>**WILLKIE FARR & GALLAGHER LLP**<br>Dane Sowers (*Pro Hac Vice*)<br>  dsowers@willkie.com<br>1875 K Street, N.W.<br>Washington, DC  20006<br>Tel: 202-303-1000 |

Attorneys for Plaintiff
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.<br><br>                    Plaintiff,<br><br>    vs.<br><br>REAL INTENT, INC.<br><br>                    Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>**SYNOPSYS, INC.'S STATEMENT REGARDING REAL INTENT, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. NO. 872)** |

Pursuant to Civil Local Rule 79-5(f)(3), Synopsys, Inc. ("Synopsys") submits this statement in support of Real Intent Inc.'s ("Real Intent") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 872) ("Real Intent's Administrative Motion"). Real Intent's Administrative Motion identifies Synopsys as the designating party for four admitted trial exhibits (i.e., TX079, TX080, TX081, TX082) to be maintained under seal. These exhibits are agreements executed between Synopsys and Real Intent containing confidential licensing terms that Synopsys has maintained as "Confidential" under the Protective Order. Synopsys has affirmatively moved to seal the same four exhibits in their entirety in Synopsys' own Administrative Motion to File Synopsys Material Under Seal (ECF No. 869) and therefore supports the sealing requested in connection with Real Intent's Administrative Motion.[1]

With respect to these exhibits, for the reasons stated in the Declaration of Justin Boyce filed contemporaneously with Synopsys' Administrative Motion to File Synopsys Material Under Seal (ECF No. 869-1, at ¶¶ 4–5), Synopsys seeks to maintain sealing of the terms of confidential licensing agreements between Synopsys and Real Intent. Public disclosure of confidential contractual provisions would cause substantial harm to Synopsys, thereby satisfying the "good cause" standard. *See Real Action Paint Paintball, Inc. v. Advanced Tactical Ordinance Sys., LLC,* No. 14-cv-02435-MEJ, 2015 WL 1534049, at *2 (N.D. Cal. Apr. 2, 2015) (quoting *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010)); *see also Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002) (if "party attaches a sealed discovery document to a non-dispositive motion, the usual presumption of the public's right of access is rebutted"); *F.T.C. v. Qualcomm Inc.*, No. 17-CV-00220-LHK, 2019 WL 95922, at *3 (N.D. Cal. Jan. 3, 2019) (granting motion to seal under the

---

[1] Synopsys has also affirmatively moved to seal TX083 and TX088 in its Administrative Motion to File Synopsys Material Under Seal. *See* ECF No. 869. Although these two exhibits were not included in Real Intent's Administrative Motion, these exhibits are also agreements executed between Synopsys and Real Intent containing confidential licensing provisions warranting sealing under the Protective Order for the same reasons outlined in this statement.

- 1 -
SYNOPSYS INC.'S STATEMENT REGARDING REAL INTENT, INC.'S ADMINISTRATIVE
MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 5:20-cv-02819-EJD (SvK)

compelling reasons standard to the extent it may harm the party or third parties' competitive standing and divulges terms of confidential contracts, contract negotiations, or trade secrets).

This request for sealing is consistent with the position the Court has taken in this litigation on sealing provisions contained in the confidential agreements signed between Synopsys and Real Intent. For instance, in the publicly filed version of the Court's Order on Motions for Partial Summary Judgment and Dauberts, the Court maintained under seal the contractual provisions found in the exhibits mentioned in Real Intent's Administrative Motion. *See, e.g.*, ECF No. 728, at 25, 27, 30, 31.

Synopsys' position does not waive—and is not intended to waive—the confidentiality designations of any documents that Synopsys has produced in the above-captioned proceeding, or the confidentiality of any other information that Synopsys has designated as Protected Material under the Protective Order.

Synopsys therefore respectfully requests that this Court grant Real Intent's Administrative Motion.

Respectfully submitted,

Dated: January 21, 2025

WILLKIE FARR & GALLAGHER LLP

By: *Krista Schwartz*
Krista Schwartz
Barrington Dyer
Joshua D. Anderson
Stephen Henrick
Jacob Karim
Christopher J. Lee

Shaimaa M. Hussein *(Pro Hac Vice)*
Devon W. Edwards *(Pro Hac Vice)*
Dane Sowers *(Pro Hac Vice)*

Attorneys for Plaintiff
SYNOPSYS, INC.