UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br>               Plaintiff, <br>     v. <br> REAL INTENT, INC., <br>               Defendant. | Case No. 5:20-cv-02819-EJD <br><br> **JUDGMENT** |

On October 29, 2024, the jury entered a verdict following trial in this matter. Then, on March 27, 2025, the Court granted in part and denied in part Real Intent, Inc.'s motion for judgment as a matter of law. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Synopsys, Inc. and against Real Intent, Inc. in the amount of $297,500. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 27, 2025

EDWARD J. DAVILA
United States District Judge