**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>REAL INTENT, INC.,<br><br>        Defendant. | Case No. 5:20-cv-02819-EJD<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT REAL INTENT, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Complaint Filed: 4/23/2020<br>Trial Date:     10/15/2024 |

Having considered Defendant Real Intent Inc's ("Real Intent") Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 946), Synopsys, Inc.'s Statement in support thereof, and the Declaration of Justin Boyce in support thereof, and all other supporting and opposing arguments and papers, and finding compelling reasons in support:

**IT IS HEREBY ORDERED:**

Pursuant to Civil Local Rule 79-5, Real Intent's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed is **GRANTED**, and the following portions of the documents identified below will be filed under seal:

| Document | Portions to Be Sealed | Parties Claiming Confidentiality | Basis for Sealing Request[1] |
|---|---|---|---|
| Real Intent's Opposition to Motion to Strike (ECF No. 947) | Page iii, portion of line 11, portion of line 13<br><br>Page 6, portion of line 28<br><br>Page 9, portions of lines 16-17, 19 | Synopsys | This portion contains non-public and highly sensitive information, including but not limited to: proprietary Synopsys commands, options, and/or attributes, with syntax, which could be used to injure Synopsys if made publicly available. |
| Exhibit A to Chiu Declaration (ECF No. 947-2) | Sealed in its entirety | Synopsys | This portion contains non-public and highly sensitive information, including, but not limited to: confidential Synopsys financial and revenue-related information, which could be used to injure Synopsys if made publicly available. |

---

[1] Legitimate private interests warrant sealing of the Synopsys information in this chart, and the unsealing of the information would result in injury to Synopsys that cannot be avoided through any less restrictive alternatives.

**IT IS SO ORDERED.**

Dated: March 28, 2025

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE