1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WILLKIE FARR & GALLAGHER LLP
Krista S. Schwartz (Bar No. 303604)
Barrington Dyer
Joshua D. Anderson
Stephen Henrick
Alex Rhim
Jacob Karim
Christopher Lee
333 Bush Street, 34th Floor
San Francisco, CA 94104
SNPS-RI-WFG@willkie.com

Shaimaa M. Hussein (Admitted Pro Hac Vice)
Devon Edwards (Admitted Pro Hac Vice)
787 Seventh Avenue
New York, NY 10019

Dane Sowers (Admitted Pro Hac Vice)
1875 K Street, N.W.
Washington, D.C. 20006

***[Counsel Continued on Next Page]***

Attorneys for Plaintiff
SYNOPSYS, INC.

KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
REID P. MULLEN - # 270671
rmullen@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
THERESA M. DAWSON - *pro hac vice*
tdawson@keker.com
VICTOR CHIU - # 305404
vchiu@keker.com
BILAL MALIK - # 318767
bmalik@keker.com
CATHERINE C. PORTO - #331168
cporto@keker.com
ELIZABETH A. HECKMANN - #347059
eheckmann@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
REAL INTENT, INC.

SUBMIUNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SYNOPSYS, INC.,

              Plaintiff,

       v.

REAL INTENT, INC.,

              Defendant.

Case No. 5:20-cv-02819-EJD (SvK)

**STIPULATION AND [PROPOSED] ORDER TO DEFER BRIEFING AND RESOLUTION OF ANY MOTIONS FOR ATTORNEYS' FEES AND SUBMISSION AND RESOLUTION OF ANY BILL OF COSTS**

Dept.:      Courtroom 6 – 4th Floor
Judge:      Hon. Edward J. Davila

Date Filed: April 23, 2020

Trial Date: October 15, 2024

ORRICK, HERRINGTON & SUTCLIFFE LLP
Andrew David Silverman
E. Joshua Rosenkranz (Admitted Pro Hac Vice)
Alexandra Bursak (Admitted Pro Hac Vice)
51 West 52nd Street
New York, NY 10019
asilverman@orrick.com
jrosenkranz@orrick.com
abursak@orrick.com

Samantha M. Leff (Admitted Pro Hac Vice)
2100 Pennsylvania Ave. NW
Washington, DC 20037
sleff@orrick.com

Lauren A. Weber (Admitted Pro Hac Vice)
401 Union St. Suite 3300
Seattle, WA 98101
lauren.weber@orrick.com

Attorneys for Plaintiff
SYNOPSYS, INC.

STIP. AND [PROPOSED] ORDER TO DEFER BRIEFING AND RESOLUTION OF ANY MOTIONS FOR
ATTORNEYS' FEES AND SUBMISSION AND RESOLUTION OF ANY BILL OF COSTS
Case No. 5:20-cv-02819-EJD (SvK)

2897742

**STIPULATION**

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Real Intent, Inc. ("Real Intent") (collectively, "the Parties"), hereby submit this Stipulation to Defer Briefing and Resolution of Any Motions for Attorneys' Fees, and Submission and Resolution by of any Bill of Costs.

The Parties, through their respective undersigned counsel of record, have met and conferred and state the following:

WHEREAS, Civil Local Rule 6-2 allows the Parties to file a stipulation requesting an order changing a time that would affect the date of an event or deadline already fixed by Court order provided the stipulated request is accompanied by a declaration that sets forth the reasons for the stipulated request, discloses all previous time modifications, and describes the affect the requested time modification would have on the schedule for the case;

WHEREAS, on March 27, 2025, the Court entered judgment in the above-captioned case following a jury trial and resolution of the parties' post-trial motions, *see* Declaration of Reid Mullen in Support of Stipulation to Defer Briefing and Resolution of Motions for Attorneys' Fees and Submission and Resolution of Any Bills of Costs ("Mullen Decl.") ¶ 3; ECF No. 971;

WHEREAS, Federal Rule of Civil Procedure 54 requires that, "unless a statute or a court order provides otherwise," motions for attorneys' fees must "be filed no later than 14 days after the entry of judgment," which is April 10, 2025, *see* Mullen Decl. ¶ 4; Fed. R. Civ. P. 54;

WHEREAS, the Court set a deadline of 14 days after the entry of judgment for the Parties to submit any bills of costs, which is April 10, 2025, *see* Mullen Decl. ¶ 5; ECF No. 825;

WHEREAS, the Parties agree that it would conserve party and judicial resources, and be more efficient, to defer the briefing and resolution of any motions for attorneys' fees, and the submission and resolution of any bills of costs, until after final resolution of any appellate proceedings in this matter, *see* Mullen Decl. ¶ 8;

WHEREAS the parties have previously stipulated to, and the Court approved, seven modifications to the case schedule, *see* Mullen Decl. ¶ 9;

2897742

WHEREAS, the Parties' stipulation does not impact any other current deadlines in the case, *see* Mullen Decl. ¶ 10.

NOW, THEREFORE, it is hereby stipulated and agreed that:

1.      Subject to the Court's approval and agreement to retain jurisdiction to consider and decide any motions for attorneys' fees and any bills of costs submitted after final resolution of any appellate proceedings in this matter (or the passage of the deadline to appeal, if no appeal is filed), the deadline for the Parties to submit any motions for attorneys' fees, and to submit any bills of costs, shall be deferred until after final resolution of any appellate proceedings (or the passage of the deadline to appeal, if no appeal is filed).

2.      Upon final resolution of any appellate proceedings (or the passage of the deadline to appeal, if no appeal is filed), the Parties agree to meet and confer regarding a briefing schedule to submit any motions for attorneys' fees and bills of costs and, within twenty-one days of the issuance of any mandate from the Court of Appeals (or the passage of the deadline to appeal, if no appeal is filed), shall jointly submit that proposed briefing schedule to the Court for approval.

| | |
|---|---|
| 1 | Dated:  April 3, 2025 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

Dated:  April 3, 2025                              Respectfully Submitted,

                                                   WILLKIE FARR & GALLAGHER LLP


                                   By:   *Krista S. Schwartz*
                                         KRISTA S. SCHWARTZ
                                         BARRINGTON DYER
                                         JOSHUA D. ANDERSON
                                         STEPHEN HENRICK
                                         ALEX RHIM
                                         JACOB KARIM
                                         CHRISTOPHER LEE
                                         SHAIMAA HUSSEIN
                                         DANE SOWERS

                                         Attorneys for Plaintiff
                                         SYNOPSYS, INC.

Dated:  April 3, 2025                              KEKER, VAN NEST & PETERS LLP


                                   By:   *Reid Mullen*
                                         ROBERT A. VAN NEST
                                         REID MULLEN
                                         RYAN K. WONG
                                         KRISTIN HUCEK
                                         THERESA DAWSON
                                         VICTOR CHIU
                                         BILAL MALIK
                                         CATHERINE PORTO
                                         ELIZABETH HECKMANN

                                         Attorneys for Defendant
                                         REAL INTENT, INC.

5

STIP. AND [PROPOSED] ORDER TO DEFER BRIEFING AND RESOLUTION OF ANY MOTIONS FOR
ATTORNEYS' FEES AND SUBMISSION AND RESOLUTION OF ANY BILL OF COSTS
Case No. 5:20-cv-02819-EJD (SvK)

2897742

1

<u>Attestation Pursuant to Civil Local Rule 5-1(h)(3)</u>

2       I, Reid Mullen, attest that concurrence in the filing of this document has been obtained

3 from the other signatories. I declare under penalty of perjury under the laws of the United States

4 of America that the foregoing is true and correct.

5

6 Dated:  April 3, 2025                  KEKER, VAN NEST & PETERS LLP

7

8                            By:   *Reid Mullen*
                                  REID MULLEN

9

10                                 Attorney for Defendant
                                 REAL INTENT, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER TO DEFER BRIEFING AND RESOLUTION OF ANY MOTIONS FOR
ATTORNEYS' FEES AND SUBMISSION AND RESOLUTION OF ANY BILL OF COSTS
Case No. 5:20-cv-02819-EJD (SvK)

2897742

# [PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME

Pursuant to the attached stipulation of the parties, and good cause appearing therefore, the Court hereby **ORDERS**:

1.  The deadline for the Parties to submit any motions for attorneys' fees and costs, and to submit any bills of costs, shall be deferred until after final resolution of any appellate proceedings (or the passage of the deadline to appeal, if no appeal is filed). The Court will retain jurisdiction to consider and decide motions for attorneys' fees and costs and bills of costs submitted after final resolution of any appellate proceedings in this matter (or the passage of the deadline to appeal, if no appeal is filed).

2.  Upon final resolution of any appellate proceedings (or the passage of the deadline to appeal, if no appeal is filed), the Parties shall meet and confer over a briefing schedule to submit motions for attorneys' fees and bills of costs and, within twenty-one days of the issuance of any mandate from the Court of Appeals (or the passage of the deadline to appeal, if no appeal is filed), shall jointly submit that proposed briefing schedule to the Court for approval.

**IT IS SO ORDERED.**

Dated: April 4, 2025

THE HONORABLE EDWARD J. DAVILA
United States District Judge

STIP. AND [PROPOSED] ORDER TO DEFER BRIEFING AND RESOLUTION OF ANY MOTIONS FOR
ATTORNEYS' FEES AND SUBMISSION AND RESOLUTION OF ANY BILL OF COSTS
Case No. 5:20-cv-02819-EJD (SvK)

2897742