1  **WILLKIE FARR & GALLAGHER LLP**     **WILLKIE FARR & GALLAGHER LLP**
   Krista S. Schwartz (Bar No. 303604)    Shaimaa M. Hussein (*Pro Hac Vice*)
2   kschwartz@willkie.com                 shussein@willkie.com
   Barrington Dyer (Bar No. 264762)       Devon W. Edwards *(Pro Hac Vice)*
3   bdyer@willkie.com                      dedwards@willkie.com
   Joshua D. Anderson (Bar No. 312836)    787 Seventh Ave.
4   jdanderson@willkie.com                 New York, NY 10019
   Stephen Henrick (Bar No. 310539)       Telephone: (212) 728-8000
5   shenrick@willkie.com
   Jacob Karim (Bar No. 340376)           **WILLKIE FARR & GALLAGHER LLP**
6   jkarim@willkie.com                     Dane Sowers (*Pro Hac Vice*)
   Christopher J. Lee (Bar No. 342055)       dsowers@willkie.com
7   clee3@willkie.com                      1875 K Street, N.W.
   333 Bush Street, 34th Floor            Washington, DC 20006
8  San Francisco, CA 94104                Tel: (202) 303-1000
   Telephone: (415) 858-7400

Attorneys for Plaintiff
SYNOPSYS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.<br><br>       Plaintiff,<br><br>   v.<br><br>REAL INTENT, INC.<br><br>       Defendant. | Case No. 5:20-cv-02819-EJD (SvK)<br><br>**PLAINTIFF SYNOPSYS, INC.'S NOTICE OF ACCEPTED PAYMENT**<br><br>Complaint Filed: 4/23/2020<br>Trial Date:      10/15/2024 |

Plaintiff Synopsys, Inc. ("Synopsys"), located at 675 Almanor Ave, Sunnyvale, CA 94085, hereby notices the acceptance of payment of the amount owed per the Judgment entered by the Court on March 27, 2025 (Dkt. 971), by defendant Real Intent, Inc. ("Real Intent'), located at 932 Hamlin Court, Sunnyvale, CA 94089 of $297,500 with post-judgment interest.  Interest on the judgment was $392.33 as calculated from March 27, 2025 to April 8, 2025 at the rate of 4.09% as prescribed by 28 U.S.C. § 1961.  Synopsys received a wire from Real Intent in the amount of $297,892.33 on April 9, 2025.

No abstract of the judgment has been or will be recorded in any county.

Synopsys does not stipulate to the finality of judgment.  Synopsys expressly reserves the right to seek, and is seeking, relief from the existing judgment both in the district court and on appeal, including, for example, relief under Federal Rule of Civil Procedure 60(b), as well as relief under Rule 59(e) through Synopsys's Motion to Alter or Amend the Judgment presently before the Court (ECF 981) and scheduled for hearing on July 17, 2025.  *See Milicevic v. Fletcher Jones Imports, Ltd.*, 402 F.3d 912, 915 (9th Cir. 2005) ("payment of a judgment does not foreclose an appeal").

Dated:  May 6, 2025

Respectfully Submitted,

WILLKIE FARR & GALLAGHER LLP

By:  /s/ Krista S. Schwartz

Krista S. Schwartz
Barrington Dyer
Joshua D. Anderson
Stephen Henrick
Jacob Karim
Christopher J. Lee
Shaimaa M. Hussein (*Pro Hac Vice*)
Devon W. Edwards (*Pro Hac Vice*)
Dane Sowers (*Pro Hac Vice*)

Attorneys for Plaintiff
SYNOPSYS, INC.