CAND Pay.gov Application for Refund (rev. 3/2025)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:
- *Complete all required fields (shown in **red***); otherwise, your request may be denied and require resubmission.*
- *The information for the required receipt fields can be found in the Pay.gov screen receipt or confirmation email.*

1. **Your Name*:**  Theresa Marie Dawson

2. **Your Email Address*:**  tdawson@keker.com

3. **Receipt Agency Tracking ID for Refund*:**  ACANDC-21828820

4. **Transaction Date for Refund*:**  April 2, 2026

5. **Transaction Amount to be Refunded*:**  $328.00

6. **Receipt Agency Tracking ID for Correct Receipt Number on Docket*:**  ACANDC-21828820

7. **Your Phone Number:**  415-391-5400

8. **Full Case Number (if applicable):**  Synopsys, Inc. v. Real Intent, Inc.   / 5:20-cv-02819-EJD

9. **Fee Type:***
   - [ ] **Attorney Admission**
   - [ ] **Civil Case Filing**
   - [ ] **Audio Recording**
   - [ ] **Notice of Appeal**
   - [✔] **Pro Hac Vice**
   - [ ] **Writ of Habeas Corpus**
   - [ ] **Other:** _____

10. **Reason for Refund Request*:**  *Explain in detail what happened to cause duplicate charges, no fee required, etc.*

   - [ ] **Duplicate Charge**
   - [ ] **No Fee Required for Filing**
   - [✔] **Other**

   Filed in this case in error.

*If you paid a filing fee using an abandoned case number, note that case number here and e-file the refund request in the **open** case.*

✓ **Efile this form:** OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.
View detailed instructions at: cand.uscourts.gov/ecf/payments.
Assistance:  Contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:   [ ] Approved   [ ] Denied   [ ] Denied – Resubmit amended application (see reason for denial) | |
| Approval/denial date: | |
| Pay.gov refund tracking ID refunded: | |
| Date refund processed: | |
| Request approved/denied by: | |
| Agency refund tracking ID number: | |
| Refund processed by: | |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |