CAND Pay.gov Application for Refund (rev. 3/2025)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:

- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *The information for the required receipt fields can be found in the Pay.gov screen receipt or confirmation email.*

1. **Your Name\*:** Theresa Marie Dawson
2. **Your Email Address\*:** tdawson@keker.com
3. **Receipt Agency Tracking ID for Refund\*:** ACANDC-21828820
4. **Transaction Date for Refund\*:** April 2, 2026
5. **Transaction Amount to be Refunded\*:** $328.00
6. **Receipt Agency Tracking ID for Correct Receipt Number on Docket\*:**
7. **Your Phone Number:** 415-391-5400
8. **Full Case Number (if applicable):** Synopsys, Inc. v. Real Intent, Inc.  / 5:20-cv-02819-EJD

9. **Fee Type:\***

| | |
|---|---|
| ☐ | **Attorney Admission** |
| ☐ | **Civil Case Filing** |
| ☐ | **Audio Recording** |
| ☐ | **Notice of Appeal** |
| ☑ | **Pro Hac Vice** |
| ☐ | **Writ of Habeas Corpus** |
| ☐ | **Other: _____** |

10. **Reason for Refund Request\*:** *Explain in detail what happened to cause duplicate charges, no fee required, etc.*

☐ **Duplicate Charge**      ☐ **No Fee Required for Filing**      ☑ **Other**

Filed in this case in error.

*If you paid a filing fee using an abandoned case number, note that case number here and e-file the refund request in the **open** case.*

✓ **Efile this form:** Other Filings → Other Documents → Application for Refund.

View detailed instructions at: cand.uscourts.gov/ecf/payments.

Assistance: Contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:  ☑ Approved     ☐ Denied     ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: | **APPROVED** By Ana Banares at 7:55 pm, Apr 06, 2026 |
| Pay.gov refund tracking ID refunded: | 2817!RHH |
| Date refund processed: | 4/7/2026 |
| Request approved/denied by: | |
| Agency refund tracking ID number: | ACANDC-21828820 |
| Refund processed by: | Jesusa Nobleza |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |